# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA,**<br>**ATHEER FAWOZI ALI,**<br>**ALI AL-DILAMI,**<br>**HABIL NISSAN,**<br>**JIHAN ASKER,**<br>**MOAYAD JALAL BARASH,**<br>**SAMI ISMAEL AL-ISSAWI**, on behalf of themselves and all those similarly situated,<br><br>        Petitioners,<br><br>v.<br><br>**REBECCA ADDUCCI**, Director of the Detroit District of Immigration and Customs Enforcement,<br><br>        Respondent. | Case No. 2:17-cv-11910<br><br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand<br><br>Class Action |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly L. Scott of the law firm of Miller, Canfield, Paddock and Stone, P.L.C. has this day entered an appearance as attorney of record for all Petitioners in the above entitled cause.

        Respectfully submitted,

        By: /s/Kimberly L. Scott
        Kimberly L. Scott (P69706)
        Cooperating Attorneys, ACLU Fund of Michigan
        MILLER, CANFIELD, PADDOCK & STONE, PLC
        101 N. Main St., 7th Floor
        Ann Arbor, MI  48104
        (734) 668-7696
        scott@millercanfield.com

## CERTIFICATE OF SERVICE

I certify that on June 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will serve the Notice of Appearance on all counsel of record.

    Respectfully submitted,

By: /s/Kimberly L. Scott
Kimberly L. Scott (P69706)
Cooperating Attorneys, ACLU Fund of Michigan
MILLER, CANFIELD, PADDOCK & STONE, PLC
101 N. Main St., 7th Floor
Ann Arbor, MI  48104
(734) 668-7696
scott@millercanfield.com