IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, ATHEER F. ALI, ALI AL-DILAMI
HABIL NISSAN, JIHAN ASKER, MOAYAD JALAL BARASH
SAMI ISMAEL AL-ISSAWI,

    Petitioners,

**v.**　　　　　　　　　　　　　　　　　　Case No.: 2:17-cv-11910-MAG-DRG
　　　　　　　　　　　　　　　　　　　　Hon. Mark A. Goldsmith
　　　　　　　　　　　　　　　　　　　　Magistrate Judge David R. Grand

REBECCA ADDUCCI,

    Respondent.
_____/

## **NOTICE OF APPEARANCE**

Please take notice that Michael J. Steinberg is entering his appearance in the above-captioned case on behalf of Petitioners.

　　　　　　　　　　　　　　　　　　/s/ Michael J. Steinberg
　　　　　　　　　　　　　　　　　　Michael J. Steinberg (P43085)
　　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　　Fund of Michigan
　　　　　　　　　　　　　　　　　　2966 Woodward Ave
　　　　　　　　　　　　　　　　　　Detroit, MI 48201-3035
　　　　　　　　　　　　　　　　　　(313) 578-6814
　　　　　　　　　　　　　　　　　　msteinberg@aclumich.org

## CERTIFICATE OF SERVICE

On June 15, 2017, I e-filed the above appearance using the Court's ECF system.  The court will electronically serve the foregoing notice on all attorneys of record.

/s/Michael J. Steinberg