IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, ATHEER F. ALI, ALI AL-DILAMI
HABIL NISSAN, JIHAN ASKER, MOAYAD JALAL BARASH
SAMI ISMAEL AL-ISSAWI,

    Petitioners,

**v.**                                                   Case No.: 2:17-cv-11910-MAG-DRG
                                                         Hon. Mark A. Goldsmith
REBECCA ADDUCCI,                     Magistrate Judge David R. Grand

    Respondent.
_____/

## **NOTICE OF APPEARANCE**

    Please take notice that Miriam J. Aukerman is entering her appearance in the above-captioned case on behalf of Petitioners.

                                                       /s/ Miriam J. Aukerman
                                                       Miriam J. Aukerman (P63165)
                                                       American Civil Liberties Union
                                                          Fund of Michigan
                                                       1514 Wealthy SE, Ste. 242
                                                       Grand Rapids, MI 49506
                                                       (616) 301-0930
                                                       maukerman@aclumich.org

2

## **CERTIFICATE OF SERVICE**

On June 15, 2017, I e-filed the above appearance using the Court's ECF system. The court will electronically serve the foregoing notice on all attorneys of record.

/s/Miriam J. Aukerman