# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA,** **ATHEER FAWOZI ALI,** **ALI AL-DILAMI,** **HABIL NISSAN,** **JIHAN ASKER,** **MOAYAD JALAL BARASH,** **SAMI ISMAEL AL-ISSAWI**, on behalf of themselves and all those similarly situated,<br><br>  Petitioners,<br><br> v.<br><br>**REBECCA ADDUCCI**, Director of the Detroit District of Immigration and Customs Enforcement,<br><br>  Respondent. | Case No. 2:17-cv-11910<br><br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand<br><br>Class Action |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Margo Schlanger has this day entered an appearance as attorney of record for all Petitioners in the above entitled cause.

Respectfully submitted,

/s/ Margo Schlanger
Margo Schlanger (N.Y. Bar #2704443)
Cooperating Attorneys, ACLU Fund
 of Michigan
625 South State Street
Ann Arbor, Michigan 48109
734-615-2618
margo.schlanger@gmail.com

## CERTIFICATE OF SERVICE

I certify that on June 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will serve the Notice of Appearance on all counsel of record.

Respectfully submitted,

/s/ Margo Schlanger
Margo Schlanger (N.Y. Bar #2704443)
Cooperating Attorneys, ACLU Fund
 of Michigan
625 South State Street
Ann Arbor, Michigan 48109
734-615-2618
margo.schlanger@gmail.com