# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA,**<br>**ATHEER FAWOZI ALI,**<br>**ALI AL-DILAMI,**<br>**HABIL NISSAN,**<br>**JIHAN ASKER,**<br>**MOAYAD JALAL BARASH,**<br>**SAMI ISMAEL AL-ISSAWI**, on behalf of themselves and all those similarly situated,<br><br>           Petitioners,<br><br> v.<br><br>**REBECCA ADDUCCI**, Director of the Detroit District of Immigration and Customs Enforcement,<br><br>           Respondent. | Case No. 2:17-cv-11910-MAG-DRG<br><br>Hon. Mark A. Goldsmith<br>       U.S. District Judge<br><br>Hon. David R. Grand<br>       U.S. Magistrate Judge<br><br>Class Action |

**NOTICE OF APPEARANCE**

2

Please enter the appearance of Susan E. Reed as counsel for Plaintiffs in the above-referenced case.

Respectfully submitted,

Dated:  June 15, 2017

/s/Susan E. Reed
Susan E. Reed (P66950)
Attorney for Plaintiffs
MICHIGAN IMMIGRANT RIGHTS CENTER
3030 S. 9th St. Suite 1B
Kalamazoo, MI 49009
(269) 492-7196; Fax: (269) 492-7198
susanree@michiganimmigrant.org