IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, ATHEER F. ALI, ALI AL-DILAMI
HABIL NISSAN, JIHAN ASKER, MOAYAD JALAL BARASH
SAMI ISMAEL AL-ISSAWI,

    Petitioners,

v.   Case No.: 2:17-cv-11910-MAG-DRG
   Hon. Mark A. Goldsmith
   Magistrate Judge David R. Grand

REBECCA ADDUCCI,

    Respondent.
_____/

NOTICE OF APPEARANCE

Please take notice that Kary L. Moss is entering her appearance in the above-captioned case on behalf of Petitioners.

                            /s/ Kary L. Moss
                            Kary L. Moss (P49759)
                            American Civil Liberties Union
                              Fund of Michigan
                            2966 Woodward Ave
                            Detroit, MI 48201-3035
                            (313) 578-6813
                            kmoss@aclumich.org

## CERTIFICATE OF SERVICE

On June 15, 2017, I e-filed the above appearance using the Court's ECF system. The court will electronically serve the foregoing notice on all attorneys of record.

/s/Kary L. Moss