UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA, ATHEER
FAWOZI ALI, ALI AL-DILAMI,
HABIL NISSAN, JIHAN ASKER,
MOAYAD JALAL BARASH,
SAMI ISMAEL AL-ISSAWI, on behalf of
themselves and all those similarly situated,

    Petitioners,   Civil No. 17-11910

v.   Honorable Mark A. Goldsmith
    Mag. Judge David R. Grand

REBECCA ADDUCCI, Director of the
Detroit District of Immigration and
Customs Enforcement,,

    Respondent.

## Appearance

Notice is given that Jennifer L. Newby, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Director of the Detroit District of Immigration and Customs Enforcement in the above-entitled action.

        Respectfully Submitted,

        DANIEL L. LEMISCH
        Acting United States Attorney


        */s/ Jennifer L. Newby*
        JENNIFER L. NEWBY (P68891)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan  48226
        (313) 226-0295
        Jennifer.Newby@usdoj.gov

Dated: June 15, 2017

## CERTIFICATION OF SERVICE

I hereby certify that on June 15, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants in this case.

                                          */s/ Jennifer L. Newby*
                                          JENNIFER L. NEWBY (P68891)
                                          Assistant United States Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, Michigan  48226
                                          (313) 226-0295
                                          Jennifer.Newby@usdoj.gov