UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Usama J. Hamama,

                              Petitioner(s),

v.                                                    Case No. 2:17–cv–11910–MAG–DRG
                                                      Hon. Mark A. Goldsmith

Rebecca Adducci,

                              Respondent(s),

_____

### NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 860.  The following motion(s) are ***rescheduled*** for hearing:

           Motion for TRO – #11

    • RESPONSE DUE:  June 19, 2017

    • MOTION HEARING:  June 21, 2017 at 02:00 PM


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/K Sandusky_____
                                   Case Manager


Dated:   June 16, 2017