AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| USAMA JAMIL HAMAMA et al. ) <br> *Plaintiff* ) <br> v. ) <br> REBECCA ADDUCCI ) <br> *Defendant* ) | Case No. 2:17-cv-11910 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

USAMA JAMIL HAMAMA et al.

Date:   06/19/2017

*/s/ Lee Gelernt*
*Attorney's signature*

Lee Gelernt (Bar No. NY-8511)
*Printed name and bar number*

125 Broad Street, 18th Floor
New York, NY 10004
*Address*

lgelernt@aclu.org
*E-mail address*

(212) 549-2616
*Telephone number*

(212) 549-2654
*FAX number*