UNITED STATES DISTRICT COURT
EASTER DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA,
ATHEER FAWOZI ALI,
ALI AL-DILAM,
HABIL NISSAN,
JIHAN ASKER,
MOAYAD JALAL BARASH,
SAMI ISMAEL AL-ISSAWI, on behalf
Of themselves and all those similarly
situated,

    Petitioners,                            Civil No. 17-11910

v.                                            Honorable Mark A. Goldsmith
                                             Mag. Judge David R. Grand

REBECCA ADDUCCI, Director of the
Detroit District of Immigration
and Customs Enforcement,

    Respondent.

---

## **APPEARANCE**

TO:   CLERK OF THE COURT

     Please enter the Appearance of NADINE YOUSIF, as co-counsel for the above named Plaintiffs, in the above-entitled cause of action.

                                             Respectfully submitted,
                                             */s/ Nora Youkhana*
                                             Nora Youkhana (P80067)
                                             Nadine Yousif (P80421)
                                             Cooperating Attorneys, ACLU Fund of Michigan
                                             CODE LEGAL AID INC.
                                             27321 Hampden St.
                                             Madison Heights, MI 48071
                                             248-894-6197
                                             norayoukhana@gmail.com