## **INDEX OF EXHIBITS**

1. Memorandum of The Chaldean Community Foundation in Support of Petitioners' Motion for a Temporary Restraining Order and/or Stay of Removal