## **INDEX OF EXHIBITS**

A.   Executive Order 13769

B.   Executive Order 13780

C.   6/12/17 Reuters Article

D.   3/7/17 Washington Times Article