# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| USAMA JAMIL HAMAMA, et al., on behalf of themselves and all those similarly situated,<br><br>　　　　Petitioners,<br><br>v.<br><br>REBECCA ADDUCCI, Director of the Detroit District of Immigration and Customs Enforcement,<br><br>　　　　Respondent. | Case No. 2:17-cv-11910<br><br>Hon. Mark A. Goldsmith<br><br>Mag. David R. Grand<br><br>Class Action |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gabriel E. Bedoya of the law firm of Honigman Miller Schwartz and Cohn LLP, hereby enters his appearance as counsel on behalf of Amicus Curiae, The Chaldean Community Foundation.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　HONIGMAN MILLER SCHWARTZ AND COHN LLP
　　　　　　　　　　　　　　　　*Attorneys for Amicus Curiae, The Chaldean Community Foundation*

　　　　　　　　　　　　　　　　By: *Gabriel E. Bedoya*
　　　　　　　　　　　　　　　　　　Gabriel E. Bedoya (P80839)
　　　　　　　　　　　　　　　　2290 First National Building
　　　　　　　　　　　　　　　　660 Woodward Avenue
　　　　　　　　　　　　　　　　Detroit, Michigan 48226-3506
Date: June 20, 2017　　　　　　(313) 465-7254

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on the attorneys of record in this matter by efiling on June 20, 2017.

The statement above is true to the best of my knowledge, information and belief.

*/s/ Gabriel E. Bedoya*
Gabriel E. Bedoya