UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA,
ATHEER FAWOZI ALI, ALI AL-
DILAMI, HABIL NISSAN, JIHAN
ASKER, MOAYAD JALAL
BARASH, SAMI ISMAEL AL-
ISSAWI, on behalf of themselves and
all those similarly situated,

Petitioners,

v.

REBECCA ADDUCCI, Director of
the Detroit District of Immigration
and Customs Enforcement,

Respondent.

Case No. 2:17-cv-11910

Hon. Mark A. Goldsmith
Magistrate Judge David R. Grand

## NOTICE OF APPEARANCE

NOW COMES Wendolyn Wrosch Richards of Miller, Canfield, Paddock and Stone, P.L.C. has this day entered an appearance as attorney of record for the above named Petitioners, in the above entitled cause.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.

By: /s/Wendolyn Wrosch Richards
Wendolyn Wrosch Richards  (P67776)
Miller, Canfield, Paddock and Stone, PLC
Counsel for Petitioners
150 West Jefferson Avenue, Ste. 2500
Detroit, MI  48226
Telephone:  (313) 963-6420
richards@millercanfield.com

Dated:  June 21, 2017

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

            s/Wendolyn Wrosch Richards
            Wendolyn Wrosch Richards  (P67776)
            Miller, Canfield, Paddock and Stone, PLC
            Counsel for Petitioners
            150 West Jefferson Avenue, Ste. 2500
            Detroit, MI  48226
            Telephone:  (313) 963-6420
            richards@millercanfield.com