IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **USAMA J. HAMAMA**, et al. on behalf of themselves and all those similarly situated<br><br>Petitioners,<br><br>vs.<br><br>**REBECCA ADDUCCI**, Director of the Detroit District of Immigration and Customs Enforcement<br><br>Respondent. | CASE NO.   2:17-CV-11910<br><br>JUDGE MARK A. GOLDSMITH<br><br>**NOTICE OF APPEARANCE** |

Please take Notice that the undersigned attorney hereby enters her Notice of Appearance on behalf of all Petitioners in the above-captioned matter.  Please direct all future pleadings, motions, orders and other papers to the undersigned.

Respectfully Submitted,

/s/ *Nadine A. Yousif*
Nadine A. Yousif (P80421)
CODE Legal Aid, Inc.
Telephone: 248.543.5214 ext. 4007
Email: nadinek@codelegalaid.com

*Attorney for All Petitioners*

## Certificate of Service

The foregoing document was filed electronically with the Court on June 21, 2017. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nadine A. Yousif*
Nadine A. Yousif