# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**USAMA JAMIL HAMAMA,**
**ATHEER FAWOZI ALI,**
**ALI AL-DILAMI,**
**HABIL NISSAN,**
**JIHAN ASKER,**
**MOAYAD JALAL BARASH,**
**SAMI ISMAEL AL-ISSAWI**, on behalf of themselves and all those similarly situated,

       Petitioners,

v.

**REBECCA ADDUCCI**, Director of the Detroit District of Immigration and Customs Enforcement,

       Respondent.

Case No. 2:17-cv-11910-MAG-DRG

Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## INDEX OF EXHIBITS TO PETITIONERS' REPLY IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR A STAY OF REMOVAL

Exhibit A:  Declaration of Nadine Yousif

Exhibit B:  Declaration of Susan Reed

Exhibit C:  Declaration of Mark Lattimer

Exhibit D:  Declaration of Rebecca Heller