UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

        Petitioners,                              Case No. 17-cv-11910

vs.                                                  HON. MARK A. GOLDSMITH

REBECCA ADDUCCI,

        Respondent.

_____/

## ORDER REGARDING PUBLIC ACCESS

      Because this case was coded as an immigration case, there are limitations on public access to court filings. See Fed. R. Civ. P. 5.2(c). Given the numerous requests from the media and/or members of the public for access to the docket, the Court is contemplating eliminating restrictions on public access, an option that is allowed under the rules, id. Before doing so, the Court will entertain objections from the parties. Any objections to lifting the restrictions must be filed by noon on June 26, 2017. Should restrictions be lifted, the parties will be responsible for submitting redacted versions of documents that contain personal identification information. See, e.g., Dkt. 14 and attachments to Dkt. 17. Unredacted versions will be placed under seal. Specific instructions regarding this process will be transmitted to the parties if public access restrictions are lifted.

      SO ORDERED.


Dated: June 23, 2017                s/Mark A. Goldsmith
Detroit, Michigan                MARK A. GOLDSMITH
                                    United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2017.

                                                   s/Karri Sandusky
                                                   Case Manager