UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

       Petitioners,                          Case No. 17-cv-11910

vs.                                            HON. MARK A. GOLDSMITH

REBECCA ADDUCCI,

       Respondent.
_____/

## ORDER REGARDING STATUS CONFERENCE

Having determined that it has jurisdiction in this matter, the Court now convenes a status conference for July 13, 2017 at 1:30 p.m. The Court intends to discuss:

- Petitioners' forthcoming motion for preliminary injunction;
- Petitioners' forthcoming motion for class certification;
- Petitioners' pending motion for expedited discovery (Dkt. 51);
- Petitioners' pending motion to accelerate briefing on the preliminary injunction motion (Dkt. 50);
- Appropriate topics under Fed. R. Civ. P. 16, including (i) consensual resolution of this matter, (ii) the need for additional discovery, (iii) narrowing of issues, (iv) scheduling, (v) amendment of pleadings;
- Any other issues counsel wish to raise.

Counsel are directed to confer on these issues in advance of the conference. Each side shall transmit to chambers (and not file on the docket) a letter (not to exceed five pages) briefly describing that side's position on the issues and any points of agreement. The letter shall be

emailed to the Court's case manager (karri_sandusky@mied.uscourts.gov) no later than 10:00 a.m., on July 13, 2017, and emailed to opposing counsel simultaneously.

SO ORDERED.

Dated: July 11, 2017  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2017.

s/Karri Sandusky
Case Manager