UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Usama J. Hamama,

                Plaintiff(s),

v.                                              Case No. 2:17–cv–11910–MAG–DRG
                                              Hon. Mark A. Goldsmith

Rebecca Adducci, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on September 22, 2017.


                                              DAVID J. WEAVER, CLERK OF COURT


                                              By: s/ L. Granger
                                                    Deputy Clerk

Dated:   September 22, 2017