UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**USAMA JAMIL HAMAMA,** et al.,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910

Hon. Mark A. Goldsmith

Mag. David R. Grand

Class Action

## ORDER REGARDING FURTHER PROCEEDINGS

This Court previously set out a briefing schedule for the Petitioners'/ Plaintiffs' forthcoming Preliminary Injunction Motion and Class Certification Motion, and for Respondents'/Defendants' Motion to Dismiss. *See* 9/29/2017 Order Regarding Further Proceedings at Pg.ID# 2943 (ECF 115). This Order supersedes the September 29 order regarding the briefing schedules. Any provisions of prior orders that are consistent with this Order remain in effect.

The Government's Motion to Dismiss shall be due by November 1, 2017; Petitioners' response shall be due November 22, 2017; the Government's reply shall be due by December 6, 2017.

The Petitioners' Preliminary Injunction Motion shall be due by November 7, 2017; the Government's response shall be due November 30, 2017; the Petitioners' reply shall be due by December 12, 2017.  Should the Petitioners choose to file an amended Class Certification Motion, the briefing schedule for that motion will be the same as for the Preliminary Injunction Motion.

SO ORDERED

Dated:  October 25, 2017                s/Mark A. Goldsmith
         Detroit, Michigan              MARK A. GOLDSMITH
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 25, 2017.

                                        s/Karri Sandusky
                                        Case Manager