# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand
Class Action

## STIPULATED ORDER LIFTING THE PRELIMINARY INJUNCTION (ECF 87) FOR JWANY MIRZA

Undersigned counsel stipulate and agree that this Court issue and enter this Order lifting the stay of enforcement of removal for JWANY MIRZA, only. The bases for the order are as follows:

1. As of June 24, 2017, Ms. Mirza, an Iraqi national, had an order of removal from the United States by the Immigration Court.

2. On or about July 7, 2017, Ms. Mirza was arrested by ICE; she has been detained since that date.

3. Ms. Mirza has consulted with counsel about her prospects for immigration relief, her rights under the Preliminary Injunction in this case, and her prospects for relief from detention. The declaration of Kelly M. L. Rojas, a lawyer who provided *pro se* legal orientation on these matters, is attached as Exhibit A.

4. Ms. Mirza provided Ms. Rojas with a stipulation that she seeks prompt removal to Iraq, which is attached as Exhibit B.

5. The parties believe that Ms. Mirza's waiver is knowing and voluntary, and provides an appropriate basis for this Court to lift the Preliminary Injunction as to her, only.

Therefore undersigned counsel stipulate and agree and the Court hereby orders the following:

It is ORDERED that the stay of the enforcement of removal be lifted for JWANY MIRZA.  Therefore, ICE may effectuate her order of removal.

SO ORDERED.

Dated:  October 25, 2017　　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　United States District Judge


**SO STIPULATED**.

Date: October 24, 2017

| | |
|---|---|
| */s/* Miriam J. Aukerman (with consent) | */s/*William C. Silvis (with consent) |
| Miriam J. Aukerman (P63165) | William C. Silvis |
| American Civil Liberties Union Fund Of Michigan | Assistant Director |
| | United States Department of Justice |
| 1514 Wealth St., SE | Office of Immigration Litigation |
| Grand Rapids, MI 49506 | District Court Section |
| (616) 301-0930 | PO Box 868 Ben Franklin Station |
| maukerman@aclumich.org | Washington, DC 20044 |
| | Tel: (202) 307-4693 |
| | Fax: (202) 305-7000 |
| | William.Silvis@usdoj.gov |

*/s/* Wendolyn Wrosch Richards
Kimberly L. Scott (P69706)
Wendolyn Wrosch Richards (P67776)
Cooperating Attorneys, ACLU Fund
  of Michigan
Miller, Canfield, Paddock
  & Stone, PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
scott@millercanfield.com
richards@millercanfield.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 25, 2017.

                                        s/Karri Sandusky
                                        Case Manager