**EXHIBIT B**

# DETAINEE STIPULATION TO PROMPT REMOVAL TO IRAQ

I wish to be removed to Iraq as promptly as possible, and stipulate that the Preliminary Injunction in *Hamama v. Adducci*, 17-cv-11910 (E.D. Mich.), will no longer prevent that removal.

I make this stipulation knowingly and voluntarily, understanding that it will be introduced in federal court and that it waives my rights under the existing Preliminary Injunction, and will lead to my removal.

I have not been pressured or coerced in any way by ICE or other detention staff or officers.

Jnany Mina
Print Detainee Name

_[signature]_
Detainee Signature

███████████
A Number

10/4/2017
Date

**DO NOT WRITE BELOW THIS LINE - FOR ERO USE ONLY**

_____
Print Name and Title of ERO Officer Accepting Request

_____
Date