# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand
Class Action

## STIPULATED ORDER LIFTING THE PRELIMINARY INJUNCTION (ECF 87) FOR NASER ABBAS AL SHIMARY

    Undersigned counsel stipulate and agree that this Court issue and enter this Order lifting the stay of enforcement of removal for Naser Abbas Al Shimary, only.

The bases for the order are as follows:

    1. As of June 24, 2017, Mr. Al Shimary, an Iraqi national, had an order of removal from the United States by the Immigration Court.

    2. Since May 30, 2017, Mr. Al Shimary has been detained by ICE.

    3. Mr. Al Shimary has consulted with counsel about his prospects for immigration relief, his rights under the Preliminary Injunction in this case, and his prospects for relief from detention.  The declaration of Melanie D. Goldberg, a lawyer who gave him advice on these matters, is attached as Exhibit A.

4. Mr. Al Shimary's signed waiver, by which he seeks prompt removal to Iraq, is attached as Exhibit B.

5. The parties believe that Mr. Al Shimary's waiver is knowing and voluntary, and provides an appropriate basis for this Court to lift the Preliminary Injunction as to him, only.

Therefore undersigned counsel stipulate and agree and the Court hereby orders the following:

It is ORDERED that the stay of the enforcement of removal be lifted for Naser Abbas Al Shimary. Therefore, ICE may effectuate his order of removal.

SO ORDERED.

Dated:  November 20, 2017        s/Mark A. Goldsmith
Detroit, Michigan                MARK A. GOLDSMITH
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 20, 2017.

s/Karri Sandusky
Case Manager

**SO STIPULATED**.

Date: November 16, 2017

/s/ Miriam J. Aukerman    (with consent)
Miriam J. Aukerman (P63165)
American Civil Liberties Union Fund Of Michigan
1514 Wealth St., SE
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/ Wendolyn Wrosh Richards
Kimberly L. Scott (P69706)
Wendolyn Wrosch Richards (P67776)
Cooperating Attorneys, ACLU Fund of Michigan
Miller, Canfield, Paddock & Stone, PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
scott@millercanfield.com

/s/ William C. Silvis (with consent)
William C. Silvis
Assistant Director
United States Department of Justice
Office of Immigration Litigation
District Court Section
PO Box 868 Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4693
Fax: (202) 305-7000
William.Silvis@usdoj.gov

30228396.1\153222-00003