## **INDEX OF EXHIBITS**

**A. Declaration of ICE Deputy Assistant Director John A. Schultz Jr.**