**Silvis, William (CIV)**

| | |
|---|---|
| **From:** | Margo Schlanger <margo.schlanger@gmail.com> |
| **Sent:** | Sunday, December 03, 2017 9:18 PM |
| **To:** | Silvis, William (CIV) |
| **Cc:** | Scott, Kimberly L.; Miriam Aukerman |
| **Subject:** | Re: Seeking concurrence (or not) on one more item |

Hi again Will,

Here's the sole item of discovery we're asking for:

the identity (by name and A-number) of each currently detained Iraqi national who had a final order of removal as of March 1, 2017  who: (a) is currently subject to mandatory detention pursuant to ICE's interpretation of 8 U.S.C. § 1226(c), or (b) who, if his or her immigration case is reopened, will be subject to mandatory detention under ICE's interpretation of that same mandatory detention statute.

As I said, we'll file this tomorrow morning, asking for your brief to be due Tuesday morning and for the discovery itself to be due Friday at noon.

Please let me know the government's position on both the discovery item and the proposed schedule, so we can include that in our brief tomorrow morning.  We'll file by 10 am.

Thanks,
Margo


_____

Margo Schlanger
margo.schlanger@gmail.com

On Sat, Dec 2, 2017 at 12:49 PM, Margo Schlanger <margo.schlanger@gmail.com> wrote:
 Hi Will --

 On Monday, we plan to file a request for some very limited discovery.  We don't want it to delay the other briefing schedule, so we are proposing the following:

 We'll file the request and a very short brief on Monday morning.  We'll ask that the government brief its opposition (if any) by Tuesday morning, to enable a ruling on Tuesday.  Discovery would be due Friday.

 Obviously you can't agree to the discovery itself or to providing answers to it by Friday without seeing it.  But do you agree to the briefing schedule (that is, we brief by Monday am, you brief by Tuesday am)?

 Thanks,
 Margo


 _____
 Margo Schlanger
 margo.schlanger@gmail.com