IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA,** et al.,<br><br>    Petitioners and Plaintiffs,<br><br>  v.<br><br>**REBECCA ADDUCCI**, et al.,<br><br>    Respondents and Defendants. | Case No. 2:17-cv-11910<br><br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand<br><br>Class Action |

**INDEX OF EXHIBITS
TO PETITIONERS/PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION ON DETENTION ISSUES**

Exhibit  33   November 29, 2017 Letter from Board of Immigration Appeals
              *A-number redacted pursuant to ECF 62*

Exhibit  34   Second Declaration of Margo Schlanger (December 12, 2017)

Exhibit  35   Declaration of Arash Jahanian (December 12, 2017)