# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA,** et al.,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910

Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## STIPULATED ORDER
## TO FILE CERTAIN DOCUMENTS UNDER SEAL

This matter is before the Court on Petitioners' Motion to File Certain Documents under Seal (Dkt 216), by which Petitioners seek to file under seal unredacted copies of certain declarations currently available in the public record in redacted form. These declarations contain information about medical conditions of Petitioners and their families and sensitive details about Petitioners' reasons for fearing return to Iraq. Given the sensitive nature of the information contained in the declarations previously filed with this Court, undersigned counsel stipulate and agree, and the Court hereby ORDERS that Petitioners may file with this Court under seal unredacted copies of the declarations publicly available in redacted form at the following docket numbers: 138-3, 138-4, 135-5, 138-6, 138-7, 138-9, 138-10, 138-11, 138-12, 138-14, 138-15, 138-16, 138-24, and 138-26.

SO ORDERED.

Date:  February 1, 2018          s/Mark A. Goldsmith
Detroit, Michigan          MARK A. GOLDSMITH
          United States District Judge


SO STIPULATED.

Date: February 1, 2018

| | |
|---|---|
| */s/Kimberly L. Scott* | */s/William C. Silvis*  (with consent) |
| Kimberly L. Scott (P69706) | William C. Silvis |
| Wendolyn Wrosch Richards (P67776) | Assistant Director |
| Cooperating Attorneys, ACLU Fund of Michigan | United States Department of Justice Office of Immigration Litigation |
| Miller, Canfield, Paddock & Stone, PLC | District Court Section PO Box 868 Ben Franklin Station |
| 101 N. Main St., 7th Floor | Washington, DC 20044 |
| Ann Arbor, MI 48104 | Tel: (202) 307-4693 |
| (734) 668-7696 | Fax: (202) 305-7000 |
| scott@millercanfield.com | William.Silvis@usdoj.gov |