IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA,** et al.,<br><br>   Petitioners and Plaintiffs,<br><br>v.<br><br>**REBECCA ADDUCCI**, et al.,<br><br>   Respondents and Defendants. | Case No. 2:17-cv-11910<br><br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand<br><br>Class Action |

### INDEX OF EXHIBITS TO
### PETITIONERS' MOTION FOR RELIEF ON ISSUES RELATED TO
### IMPLEMENTATION OF DETENTION ORDERS

| | |
|---|---|
| Exhibit 1 | Declaration of Randy Samona |
| Exhibit 2 | Declaration of Kevin Piecuch<br>*Alien number redacted* |
| Exhibit 3 | Declaration of Albert H. Valk |
| Exhibit 4 | Declaration of Eman Jajonie-Daman |
| Exhibit 5 | Declaration of Dalia Kejbou |
| Exhibit 6 | ICE Position Statement (January 31, 2018)<br>*Name and Alien number redacted* |
| Exhibit 7 | Declaration of Bradley Maze |