UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

       Petitioners,                               Case No. 17-cv-11910

vs.                                              HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

       Respondents.

_____/

## ORDER REGARDING FURTHER PROCEEDINGS

The hearing previously scheduled for February 21, 2018, regarding the issues to be set out in the forthcoming joint statement of issues, Saeeb Ibrahem Mansy's motion for a mental competency exam (Dkt. 210), Petitioners' emergency motion for a stay of removal with respect to Aalan Kamal (Dkt. 212), Petitioners' motion for additional disclosure (Dkt. 226), and Petitioners' motion on issues related to implementation of detention orders (Dkt. 227), is adjourned until February 26, 2018, at 9:00 a.m.  With regard to Petitioners' motion for additional disclosure and their motion on issues related to implementation of detention orders, the Government shall have until February 20, 2018 to file its responses.  Petitioners shall have until February 22, 2018 at noon to file their replies.

       SO ORDERED.

Dated:  February 14, 2018                     s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2018.

                s/Karri Sandusky
                Case Manager