# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 21, 2018

Ms. Miriam J. Aukerman
ACLU Fund of Michigan
West Regional Office
1514 Wealthy, S.E Street, Suite 242
Grand Rapids, MI 49506

Mr. Gabriel E. Bedoya
Mr. Carl M. Levin
Honigman, Miller, Schwartz & Cohn
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

Ms. Amy Graham Doehring
McDermott, Will & Emery
444 W. Lake Street, Suite 4000
Chicago, IL 60606

Mr. Jamie S. Dycus
Mr. Noah Adam Levine
Wilmer Hale
250 Greenwich Street
7 World Trade Center
New York, NY 10007

Mr. Keith Michael Harper
Kilpatrick, Townsend & Stockton
607 Fourteenth Street, N.W., Suite 900
Washington, DC 20005

Ms. Cynthia M. Nunez
Walker & Associates
615 Griswold, Suite 1609
Detroit, MI 48226-0000

Mr. Samuel R. Bagenstos
Ms. Margo Schlanger
625 S. State Street, Suite LR 910
Ann Arbor, MI 48109

Mr. Michael Anthony Celone
Mr. William Charles Silvis
U.S. Department of Justice
Civil Division, Off. of Immigration Litigation
P.O. Box 868, 1100 L St., N.W., 8142
Washington, DC 20044

Mr. Michael P. Doss
Sidley Austin
1 S. Dearborn Street
Chicago, IL 60603

Mr. Lee P. Gelernt
Ms. Judy Rabinovitz
ACLU
125 Broad Street, 18th Floor
New York, NY 10004

Ms. Elisa J. Lintemuth
Dykema Gossett
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503

Ms. Wendolyn Wrosch Richards
Miller Canfield Paddock & Stone
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Ms. Kimberly L. Scott  
Miller, Canfield, Paddock & Stone  
101 N. Main Street, Seventh Floor  
Ann Arbor, MI 48104  

Mr. Jason P. Steed  
Kilpatrick, Townsend & Stockton  
2001 Ross Avenue, Suite 4400  
Dallas, TX 75201  

Mr. Michael Jay Steinberg  
American Civil Liberties Union Of Michigan  
2966 Woodward Avenue  
Detroit, MI 48201  

Mr. William W. Swor  
615 Griswold Street, Suite 1120  
Detroit, MI 48226  

Ms. Sarah Stevens Wilson  
U.S. Department of Justice  
1801 Fourth Avenue, N.  
Birmingham, AL 35203  

Ms. Nora Youkhana  
Fieger Law  
19390 W. Ten Mile Road  
Southfield, MI 48075  

Ms. Nadine Yousif  
CODE Legal Aid  
27321 Hampden Street  
Madison Heights, MI 48322  

Re:  Case No. 17-2171/18-1233, *Usama Hamama, et al v. Rebecca Adducci, et al*  
Originating Case No. : 2:17-cv-11910  

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson  
Case Manager  
Direct Dial No. 513-564-7039  

cc:  Mr. David J. Weaver

Enclosure

Nos. 17-2171/18-1233

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| USAMA JAMIL HAMAMA; ATHEER F. ALI; ALI AL-DILAMI; HABIL NISSAN; JIHAN ASKER; MOAYAD JALAL BARASH; SAMI ISMAEL AL-ISSAWI; ABDULKUDER HASHEM AL-SHIMMARY; QASSIM HASHEM AL-SAEDY; ABBAS ODA MANSHAD AL-SOKAINI,<br><br>    Petitioners-Appellees,<br><br>v.<br><br>THOMAS D. HOMAN, Acting Director of the United States Immigration and Customs Enforcement; REBECCA ADDUCCI, Director of the Detroit District of the United States Immigration and Customs Enforcement; KIRSTJEN M. NIELSEN, Secretary of the United States Department of Homeland Security,<br><br>    Respondents-Appellants. | **FILED**<br>Mar 21, 2018<br>DEBORAH S. HUNT, Clerk<br><br><br>O R D E R |

The court noting the direct relationship between these appeals, and argument having been previously set for April 25, 2018 in 17-2171, it hereby is ORDERED that these appeals are consolidated for submission and argument. It further is ORDERED that the previously entered briefing schedule in 18-1233 is vacated. Briefing is expedited in 18-1233 as follows: the respondents-appellants' brief is due Friday, March 30; the petitioners-appellees' brief is due Friday, April 13, and any optional reply brief is due Friday, April 20. This schedule will be formally established by the separate briefing letter to follow.

                                            ENTERED BY ORDER OF THE COURT

                                            Deborah S. Hunt, Clerk