UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

    Petitioners,

vs.

Case No. 17-cv-11910
HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

    Respondents.
_____/

## ORDER REGARDING FURTHER PROCEEDINGS

As discussed during today's telephonic status conference, the Court sets the following schedule:

- The Court will conduct an in-person status conference on May 25, 2018, at 9:00 a.m. in order to discuss discovery issues, and other disputes requiring court intervention. The parties shall submit a joint statement of issues to be discussed at the conference by May 15, 2018.

- The Government has indicated that it plans to file a motion to stay discovery pending a ruling from the Sixth Circuit. The Government shall file its motion by May 11, 2018. Petitioners shall file their response by May 18, 2018.

SO ORDERED.

Dated: May 8, 2018            s/Mark A. Goldsmith
     Detroit, Michigan         MARK A. GOLDSMITH
                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 8, 2018.

                                                 s/Karri Sandusky
                                                 Case Manager