# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

   *Petitioners/Plaintiffs,*

v.

**REBECCA ADDUCCI**, et al.,

   Respondents/Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand
Class Action

## INDEX OF EXHIBITS
## TO PETITIONERS/PLAINTIFFS' EMERGENCY MOTION REGARDING COERCION AND INTERFERENCE WITH CLASS MEMBERS

| | |
|---|---|
| Exhibit 1 | Declaration of Lauren Gilbert |
| Exhibit 2 | Certified Translation of Letter to Iraqi Consul |
| Exhibit 3 | Email to Marty Rosenbluth |
| Exhibit 4 | Declaration of Marty Rosenbluth |
| Exhibit 5 | Declaration of Monica Andrade |
| Exhibit 6 | Declaration of Bonsitu Kitaba-Gaviglio |
| Exhibit 7 | Declaration of George Arthur<br>*Redacted A-Number;*<br>*Portions filed under seal to protect disclosure of sensitive details explaining fear of returning to Iraq that are similar to the information identified in Petitioners' letter seeking permission to redact certain information (ECF 60), which the Court granted (ECF 62)* |
| Exhibit 8 | Declaration of Aziz Kattoula |

       *Portions filed under seal to protect disclosure of sensitive details explaining fear of returning to Iraq that are similar to the information identified in Petitioners' letter seeking permission to redact certain information (ECF 60), which the Court granted (ECF 62)*

Exhibit 9  Declaration of Ahmed Tayyeh

Exhibit 10 Declaration of Zaia Darmo
     *Portions filed under seal to protect disclosure of sensitive details explaining fear of returning to Iraq that are similar to the information identified in Petitioners' letter seeking permission to redact certain information (ECF 60), which the Court granted (ECF 62)*

Exhibit 11 Declaration of Hassan Al-Atawna
     *Redacted A-Number;*
     *Portions filed under seal to protect disclosure of sensitive details explaining fear of returning to Iraq that are similar to the information identified in Petitioners' letter seeking permission to redact certain information (ECF 60), which the Court granted (ECF 62)*

Exhibit 12 Declaration of Abulmohsin Al Zubeidy

Exhibit 13 Declaration of Dawood Salman Odish
     *Portions filed under seal to protect disclosure of sensitive details explaining fear of returning to Iraq that are similar to the information identified in Petitioners' letter seeking permission to redact certain information (ECF 60), which the Court granted (ECF 62)*

Exhibit 14 Respondents' Response to Interrogatory Nos. 6 and 7
     *Filed under seal (motion seeking permission to file under seal is pending (ECF 288))*

Exhibit 15 Declaration of Duay Jado