# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand
Class Action

## STIPULATED ORDER LIFTING THE PRELIMINARY INJUNCTION (ECF 87) FOR SARKOUN ABLAHID

Undersigned counsel stipulate and agree that this Court issue and enter this Order lifting the stay of enforcement of removal for Sarkoun Ablahid, only. The bases for the order are as follows:

1. As of June 24, 2017, Mr. Ablahid an Iraqi national, had an order of removal from the United States by the Immigration Court

2. Since on or about, February 13, 2018, Mr. Ablahid has been detained by ICE. He was previously detained by ICE from August 2016 through February 2, 2018.

3. Mr. Ablahid has consulted with counsel about his prospects for immigration relief, his rights under the Preliminary Injunction in this case, and his

prospects for relief from detention.  The declaration of Bradley Maze, a lawyer who provided consultation on these matters, is attached as Exhibit A.

4. Mr. Ablahid's signed waiver, by which he seeks prompt removal to Iraq, is attached as Exhibit B.

5. The parties believe that Mr. Ablahid's waiver is knowing and voluntary, and provides an appropriate basis for this Court to lift the Preliminary Injunction as to him only.

Therefore undersigned counsel stipulate and agree and the Court hereby orders the following:

It is ORDERED that the stay of the enforcement of removal be lifted for Sarkoun Ablahid.  Therefore, ICE may effectuate his order of removal.

SO ORDERED.

Dated:  June 19, 2018           s/Mark A. Goldsmith
Detroit, Michigan          MARK A. GOLDSMITH
         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 19, 2018.

         s/Karri Sandusky
         Case Manager

SO STIPULATED.

Date: June 19, 2018

*/s/* Miriam J. Aukerman (with consent)
Miriam J. Aukerman (P63165)
American Civil Liberties Union Fund Of
  Michigan
1514 Wealth St., SE
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

*/s/* Wendolyn Wrosch Richards
Kimberly L. Scott (P69706)
Wendolyn Wrosch Richards (P67776)
Cooperating Attorneys, ACLU Fund
  of Michigan
Miller, Canfield, Paddock
  & Stone, PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
richards@millercanfield.com

*/s/* William C. Silvis (with consent)
William C. Silvis
Assistant Director
United States Department of Justice
Office of Immigration Litigation
District Court Section
PO Box 868 Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4693
Fax: (202) 305-7000
William.Silvis@usdoj.gov