UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

        Petitioners,                              Case No. 17-cv-11910

vs.                                                    HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

        Respondents.
_____/

## ORDER DENYING PETITIONERS' EMERGENCY MOTION FOR A STAY OF REMOVAL AS TO AALAN KAMAL (Dkt. 212) AS MOOT

On January 26, 2018, Petitioners filed an emergency motion for a stay of removal as to Aalan Kamal (Dkt. 212), after being informed by the Government that it did not consider him protected by the Court's injunction enjoining removal of those who had final orders of removal on June 24, 2017. The Government noted that while Kamal's removal order was entered on June 2, 2017, because he reserved appeal, it did not become a final order of removal until the appeal period expired on July 3, 2017. The Court subsequently issued a temporary stay of removal as to Kamal in order to further consider the motion. See 1/26/2018 Order (Dkt. 213).

The Court has since been informed by Petitioners that Kamal was able to file a motion to reopen in the immigration court, and that his motion was granted. Because he has already received the relief ordered by the Court's injunction, the opportunity to file a motion to reopen, and because he is no longer at risk of immediate removal, the Court denies Petitioners' motion (Dkt. 212) as moot.

        SO ORDERED.

Dated: June 25, 2018                              s/Mark A. Goldsmith
   Detroit, Michigan                            MARK A. GOLDSMITH
                                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 25, 2018.

s/Karri Sandusky
Case Manager
