IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**USAMA JAMIL HAMAMA,** et al.,

    Petitioners and Plaintiffs,

  v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910

Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

**ORDER GRANTING PETITIONERS/PLAINTIFFS'
MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

The Court has reviewed Petitioners' Motion to File Certain Documents under Seal (Dkt 216), by which Petitioners seek to file under seal in the future unredacted copies of certain documents containing information about medical conditions of Petitioners and their families and sensitive details about Petitioners' reasons for fearing return to Iraq. Given the sensitive nature of the information contained in the declarations, Petitioners' motion is GRANTED.

The parties may, in the future, file documents under seal that contain medical information or describe activities or relationships of Petitioners that explain the basis for their fear of returning to Iraq. A copy of the document

redacting the sensitive information must also be filed to the public CM/ECF system.

SO ORDERED.

Date: July 12, 2018  
Detroit, Michigan

s/ Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 12, 2018.

                                        s/Karri Sandusky
                                        Case Manager