# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **USAMA J. HAMAMA**, et al.,<br>Petitioners and Plaintiffs, | Case No. 17-cv-11910 |
| v. | Hon. Mark A. Goldsmith<br>Mag. David R. Grand |
| **REBECCA ADDUCCI**, et al.,<br>Respondents and Defendants. | Class Action |

## INDEX OF EXHIBITS

Exhibit 1  Chronology
*Filed Under Seal*

Exhibit 1-1  Undated Memo titled, "████████████████████
████████████████"
ICE-0270495 to 500
*PII Redacted Pursuant to 5.2*
*Filed Under Seal*

Exhibit 1-2  October 25, 2016 Briefing Materials ████████
████████████████████████████
████████████████████████████
████████████████████
ICE-0298501 to 04
*Filed Under Seal*

Exhibit 1-3  December 30, 2016 Email f████████████████████
ICE-0269779 to 83
*Filed Under Seal*

Exhibit 1-4  February 11, 2016 Email ████████████████████
████████████████████████████
████████████████████████
ICE-0298713 to 15
*Filed Under Seal*

Exhibit 1-5       September 14, 2016 ICE Travel Document Presentation
                  ICE-0295779 to 97
                  *PII Redacted Pursuant to 5.2*
                  *Filed Under Seal*

Exhibit 1-6       June 21, 2017 ICE Travel Document Presentation
                  ICE-0267477 to 87
                  *PII Redacted Pursuant to 5.2*
                  *Filed Under Seal*

Exhibit 1-7       GOI Form
                  ICE-0267496
                  *PII Redacted Pursuant to 5.2*
                  *Filed Under Seal*

Exhibit 1-8       December 6, 2016 Letter ████████████████████
                  ████
                  ICE-0269762
                  *PII Redacted Pursuant to 5.2*
                  *Filed Under Seal*

Exhibit 1-9       July 7, 2017 Email ████████████████████████
                  ████████████████████████
                  ICE-0269071 to 75
                  *Filed Under Seal*

Exhibit 1-10      April  26,  2017  Email ████████████████████
                  ████████████████
                  ICE-0297785 to 87
                  *Filed Under Seal*

Exhibit 1-11      March  7,  2017  Email ████████████████████
                  ████████████████
                  ICE-0296207 to 09
                  *Filed Under Seal*

Exhibit 1-12      Undated Memo titled, "████████████████████"
                  ICE-0271069
                  *Filed Under Seal*

2

Exhibit 1-13    March 14, 2017 Email ████████████████████
████████████████████████████
███████████████
ICE-0271129 to 32
*Filed Under Seal*

Exhibit 1-14    Undated Memo titled, "█████████"
ICE-0297798 to 99
*Filed Under Seal*

Exhibit 1-15    2017 Memo titled, "█████████████████████
████████"
ICE-0270938-944
*Filed Under Seal*

Exhibit 1-16    June 1, 2017 Email ████████████████
ICE-0271766 to 68
*PII Redacted Pursuant to 5.2*
*Filed Under Seal*

Exhibit 1-17    June 30, 2017 Email ███████████████████
██████
ICE-0269196 to 202
*PII Redacted Pursuant to 5.2*
*Filed Under Seal*

Exhibit 1-18    June 19, 2017 Email ████████████████████
███████████████
ICE-0298490 to 93
*PII Redacted Pursuant to 5.2*
*Filed Under Seal*

Exhibit 1-19    June 20, 2017 Email █████████████████
ICE-0269470 to 76
*Filed Under Seal*

3

Exhibit 1-20    June 20, 2017 Email ████████████████████████
                ██████████
                ICE-0269416 to 22
                *Filed Under Seal*

Exhibit 1-21    June 19, 2017 Email ████████████████████████
                ██████████
                ICE-0269537 to 42
                *Filed Under Seal*

Exhibit 1-22    ICE's Supplemental Response to Interrogatory No. 12
                *Filed Under Seal*

