# EXHIBIT 1-53

2/ 154

## Republic of Iraq
## Ministry of Migration and the Displaced
## Minister's Office

(Logo)

Template: 1/ 1/ 582
Date: 07/29/2018

**To: The Ministry of Foreign Affairs - Minister's Office**

**Subject: Forced Return**

Dear Minister,

We have received information indicating that some countries which host Iraqi nationals intend to forcibly return them, particularly, the EU countries and the USA.

Since this issue contravenes the policy of the State and international law and norms, please ensure that all our embassies and consulates in the countries that host Iraqi nationals are ensuring they are not subject to deportation or forced return.


My best regards,

(Personal Signature)

Dr. Jassim Mohamed Mohamed Ali

Minister of Migration and Displaced

07/26/2018


Copies sent to:

- The Ministry of Interior (MOI) – Minister's Office/ To take the necessary actions to ensure forcibly returned nationals are not taken in… With best regards
- The Ministry of Transport (MOT) – Minister's Office/ To take the necessary actions to ensure forcibly returned nationals are not taken in… With best regards


Tel: (5370049), Baghdad, Kradat Mariam
Email: momdminister@outlook.com



# CERTIFICATE
OF ACCURACY

STATE OF NEW YORK

                                            SS:

COUNTY OF NEW YORK

I, Fei Deng, Project Manager at Geneva Worldwide, Inc., being duly sworn, depose and say that Geneva Worldwide is a multilingual translation company. Geneva Worldwide provided the translation of the document below from the Arabic language into the English language. My signature confirms that the document has been examined, and has been deemed accurate and complete.

Regarding: Letter from the Minister of Migration and Displaced to the Ministry of Foreign Affairs, dated July 29, 2018

This certificate issued by Geneva Worldwide, Inc.
256 West 38th Street – 10th Floor, New York N.Y. 10018.

Certified By _____

Sworn to and subscribed before me

This __9th__ day of __August__ 201_8_

_____
**Notary Public**

Christina S. Santiago
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Suffolk County
O1SA6361307
Commission Expires 07/03/20_21_

256 W. 38th Street 10th Floor, New York, NY 10018 ■ PH: 212-255-8400 ■ FAX: 212-255-8409
www.genevaworldwide.com



**جمهورية العراق**
**وزارة الهجرة والمهجرين**
**مكتب الوزير**

كوماری عیراق
وه‌زاره‌تی کوچ و کۆچبه‌ران
نوسینگه‌ی وه‌زیر

Republic of Iraq
Ministry of Migration and Displaced
Minister's Office

العدد: ١/١/م.و ٥٨٢
التاريخ: ٩/٨/٢٠١٨

: ژماره
: به‌روار

الى/ وزارة الخارجية – مكتب السيد الوزير

م/ العودة القسرية

نهديكم أطيب التحيات :

وردت الينا معلومات تبين ان بعض الدول التي يتواجد فيها العراقيين تنوي إعادتهم بشكل قسري وبالاخص الولايات المتحدة الامريكية ودول الاتحاد الاوربي . ولكون هذا الأمر ضد سياسة الدولة والقوانين والاعراف الدولية يرجى التأكيد على كافة سفاراتنا والقنصليات في دول العالم التي يتواجد فيها العراقيين على ضمان عدم ترحيلهم واجبارهم على العودة القسرية .

مع التقدير ...

الدكتور
جاسم محمد محمد علي
وزير الهجرة والمهجرين
٢٦/٧/٢٠١٨

نسخة منه الى/
- وزارة الداخلية – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .
- وزارة النقل – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .

هاتف الوزارة (٥٣٧٠٠٤٩)
بغداد – كرادة مريم

Tel: (5370049)
E-mail: momdminister@outlook.com