# EXHIBIT 1-58

## FILED UNDER SEAL