UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **USAMA J. HAMAMA**, et al.,<br>Petitioners and Plaintiffs,<br><br>v.<br><br>**REBECCA ADDUCCI**, et al.,<br>Respondents and Defendants. | Case No. 17-cv-11910<br><br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand<br><br>Class Action |

## INDEX OF EXHIBITS

Exhibit 1   Chronology
*Redacted Pursuant to ECF 453*

Exhibit 1-1   Undated Memo titled, "Meeting with Iraqi Embassy Regarding Litigation Volunteers"
ICE-0270495 to 500
*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

Exhibit 1-2   October 25, 2016 Briefing Materials for Meeting with Department of State, Bureau of Consular Affairs, Assistant Secretary (AS) Michele T. Bond and Charge d'Affairs of Iraq to the United States Mohammed Jawad Al Quraishy
ICE-0298501 to 04

Exhibit 1-3   December 30, 2016 Email from A. Fenzel to B. Koontz re Iraq
ICE-0269779 to 83
*Redacted Pursuant to ECF 453*

Exhibit 1-4   February 11, 2016 Email from J. Clinton to Y. Alanpaqi re Meeting with [] Deputy Foreign Minister Khirullah, Ambassador Lukman Faily, and Assistant Director Piniero
ICE-0298713 to 15

Exhibit 1-5  September 14, 2016 ICE Travel Document Presentation
ICE-0295779 to 97
*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

Exhibit 1-6  June 21, 2017 ICE Travel Document Presentation
ICE-0267477 to 87
*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

Exhibit 1-7  GOI Form
ICE-0267496
*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

Exhibit 1-8  December 6, 2016 Letter from Iraqi Consulate General to DHS and ICE
ICE-0269762
*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

Exhibit 1-9  July 7, 2017 Email from F. Farmer to J. Clinton re Read Ahead: Meeting with U.S. Ambassador to Iraq – Douglas Sillman
ICE-0269071 to 75

Exhibit 1-10  April 26, 2017 Email from J. Schultz to F. Farmer re Iraq Accepts First Deportations since 2011
ICE-0297785 to 87

Exhibit 1-11  March 7, 2017 Email from B. Raedy to M. Pineiro re OPA Issue – Recalcitrant Countries – Iraq
ICE-0296207 to 09
*Redacted Pursuant to ECF 453*

Exhibit 1-12  Undated Memo titled, "Removal Issues Concerning Iraq"
ICE-0271069

Exhibit 1-13  March 14, 2017 Email from J. Schultz to M. Pineiro re Iraq Inter-ministerial Committee on Deportation Outlines Deportations Facilitation
ICE-0271129 to 32

| | |
|---|---|
| Exhibit 1-14 | Undated Memo titled, "Iraq Proposal"<br>ICE-0297798 to 99<br>*Filed Under Seal Pursuant to ECF 453* |
| Exhibit 1-15 | 2017 Memo titled, "ICE Update on the Removal Cooperative Initiative"<br>ICE-0270938-944<br>*Redacted Pursuant to ECF 453* |
| Exhibit 1-16 | June 1, 2017 Email from J. Reid to C. George re PHI Iraqi<br>ICE-0271766 to 68<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 1-17 | June 30, 2017 Email from C. George to F. Farmer re For Your Awareness<br>ICE-0269196 to 202<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 1-18 | June 19, 2017 Email from J. Clinton forwarding June 7, 2017 Letter from Iraqi Embassy to DHS<br>ICE-0298490 to 93<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 1-19 | June 20, 2017 Email from B. Koontz re Baghdad update 6/16<br>ICE-0269470 to 76 |
| Exhibit 1-20 | June 20, 2017 Email from J. Tampio to D. Salie re Baghdad update 6/16<br>ICE-0269416 to 22 |
| Exhibit 1-21 | June 19, 2017 Email from J. Clinton to F. Farmer re Baghdad update 6/16<br>ICE-0269537 to 42 |
| Exhibit 1-22 | ICE's Supplemental Response to Interrogatory No. 12 |
| Exhibit 1-23 | June 23, 2017 Email from M. King to G. Hamilton<br>DHSHamama000097 to 104<br>*Redactions Made by Respondents* |

