# EXHIBIT 1-3

*Redacted Pursuant to ECF 453*

Message

| | |
|---|---|
| **From:** | Fenzel, Andrew D [FenzelAD@state.gov] |
| **Sent:** | 12/30/2016 8:29:31 PM |
| **To:** | Koontz, Bryan K [KoontzBK@state.gov]; Clinton, Julius A [/O=IRMMAIL/OU=MBX Servers - NYC/cn=Recipients/cn=JAClinto] |
| **CC:** | Hankinson, Simon R [HankinsonSR@state.gov] |
| **Subject:** | RE: Iraq |
| **Attachments:** | Iraq Dipnote 9-2.docx |

Thanks Bryan.  What do you suggest we do for next steps?  ███████████████████████████████?

Andrew Fenzel
Post Operations Division, Office of Visa Services
Bureau of Consular Affairs
U.S. Department of State
(W) 202-485-7613

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Koontz, Bryan K
**Sent:** Friday, December 30, 2016 12:53 PM
**To:** Fenzel, Andrew D; 'Clinton, Julius A'
**Cc:** Hankinson, Simon R
**Subject:** RE: Iraq

Amb. Yaseen is out of the country until Jan. 3.  He has not yet presented his credentials to the president, so I'm not sure how forward-leaning he will be in the interim.  So far as I know, A/S Patterson has not met with Amb. Yasseen yet, though I believe he met with the PDAS.

B

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Fenzel, Andrew D
**Sent:** Friday, December 30, 2016 12:29 PM
**To:** 'Clinton, Julius A'; Koontz, Bryan K
**Cc:** Hankinson, Simon R
**Subject:** RE: Iraq

Actually, I think we are way past this.

In their November 22 meeting, A/S Patterson promised A/S Bond that she would personally meet with the new Ambassador and would talk to him about removals and see if we can get him to commit to what his predecessor promised.  I don't believe this meeting has occurred yet.

Bryan- any chance of this meeting happening in January?

Andrew Fenzel
Post Operations Division, Office of Visa Services
Bureau of Consular Affairs
U.S. Department of State

(W) 202-485-7613

**Official - SBU**
UNCLASSIFIED

**From:** Clinton, Julius A [mailto:JAClinto@ice.dhs.gov]
**Sent:** Friday, December 30, 2016 12:16 PM
**To:** Koontz, Bryan K
**Cc:** Fenzel, Andrew D
**Subject:** Iraq

Greetings,

Happy new year ! When ever the new ambassador is in place. We would like to set up a meeting with him and Deputy Assistant Director Schultz. We would like to discuss the agreement to accept copies of identity documents. We can set it up sometime next month when we return.



Respectfully,

Julius A. Clinton
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/


Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

The Embassy of the United States presents its compliments to the Ministry of Foreign Affairs of the Republic of Iraq and has the honor to bring to its attention the outstanding matter of Iraqi nationals subject to Final Orders of Removal from the United States. As the Ministry is aware, the United States has long expressed concern that Iraq has been unresponsive to the repeated requests, in Baghdad and Washington, from United States officials to properly document and facilitate the return home of its nationals who have exhausted their legal remedies and have no right to remain in the United States. As a result of Iraq's lack of cooperation in this regard, the Department of Homeland Security, Immigration and Customs Enforcement places Iraq on its list of countries determined to be recalcitrant in accepting the return of their nationals.

On February 7, 2014, in Washington, DC, the Department of State and Immigration and Customs Enforcement met with officials from the Embassy of Iraq in Washington to stress the need for swift action on issuing travel documents to its nationals who have been afforded full access to the U.S. legal system and have exhausted all possible appeals. They are subject to final orders of removal.

==Since February 2014, the Department of State and Immigration and Customs Enforcement have met an additional seven times with officials of the Iraqi government, both in Washington, DC and Baghdad, to follow-up on the==

issue (March 31, 2015; April 1, 2015; July 2015; January 10, 2016; January 29, 2016; May 12, 2016; and June 13, 2016, respectively). During the meeting of January 29, the Iraqi Ambassador in Washington, DC assured U.S. government officials that Iraqi Consulates would interview Iraqi detainees with criminal records to begin the process of issuing travel documents. Iraqi Consulates in Detroit and Washington, DC have begun these interviews. Unfortunately, the Consulate in Los Angeles has yet to allow a single interview due to lack of identity documents.

The Embassy of the United States is obliged to inform the Ministry that the U.S. Congress is very concerned with this issue and has threatened to pass legislation that would require imposition of punishments on countries deemed to be recalcitrant. Under Section 243(d) of the Immigration and Nationality Act, the United States has the authority to impose visa sanctions on countries that fail to cooperate sufficiently on the removal of their nationals from the United States. This could include the suspension of issuance of all diplomatic visas and the suspension of issuance of all tourist and business visas. Visa sanctions are already being considered for a handful of recalcitrant countries.

Upon request, the Department of State and Immigration and Customs Enforcement stand ready to assist Iraq in interviewing its putative nationals and planning their removal.

Attachment:
List of xx Iraqis Under Final Order of Removal


Drafted:      CA/VO/F: Liliane Hudspeth, ext. 5-7442

Cleared:      CA/VO: KKing
              CA/VO: SHankinson
              CA/VO/L: DNewman
              CA/VO/F: MMcEvoy
              CA/VO/F: AFenzel
              L/CA: LDonnelly