# EXHIBIT 1-4

Message

| | |
|---|---|
| **From:** | Clinton, Julius A [/O=IRMMAIL/OU=MBX SERVERS - NYC/CN=RECIPIENTS/CN=JACLINTO] |
| **Sent:** | 2/11/2016 8:27:22 PM |
| **To:** | yarub.alanpaqi [yarub.alanpaqi@iraqiembassy.us] |
| **Subject:** | RE: Meeting with of Deputy Foreign Minister Khirullah Ambassador Lukman Faily, and Assistant Director Piniero |

Sir I will also need the name, number and email for the person that will conduct the interviews in your place. Any cell numbers will be for my use only however I will share the email and desk number with the field so they can schedule the interviews. The Washington Filed office will bring the subject to your office to be interviewed.

Respectfully,

*Julius A. Clinton*
Desk Officer
Removal and International Operations (RIO)
**Removal Management Division**
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Potomac Center North
500 12th Street SW
Washington, DC 20536
Desk: 202-732-3521
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

---

**From:** Clinton, Julius A
**Sent:** Thursday, February 11, 2016 12:45 PM
**To:** yarub.alanpaqi
**Subject:** RE: Meeting with of Deputy Foreign Minister Khirullah Ambassador Lukman Faily, and Assistant Director Piniero

Sir,

Per our phone conversation please see the attached list of Iraqis with criminal convictions in ICE custody. This list can be forwarded to your counterparts in LA and Detroit.

Respectfully,

*Julius A. Clinton*
Desk Officer
Removal and International Operations (RIO)
**Removal Management Division**
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Potomac Center North
500 12th Street SW
Washington, DC 20536
Desk: 202-732-3521

Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** Clinton, Julius A
**Sent:** Monday, February 8, 2016 5:31 AM
**To:** yarub.alanpaqi
**Subject:** FW: Meeting with of Deputy Foreign Minister Khirullah Ambassador Lukman Faily, and Assistant Director Piniero

Sir,

It appears the first message had an error in the email address.

Please see below.

I would also like to know if you want to interview your subjects in person or over the phone?

Julius A. Clinton
Staff Officer
Removal Management Division
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations
Cell phone: 202-567-9063
Email: Julius.clinton@dhs.gov

**From:** Clinton, Julius A
**Sent:** Sunday, February 07, 2016 5:11:23 PM
**To:** yarub.alapaqi@iraqiembassy.us
**Subject:** Meeting with of Deputy Foreign Minister Khirullah Ambassador Lukman Faily, and Assistant Director Piniero

Greetings,

In the recent meeting on January 29, 2016 with the DFM and the Ambassador, there was an agreement reached that was a step towards mutual corporation between Iraq and U.S. immigration. In the meeting is was agreed that individuals with criminal records would be considered (interviewed / re-interviewed) for travel document issuance. Starting the week of February 8, 2016 ERO will start moving the detained population with criminal records to offices with easy access to Iraqi consulates. Some of these individuals have already been interviewed. Please see attached spreadsheet containing the individuals to be interviewed. I have also included ERO meeting notes from the meeting.

Please feel free to contact me if there are any questions or concerns. I would also like additional contact information for my officers coordinating these interviews. The interviews of these subjects should be completed within the next two weeks if possible.

I look forward to assisting in any way possible to reinforce and support a mutually corporative/ beneficial   relationship between Iraq and the United States immigration.


Respectfully,


*Julius A. Clinton*
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Potomac Center North
500 12th Street SW
Washington, DC 20536
Desk: 202-732-3521
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/


Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.