# EXHIBIT 1-5

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

**U.S. Department of Homeland Security**
101 West Congress Parkway
Chicago, IL 60605



## U.S. Immigration and Customs Enforcement

September 14, 2016

Iraq Consulate General
16445 W. 12 Mile Road
Southfield, MI 48076

**RE:** ███████████████████████

Dear Consul General:

Please accept this letter with the enclosed documents as a formal request for a travel document on behalf of ██
████████████████ a native and citizen of IRAQ.

Mr. ██████████ entered the United States AT New York City, NY on 09/08/2009.

Mr. ██████████ was afforded a hearing before an Immigration Judge to answer the charges on the attached
Notice to Appear. As a result of this hearing, Mr. ██████████ was ordered removed from the United States as
documented by the attached Order.

Mr. ██████████ will be scheduled to depart the United States upon receipt of a travel document. Since he is
being detained at ICE expense, a prompt response would be appreciated.

If you require further information, please contact Officer Vigare at 312-347-2342 or email
Edward.J.VigareJr@ice.dhs.gov.

Sincerely,

Ricardo A. Wong
Field Office Director/ERO

Enclosed   (1) Removal Order
Copies of  (2) Charging Document
           (3) I-217
           (4) Information for Travel Document or Passport
           (5) Copy of Marriage Certificate
           (6) Copy of National ID
           (7) Copy of Other Document
           (8) Copy of Passport

(9) Biometric Information

IMMIGRATION COURT
525 W. VAN BUREN, SUITE 500
CHICAGO, IL 60607

In the Matter of

Case No.: ▮

▮

IN REMOVAL PROCEEDINGS

Respondent

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on _8/30/16_.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X] The respondent was ordered removed from the United States to _IRAQ_
    or in the alternative to .
[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to  or in the
    alternative to .
[ ] Respondent's application for voluntary departure was granted until
    upon posting a bond in the amount of $ _____
    with an alternate order of removal to .

Respondent's application for:
[ ] Asylum was ( )granted  ( )denied( )withdrawn.
[ ] Withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ] A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ] Cancellation of removal under section 240A(a) was ( )granted ( )denied
    ( )withdrawn.

Respondent's application for:
[ ] Cancellation under section 240A(b)(1) was ( ) granted  ( ) denied
    ( ) withdrawn.  If granted, it is ordered that the respondent be issued
    all appropriate documents necessary to give effect to this order.
[ ] Cancellation under section 240A(b)(2) was ( )granted ( )denied
    ( )withdrawn.  If granted it is ordered that the respondent be issued
    all appropriate documents necessary to give effect to this order.
[ ] Adjustment of Status under Section _____ was ( )granted ( )denied
    ( )withdrawn.  If granted it is ordered that the respondent be issued
    all appropriated documents necessary to give effect to this order.
[ ] Respondent's application of ( ) withholding of removal ( ) deferral of
    removal under Article III of the Convention Against Torture was
    ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[X] Other: _Pretrial details given_
Date: Aug 30, 2016

ROBIN J. ROSCHE
Immigration Judge

Appeal: Waived/Reserved    Appeal Due By:

ALIEN NUMBER: ███████████     NAME: █████████████████████

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:   MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP  [ ] DHS
DATE: ___8-30-16___     BY: COURT STAFF
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Q6

U.S. Department of Homeland Security

**Notice to Appear**

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ File No: ▓▓▓▓▓▓▓▓
Event

In the Matter of:

Respondent: ▓▓▓▓▓▓▓▓▓▓▓ currently residing at:

in ACS ▓▓▓▓▓▓▓▓▓▓
(Number, street, city and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
**See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
**See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
OFFICE OF THE IMMIGRATION JUDGE 525 W. Van Buren St., Chicago IL 60607, EOIR Chicago, IL
(Complete Address of Immigration Court, including Room Number, if any)

on To be set. at To be set. to show why you should not be removed from the United States based on the
(Date)              (Time)
charges set forth above.
                                                J 0707 KOMKIN          EDDO
                                                (Signature and Title of Issuing Officer)
Date: June 8, 2016                        Brooksville, Florida
                                                                          (City and State)
This Notice to Appear Supersedes the Notice to Appear issued on July 11, 20▓▓
                        See reverse for important information                    Form I-862 (Rev. 08/01/07)

### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration.** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation.** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing.** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have the opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear.** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal.** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses and locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to surrender with any other conditions of grant in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before _____

_____ _____
(Signature and Title of Immigration Officer)        Signature of Respondent

Date _____

### Certificate of Service

This Notice to Appear was served on the respondent by me on _June 6, 20__ _____ in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☒ In person          ☐ By certified mail, return receipt requested          ☐ By regular mail

☒ Attached is a credible fear worksheet.

☒ Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the _____English_____ language of the time and place of his/her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____          C. TODD FLOYD          Deportation Officer
(Signature of Respondent if Personally Served)        (Signature and Title of Officer)

Form I-862 Page 2 (Rev. 08/01/07)



U.S. Department of Homeland Security     Continuation Page for Form I-862

| Alien's Name | File Number | Date |
| --- | --- | --- |
| | | 05/06/2016 |
| | Event No: | |

THE SERVICE ALLEGES THAT YOU:

1. You are not a citizen or national of the United States;

2. You are a native of IRAQ and a citizen of IRAQ;

3. You were admitted to the United States at New York City, NY on or about September 8, 2009 as a

4. Your status was adjusted to that of a lawful permanent resident on 7/19/2011 under section 209(a) of the Act, retroactive to your entry date;

5. You were, on 2/01/2016, convicted in the U.S. District Court at the Western District of NY for the offense of "Theft of Social Secury Benefits", a felony, in violation of Title 18 U.S. Code Section 641. The identified loss was $75,207.00.

6. You were, on 2/01/2016, convicted in the U.S. District Court at the Western District of NY for the offense of "Concealing Events with Intent to Fradulently Secure Social Security Benefits", a felony, in violation of Title 42 U.S. Code Section 1383(a)(3). The identified loss was $75,207.00.

7. You were, on 2/01/2016, convicted in the U.S. District Court at the Western District of NY for the offense of "False Statements to Supplemental Nutrition Assistance Program (SNAP)", a felony, in violation of Title 18 U.S. Code Section 1001. The identified loss was $6,300.00.

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:

Cell

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(M) of the Act, a law relating to an offense that (i) involves fraud or deceit in which the loss to the victim or victims exceeds $10,000; or (ii) is described in The Internal Revenue Code of 1986, Section 7201 (relating to tax evasion) in which the revenue loss to the Government exceeds $10,000.

Section 237(a)(2)(A)(i) of the Immigration and Nationality Act, as amended, in that you have been convicted of a crime involving moral turpitude committed within five years after admission for which a sentence of one year or longer may be imposed.

| Signature | Title | |
| --- | --- | --- |
| A. ATEF KOSKIN | | ESDO |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01 07)

ICE - 0295785

Event No: ▮▮▮▮▮▮

| DATE PREPARED<br>05/18/2016 | **INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT** | FILE<br>A ▮▮▮▮▮▮ |
|---|---|---|

| 1. NAME ▮▮▮▮▮▮ | 2. SEX ▮▮ |
|---|---|

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP<br>IRAQ |
|---|---|

| 5. DATE OF BIRTH ▮▮▮▮ | 6. PLACE OF BIRTH |
|---|---|

| 7. HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION<br>MED | MARKS OR SCARS |
|---|---|---|---|---|---|

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH<br>Baghdad | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY<br>99 miles SE of Baghdad |
|---|---|

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.
Iraq, former Refugee status in Lebanon

| 11. NAMES: LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS<br>▮▮▮▮▮▮ | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED.<br>Not Applicable |
|---|---|

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP    (Show dates of residence)

