# EXHIBIT 1-6

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*



U.S. Department of Homeland Security
1010 East Whatley Road
Oakdale, LA 71463

**U.S. Immigration
and Customs
Enforcement**

June 21, 2017

Embassy of Iraq
1801 P Street, NW
Washington, DC 20036

RE: ███████████████████████

Dear Consul General:

Please accept this letter with the enclosed documents as a formal request for a travel document on behalf of ██ ███████████████████, a native and citizen of IRAQ.

Mr. ████████ entered the United States AT New York City, New York on 05/11/2009.

Mr. ████████ was afforded a hearing before an Immigration Judge or other authorized immigration process to answer the charges on the attached Notice to Appear. As a result of this hearing, Mr. ██ ███████ was ordered removed from the United States as documented by the attached Order.

As you know, your country is a party to the Convention on International Civil Aviation. Annex 9 of the Convention states in Chapter 5.26 through 5.29:

5.26 A Contracting State shall, when requested to provide travel documents to facilitate the return of one of its nationals, respond within a reasonable period of time and not more than 30 days after such a request was made either by issuing a travel document or by satisfying the requesting State that the person concerned is not one of its nationals.

5.27 A Contracting State shall not make the signing by the person concerned of an application for a travel document a prerequisite for the issuance of that document.

5.28 When a Contracting State has determined that a person for whom a travel document has been requested is one of its nationals but cannot issue a passport within 30 days of the request, the State shall issue an emergency travel document that attests to the nationality of the person concerned and that is valid for readmission to that State.

5.29 A Contracting State shall not refuse to issue a travel document to or otherwise thwart the return of one of

its nationals by rendering that person stateless.

In light of these provisions, ICE respectfully requests that you issue a passport or other suitable travel document to Mr. ███████ within 30 days of this request.

Mr. ███████ will be scheduled to depart the United States upon receipt of a passport or other suitable travel document.

If you require further information, please contact Officer Manuel at 318-335-7573 or email martin.o.manuel@ice.dhs.gov.

Sincerely,

Scott Sutterfield
DFOD

Enclosed Copies of    (1) Removal Order
                    (2) Charging Document
                    (3) I-217
                    (4) Information for Travel Document or Passport
                    (5) Copy of National ID
                    (6) Biometric Information

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
MEMPHIS, TENNESSEE

IN THE MATTER OF:

§
§
§
§

RESPONDENT                                          §          IN REMOVAL PROCEEDINGS

CHARGE:          Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act - Convicted
                       of an aggravated felony

ON BEHALF OF THE RESPONDENT:                    ON BEHALF OF THE SERVICE:
Law Offices of Barry L. Frager                            H. Lee Leatherwood
5100 Poplar Avenue, Suite 2222                         Assistant District Counsel
Memphis, TN 38137                                         1342 Sycamore Road, Suite 100
                                                                  Memphis, TN 38134

## ORDER OF THE IMMIGRATION JUDGE

### FACTS

Respondent is a native and citizen of Iraq. (Ex. 1) On January 7, 1997, he pled guilty in the
Criminal Court of Davidson County, Tennessee, of statutory rape, in violation of Tennessee Code
Annotated (TCA) § 39-13-506, (Ex. 2). A grand jury had previously handed up a seven count
indictment charging Respondent with kidnaping, aggravated rape, and aggravated sexual battery.
(Ex. 2). Respondent was sentenced to one year in the workhouse, followed by one year unsupervised
probation after Respondent spent 45 days incarcerated. (Ex. 2). This sentence was characterized by
the sentencing judge as being within the standard range under TCA §§ 40-35 - 101 et. seq., the
Tennessee Criminal Sentencing Reform Act of 1989. [1]

Respondent is hereby ordered removed to Iraq.

Dated: January 7, 1999

Charles E. Pazar
Immigration Judge

U.S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: ███████

In the Matter of:

Respondent: ████████  ████████  ████████

███████  (Number, street, city, state and ZIP code)  ████  ████  (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of Iraq and a citizen of Iraq;

3. You were admitted to the United States at New York, New York on or about 09/22/94

4. On 12/06/95, your status was adjusted to that of a permanent resident;

5. You were, on 01/07/95, convicted in the Criminal Court of Davidson County, Tennessee for the offense of Statutory Rape, in violation of Tennessee Code Annotated 39-13-506.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43) of the Act.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: To be calendered and notice provided by the office of the Immigration Judge. Notice will be mailed to the address

on _____ at _____ to show why you should not be removed from the United States based on the
   (Date)       (Time)
charge(s) set forth above.

_L. ℛℯ_
                      Officer in Charge
                (Signature and Title of Issuing Officer)

Date:   08/26/97

Memphis, Tennessee
          (City and State)

**See reverse for important information**

Form I-862 (Rev. 4-1-97)



See reverse for important information

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

_____
(Signature and Title of INS Officer)

Date: _____

---

**Certificate of Service**

This Notice to Appear was served on the respondent by me on ___08/27/97___ , in the following manner and in
(Date)
compliance with section 239(a)(1)(F) of the Act:

☒ In person       ☐ by certified mail, return receipt requested       ☐ by regular mail

☐ Attached is a list of organizations and attorneys which provide free legal services.

