# EXHIBIT 1-7

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

A ███████ 296
Subject Refused

السيد القنصل المحترم

م / جـــواز مرور

انـي المواطـن العراقــي (                    ) ارجــو اصدار جواز مرور لـي الى العراق وذلك
لظروف الخاصة ورغبتي بالعـودة الطوعية الى العراق , علماً انني لا احمل جـواز سفر للعودة الى الى
ارض الوطن .

التوقيع :

الاسـم :

التاريخ :    /  /2016

العنوان :

رقم الهاتف :

بصمة الابهام الايسر