# EXHIBIT 1-8

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

*Consulate General of the Republic of Iraq*

Detroit



القنصلية العامة لجمهورية العراق

ديترويت

No: C.D/6/6/2238

Date: December 6, 2016

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of Detention and Removal Operation
333 Mt. Elliott Street
Detroit, MI 48207

Re: ███████████ ( A ██████ 3)

With reference to your letter dated on **October 11, 2016** and in the light of the interview that conducted by the Iraqi consulate with above mentioned individual on **November 15, 2016**, kindly be advised that the Consulate General of the Republic of Iraq in Detroit is unable to issue travel document for him due to lack of his proper Iraqi documents which are necessary and required to process his application, these documents are consist of the Iraqi Personal Identification Card and Iraqi Citizenship Certificate, also **Mr.** ███ stated that he is unwilling to voluntary repatriated to Iraq, therefore and according to our regulations we will not be able to start any application for him at this time.

Please accept our high consideration with regards.

Sincerely,



Almanhal Al Safi
Consul General

16445 W. 12 mile Rd., Southfield, MI 48076 | Tel: 248 423 1250 | fax: 248 423 1259
Email: detcon@mofa.gov.iq