# EXHIBIT 1-10

Message

| From: | Schultz, John A [/O=IRMMAIL/OU=MBX SERVERS - NYC/CN=RECIPIENTS/CN=JASCHULT] |
|---|---|
| Sent: | 4/26/2017 3:48:15 PM |
| To: | Farmer, Floyd S [/O=IRMMAIL/OU=MBX Servers - DAL/cn=Recipients/cn=FSFarmer]; Clinton, Julius A [/O=IRMMAIL/OU=MBX Servers - NYC/cn=recipients/cn=JAClinto] |
| Subject: | FW: Iraq Accepts First Deportations since 2011 |

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

**From:** Hankinson, Simon R [mailto:HankinsonSR@state.gov]
**Sent:** Wednesday, April 26, 2017 11:26 AM
**To:** Pineiro, Marlen; Katz, Evan C; Schultz, John A
**Subject:** FW: Iraq Accepts First Deportations since 2011

The last line about kissing the ground is a nice touch.

**Official - SBU**
UNCLASSIFIED

**From:** SMART Core
**Sent:** Wednesday, April 26, 2017 11:14 AM
**Cc:** King, Karin M; Siddiqi, Raja L; Norton, Bradley; McCarthy, Evan K; Ashby, Stephen M; Borkowicz, Brandon L; Hankinson, Simon R; Madre Rull, Nuria; Cuan, Andrew S; Mauck, Taylor R; Lewis, Poonam
**Subject:** Iraq Accepts First Deportations since 2011

UNCLASSIFIED
SBU



| Info Office: | P, Special_Assistant |
|---|---|

| MRN: | 17 BAGHDAD 514 |
|---|---|
| Date/DTG: | Apr 26, 2017 / 261513Z APR 17 |
| From: | AMEMBASSY BAGHDAD |
| Action: | WASHDC, SECSTATE *ROUTINE* |
| E.O.: | 13526 |
| TAGS: | PREL, PGOV, CVIS, DHS, IQ |
| Captions: | SENSITIVE |

**Subject:** Iraq Accepts First Deportations since 2011

1). (SBU) Summary: Signaling its determination to work with the USG on security and immigration issues, the GOI on April 19th accepted the first flight of its citizens deported from the U.S. since 2011. While the initial group of eight deportees was small, it showed that the issue had passed from the "if" to the "when" stage of action. With the channels between DHS/ICE, Embassy Baghdad and the GOI established, the stage is set to move the more than 1400 Iraqi detainees still pending deportation by ICE. A key to this successful outcome was shifting the focus from a political dialogue—the difficulty of accepting Iraqis with failed asylum claims who don't want to return—to a law enforcement one—the transfer of Iraqis with court orders for their removal from the United States. End Summary.

2). (SBU) As described reftel, DHS/ICE Removal and International Operations prepared in early January to fly eight Iraqis to Baghdad, sidestepping GOI reluctance to issue them travel documents. In late January we provided the names and criminal records of the eight to MFA, and signaled our intent to return them by charter aircraft. At that time we noted that accepting this flight would be an encouraging sign of progress on an issue that could help remove Iraq from sanctions in future Executive Orders. By March, that reluctance to issue travel documents had been overcome, and Embassy Baghdad engaged with MFA, Ministry of Interior, and Baghdad airport authorities to arrange details such as landing clearance for the charter aircraft that ICE/RIO would use. Shortly before the flight was to leave, the Iraqi DCM, with the assistance of ICE, traveled to the federal holding facility in Louisiana. He confirmed their citizenship and issued laissez passer for the eight deportees. The flight left on April 17, landed in Dubai, and the Iraqi deportees were separated from other nationalities to fly into Baghdad the next day.

3). (SBU) On the morning of April 19 , receiving word that the flight was inbound, Embassy officers (Consular, RSO, and Legatt) traveled under RSO protection to Baghdad International Airport to witness the transfer. We went first to the passenger terminal, though all the pre-plans had been for a planeside meeting. The Airport authority had been superseded by the Iraqi Intelligence Service (INIS) who would receive the deportees, and they had not been part of the planning sessions. After the inevitable confusion marked by multiple cell phones and many cigarettes, our vehicles were put into a convoy with a police escort and a mini-van for the arriving Iraqis. We proceeded plane side, where the ICE charter had landed some minutes ago, and whose crew was relieved to see us. The actual transfer was routine. Manifests were signed by the Embassy and the head of the Airport authority, the crew turned the laissez passer over to the senior INIS officer, and the deportees came down the gangway, seemingly untroubled by their return to their home country. There were some handshakes, tears, and even a kissing of the ground. Considering the six years of reluctance to accept deported citizens, the GOI had plenty of staff and resources committed to this effort, and those on the tarmac seemed to know this would not be the last trip.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **Signature:** | Silliman |

| | |
|---|---|
| **Drafted By:** | BAGHDAD:Miller, Andrew T |
| **Cleared By:** | RSO:Danielson, Ilsa O (Baghdad) |
| | Legat:Franks, Kimberly (Baghdad) |
| **Approved By:** | POL:Curran, Sylvia R (Baghdad) |
| **Released By:** | BAGHDAD:Miller, Andrew T |

| | |
|---|---|
| **Action Post:** | NONE |
| **Dissemination Rule:** | DIS_P, DIS_SPECIAL_ASSISTANT |

## UNCLASSIFIED
SBU

ICE - 0297787