# EXHIBIT 1-13

Message

| | |
|---|---|
| From: | Schultz, John A [/O=IRMMAIL/OU=MBX SERVERS - NYC/CN=RECIPIENTS/CN=JASCHULT] |
| Sent: | 3/14/2017 5:35:15 PM |
| To: | Pineiro, Marlen [/O=IRMMAIL/OU=MBX Servers - MIA/cn=Recipients/cn=mpineiro] |
| CC: | Day, Dana [/O=IRMMAIL/OU=MBX Servers - BAL/cn=Recipients/cn=dday] |
| Subject: | FW: Iraq Inter-ministerial Committee on Deportations Outlines Deportations Facilitation |

Possible huge breakthrough in Iraq


Sent with Good (www.good.com)

---

**From:** Weiller, Brigid R (Baghdad)
**Sent:** Tuesday, March 14, 2017 1:13:03 PM
**To:** Hankinson, Simon R
**Cc:** Clinton, Julius A; Schultz, John A; Fenzel, Andrew D; Lewis, Poonam
**Subject:** RE: Iraq Inter-ministerial Committee on Deportations Outlines Deportations Facilitation

Hi Simon,

The Consular access request was not tied to travel document issuance; they wanted to individually visit each of the 1400 per consular access, which would be problematic vis-à-vis time, distance, and logistics. They agreed to consider the Consular access request met by having an Iraqi official present at the departure.

With regard to travel documents, the GoI agreed to have previously-reviewed plane manifests replace the need for travel documents for Iraqis for whom the USG can provide some evidence of Iraqi citizenship, i.e., valid or expired passports or national identification cards, or other Iraqi citizenship documentation. This was the "Haiti model" we previously discussed with DHS.

In addition, the GoI is willing to accept information derived from U.S. systems that note Iraqi citizenship as permitted by the United States (DHS and DoS records) in lieu of Iraqi citizenship documentation, i.e., for Iraqis who threw away passports or ID cards. The info would be vetted as part of the manifest package provision to the MFA.

Thanks,

Brigid


SBU
This email is UNCLASSIFIED.

---

**From:** Hankinson, Simon R
**Sent:** Monday, March 13, 2017 9:38 PM
**To:** Weiller, Brigid R (Baghdad)
**Cc:** Clinton, Julius A (JAClinto@ice.dhs.gov); John A. Schultz (John.A.Schultz@ice.dhs.gov); Fenzel, Andrew D; Lewis, Poonam
**Subject:** FW: Iraq Inter-ministerial Committee on Deportations Outlines Deportations Facilitation

Brigid

I didn't see the action request (last para) until I read it carefully today. "Action request for CA/VO and NEA/I: Please raise with DHS the request for DHS approval for Iraqi officials to meet with Iraqi deportees at the points of embarkation in order to meet the GoI's consular access request."

I don't know what this means. ICE is normally happy to arrange meetings between consular officials and detainees so they can establish nationality and issue TDs. What does it mean by the points of embarkation? They would need to have TDs in hand before anyone from ICE took them to an airport.

Simon

**Official**
UNCLASSIFIED

**From:** SMART Core
**Sent:** Sunday, March 12, 2017 12:22 PM
**Cc:** King, Karin M; Siddiqi, Raja L; Norton, Bradley; McCarthy, Evan K; Ashby, Stephen M; Borkowicz, Brandon L; Hankinson, Simon R; Madre Rull, Nuria; Cuan, Andrew S; Schofield, Trina L; Mauck, Taylor R; Lewis, Poonam
**Subject:** Iraq Inter-ministerial Committee on Deportations Outlines Deportations Facilitation

<u>UNCLASSIFIED</u>
SBU



| | |
|---|---|
| **Info Office:** | P, Special_Assistant |
| **MRN:** | 17 BAGHDAD 278 |
| **Date/DTG:** | Mar 12, 2017 / 121621Z MAR 17 |
| **From:** | AMEMBASSY BAGHDAD |
| **Action:** | WASHDC, SECSTATE *ROUTINE* |
| **E.O.:** | 13526 |
| **TAGS:** | PGOV, PREL, CVIS, IQ, DHS, FBI |
| **Captions:** | SENSITIVE |
| **Reference:** | 17 BAGHDAD 66 |
| **Pass Line:** | PASS TO: CA/VO ANDREW FENZEL, NEA/I BRYAN KOONTZ, DHS/RIO JULIUS CLINTON |
| **Subject:** | Iraq Inter-ministerial Committee on Deportations Outlines Deportations Facilitation |

1. (SBU) Summary: Dr. Kadhim Al-Rikabi, Ministry of Foreign Affairs, met with the Deputy Consul General (DCG) and Assistant Legal Attaché March 7 to discuss the initial steps outlined by the Iraq Inter-ministerial Committee on Deportations to commence the return of over 1400 Iraqi nationals ordered deported from the United States. Al-Rikabi said the Committee had identified four necessary steps for Iraq to facilitate the deportations: consular access, Iraqi citizenship verification, deportation court order review, and travel document issuance. Al-

Rikabi said the deportations are a high priority for the Prime Minister and Foreign Minister, and the Committee was prepared to finalize within 30 days the removal of the first group of deportees. Al-Rikabi also said the GoI would share with the United States any derogatory information that surfaced in the inter-ministerial deportation documentation review. End Summary.

