# EXHIBIT 1-14

*Filed Under Seal*

*Pursuant to ECF 453*