# EXHIBIT 1-15

*Redacted Pursuant to ECF 453*

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536



U.S. Immigration and Customs Enforcement

## Update on the Removal Cooperative Initiative

Purpose:

To provide an update on U.S. Immigration and Customs Enforcement's (ICE) mid-year run of the Removal Cooperation Initiative (RCI) tool and progress with recalcitrant and at-risk of noncompliance (ARON) countries working in conjunction with the U.S. Department of State (DOS) or through direct contact with each country's government.

Background:

During the October 2016 evaluation, ICE Enforcement and Removal Operations (ERO) determined that 20 countries were uncooperative and 55 countries were ranked as ARON.

On May 4, 2017, ERO completed the April 2017 analysis on recalcitrant and ARON countries. As a result of ICE's tremendous effort, in just 6 months, there are now 12 uncooperative countries. Specifically, nine countries were removed from the list while one new country (Hong Kong) was added. In addition, the number of ARON countries is down from 55 to 47.

A great deal of work and effort went into this endeavor to accomplish these results. Due to the work of ERO, along with DOS, the U.S. Department of Homeland Security (DHS), and other ICE counterparts, the following are the biggest highlights of success stories associated with the nine countries that were formally removed from the uncooperative list:

1. 

Update on the Removal Cooperation Initiative
Page 2



Law Enforcement Sensitive

Update on the Removal Cooperation Initiative
Page 3



4. **Iraq**
   - After numerous démarches and failure to make traction with the Iraq Embassy, ICE and DOS determined that it may be more productive to present travel document requests directly to the Ministry of Foreign Affairs in Baghdad.
   - This process resulted in the approval and acceptance of eight Iraqi nationals via a charter flight on April 19, 2017
   - Additionally, on March 12, 2017, the Government of Iraq notified DOS that they would accept the removal of the 1,400 non-detained final order Iraqis. To process these removals, the Iraq Inter-ministerial Committee of Deportation – comprised of representatives from the Prime Minister's Office, Ministry of Foreign Affairs, Ministry of Justice, and Ministry of the Interior – was created.

| Citizenship Country | Detained Final Order TOTAL | Detained Final Order Convicted CRIMINAL | Detained Final Order NON-CRIMINAL |
|---|---|---|---|
| IRAQ | 29 | 24 | 5 |

| Citizenship Country | Non- Detained Final Order TOTAL | Non-Detained Final Order Convicted CRIMINAL | Detained Final Order NON-CRIMINAL |
|---|---|---|---|
| IRAQ | 1,398 | 898 | 500 |

5. 

Law Enforcement Sensitive

Update on the Removal Cooperation Initiative
Page 4



Law Enforcement Sensitive

ICE - 0270941

Update on the Removal Cooperation Initiative
Page 5

7. ■



8. ■

Update on the Removal Cooperation Initiative
Page 6



9.

Law Enforcement Sensitive

Update on the Removal Cooperation Initiative
Page 7



Law Enforcement Sensitive

ICE - 0270944