# EXHIBIT 1-18

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

Message

**From:** Clinton, Julius A [/o=IRMMAIL/ou=MBX Servers - NYC/cn=Recipients/cn=JAClinto]
**on behalf of** Clinton, Julius A
**Sent:** 6/19/2017 3:49:55 PM
**To:** Koontz, Bryan (KoontzBK@state.gov [KoontzBK@state.gov])
**Subject:** FW: memo from Iraqi consulate
**Attachments:** memo us department.PDF

Blanked denial letter we spoke about there are still 33 others with them. Also all these cases were sent to Brigid as well.

Respectfully,

*Julius A. Clinton*
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Potomac Center North
500 12th Street SW
Washington, DC 20536
Desk: 202-732-3521
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** Schultz, John A
**Sent:** Wednesday, June 14, 2017 2:00 PM
**To:** Clinton, Julius A
**Cc:** Farmer, Floyd S
**Subject:** FW: memo from Iraqi consulate

Julius-

Can you please reach out to the embassy to see whats the deal on the remaining 33?

thanks

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

**From:** Clinton, Julius A
**Sent:** Wednesday, June 14, 2017 11:34 AM
**To:** Schultz, John A
**Subject:** FW: memo from Iraqi consulate

Respectfully,

Julius A. Clinton
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Potomac Center North
500 12th Street SW
Washington, DC 20536
Desk: 202-732-3521
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** Consulate DC <consulate@iraqiembassy.us>
**Date:** Wednesday, Jun 14, 2017, 11:13 AM
**To:** julius.clinton@dhs.gov <julius.clinton@dhs.gov>
**Cc:** Hatim Al Anbari <h.alanbari@iraqiembassy.us>
**Subject:** memo from Iraqi consulate

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



سفارة جمهورية العراق
بالويا‍‍شــــنطن كومــــارى عيــــــراق
EMBASSY OF THE REPUBLIC OF IRAQ

وا‍شــنطن
WASHINGTON

June, 7th, 2017

U.S. Department of Homeland Security
Immigration and Customs Enforcement
Mr. Julius A. Clinton
Embassy Liaison, Desk Officer
Potomac Center North (PCN)
500 12th St. SW Washington DC 20024

*Compliments,*

With reference to your request for travel documents for the aliens whose names are listed in the attachment, kindly be advised the Embassy of the Republic of Iraq in Washington D.C. is unable to issue such Travel documents for lack of the required official Iraqi documents. The Iraqi passports of these individual are invalid and cannot be extended. Expired passports are not alternative to the required Iraqi document in the process of travel document issuance. The applicant must submit with his request an original and valid Iraqi Personal Identification Card and Iraqi Citizenship Certificate and should express orally and in writing his willingness to return to Iraq voluntarily in order to be issued a travel document.

*Please accept our consideration with regards.*

Sincerely,



Hatim Abdulrazzaq Ali
Consul of Iraq in Washington D.C
/6/2017



1

ICE - 0298492

سفارة جمهورية العراق
بالیوخانەی کۆماری عێراق
EMBASSY OF THE REPUBLIC OF IRAQ

واشنطن
WASHINGTON



| No | Name | A. Number |
|----|------|-----------|
| 1  | B▓▓▓▓ Y▓▓▓▓▓ | A0▓▓▓▓▓▓▓ |
| 2  | K▓▓▓▓ N▓▓▓ | A037203717 |
| 3  | H▓▓▓▓ A▓ ▓▓▓▓▓ | A059125040 |
| 4  | T▓▓▓▓ Y▓▓ | A096419565 |
| 5  | Sami Al issawi | A071674605 |
| 6  | G▓▓▓▓ N R▓▓▓ | A073624681 |
| 7  | F▓▓▓ M▓▓▓▓▓ | A071617217 |
| 8  | J▓▓▓ K▓▓▓▓▓ A▓ M▓▓▓▓ | A074777034 |
| 9  | Usamah Hamama | A034242598 |
| 10 | M▓▓▓▓▓▓ J▓▓▓ K▓▓▓▓▓ | A044175107 |
| 11 | H▓▓▓▓▓ A▓ J▓▓▓▓▓ | A071680533 |
| 12 | J▓▓▓ F▓▓▓▓ | A036264632 |
| 13 | F▓▓▓▓ B▓▓▓ | A043898544 |
| 14 | Jihan Asker | A090619991 |
| 15 | J▓▓▓ A▓▓▓▓▓ | A023659507 |
| 16 | M▓▓▓▓▓ A▓ H▓▓▓▓▓ | A071675944 |
| 17 | S▓▓▓▓▓ S▓▓▓▓▓▓ | A043287905 |
| 18 | A▓▓ T▓▓▓▓ | A022755724 |
| 19 | J▓▓▓ D▓▓▓▓ | A023659784 |
| 20 | S▓▓▓▓ T▓▓▓▓▓ | A078794719 |
| 21 | A▓▓▓ S▓▓▓▓▓ | A091167719 |
| 22 | B▓▓▓▓▓ S▓▓▓▓ | A071673865 |
| 23 | K▓▓▓▓ A▓▓▓▓▓▓ | A071673633 |
| 24 | A▓ A▓▓▓▓▓ A▓ ▓▓▓▓▓▓ | A202159▓▓▓ |

2



ICE - 0298493