# EXHIBIT 1-22

HIGHLY COFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Hamama v. Adducci – Interrogatory 12

This supplemental response to Interrogatory 12 is based on information available to Respondent ICE at the time of response. Further discovery, investigation, research and analysis may supply additional facts and meaning to currently known information. Consistent with Fed. R. Civ. P. 26(e), Respondent ICE will amend any and all responses herein as additional facts are ascertained, legal research is completed, and analysis is undertaken. The responses herein are made in a good faith effort to supply as much information as is known to Respondent ICE at this time, consistent with the positions set forth in the Joint Statement of Issues, ECF No. 235. Attendees listed for agencies other than ICE are based upon information in ICE's possession and the recollection of ICE's attendees.

| Date of Meeting | ICE Attendees | Department of State Attendees | Government of Iraq Attendees |
|---|---|---|---|
| March 2017 | • John Schultz, Deputy Assistant Director, ERO | • Unable to confirm | • Fareed Yasseen, Iraqi Ambassador |
| April 5, 2017 | • Julius Clinton, Detention and Deportation Officer | • Brigid Reilly Weiller, Deputy General Counsel, U.S. Embassy Baghdad | • Unable to confirm |
| April 13, 2017 | • Julius Clinton, Detention and Deportation Officer<br>• Jorge Tenarodriguez, Assistant Attaché for Removals | • Unable to confirm | • Unable to confirm |
| April 25, 2017 | • John Schultz, Deputy Assistant Director, ERO | • Unable to confirm | • Dr. Mohamad Jawad, Deputy Chief of Mission |
| June 18, 2017 | • N/A, but ICE is aware that a meeting between Department of State and Iraq took place | • Unable to confirm | • Unable to confirm |
| June 19, 2017 | • John Schultz, Deputy Assistant Director, ERO<br>• Julius Clinton, Detention and Deportation Officer | • Unable to confirm | • Fareed Yasseen, Iraqi Ambassador |
| June 20, 2017 | • Julius Clinton, Detention and Deportation Officer | • Unable to confirm | • Ahmed Utaifa, 2nd Secretary, Embassy of Iraq |
| June 23, 2017 | • John Schultz, Deputy Assistant Director, ERO | • Unable to confirm | • Ahmed Utaifa, 2nd Secretary, Embassy of |

HIGHLY COFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

|  |  |  |  |
|---|---|---|---|
|  | • Julius Clinton, Detention and Deportation Officer |  | Iraq |
| June 23, 2017 | • Tom Homan, Deputy Director and Senior Official Performing the Duties of the Director | • Unable to confirm | • Fareed Yasseen, Iraqi Ambassador |
| October 31, 2017 | • John Schultz, Deputy Assistant Director, ERO<br>• Julius Clinton, Detention and Deportation Officer | • Unable to confirm | • Dr. Mohamed Jawad, Deputy Chief of Mission |
| January 9, 2018 | • John Schultz, Deputy Assistant Director, ERO<br>• Michael Bernacke, Unit Chief<br>• Julius Clinton, Detention and Deportation Officer | • David Nobles<br>• Kris Clark<br>• Derek Hoffmann, Political Unit Chief, Iraq Desk | • Dr. Mohamad Jawad, Deputy Chief of Mission<br>• Wathiq Ibrahim<br>• Yarub Al Anpaqi, First Secretary, Director of Political Section, First Secretary, Director of Political Section |
| January 10, 2018 | • Michael Bernacke, Unit Chief<br>• Julius Clinton, Detention and Deportation Officer | • Unable to confirm | • Wathiq Ibrahim, Embassy of Iraq |
| January 19, 2018 | • Michael Bernacke, Unit Chief<br>• John Schultz, Deputy Assistant Director, ERO<br>• Julius Clinton, Detention and Deportation Officer | • David Nobles<br>• Kris Clark | • Wathiq Ibrahim, Embassy of Iraq<br>• Yarub Al Anpaqi, First Secretary, Director of Political Section, First Secretary, Director of Political Section |
| March 20, 2018 | • Michael Bernacke, Unit Chief<br>• Robert Tremont<br>• John Schultz, Deputy Assistant Director, ERO | • Unable to confirm | • Unable to confirm |