# EXHIBIT 1-23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | King, Matthew |
| **To:** | Hamilton, Gene |
| **Cc:** | Rezmovic, Jeffrey; Holt, Kenneth; Gearino, Evan; Hayes, Bradley; Petyo, Briana; Chalkley, Marie; Homan, Thomas |
| **Subject:** | Iraqi Ambo call |
| **Date:** | Friday, June 23, 2017 6:18:11 PM |

**Bottom Line Up Front:** D1 and I connected with the Iraqi Ambassador at 5:25PM, June 23rd, 2017, to demonstrate the Department's commitment to the lawful repatriation of a group of Iraqis scheduled to be deported on June 28th, 2017. The Ambassador agreed to signal the urgency of this situation — through his informal channels—to the relevant Ministries in Iraq.

**Summary:**
After a brief summary of the situation—which the Ambassador was familiar with—I expressed the importance of ensuring this flight departs and arrives as scheduled. We mentioned that the Secretary is aware and firm and [REDACTED]. The Ambassador said he was sympathetic to our need but was similarly facing bureaucratic hurdles on his side.

In response, the Ambassador noted that this flight is scheduled to land during an important Islamic holiday, which poses problems from the Iraqi side. He said the logistics are daunting primarily because the government is basically closed through 29 June – after which it would be closed Fri/Sat (weekend) and then would be in bedlam for a week after. I acknowledged the complications of the holiday and noted that the date of this flight was established on May 25th. D1 concurred and concurrently emphasized strongly the importance of this flight.

D1 and I made clear that DHS and [REDACTED] are firmly committed to the removals and that the flight had to go on time, as scheduled.

==In response to the above, the Ambassador said he was unware of when or by whom the flight approval came and acknowledged that a mistake could've happened due to Iraqi bureaucratic clumsiness. He expressed that this flight is problematic (almost impossible) as scheduled. Additionally, the Ambassador noted that in Iraq, the multi-agency coordination to facilitate deportations takes longer than what the U.S. expects.==

> Note: In several instances, the Ambassador claimed he had not seen the paperwork for the removals. D1 assured the Ambassador that they had been sent through the proper channels.

We urged the Ambassador work with the relevant Ministries to gain the approvals necessary for this flight. He pointed out the incredible bureaucracy of the Iraqi government.

The Ambassador promised to work through informal channels in the PM's office to press the urgency to Baghdad. ICE ERO subsequently provided the documents to the Ambassador at the email address he provided and I will text him my coordinates for any updates. The call concluded with the above promise.

Matthew H. King

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Deputy Assistant Secretary
Office of International Engagement
U.S. Department of Homeland Security
(202) 282-8711
Matthew.king@hq.dhs.gov

---

**From:** Blank, Thomas
**Sent:** Friday, June 23, 2017 15:56
**To:** Avanni, Arex <arex.avanni@hq.dhs.gov>; Hamilton, Gene <gene.hamilton@hq.dhs.gov>; Rezmovic, Jeffrey <Jeffrey.Rezmovic@HQ.DHS.GOV>; King, Matthew <matthew.king@hq.dhs.gov>; Chalkley, Marie <marie.chalkley@HQ.DHS.GOV>; Gearino, Evan <evan.gearino@hq.dhs.gov>; Taylor, Miles <miles.taylor@hq.dhs.gov>
**Cc:** OIA-MEASA <MEASA@HQ.DHS.GOV>; Hayes, Bradley <bradley.hayes@hq.dhs.gov>; Petyo, Briana <briana.petyo@hq.dhs.gov>; Askew, Marineka <marineka.askew@HQ.DHS.GOV>; Gauvin, Connor <connor.gauvin@hq.dhs.gov>
**Subject:** RE: Iraq

[redacted]

Tom

Tom Blank
ICE/DHS
202 591-6747

---

**From:** Avanni, Arex <Arex.Avanni@hq.dhs.gov>
**Date:** Friday, Jun 23, 2017, 3:08 PM
**To:** Hamilton, Gene <Gene.Hamilton@hq.dhs.gov>, Blank, Thomas <Thomas.Blank@ice.dhs.gov>, Rezmovic, Jeffrey <Jeffrey.Rezmovic@HQ.DHS.GOV>, King, Matthew <matthew.king@hq.dhs.gov>, Chalkley, Marie <marie.chalkley@HQ.DHS.GOV>, Gearino, Evan <Evan.Gearino@hq.dhs.gov>, Taylor, Miles <Miles.Taylor@hq.dhs.gov>
**Cc:** OIA-MEASA <MEASA@HQ.DHS.GOV>, Hayes, Bradley <Bradley.Hayes@hq.dhs.gov>, Petyo, Briana <Briana.Petyo@hq.dhs.gov>, Askew, Marineka <marineka.askew@HQ.DHS.GOV>, Gauvin, Connor <Connor.Gauvin@hq.dhs.gov>
**Subject:** RE: Iraq

