# EXHIBIT 1-25

*Redactions Made by Respondents*

**CONFIDENTIAL**

FOR OFFICIAL USE ONLY

### (U) Background Information on Iraq

[REDACTED]

- (U//FOUO) In June 2017, the Iraqi Government refused to accept a charter flight of 64 Iraqi nationals (arranged by ICE/ERO) that had been scheduled to arrive in Iraq on June 28 and for which the Iraqi Government had previously given tacit approval.

- (U//FOUO) On June 23, Acting ICE Director Thomas Homan and DAS Matt King called the Iraqi Ambassador to the United States and pressed him to ensure the flight land as scheduled. The Ambassador indicated he was limited in his ability to persuade Baghdad to allow the flight to land, highlighting bureaucratic clumsiness and the *eid al-fitr* holiday that fell during the time the flight was scheduled to land (celebrated in Iraq this year from June 25 to June 29).

[REDACTED]

DHSHAMAMA000001