# EXHIBIT 1-26

*Redactions Made by Respondents*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Holt, Kenneth |
| **To:** | King, Matthew; Dougherty, Michael; Petyo, Briana |
| **Cc:** | Simmons, Timothy; Chalkley, Marie |
| **Subject:** | RE: Update |
| **Date:** | Friday, June 30, 2017 9:48:37 AM |

Plus Marie as well.

---

**From:** King, Matthew
**Sent:** Friday, June 30, 2017 9:28 AM
**To:** Dougherty, Michael <michael.dougherty@hq.dhs.gov>; Petyo, Briana
<briana.petyo@hq.dhs.gov>; Holt, Kenneth <kenneth.holt@HQ.DHS.GOV>
**Cc:** Simmons, Timothy <timothy.simmons@hq.dhs.gov>
**Subject:** RE: Update

Plus Ken. ████████████████████████████████
████████████████████████████████████████

---

**From:** Dougherty, Michael
**Sent:** Thursday, June 29, 2017 1:34:00 PM
**To:** King, Matthew; Petyo, Briana
**Cc:** Simmons, Timothy
**Subject:** FW: Update

Hi guys, should have looped you in earlier, can we discuss?

Michael T. Dougherty
A/S for Border, Immigration and Trade Policy
Office of Policy
Department of Homeland Security
202.447.3492

---

**From:** Pineiro, Marlen
**Sent:** Wednesday, June 28, 2017 6:33 PM
**To:** Dougherty, Michael <michael.dougherty@hq.dhs.gov>
**Cc:** Hamilton, Gene <gene.hamilton@hq.dhs.gov>
**Subject:** RE: Update

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

███

████████████████████

Thanks
MP


Sent with BlackBerry Work
(www.blackberry.com)

**From:** Dougherty, Michael <Michael.Dougherty@hq.dhs.gov>
**Date:** Wednesday, Jun 28, 2017, 2:37 PM
**To:** Pineiro, Marlen <Marlen.Pineiro@ice.dhs.gov>
**Cc:** Hamilton, Gene <Gene.Hamilton@hq.dhs.gov>
**Subject:** FW: Update

Marlen, please advise if PLCY can render any assistance.

Regards,

Michael T. Dougherty
A/S for Border, Immigration and Trade Policy
Office of Policy
Department of Homeland Security
202.447.3492

**From:** Riedmann, Scott R (Baghdad) [mailto:RiedmannSR@state.gov]
**Sent:** Wednesday, June 28, 2017 3:47 PM
**To:** Dougherty, Michael <michael.dougherty@hq.dhs.gov>; Pineiro, Marlen
<Marlen.Pineiro@ice.dhs.gov>; Schultz, John A <John.A.Schultz@ice.dhs.gov>; Fenzel, Andrew D
<FenzelAD@state.gov>; Lewis, Poonam <LewisP@state.gov>; McEvoy, Meredith C
<McEvoyMC@state.gov>; Koontz, Bryan K <KoontzBK@state.gov>
**Cc:** Pennington, Joseph S <PenningtonJS@state.gov>; Farmer, Floyd S
<Floyd.S.Farmer@ice.dhs.gov>; Weiller, Brigid R (Baghdad) <WeillerBR@state.gov>; Hankinson,
Simon R <HankinsonSR@state.gov>; King, Karin M <KingKM@state.gov>; King, Matthew
<matthew.king@hq.dhs.gov>
**Subject:** RE: Update

Hi John,

████████████████████████

████████████████████

█████████

████████████████████████

███████████████████

DHSHAMAMA000112

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Best,

Scott


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Dougherty, Michael [mailto:michael.dougherty@hq.dhs.gov]
**Sent:** Wednesday, June 28, 2017 7:43 PM
**To:** Pineiro, Marlen; Schultz, John A; Fenzel, Andrew D; Lewis, Poonam; McEvoy, Meredith C; Riedmann, Scott R (Baghdad); Koontz, Bryan K
**Cc:** Pennington, Joseph S; Farmer, Floyd S; Weiller, Brigid R (Baghdad); Hankinson, Simon R; King, Karin M; King, Matthew
**Subject:** RE: Update

Thanks for the SA

Michael T. Dougherty

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Assistant Secretary
Border, Immigration and Trade Policy
Department of Homeland Security
202.447.3492

