# EXHIBIT 1-28

*Redactions Made by Respondents*

Message

| | |
|---|---|
| **From:** | Schultz, John A [/O=IRMMAIL/OU=MBX SERVERS - NYC/CN=RECIPIENTS/CN=JASCHULT] |
| **Sent:** | 7/26/2017 7:01:50 PM |
| **To:** | Pineiro, Marlen [/O=IRMMAIL/OU=MBX Servers - MIA/cn=Recipients/cn=mpineiro] |
| **Subject:** | FW: Iraq |

Odd adam said there wasn't a discussion but here is the read out from Josh

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

**From:** Coster, Joshua
**Sent:** Wednesday, July 26, 2017 2:57 PM
**To:** Schultz, John A
**Subject:** RE: Iraq

Sir,

There was no defined way forward as to Iraq and the current TD issuance problems we're facing. The discussion yesterday was during an OPLA update and specific to the *Hamama v. Adducci* case and the TRO filed in District Court.

**AWP**

**AWP** He mentioned the meeting with Ambassador Silliman and the fact that State countered the argument that Iraqi Chaldeans would necessarily face persecution upon return to Iraq.

That said, I wanted to get a copy of the report for the Acting DD and AD1's staff for better awareness on the topic.

Thanks again for your assistance!

Josh

Joshua Coster
Deputy Chief of Staff
ICE-Deputy Director
U.S. Immigration and Customs Enforcement
Office: (202) 732-3889
Cell: (202) 407-5139

**From:** Schultz, John A
**Sent:** Wednesday, July 26, 2017 1:53 PM
**To:** Coster, Joshua
**Subject:** Iraq

Waiting on state to send me their report did anything come from the meeting or conversation regarding a way forward?

John A Schultz Jr.

Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov