# EXHIBIT 1-29

Message

| | |
|---|---|
| From: | Schultz, John A [/O=IRMMAIL/OU=MBX SERVERS - NYC/CN=RECIPIENTS/CN=JASCHULT] |
| Sent: | 7/11/2017 9:16:20 PM |
| To: | Shea, Peter T [SheaPT@state.gov]; Tenarodriguez, Jorge [/O=IRMMAIL/OU=MBX Servers - PHO/cn=Recipients/cn=jtenarod]; Riedmann, Scott R (Baghdad) [RiedmannSR@state.gov]; Fenzel, Andrew D [FenzelAD@state.gov]; Katz, Evan C [/O=IRMMAIL/OU=MBX Servers - ATL/cn=Recipients/cn=eckatz]; Knoch, Johanna L [KnochJL@state.gov]; Pennington, Joseph S [PenningtonJS@state.gov] |
| CC: | Howell, Loye E [HowellLE@state.gov]; Abdelraouf, Hadeil [AbdelraoufH@state.gov]; Coble, Elizabeth A [CobleEA@state.gov]; Khoury-Kincannon, Sahar [KincannonSX@state.gov]; Koontz, Bryan K [KoontzBK@state.gov]; Stafford, John W [StaffordJW@state.gov]; Yu, William Q (Baghdad) [YuWQ@state.gov]; Weiller, Brigid R (Baghdad) [WeillerBR@state.gov]; Rapp, Marc A [/O=IRMMAIL/OU=MBX Servers - LOS/cn=Recipients/cn=marapp]; Farmer, Floyd S [/O=IRMMAIL/OU=MBX Servers - DAL/cn=Recipients/cn=FSFarmer]; Williams, Johnny N [/O=IRMMAIL/OU=MBX Servers - LOS/cn=Recipients/cn=jnwillia]; Kane, Katrina S [/O=IRMMAIL/OU=First Administrative Group/cn=Recipients/cn=kskane]; Lenox, Mark R [/O=IRMMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lenox, Mark R]; Farmer, Floyd S [/O=IRMMAIL/OU=MBX Servers - DAL/cn=Recipients/cn=FSFarmer]; Clinton, Julius A [/O=IRMMAIL/OU=MBX Servers - NYC/cn=Recipients/cn=JAClinto] |
| Subject: | RE: Anything new? |

Scott/Peter-

I wanted to let you know that we met with Ambassador Silliman today and informed if that the plan is to proceed with the removal of 60 Iraqi nationals on July 25. This would result in the arrival in Baghdad on July 26. Given this is contingent on two things 1. That the TRO is lifted and 2. That Iraq allows us to proceed.

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

---

**From:** Shea, Peter T [mailto:SheaPT@state.gov]
**Sent:** Friday, July 7, 2017 8:40 AM
**To:** Schultz, John A; Tenarodriguez, Jorge; Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Knoch, Johanna L; Pennington, Joseph S
**Cc:** Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad); Rapp, Marc A; Farmer, Floyd S; Williams, Johnny N; Kane, Katrina S; Lenox, Mark R
**Subject:** RE: Anything new?

Thanks John. I will relay that. I should also mention, in addition to my meeting with Yaseen today, Ambassador Silliman (who will be here for the D-ISIS meetings) will see Yaseen early Monday morning. The Deputy Foreign Minister may/may also be in DC next week, and he is critical to actually issuing the instructions to Amb Yaseen. We'll engage him as well – here in DC if he travels, in Baghdad if not.

So we will have ample opportunities.

Best,
Peter

This email is UNCLASSIFIED.

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Friday, July 07, 2017 8:30 AM
**To:** Shea, Peter T; Tenarodriguez, Jorge; Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Knoch, Johanna L; Pennington, Joseph S
**Cc:** Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad); Rapp, Marc A; Farmer, Floyd S; Williams, Johnny N; Kane, Katrina S; Lenox, Mark R
**Subject:** RE: Anything new?

Please let him know that I can touch base with him on Monday and I will certainly provide the read out of the call.

Yes the 60 for the next flight are in Mesa but we would expect they interview all of those in Mesa to get a head start on the subsequent flights.

We are going to start planning for the flight during the week of the 24th.