Exhibit 1-23    June 23, 2017 Email ██████████████████
                DHSHamama000097 to 104
                *Redactions made by Respondents*
                *Filed Under Seal*

Exhibit 1-24    July 19, 2017  Memo titled, "████████████████████
                ████"
                ICE-0297770 to 74
                *Filed Under Seal*

Exhibit 1-25    Undated Memo titled, "███████████████████████"
                DHSHamama 000001
                *Redactions made by Respondents*
                *Filed Under Seal*

Exhibit 1-26    June 30, 2017 Email ████████████████████
                DHSHamama000111 to 116
                *Redactions made by Respondents*
                *Filed Under Seal*

Exhibit 1-27    June 30, 2017 Email ██████████████████████
                DHSHamama000116 to 20
                *Redactions made by Respondents*
                *Filed Under Seal*

4



Exhibit 1-28      July 26, 2017 Email ███████████████
ICE-0296142 to 43
*Filed Under Seal*

Exhibit 1-29      July 11, 2017 Email ██████████████
ICE-0268963 to 72
*Filed Under Seal*

Exhibit 1-30      July 11, 2017 Email ████████████████
████████████████████
ICE-0269873 to 76
*Filed Under Seal*

Exhibit 1-31      July 18, 2017 Email ████████████████
█████████
ICE-0297633 to 41
*Filed Under Seal*

Exhibit 1-32      July 17, 2017 Email ████████████████
█████████
ICE-0297588 to 94
*Filed Under Seal*

Exhibit 1-33      July 17, 2017 Email ████████████████
██████
ICE-0271020 to 21
*Filed Under Seal*

Exhibit 1-34      July 19, 2017 Email ████████████████
██████
ICE-0271030 to 36
*Filed Under Seal*

Exhibit 1-35      July 20, 2017 Email ████████████████
███ (Schultz Deposition Exhibit 22)
ICE-0271028
*Filed Under Seal*

Exhibit 1-36     Undated  Memo ███████████████████
                 ███████████████████████████████
                 ████████████████████████████
                 ICE-0296029 to 34
                 *Filed Under Seal*

Exhibit 1-37     July  29,  2017  News  article,  "Families  in  America  still  fear
                 return to Iraq, despite a halt in deportation," Rudaw

Exhibit 1-38     August 4, 2017 Email ████████████████████
                 ICE-0270929 to 36
                 *Filed Under Seal*

Exhibit 1-39     October 2, 2017 Email █████████████████████
                 ████████████
                 ICE-0295964 to 66
                 *Filed Under Seal*

Exhibit 1-40     DHS's Supplemental Response to Interrogatory No. 12
                 *Filed Under Seal*

Exhibit 1-41     Undated Briefing Notes ████████████████████
                 ████████████████████████████████████
                 █████████████████
                 Hamama000050 to 52
                 *Filed Under Seal*

Exhibit 1-42     December 6, 2017 Email ███████████████████
                 ███████████████
                 ICE-0296786 to 87
                 *Filed Under Seal*

Exhibit 1-43     January 2, 2018 Email ████████████████████
                 ███████████████████████
                 DHSHamama000066 to 67
                 *Filed Under Seal*