| | |
|---|---|
| Exhibit 1-24 | July 19, 2017  Memo titled, "Removal Efforts and Challenges: Iraq"<br>ICE-0297770 to 74 |
| Exhibit 1-25 | Undated Memo titled, "Background Information on Iraq"<br>DHSHamama 000001<br>*Redactions Made by Respondents* |
| Exhibit 1-26 | June 30, 2017 Email from K. Holt to M. King re Update<br>DHSHamama000111 to 116<br>*Redactions Made by Respondents* |
| Exhibit 1-27 | June 30, 2017 Email from M. King to M. Dougherty re Update<br>DHSHamama000116 to 20<br>*Redactions Made by Respondents* |
| Exhibit 1-28 | July 26, 2017 Email from J. Schultz to M. Pineiro re Iraq<br>ICE-0296142 to 43<br>*Redactions Made by Respondents* |
| Exhibit 1-29 | July 11, 2017 Email from J. Schultz re Anything new?<br>ICE-0268963 to 72 |
| Exhibit 1-30 | July 11, 2017 Email from C. George to F. Floyd re Charger request memo for Iraqi Removal mission on July 25 2017<br>ICE-0269873 to 76 |
| Exhibit 1-31 | July 18, 2017 Email from S. Riedman to J. Schultz re Ordered Removal Proceedings<br>ICE-0297633 to 41 |
| Exhibit 1-32 | July 17, 2017 Email from S. Riedman to J. Schultz re Ordered Removal Proceedings<br>ICE-0297588 to 94 |
| Exhibit 1-33 | July 17, 2017 Email from J. Schultz to P. Shea re Detainee Interviews<br>ICE-0271020 to 21 |

| | |
|---|---|
| Exhibit 1-34 | July 19, 2017 Email from B. Koontz to J. Schultz re Iraq Interviews<br>ICE-0271030 to 36 |
| Exhibit 1-35 | July 20, 2017 Email from F. Farmer to J. Schultz re Sanctions Iraq (Schultz Deposition Exhibit 22)<br>ICE-0271028 |
| Exhibit 1-36 | Undated Memo to T. Homan from M. Albence re Recommendations to Initiate the Process to Invoke Visa Sanctions under Section 243(d) of the Immigration and Nationality Act against Iraq<br>ICE-0296029 to 34 |
| Exhibit 1-37 | July 29, 2017 News article, "Families in America still fear return to Iraq, despite a halt in deportation," Rudaw |
| Exhibit 1-38 | August 4, 2017 Email from J. Schultz to A. Joseph re sanctions<br>ICE-0270929 to 36<br>*Redacted Pursuant to ECF 453* |
| Exhibit 1-39 | October 2, 2017 Email from J. Schultz to E. Katz re Iraq and removals issue<br>ICE-0295964 to 66<br>*Redactions Made by Respondents* |
| Exhibit 1-40 | DHS's Supplemental Response to Interrogatory No. 12 |
| Exhibit 1-41 | Undated Briefing Notes for Meeting with Iraqi Deputy Foreign Minister Nizar Issa Abdu-Hadi Al-Khairalla with handwritten notes of A. Kisselburg<br>Hamama000050 to 52<br>*Redactions Made by Respondents* |
| Exhibit 1-42 | December 6, 2017 Email from A. Kisselburg to J. Schultz re Iraq DFM Meeting<br>ICE-0296786 to 87 |