14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE    (Show dates of residence, and immigration status there)
ay Al Soloum Beirut LEBANON

| 15. PLACE OF ENTRY INTO UNITED STATES<br>New York City, NY | DATE OF ENTRY INTO UNITED STATES |
|---|---|

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.
▮▮▮▮▮▮

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY: ☐ YES ☒ NO. DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☒ NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.
Not Applicable

| 18. FATHER'S NAME<br>▮▮▮▮▮▮ | DATE OF BIRTH<br>▮▮▮▮ | PLACE OF BIRTH<br>IRAQ |
|---|---|---|

PRESENT ADDRESS

| 19. MOTHER'S MAIDEN NAME<br>▮▮▮▮▮▮ | DATE OF BIRTH<br>▮▮▮▮ | PLACE OF BIRTH<br>IRAQ |
|---|---|---|

PRESENT ADDRESS

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD
Not Applicable

21. PREVIOUSLY ☐ EXCLUDED ☐ DEPORTED ☐ REQUIRED TO DEPART FROM THE UNITED STATES

ON _____ VIA _____ TO _____
(Date)                        (Port)                        (Country)

22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN: ☐ YES ☐ NO. IF SO, GIVE DATES AND PLACES
Not Applicable

23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE

24. NAMES, AGES, AND ADDRESSES OF ALL CHILDREN

25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL
Not Applicable



دفتر وثيقة عقد النكاح

1 ... Y 2009

صك زواج

EEN BY ICMC / BEIRUT
ARRIAGE CERTIFICATE

الفريق الأول

| | |
|---|---|
| | الزوج |
| | الوكيل |
| | الشاهد الأول |
| | الشاهد الثاني |

| | |
|---|---|
| | الزوجة |
| | الوكيل |
| | الشاهد الأول |
| | الشاهد الثاني |

في هذ
من ش
تم ا
بمس
ونظم



1 1 MAY 2008

SEEN BY ICMC / BEIRUT
IRAQI NATIONAL ID CARD



DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID: ▮▮▮▮▮▮
File No: ▮▮▮▮
Event No: ▮▮▮▮▮▮▮
Date: September 1, 2016

To any immigration officer of the United States Department of Homeland Security:

▮▮▮▮▮▮▮▮▮▮▮▮

(Full name of alien)

who entered the United States at  New York City, NY  on September 8, 2009

(Place of entry)                                      (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 237(a)(2)(A)(i) of the Immigration and Nationality Act...............
Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act..............

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2016

RICARDO A. WONG

(Signature of immigration officer)

**Field Office Director**

(Title of immigration officer)

September 1, 2016, Chicago, IL

(Date and office location)

ICE Form I-205 (8/07)

Page 1 of 2

PREVIEW ONLY

NOT FOR OFFICIAL USE



THE IMAGES AND DATA CONTAINED HEREIN ARE RESTRICTED FOR OFFICIAL LAW ENFORCEMENT USE ONLY



**EMBASSY OF THE REPUBLIC OF IRAQ**

3421 Massachusetts Avenue, NW
Washington, DC 20007



سفارة جمهورية العراق
واشنطن
بالیوز خانەی ی کۆماری عیراق لە واشنتن

إستمارة طلب الحصول على جواز السفر العراقی
فۆرمی داخوازی بۆ دەرگرتنی پاسپۆرتی عیراقی

هویة طالب/ طالبة جواز السفر / ناسنامەی داواکاری پاسپۆرت

١- الإسم الثلاثی / ناوی سیانی : ▮▮▮▮▮▮▮

1- The full names : . . . . . . . . . . . . . . . . . . . . . . . . . . .

٢- اللقب / نەقاب : ▮▮▮▮

2- The Surname ( If any ) : . . . . . . . . . . . . . . . . .

٣- إسم الأم / ناوی دایک : ▮▮▮

3- Mothers name : . . . . . . . . . . . . . . . . . . . . .

٤- الحالة الزوجية / باری خێزانی : ▮▮▮▮

٥- تأریخ و مکان الولادة / بەروارو شوێنی لەدایکبون : ▮▮▮▮

5- Date and Place of birth : . . . . . . . . . . . . . . . . . . . . . . . . . . .