☒ The alien was provided oral notice in the ___En.li.l___ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

X ███████████
(Signature of Respondent if Personally Served)                 _____
                                                                (Signature and Title of Officer)

| DATE PREPARED | INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT | FILE |
|---|---|---|
| 09/25/97 | | ███████ |

| 1. NAME | | 2. SEX |
|---|---|---|
| ████████████████ | | Male |

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP |
|---|---|
| | Iraq |

| 5. DATE OF BIRTH | 6. PLACE OF BIRTH |
|---|---|
| ███████ | ████████ |

| 7. HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARKS OR SCARS |
|---|---|---|---|---|---|
| | | | | | |

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY |
|---|---|
| N/A | N/A |

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION. CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED

N/A

| 11. NAMES, LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS. | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. |
|---|---|
| ██████████ | N/A |

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP *(Show dates of residence)*

██████ (doesn't remember street address)

14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE. *(Show dates of residence, and immigration status there)*

| 15. PLACE OF ENTRY INTO UNITED STATES | DATE OF ENTRY INTO UNITED STATES |
|---|---|
| New York, New York | 09/22/94 |

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

Birth certificate - whereabouts unknown

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY: ☐ YES ☐ NO. DESCRIBE DOCUMENT(S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE. ☐ YES ☐ NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED. WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

| 18. FATHER'S NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| ████████████ | Unknown | Unknown |
| PRESENT ADDRESS | | |
| Deceased | | |

| 19. MOTHER'S MAIDEN NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| ████████████ | Unknown | Unknown |
| PRESENT ADDRESS | | |
| ███████ | | |

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

Mother

21. PREVIOUSLY ☐ EXCLUDED ☐ DEPORTED ☐ REQUIRED TO DEPART FROM THE UNITED STATES

| ON | N/A | VIA | | TO | |
|---|---|---|---|---|---|
| | *(DATE)* | | *(PORT)* | | *(COUNTRY)* |

22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN. ☐ YES ☐ NO IF SO, GIVE DATES AND PLACES

Conscientious objector

23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE

N/A

24. NAMES, AGES, AND ADDRESSES OF ALL CHILDREN

N/A

25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL.

N/A

Form I-217 (rev. 8-10-66) UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service   ☆ USGPO: 1966-748-753






*Subject Refused*

**EMBASSY OF THE REPUBLIC**
**OF IRAQ**

3421 Massachusetts Avenue, NW
Washington, DC 20007



سِفَارَةُ جُمْهُورِيَّةِ العِرَاقِ
واشنطن
بَاْلَيْوَزْخَانَةِ ي كَوْمارى عَيْراق لَة واشنتن

إستمارة طلب الحصول على جواز السفر العراقي
فورمى داخوازى بو ومرگرتنى پاسپورتى عيراقى

هوية طالب/ طالبة جواز السفر / ناسنامەى داواكارى پاسپورت

1- الإسم الثلاثى / ناوى سيانى :

1- The full names : . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

2- اللقب / لەقەب :

2- The Surname ( If any) : . . . . . . . . . . . . . . . . . . . . . .

3- إسم الأم / ناوى دايک :

3- Mothers name : . . . . . . . . . . . . . . . . . . . . . .

4- الحالة الزوجية / بارى خێزانى :

5- تأريخ و مكان الولادة / بەروارو شوێنى ٸەدايكبون :

5- Date and Place of birth : . . . . . . . . . . . . . . . . . . . . . . . . . .

6- المهنة / پيشه :

7- رقم و تأريخ شهادة الجنسية العراقية / ژمارەو بەروارى رەگەزنامەى عيراقى :

8- رقم و تأريخ هوية الاحوال المدنية / ژمارەو بەروارى پێناسەى ٸەحوالى مەدەنى :

أوصاف طالب الجواز / روخساری داواکاری پاسپۆرت :

1- الطول / بألا :

2- لون العينين / رەنگی چاو :

3- لون الشعر / رەنگی قژ :

4- لون الوجه / رەنگی پێست :

5- العنوان والهاتف فی الولايات المتحدة الامريكية / ناو ونانيشانو ته له فونت له امريكا

التوقيع و التأريخ / ئيمزاو بەروار

إسم الموظف القنصلی / ناوی کارمەندی کونسوليه :
- رقم الجواز / ژمارەی پاسپۆرت : :
- تأريخ الإصدار / بەروازی دەرکردنی : :

الملاحظات/تێبینیەکان :

A [REDACTED]
Subject Refused

السيد القنصل المحترم

م / جـــواز مـرور

انـي المواطـن العراقـي (          ) ارجـــو اصدار جواز مرور لـي الى العراق وذلك
لظروف الخاصة ورغبتي بالعـودة الطوعية الى العراق , علماً انني لا احمل جـواز سفر للعودة الى الى
ارض الوطن .

التوقيع :

الاسـم :

التاريخ :    /  /2016

العنوان :

رقم الهاتف :

بصمة الابهام الايسر

# Biometric Information

**Name:** ████████████████████
**Alien Number:** ███████████



| Fingerprints | |
|---|---|
| Left | Right |