2. (SBU) Al-Rikabi said the newly-formed Iraq Inter-ministerial Committee on Deportations is comprised of representatives from the Prime Minister's Office, the Ministry of Foreign Affairs (MFA), the Ministry of Justice (MoJ), and the Ministry of the Interior (MoI). He said the structure of the Committee is designed to ensure the appropriate GoI ministries review the deportation notices thoroughly and quickly under the auspices of Deputy Foreign Minister Khairallah (reftel).

3. (SBU) Consular Access: Al-Rikabi said the Committee was prepared to direct officials from the Embassy of Iraq in Washington, DC and the consulates in Los Angeles, CA and Detroit, MI to meet individually with each of the approximately 1400 Iraqi nationals ordered deported from the United States, prior to facilitating their deportation. After a discussion of the workload implications for the Embassy and consulate officials, the time needed to coordinate and carry out the visits across the United States, and the additional logistical burden this would place on the Department of Homeland Security, Al-Rikabi agreed, provided DHS is amenable (see below action request), to consider the consular access request met by having an Iraqi official meet briefly with groups of deportees at the point of embarkation from the United States.

4. (SBU) Citizenship Verification: Al-Rikabi said once a deportation notification and accompanying documents were received by the MFA, the Ministry of Interior would review and verify the evidence of citizenship provided by the United States. Al-Rikabi noted that for cases where a deportee's travel documents could not be provided by the United States, the GoI was concerned that among the 1400 might be nationals of neighboring countries who were in possession of false Iraqi citizenship documents. In response to the DCG's offer for the United States to provide where permissible evidence of Iraqi citizenship derived from U.S. information systems, Al-Rikabi said the GoI would accept such evidence in lieu of passports and national identification cards.

5. (SBU) Deportation Order Review: Al-Rikabi said the Ministry of Justice (MoJ) would review each deportation court order in tandem with the citizenship verification review process. He stated the MoJ and MoI would also ascertain whether the deportees were subject to any pending criminal charges or convictions in Iraq.

6. (SBU) Travel Document Issuance: Al-Rikabi said the Committee was prepared to direct the Iraqi Embassy and Consulates to provide travel documents for each of the 1400 deportees. The DCG noted DHS had previously provided copies of passports and identification cards to the Embassy and consulates for the purpose of obtaining travel documents, but to no avail. Al-Rikabi agreed the process would be streamlined if the need for travel documents was minimized by excluding deportees who had some evidence of citizenship documents or secondary

<mark>information confirming their citizenship.</mark>

7. (SBU) Information Sharing: Al-Rikabi said the GoI would welcome detailed histories of the deportees' criminal behavior in the United States. He said the GoI would use the citizenship verification process to determine whether the deportees had pending criminal charges or convictions in Iraq. In response to the DCG's noting that information sharing, in addition to the deportations, met two of the three areas of enhanced Iraq-U.S. areas of cooperation per the March 6 Executive Order Protecting the Nation From Foreign Terrorist Entry Into the United States, Al-Rikabi agreed to have the GoI share with the United States any derogatory information that surfaced during the GoI reviews.

8. (SBU) Action request for CA/VO and NEA/I: Please raise with DHS the request for DHS approval for Iraqi officials to meet with Iraqi deportees at the points of embarkation in order to meet the GoI's consular access request.

| | |
|---|---|
| **Signature:** | Silliman |

| | |
|---|---|
| **Drafted By:** | BAGHDAD:Weiller, Brigid R (Baghdad) |
| **Cleared By:** | DOJ:Brennan, Sean (Baghdad) |
| | POL:Curran, Sylvia R (Baghdad) |
| **Approved By:** | Executive Office:Williams, Stephanie T (Baghdad) |
| **Released By:** | BAGHDAD:Weiller, Brigid R (Baghdad) |
| **Info:** | BASRAH, AMCONSUL *ROUTINE*; ERBIL, AMCONSUL *ROUTINE* |

| | |
|---|---|
| **Action Post:** | NONE |
| **Dissemination Rule:** | DIS_P, DIS_SPECIAL_ASSISTANT |

<u>UNCLASSIFIED</u>
SBU