[redacted]

DHSHAMAMA000098

With kind regards,
-Arex

**From:** Hamilton, Gene
**Sent:** Friday, June 23, 2017 2:44 PM
**To:** Blank, Thomas <Thomas.Blank@ice.dhs.gov>; Rezmovic, Jeffrey <Jeffrey.Rezmovic@HQ.DHS.GOV>; King, Matthew <matthew.king@hq.dhs.gov>; Chalkley, Marie <marie.chalkley@HQ.DHS.GOV>; Gearino, Evan <evan.gearino@hq.dhs.gov>; Taylor, Miles <miles.taylor@hq.dhs.gov>
**Cc:** OIA-MEASA <MEASA@HQ.DHS.GOV>; Hayes, Bradley <bradley.hayes@hq.dhs.gov>; Petyo, Briana <briana.petyo@hq.dhs.gov>; Avanni, Arex <arex.avanni@hq.dhs.gov>; Askew, Marineka <marineka.askew@HQ.DHS.GOV>; Gauvin, Connor <connor.gauvin@hq.dhs.gov>
**Subject:** RE: Iraq

Can anyone send me a few bullets to summarize all of the below? Just basic facts - who is requesting what and when.

Thank you!


Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

**From:** Hamilton, Gene
**Sent:** Friday, June 23, 2017 2:02:44 PM
**To:** Blank, Thomas; Rezmovic, Jeffrey; King, Matthew; Chalkley, Marie; Gearino, Evan; Taylor, Miles
**Cc:** OIA-MEASA; Hayes, Bradley; Petyo, Briana; Avanni, Arex; Askew, Marineka; Gauvin, Connor
**Subject:** RE: Iraq

I am caught up in something but will chime in soon. Please pause until future notice


Gene P. Hamilton
Senior Counselor to the Secretary
U.S. Department of Homeland Security

**From:** Blank, Thomas
**Sent:** Friday, June 23, 2017 1:58:52 PM
**To:** Rezmovic, Jeffrey; King, Matthew; Chalkley, Marie; Gearino, Evan; Taylor, Miles; Hamilton, Gene
**Cc:** OIA-MEASA; Hayes, Bradley; Petyo, Briana; Avanni, Arex; Askew, Marineka; Gauvin, Connor
**Subject:** RE: Iraq

Jeff:

Multiple things have happened including an injunction be issued. I am checking the overall status

and will advise shortly.

Tom

---

**From:** Rezmovic, Jeffrey
**Sent:** Friday, June 23, 2017 1:49 PM
**To:** King, Matthew; Chalkley, Marie; Gearino, Evan; Taylor, Miles; Hamilton, Gene
**Cc:** OIA-MEASA; Hayes, Bradley; Petyo, Briana; Avanni, Arex; Askew, Marineka; Gauvin, Connor; Blank, Thomas
**Subject:** Re: Iraq



---

**From**: King, Matthew
**Sent**: Friday, June 23, 2017 12:45 PM
**To**: Rezmovic, Jeffrey; Chalkley, Marie; Gearino, Evan; Taylor, Miles; Hamilton, Gene
**Cc**: OIA-MEASA; Hayes, Bradley; Petyo, Briana; Avanni, Arex; Askew, Marineka; Gauvin, Connor; Gearino, Evan
**Subject**: Iraq

Jeff—We were unclear that ICE leadership meant only Homan. We noted that the #3 in ICE ERO, John Schultz, has twice met with the Iraqi Ambassador on this issue.

The Assistant Director for ERO, Marlen Pineiro, contacted PLCY with a request for DHS leverage. Only this week Tuesday did they learn that the PM was not going to approve the flight, despite coordination months in advance. Lots of media attention on this.

I will fwd to PLCY exec sec a briefing memo with some background materials on this situation and the Department's engagement with Iraq.