---

**From:** Pineiro, Marlen
**Sent:** Wednesday, June 28, 2017 5:35:48 PM
**To:** Schultz, John A; Fenzel, Andrew D (FenzelAD@state.gov); Lewis, Poonam (LewisP@state.gov); McEvoyMC@state.gov; Riedmann, Scott R (Baghdad) (RiedmannSR@state.gov); Koontz, Bryan K (KoontzBK@state.gov)
**Cc:** Pennington, Joseph S (PenningtonJS@state.gov); Farmer, Floyd S; WeillerBR@state.gov; 'Hankinson, Simon R'; 'King, Karin M'; Dougherty, Michael; King, Matthew
**Subject:** RE: Update

+Karen/Mike/Matt/Simon


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Date:** Wednesday, Jun 28, 2017, 9:32 AM
**To:** Fenzel, Andrew D (FenzelAD@state.gov) <FenzelAD@state.gov>, Lewis, Poonam (LewisP@state.gov) <LewisP@state.gov>, McEvoyMC@state.gov <McEvoyMC@state.gov>, Riedmann, Scott R (Baghdad) (RiedmannSR@state.gov) <RiedmannSR@state.gov>, Koontz, Bryan K (KoontzBK@state.gov) <KoontzBK@state.gov>
**Cc:** Pennington, Joseph S (PenningtonJS@state.gov) <PenningtonJS@state.gov>, Pineiro, Marlen <Marlen.Pineiro@ice.dhs.gov>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov>, WeillerBR@state.gov <WeillerBR@state.gov>
**Subject:** FW: Update

Scott/Andrew/Bryan-

I wanted to share with you an email that Ambassador Yasseen sent to the Acting ICE Director on Monday. There are a number of items within this email which we find to be concerning:

- *That the Embassy says that we had not consulted with the GoI regarding the date of flight*. When provided with the presentation packages on May 25 the GoI had been informed of the scheduled date and didn't indicate that there would be an issue.
- *That the removal is court ordered*- a removal order could be rendered by an Immigration Judge, the Board of Immigration Appeals, an Immigration Officer, or other judicial authority authorized under the Immigration and Nationality Act
- *Limits removal cases to only criminals*- we expect all countries to accept their nationals, who have been ordered removed, regardless of criminality


Our Acting Director did point out these concerns to the Ambassador who in turn said he would communicate them to Baghdad.

DHSHAMAMA000114

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement

500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
▓▓▓▓▓▓▓ (mobile)
John.a.schultz@ice.dhs.gov

**From:** Fareed Yasseen [mailto:fy@iraqiembassy.us]
**Sent:** Monday, June 26, 2017 12:10 PM
**To:** Homan, Thomas; King, Matthew; Schultz, John A
**Cc:** Ahmed Utaifa; Chalkley, Marie; Mohamad Jawad; Pineiro, Marlen
**Subject:** Update

Dear friends,

I forwarded the information to Baghdad and I heard from them this morning. I think that the fact that the deputy foreign minister would respond on this issue in spite of the holiday underlines the importance we attach to this issue.

The lists and documentation that you provided is being circulated among related Iraqi agencies, in particular the Justice Ministry. Because of the large number of returnees and the logistics required, the Deputy FM requested clearance from the PM's office, and we are awaiting the response. The US embassy had inormed the Forign Ministry that the batch of returnees would arrive on June 29. That date was determined by the US embassy and other US agencies without consultation with the Iraqi agencies involved. As things stand, we will not be able to receive the returnees on the date mentioned (time too short to guarantee receipt of PM's clearance or to arrange for the logistics required for such a large number of returnees). On this issue, our working group met in Baghdad with the US Consul and his deputy or assistant and explained these issues, the Consul in turn promised to delay the trip until after receipt of the PM's clearances on a later date to be agreed to by both sides.

With regard to the names on the list, Iraq can only admit:

1. Those whose Iraqi citizenship is confirmed through the agreed to procedures for this issue utilized previously by both Iraqi and US sides;

2. That they have completed their sentences;

3. That the removal procedure is court-ordered;

4. That their crime be different from illegal entry into the USA as these fall into the category of asylum seekers and their removal could be considered an enforced repatriation.

As you can see, the response of the ministry is quite consistant with what I anticipated during our phone conversation. In all cases, I will keep you apprised of all/any developments.

With best regards,

Fareed Yasseen

DHSHAMAMA000115