Thanks


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Shea, Peter T <SheaPT@state.gov>
**Date:** Friday, Jul 07, 2017, 7:14 PM
**To:** Schultz, John A <John.A.Schultz@ice.dhs.gov>, Tenarodriguez, Jorge <Jorge.Tenarodriguez@ice.dhs.gov>, Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov>, Fenzel, Andrew D <FenzelAD@state.gov>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov>, Knoch, Johanna L <KnochJL@state.gov>, Pennington, Joseph S <PenningtonJS@state.gov>
**Cc:** Howell, Loye E <HowellLE@state.gov>, Abdelraouf, Hadeil <AbdelraoufH@state.gov>, Coble, Elizabeth A <CobleEA@state.gov>, Khoury-Kincannon, Sahar <KincannonSX@state.gov>, Koontz, Bryan K <KoontzBK@state.gov>, Stafford, John W <StaffordJW@state.gov>, Yu, William Q (Baghdad) <YuWQ@state.gov>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov>, Rapp, Marc A <Marc.A.Rapp@ice.dhs.gov>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov>, Williams, Johnny N <Johnny.N.Williams@ice.dhs.gov>, Kane, Katrina S <Katrina.S.Kane@ice.dhs.gov>
**Subject:** RE: Anything new?

I am seeing Ambassador Yaseen today at 12 noon and will raise whether he is willing to send the team now, while the TRO is still in place. ==Earlier this week he said he wants the new instructions, and I expect he will not want to send the team twice (once for those with prior felonies, and later for the rest -- right now he feels he can only issue docs to the former, until the new instructions come in). But I will press him.== I will also suggest he give you a call John. We're happy with you having that direct line, just so long as we get a back-brief to allow us all to stay on message.

Quick clarifications... all of the 60 who would be on the next flight at in Mesa? (among those 90?)

Will ICE wait until after July 24 to decide the date for the next flight, or will you try to schedule ahead of time pending the decision?

Thanks.

ICE - 0268964

This email is UNCLASSIFIED.

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Friday, July 07, 2017 8:03 AM
**To:** Shea, Peter T; Tenarodriguez, Jorge; Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Knoch, Johanna L; Pennington, Joseph S
**Cc:** Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad); Rapp, Marc A; Farmer, Floyd S; Williams, Johnny N; Kane, Katrina S
**Subject:** RE: Anything new?

Peter/Scott

I was jut informed that the TRO has been extended until July 24.

There are about 90 or so detained in Mesa and most of them are criminals. Again it would be helpful for the PM's office to dispatch the Embassy to Mesa to conduct the interviews so that once the TRO is lifted we can move quickly.

Thanks

John


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Shea, Peter T <SheaPT@state.gov>
**Date:** Thursday, Jul 06, 2017, 8:40 AM
**To:** Schultz, John A <John.A.Schultz@ice.dhs.gov>, Tenarodriguez, Jorge <Jorge.Tenarodriguez@ice.dhs.gov>, Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov>, Fenzel, Andrew D <FenzelAD@state.gov>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov>, Knoch, Johanna L <KnochJL@state.gov>, Pennington, Joseph S <PenningtonJS@state.gov>
**Cc:** Howell, Loye E <HowellLE@state.gov>, Abdelraouf, Hadeil <AbdelraoufH@state.gov>, Coble, Elizabeth A <CobleEA@state.gov>, Khoury-Kincannon, Sahar <KincannonSX@state.gov>, Koontz, Bryan K <KoontzBK@state.gov>, Stafford, John W <StaffordJW@state.gov>, Yu, William Q (Baghdad) <YuWQ@state.gov>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov>, Rapp, Marc A <Marc.A.Rapp@ice.dhs.gov>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov>, Williams, Johnny N <Johnny.N.Williams@ice.dhs.gov>, Kane, Katrina S <Katrina.S.Kane@ice.dhs.gov>
**Subject:** Re: Anything new?

Thanks John. I expect Amb Yaseen would prefer to wait for revised instructions. I know ==Amb Silliman is pressing for those from the Baghdad end.== Perhaps Amb Yaseen could be convinced to pre-screen those previously convicted of felonies. Are all the individuals in Mesa, AZ?

Sent from my BlackBerry 10 smartphone.
From: Schultz, John A
Sent: Wednesday, July 5, 2017 8:09 PM
To: Shea, Peter T; Tenarodriguez, Jorge; Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Knoch, Johanna L; Pennington, Joseph S
Cc: Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad); Rapp, Marc A; Farmer, Floyd S; Williams, Johnny N; Kane, Katrina S
Subject: RE: Anything new?