| | |
|---|---|
| Exhibit 1-44 | DHS's Second Supplemental Interrogatory Responses<br>*Filed Under Seal* |
| Exhibit 1-45 | February 15, 2018 Email ██████████████████<br>██████████<br>ICE-0270693 to 700<br>*PII Redacted Pursuant to 5.2*<br>*Filed Under Seal* |
| Exhibit 1-46 | March 2018 Letter from Iraq's Ministry of Migration and Displacement |
| Exhibit 1-47 | June 15, 2018 Letter from M. Bernacke to Iraqi Ambassador Fareed Yasseen<br>*PII Redacted Pursuant to 5.2* |
| Exhibit 1-48 | January 2018 Emails ██████████████████████<br>ICE-0270850 to 53<br>*Filed Under Seal* |
| Exhibit 1-49 | July 10, 2018 News article, "Forced deportations of Iraqi asylum seekers on hold" |
| Exhibit 1-50 | Printout of Iraqi Ministry of Foreign Affairs website |
| Exhibit 1-51 | July 31, 2018 Email from C. Alsterberg re Supplemental Information – Hamama – ECF 316 – Farmville and York TD Information<br>*PII Redacted Pursuant to 5.2* |
| Exhibit 1-52 | July 29, 2018 Letter from Republic of Iraq Ministry of Migration and the Displaced re Forced Return |
| Exhibit 1-53 | Translation of July 29, 2018 Letter from Republic of Iraq Ministry of Migration and the Displaced re Forced Return |
| Exhibit 1-54 | ICE's Interrogatory Responses |

Exhibit 1-55    ICE's Supplemental Interrogatory Responses
*Filed Under Seal*

Exhibit 1-56    DHS's Interrogatory Responses

Exhibit 1-57    November 28, 2017 Email ███████████████████
███████
ICE-0295996 to 98
*PII Redacted Pursuant to 5.2*
*Filed Under Seal*

Exhibit 1-58    Travel Documents
*PII Redacted Pursuant to 5.2*
*Filed Under Seal*

Exhibit 1-59    December 5, 2017 Memo titled, "█████████████████
█████████████████████████████"
DHSHamama000058 to 60
*Filed Under Seal*

Exhibit 2    Declaration of Margo Schlanger, dated August 28, 2018
*Filed Under Seal*

Exhibit 3    Declaration of Ghada Attieh, dated August 24, 2018
*PII Redacted Pursuant to 5.2*

Exhibit 4    Excerpts of July 12, 2018 Deposition Transcript of J. Schultz
*Filed Under Seal*

Exhibit 5    Excerpts of July 13, 2018 Deposition Transcript of M. Bernacke
*Filed Under Seal*

Exhibit 6    ICE's Responses to Interrogatory Nos. 6 and 7
*Filed Under Seal*

Exhibit 7    Declaration of Edgar Lopez, dated August 15, 2018

Exhibit 8    Declaration of Daniel Smith, dated August 27, 2018

Exhibit 9          Declaration of Perla Gonzalez, dated August 17, 2018

Exhibit 10         Declaration of Edward Amir Bajoka, dated August 22, 2018
                   *Redacted per Court's Order 338*

Exhibit 11         Declaration of Russell Abrutyn, dated August 17, 2018

Exhibit 12         Declaration of Kevin Piecuch, dated August 24, 2018
                   *Redacted per Court's Order 338*

Exhibit 13         Declaration of Christie Moore, dated August 20, 2018
                   *Redacted per Court's Order 338*

Exhibit 14         Declaration of Aneesha Gandhi, dated August 21, 2018
                   *Redacted per Court's Order 338*

Exhibit 15         Declaration of R. Kaplovitz, dated August 23, 2018
                   *PII Redacted Pursuant to 5.2; Redacted per Court's Order 338*

Exhibit 16         Declaration of Gregory Vanderwoude, dated August 22, 2018
                   *Redacted per Court's Order 338*

Exhibit 17         Declaration of Tonita Dupard North, dated January 18, 2018
                   *PII Redacted Pursuant to 5.2*

Exhibit 18         Declaration of Bryan Pitman, dated November 6, 2017
                   *PII Redacted Pursuant to 5.2*

Exhibit 19         Expert Report of D. Kiminori Nakamura dated June 5, 2018

Exhibit 20         DHS's August 20, 2018 Responses to Interrogatories

Exhibit 21         DHS's August 20, 2018 Responses to RFPs

Exhibit 22         ICE's August 20, 2018 Responses to Interrogatories
                   *Filed Under Seal*

Exhibit 23         ICE's August 20, 2018 Responses to RFPs