| | |
|---|---|
| Exhibit 1-43 | January 2, 2018 Email from D. Hoffman to M. King re DHS-Iraqi Meeting on Deportees Wishing to Return DHSHamama000066 to 67 |
| Exhibit 1-44 | DHS's Second Supplemental Interrogatory Responses |
| Exhibit 1-45 | February 15, 2018 Email from M. Bernacke to K. Clark re Volunteer detention locations<br>ICE-0270693 to 700<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 1-46 | March 2018 Letter from Iraq's Ministry of Migration and Displacement |
| Exhibit 1-47 | June 15, 2018 Letter from M. Bernacke to Iraqi Ambassador Fareed Yasseen<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 1-48 | January 2018 Emails between M. Bernacke and J. Clinton<br>ICE-0270850 to 53 |
| Exhibit 1-49 | July 10, 2018 News article, "Forced deportations of Iraqi asylum seekers on hold" |
| Exhibit 1-50 | Printout of Iraqi Ministry of Foreign Affairs website |
| Exhibit 1-51 | July 31, 2018 Email from C. Alsterberg re Supplemental Information – Hamama – ECF 316 – Farmville and York TD Information<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 1-52 | July 29, 2018 Letter from Republic of Iraq Ministry of Migration and the Displaced re Forced Return |
| Exhibit 1-53 | Translation of July 29, 2018 Letter from Republic of Iraq Ministry of Migration and the Displaced re Forced Return |
| Exhibit 1-54 | ICE's Interrogatory Responses |

| | |
|---|---|
| Exhibit 1-55 | ICE's Supplemental Interrogatory Responses |
| Exhibit 1-56 | DHS's Interrogatory Responses |
| Exhibit 1-57 | November 28, 2017 Email from J. Laughlin to J. Schultz re Iraqi Releases<br>ICE-0295996 to 98<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*<br>*Redactions Made by Respondents* |
| Exhibit 1-58 | Travel Documents<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 1-59 | December 5, 2017 Memo titled, "Meeting with Iraqi Deputy Foreign Minister Nizar Issa Abdul-Hadi Al-Khairalla"<br>DHSHamama000058 to 60<br>*Redactions Made by Respondents* |
| Exhibit 2 | Declaration of Margo Schlanger, dated August 28, 2018 |
| Exhibit 3 | Declaration of Ghada Attieh, dated August 24, 2018<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 4 | Excerpts of July 12, 2018 Deposition Transcript of J. Schultz |
| Exhibit 5 | Excerpts of July 13, 2018 Deposition Transcript of M. Bernacke |
| Exhibit 6 | ICE's Responses to Interrogatory Nos. 6 and 7 |
| Exhibit 7 | Declaration of Edgar Lopez, dated August 15, 2018 |
| Exhibit 8 | Declaration of Daniel Smith, dated August 27, 2018 |
| Exhibit 9 | Declaration of Perla Gonzalez, dated August 17, 2018 |
| Exhibit 10 | Declaration of Edward Amir Bajoka, dated August 22, 2018<br>*Redacted per Court's Order ECF 338* |

| | |
|---|---|
| Exhibit 11 | Declaration of Russell Abrutyn, dated August 17, 2018 |
| Exhibit 12 | Declaration of Kevin Piecuch, dated August 24, 2018<br>*Redacted per Court's Order ECF 338* |
| Exhibit 13 | Declaration of Christie Moore, dated August 20, 2018<br>*Redacted per Court's Order ECF 338* |
| Exhibit 14 | Declaration of Aneesha Gandhi, dated August 21, 2018<br>*Redacted per Court's Order ECF 338* |
| Exhibit 15 | Declaration of R. Kaplovitz, dated August 23, 2018<br>*PII Redacted Pursuant to 5.2*<br>*Redacted per Court's Order ECF 338* |
| Exhibit 16 | Declaration of Gregory Vanderwoude, dated August 22, 2018<br>*Redacted per Court's Order ECF 338* |
| Exhibit 17 | Declaration of Tonita Dupard North, dated January 18, 2018<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 18 | Declaration of Bryan Pitman, dated November 6, 2017<br>*PII Redacted Pursuant to Fed. R. Civ. P. 5.2* |
| Exhibit 19 | Expert Report of D. Kiminori Nakamura dated June 5, 2018 |
| Exhibit 20 | DHS's August 20, 2018 Responses to Interrogatories |
| Exhibit 21 | DHS's August 20, 2018 Responses to RFPs |
| Exhibit 22 | ICE's August 20, 2018 Responses to Interrogatories |
| Exhibit 23 | ICE's August 20, 2018 Responses to RFPs |