٦- المهنة / پیشە : ▮▮

٧- رقم و تأریخ شهادة الجنسية العراقية / ژمارە و بەرواری رەگەزنامەی عیراقی : ▮▮

٨- رقم و تأریخ هویة الاحوال المدنية / ژمارە و بەرواری پێناسەی نەحوالی مەدەنی : ▮▮

أوصاف طالب الجواز / روخساری داواكاری پاسپورت :

1- الطول / بالا :

2- لون العينين / رهنگی چاو :

3- لون الشعر / رهنگی قژ :

4- لون الوجه / رهنگی پێست :

5- العنوان والهاتف في الولايات المتحدة الامريكية / ناو ونانيشانو ته له ۆنث له امريكا و



التوقيع و التأريخ / ئيمزا او بەسرۆار

اسم الموظف القنصلي / ناوی كاركسەندی كونسوئيه :
- رقم الجواز / ژمارەی پاسپورت :
- تأريخ الإصدار / بەروەری دەركردنی :

الملاحظات/تێبينيەكان :

السيد القنصل المحترم

م / جـــواز مـرور

انـي المواطـن العراقـي ( ███████ ) ارجـو اصـدار جواز مرور لـي الـى العراق وذلك
لظـروف الخاصـة ورغبتـي بالعـودة الطوعية الـى العراق ، علماً اننـي لا احمل جـواز سفر للعودة الـى الـى
ارض الوطن .

التوقيـع ██████████

الاسـم : ██████████

التاريـخ : ██ / ██ / 2016

العنوان : ████

رقـم الهاتـف : ████

بصمة الابهام الايسر

أوصاف طالب الجواز / روخساری داواکاری پاسپۆرت :

1- الطول / باڵا : 

2- لون العينين / رەنگی چاو :

3- لون الشعر / رەنگی قژ :

4- لون الوجه / رەنگی

5- العنوان والهاتف فی الولايات المتحدة الامريكية / ناو ونانیشانو ئه له ڤونت له امریکا

التوقيع و التأريخ /

اسم الموظف القنصلی / ناوی کارمەندی کونسولیه :
– رقم الجواز / ژمارەی پاسپۆرت :
– تأريخ الإصدار / بەروازی دەرکردنی :

الملاحظات/تێبینیەکان :

السيد القنصل المحترم

م / جـواز مـرور

انـي المواطـن الـعراقـي ( ████████████ ) ارجـو اصـدار جـواز مـرور لـي الـى الـعراق وذلـك
لظروف الخاصـة ورغبتي بالعـودة الطوعيـة الـى الـعراق ، علماً انني لا احمـل جـواز سفـر للعـودة الـى الـى
ارض الوطـن .

التوقيع : ████████████

الاسـم :

التاريخ :   ٣ / ٣ / 2016

العنوان : ████

رقم الهاتف : ████

بصمة الابهام الايسر

EMBASSY OF THE REPUBLIC
OF IRAQ
3421 Massachusetts Avenue, NW
Washington, DC 20007





سفارة جمهورية العراق
واشـنطن
باليزخانةي كوماري عيراق لة واشنتن

إستمارة طلب الحصول على جواز السفر العراقي
فورمي داخوازى بو وةركرتنى پاسپورتى عيراقى

هوية طالب/ طالبة جواز السفر / ناسناسى داواكارى پاسپورت

1- الإسم الثلاثى / ناوى

1- The full names : . . . . .

2- اللقب / نمقاب

2- The Surname ( If any) : . . . . . . . . . . . . . .

3- إسم الأم / ناوى دايك :

3- Mothers name : . . . . . . . . . . . . . . . . . . .

4- الحالة الزوجية / بارى خيزانى :

5- تأريخ و مكان الولادة / بةروارو شوينى لةدايكبوون :

5- Date and Place of birth : . . . . . . . . . . . . . . . . . . . . . . . . . .

6- المهنة / پيشـة

7- رقم و تأريخ شهادة الجنسية العراقية / ژمارهو بةروارى رةگةزنامةى عيراقى :

8- رقم و تأريخ هوية الأحوال المدنية / ژمارهو بةروارى بثناسهى نهحوالي مةدةنى :

## Biometric Information