[REDACTED]

Matthew H. King
Deputy Assistant Secretary
Office of International Engagement
U.S. Department of Homeland Security
(202) 282-8711
Matthew.king@hq.dhs.gov

---

**From:** Rezmovic, Jeffrey
**Sent:** Friday, June 23, 2017 11:31 AM
**To:** Chalkley, Marie; Gearino, Evan; King, Matthew; Taylor, Miles; Hamilton, Gene
**Cc:** OIA-MEASA; Hayes, Bradley; Petyo, Briana; Avanni, Arex; Askew, Marineka; Gauvin, Connor
**Subject:** RE: Iraq

[REDACTED]

I'm heading out of town in the next few minutes, but will be available on my cell. [REDACTED]

--Jeff

---

**From:** Chalkley, Marie
**Sent:** Thursday, June 22, 2017 3:18 PM
**To:** Gearino, Evan <evan.gearino@hq.dhs.gov>; King, Matthew <matthew.king@hq.dhs.gov>; Rezmovic, Jeffrey <Jeffrey.Rezmovic@HQ.DHS.GOV>; Taylor, Miles <miles.taylor@hq.dhs.gov>; Hamilton, Gene <gene.hamilton@hq.dhs.gov>
**Cc:** OIA-MEASA <MEASA@HQ.DHS.GOV>; Hayes, Bradley <bradley.hayes@hq.dhs.gov>
**Subject:** RE: Iraq

[REDACTED]

--
Marie Chalkley
marie.chalkley@hq.dhs.gov | (O) 202.282.8477 | (M) [REDACTED]

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**From:** Gearino, Evan
**Sent:** Thursday, June 22, 2017 3:16 PM
**To:** King, Matthew <matthew.king@hq.dhs.gov>; Rezmovic, Jeffrey <Jeffrey.Rezmovic@HQ.DHS.GOV>; Taylor, Miles <miles.taylor@hq.dhs.gov>; Hamilton, Gene <gene.hamilton@hq.dhs.gov>
**Cc:** OIA-MEASA <MEASA@HQ.DHS.GOV>; Chalkley, Marie <marie.chalkley@HQ.DHS.GOV>
**Subject:** RE: Iraq

Good Afternoon All,



Please don't hesitate to contact us with any questions.


Respectfully,

Evan

--

**Evan B. Gearino**
Regional Affairs Specialist || Middle East
U.S. Department of Homeland Security || Office of Policy
evan.gearino@hq.dhs.gov || (O) 202.282.8299 || (M)

**From:** King, Matthew
**Sent:** Thursday, June 22, 2017 14:53
**To:** Rezmovic, Jeffrey <Jeffrey.Rezmovic@HQ.DHS.GOV>; Taylor, Miles <miles.taylor@hq.dhs.gov>; Hamilton, Gene <gene.hamilton@hq.dhs.gov>
**Cc:** OIA-MEASA <MEASA@HQ.DHS.GOV>

**Subject:** RE: Iraq

==MEASA pls. Going into S1. I know that ice and Embassy have been going hard at it.==

Matthew H. King
Deputy Assistant Secretary
Office of International Engagement
U.S. Department of Homeland Security
(202) 282-8711
matthew.king@hq.dhs.gov

---

**From:** Rezmovic, Jeffrey
**Sent:** Thursday, June 22, 2017 7:50:31 PM
**To:** Taylor, Miles; King, Matthew; Hamilton, Gene
**Cc:** OIA-MEASA
**Subject:** Re: Iraq

Has ICE leadership spoken to them yet? I'm sure she would be willing but schedule for tomorrow is tight.

---

**From**: Taylor, Miles
**Sent**: Thursday, June 22, 2017 01:56 PM
**To**: King, Matthew; Rezmovic, Jeffrey; Hamilton, Gene
**Cc**: OIA-MEASA
**Subject**: RE: Iraq

Ok. Because this is a repatriation issue, adding Gene to the equation. M

---

**From:** King, Matthew
**Sent:** Thursday, June 22, 2017 1:54 PM
**To:** Taylor, Miles <miles.taylor@hq.dhs.gov>; Rezmovic, Jeffrey <Jeffrey.Rezmovic@HQ.DHS.GOV>
**Cc:** OIA-MEASA <MEASA@HQ.DHS.GOV>
**Subject:** Iraq



Matthew H. King
Deputy Assistant Secretary
Office of International Engagement
U.S. Department of Homeland Security

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

(202) 282-8711
Matthew.king@hq.dhs.gov

DHSHAMAMA000104