Peter

Thanks for the read out. We haven't received word regarding the hearing today and I hope that we will get a decision tomorrow.

Do you think there would be any willingness on the Ambassadors part to proactively conduct the interviews while awaiting word from Baghdad?


Sent with BlackBerry Work
(www.blackberry.com)

From: Shea, Peter T <SheaPT@state.gov<mailto:SheaPT@state.gov>>
Date: Thursday, Jul 06, 2017, 6:38 AM
To: Tenarodriguez, Jorge <Jorge.Tenarodriguez@ice.dhs.gov<mailto:Jorge.Tenarodriguez@ice.dhs.gov>>, Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>, Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov<mailto:RiedmannSR@state.gov>>, Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>, Knoch, Johanna L <KnochJL@state.gov<mailto:KnochJL@state.gov>>, Pennington, Joseph S <PenningtonJS@state.gov<mailto:PenningtonJS@state.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, Abdelraouf, Hadeil <AbdelraoufH@state.gov<mailto:AbdelraoufH@state.gov>>, Coble, Elizabeth A <CobleEA@state.gov<mailto:CobleEA@state.gov>>, Khoury-Kincannon, Sahar <KincannonSX@state.gov<mailto:KincannonSX@state.gov>>, Koontz, Bryan K <KoontzBK@state.gov<mailto:KoontzBK@state.gov>>, Stafford, John W <StaffordJW@state.gov<mailto:StaffordJW@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>, Rapp, Marc A <Marc.A.Rapp@ice.dhs.gov<mailto:Marc.A.Rapp@ice.dhs.gov>>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov<mailto:Floyd.S.Farmer@ice.dhs.gov>>, Williams, Johnny N <Johnny.N.Williams@ice.dhs.gov<mailto:Johnny.N.Williams@ice.dhs.gov>>, Kane, Katrina S <Katrina.S.Kane@ice.dhs.gov<mailto:Katrina.S.Kane@ice.dhs.gov>>
Subject: Re: Anything new?

This afternoon with Amb Yaseen I previewed the aim for a July 13 flight if the court injunction is removed (I've still not seen anything yet). I told him this could be 60 pax, but in future months we want to see that number increase. Fareed reiterated his willingness to cooperate. He is awaiting new instructions from Baghdad, including to clarify if the embassy may issue travel docs to all removal cases, or only those who had been convicted of felonies and have served their sentences. I reiterated that U.S. law does not differentiate, that Iraq has an obligation to accept all, and that we believe PM Abadi understands this. Fareed understood.

As for the 13th date, the Ambassador noted that it will be hard logistically for the Embassy to make work unless it's decided today or perhaps tomorrow at the latest. Fareed would have to get his team to the holding facility Friday or Monday, after he gets instructions.

I expect Amb Yaseen will reach out to you John as well.

Peter


Sent from my BlackBerry 10 smartphone.
From: Shea, Peter T
Sent: Wednesday, July 5, 2017 11:43 AM
To: Tenarodriguez, Jorge; Schultz, John A; Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Knoch, Johanna L; Pennington, Joseph S
Cc: Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad); Rapp, Marc A; Farmer, Floyd S; Williams, Johnny N; Kane, Katrina S
Subject: RE: Anything new?


FYI – I will see Ambassador Yaseen at 4:00pm. Any updates on the court or other matters before that hour will be greatly appreciated.



This email is UNCLASSIFIED.

From: Tenarodriguez, Jorge [mailto:Jorge.Tenarodriguez@ice.dhs.gov]
Sent: Wednesday, July 05, 2017 9:50 AM
To: Schultz, John A; Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Shea, Peter T; Knoch, Johanna L; Pennington, Joseph S
Cc: Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad); Rapp, Marc A; Farmer, Floyd S; Williams, Johnny N; Kane, Katrina S
Subject: RE: Anything new?

If I may chyme in.....and this only applies if we're using Cairo as the "tech spot" (detainee transfer point), Egypt MFA requires at least 4 weeks, from the moment we submit it, to processes the dip note and give us written approval to conduct the operation.

That said, July 13th would only give us only 1 week.

Sent with BlackBerry Work
(www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)
From: Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>
Date: Wednesday, Jul 05, 2017, 10:47 AM
To: Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov<mailto:RiedmannSR@state.gov>>, Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>, Shea, Peter T <SheaPT@state.gov<mailto:SheaPT@state.gov>>, Knoch, Johanna L <KnochJL@state.gov<mailto:KnochJL@state.gov>>, Pennington, Joseph S <PenningtonJS@state.gov<mailto:PenningtonJS@state.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, Abdelraouf, Hadeil <AbdelraoufH@state.gov<mailto:AbdelraoufH@state.gov>>, Coble, Elizabeth A <CobleEA@state.gov<mailto:CobleEA@state.gov>>, Khoury-Kincannon, Sahar <KincannonSX@state.gov<mailto:KincannonSX@state.gov>>, Koontz, Bryan K <KoontzBK@state.gov<mailto:KoontzBK@state.gov>>, Stafford, John W <StaffordJW@state.gov<mailto:StaffordJW@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>, Tenarodriguez, Jorge <Jorge.Tenarodriguez@ice.dhs.gov<mailto:Jorge.Tenarodriguez@ice.dhs.gov>>, Rapp, Marc A <Marc.A.Rapp@ice.dhs.gov<mailto:Marc.A.Rapp@ice.dhs.gov>>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov<mailto:Floyd.S.Farmer@ice.dhs.gov>>, Williams, Johnny N <Johnny.N.Williams@ice.dhs.gov<mailto:Johnny.N.Williams@ice.dhs.gov>>, Kane, Katrina S <Katrina.S.Kane@ice.dhs.gov<mailto:Katrina.S.Kane@ice.dhs.gov>>
Subject: RE: Anything new?

Sorry landing in Baghdad on July 13th.


Sent with BlackBerry Work
(www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)
From: Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov<mailto:RiedmannSR@state.gov>>
Date: Wednesday, Jul 05, 2017, 3:44 PM
To: Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>, Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>, Shea, Peter T <SheaPT@state.gov<mailto:SheaPT@state.gov>>, Knoch, Johanna L <KnochJL@state.gov<mailto:KnochJL@state.gov>>, Pennington, Joseph S <PenningtonJS@state.gov<mailto:PenningtonJS@state.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, Abdelraouf, Hadeil <AbdelraoufH@state.gov<mailto:AbdelraoufH@state.gov>>, Coble, Elizabeth A <CobleEA@state.gov<mailto:CobleEA@state.gov>>, Khoury-Kincannon, Sahar <KincannonSX@state.gov<mailto:KincannonSX@state.gov>>, Koontz, Bryan K <KoontzBK@state.gov<mailto:KoontzBK@state.gov>>, Stafford, John W <StaffordJW@state.gov<mailto:StaffordJW@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>, Tenarodriguez, Jorge <Jorge.Tenarodriguez@ice.dhs.gov<mailto:Jorge.Tenarodriguez@ice.dhs.gov>>, Rapp, Marc A <Marc.A.Rapp@ice.dhs.gov<mailto:Marc.A.Rapp@ice.dhs.gov>>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov<mailto:Floyd.S.Farmer@ice.dhs.gov>>, Williams, Johnny N <Johnny.N.Williams@ice.dhs.gov<mailto:Johnny.N.Williams@ice.dhs.gov>>, Kane, Katrina S <Katrina.S.Kane@ice.dhs.gov<mailto:Katrina.S.Kane@ice.dhs.gov>>

Subject: RE: Anything new?

Which date exactly?


SBU
This email is UNCLASSIFIED.


From: Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
Sent: Wednesday, July 05, 2017 8:55 AM
To: Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Shea, Peter T; Knoch, Johanna L; Pennington, Joseph S
Cc: Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad); Tenarodriguez, Jorge; Rapp, Marc A; Farmer, Floyd S; Williams, Johnny N; Kane, Katrina S
Subject: RE: Anything new?

Scott

I am going to see if we can get the plane for next week. Can you socialize the date today? We will do 60 on this flight but need to have 75 on subsequent flights as we have over 200 final order cases in custody.


Thanks

John

Sent with BlackBerry Work
(www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)
From: Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov<mailto:RiedmannSR@state.gov>>
Date: Wednesday, Jul 05, 2017, 12:38 PM
To: Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>, Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>, Shea, Peter T <SheaPT@state.gov<mailto:SheaPT@state.gov>>, Knoch, Johanna L <KnochJL@state.gov<mailto:KnochJL@state.gov>>, Pennington, Joseph S <PenningtonJS@state.gov<mailto:PenningtonJS@state.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, Abdelraouf, Hadeil <AbdelraoufH@state.gov<mailto:AbdelraoufH@state.gov>>, Coble, Elizabeth A <CobleEA@state.gov<mailto:CobleEA@state.gov>>, Khoury-Kincannon, Sahar <KincannonSX@state.gov<mailto:KincannonSX@state.gov>>, Koontz, Bryan K <KoontzBK@state.gov<mailto:KoontzBK@state.gov>>, Stafford, John W <StaffordJW@state.gov<mailto:StaffordJW@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>
Subject: RE: Anything new?

Hopefully you had some chow in Hanoi. Safe travels.

Talk to you soon,

Scott


SBU
This email is UNCLASSIFIED.


From: Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
Sent: Wednesday, July 05, 2017 8:36 AM
To: Riedmann, Scott R (Baghdad); Fenzel, Andrew D; Katz, Evan C; Shea, Peter T; Knoch, Johanna L; Pennington, Joseph S
Cc: Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad)
Subject: RE: Anything new?

Hey Scott

The fourth was spent on a plane traveling to Hanoi - I did see a picture of fireworks ;)

Thanks for the update I will get with our team in DC and start planning. I am guessing it will be towards the end of July but once I have something concrete I will circle back with you.

Thanks again

John


Sent with BlackBerry Work
(www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)
From: Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov<mailto:RiedmannSR@state.gov>>
Date: Wednesday, Jul 05, 2017, 12:09 PM
To: Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>, Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>, Shea, Peter T <SheaPT@state.gov<mailto:SheaPT@state.gov>>, Knoch, Johanna L <KnochJL@state.gov<mailto:KnochJL@state.gov>>, Pennington, Joseph S <PenningtonJS@state.gov<mailto:PenningtonJS@state.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, Abdelraouf, Hadeil <AbdelraoufH@state.gov<mailto:AbdelraoufH@state.gov>>, Coble, Elizabeth A <CobleEA@state.gov<mailto:CobleEA@state.gov>>, Khoury-Kincannon, Sahar <KincannonSX@state.gov<mailto:KincannonSX@state.gov>>, Koontz, Bryan K <KoontzBK@state.gov<mailto:KoontzBK@state.gov>>, Stafford, John W <StaffordJW@state.gov<mailto:StaffordJW@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>
Subject: RE: Anything new?

Hi John,

Hope you a great 4th. I have some good news for you.

I wanted to let you know I spoke with Dr. Rikabi from the MFA today and he told me the PMs office gave them the go-ahead on deportations. He said I should provide him a date for the next flight as soon as we know. I explained the current court situation and he understood, but I told him we would let him know a date as soon as we were able to determine it, given the current status.

As far as numbers, he did not mention a specific amount, but we know from previous discussions that their preferred amount is 60 per flight, at least for now and until we can establish a reasonable return schedule. Amb Silliman will be in DC in a few days and I think is planning to meet with you all to discuss.

The Iraqi Embassy in Washington is the next piece of the puzzle. They will need to be geared up to meet with detainees/issue travel docs, or whatever they feel they need/want to do. I'm sure Amb Silliman will meet with Amb Yaseen as well to discuss.

Hopefully we can implement a durable solution. We are cautiously optimistic.

Best,

Scott


SBU
This email is UNCLASSIFIED.


From: Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
Sent: Monday, July 03, 2017 3:59 PM
To: Riedmann, Scott R (Baghdad); Weiller, Brigid R (Baghdad); Fenzel, Andrew D; Katz, Evan C
Cc: Howell, Loye E; Abdelraouf, Hadeil; Coble, Elizabeth A; Khoury-Kincannon, Sahar; Koontz, Bryan K; Stafford, John W; Yu, William Q (Baghdad)

Subject: Anything new?

Hi Scott

I am sure you are all busy planning for the fourth but wanted to see if there had been any new developments regarding the removals

Thanks

Sent with BlackBerry Work (www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)
From: Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>
Date: Tuesday, Jun 27, 2017, 12:24 PM
To: Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov<mailto:RiedmannSR@state.gov>>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>, Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, NEA-I-POL-DL <NEA-I-POL-DL@state.gov<mailto:NEA-I-POL-DL@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>
Subject: RE: Iraq URGENT Assistant Req

Thanks for all the support on our end our Director has been in communication with the Ambassador and our legal team is working on having the TRO lifted.

Sent with BlackBerry Work (www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)
From: Riedmann, Scott R (Baghdad) <RiedmannSR@state.gov<mailto:RiedmannSR@state.gov>>
Date: Tuesday, Jun 27, 2017, 10:10 AM
To: Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>, Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>, Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, NEA-I-POL-DL <NEA-I-POL-DL@state.gov<mailto:NEA-I-POL-DL@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>
Subject: RE: Iraq URGENT Assistant Req

John,

Amb is hoping to get in to see the PM this week as Eid finishes.  This item is #1 on his list.

Best,

Scott

Official - SBU
UNCLASSIFIED

From: Weiller, Brigid R (Baghdad)
Sent: Tuesday, June 27, 2017 5:05 PM
To: Schultz, John A; Fenzel, Andrew D; Katz, Evan C
Cc: Howell, Loye E; NEA-I-POL-DL; Yu, William Q (Baghdad); Riedmann, Scott R (Baghdad)
Subject: RE: Iraq URGENT Assistant Req

John,

Identifying a date is an absolute priority for post.

Thanks,

Brigid

Official - SBU
UNCLASSIFIED

From: Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
Sent: Tuesday, June 27, 2017 4:33 PM
To: Fenzel, Andrew D; Katz, Evan C
Cc: Howell, Loye E; NEA-I-POL-DL; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad)
Subject: RE: Iraq URGENT Assistant Req

Right now we are standing by as it unfolds but we hope that post can make some headway in country regarding the agreement of a date for the charter


Sent with BlackBerry Work
(www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)
From: Fenzel, Andrew D <FenzelAD@state.gov<mailto:FenzelAD@state.gov>>
Date: Tuesday, Jun 27, 2017, 8:55 AM
To: Schultz, John A <John.A.Schultz@ice.dhs.gov<mailto:John.A.Schultz@ice.dhs.gov>>, Katz, Evan C <Evan.C.Katz@ice.dhs.gov<mailto:Evan.C.Katz@ice.dhs.gov>>
Cc: Howell, Loye E <HowellLE@state.gov<mailto:HowellLE@state.gov>>, NEA-I-POL-DL <NEA-I-POL-DL@state.gov<mailto:NEA-I-POL-DL@state.gov>>, Yu, William Q (Baghdad) <YuWQ@state.gov<mailto:YuWQ@state.gov>>, Weiller, Brigid R (Baghdad) <WeillerBR@state.gov<mailto:WeillerBR@state.gov>>
Subject: RE: Iraq URGENT Assistant Req

John/Corey,

Is there anything you need from State at this time?  Please let us know asap.

Thanks,
Andrew

Andrew Fenzel
Post Operations Division, Office of Visa Services
Bureau of Consular Affairs
U.S. Department of State
(W) 202-485-7613

Official - SBU
UNCLASSIFIED

From: Howell, Loye E
Sent: Tuesday, June 27, 2017 8:23 AM
To: NEA-I-POL-DL; Yu, William Q (Baghdad); Weiller, Brigid R (Baghdad)
Cc: Fenzel, Andrew D
Subject: FW: Iraq URGENT Assistant Req

Colleagues,

Please see email below from DHS and let us know if you have any questions.
Regards,
Loye



SBU
This email is UNCLASSIFIED.


From: Pineiro, Marlen [mailto:Marlen.Pineiro@ice.dhs.gov]

Sent: Monday, June 26, 2017 10:59 PM
To: King, Karin M; Dougherty, Michael
Cc: Miller, Philip T; Schultz, John A; Day, Dana; Kane, Katrina S; Lenox, Mark R; King, Matthew; Chalkley, Marie; Kisselburg, Alexander; Gearino, Evan; Zadrozny, John A. EOP/WHO
Subject: RE: Iraq URGENT Assistant Req

Folks,

Pls be advised that about an hour ago the judge in Detroit expanded the injunction and it is now nationwide. As such no Iraqis can be removed for at least 14 days.

MP


Sent with BlackBerry Work
(www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com<http://www.blackberry.com>>)