# EXHIBIT 1-30

Message

| | |
|---|---|
| **From**: | George, Christopher [/O=IRMMAIL/OU=MBX SERVERS - BAL/CN=RECIPIENTS/CN=CGEORGE2] |
| **Sent**: | 7/11/2017 2:38:59 PM |
| **To**: | Farmer, Floyd S [/O=IRMMAIL/OU=MBX Servers - DAL/cn=Recipients/cn=FSFarmer] |
| **CC**: | Carey, John J [/O=IRMMAIL/OU=MBX Servers - NYC/cn=Recipients/cn=jjcarey]; Clinton, Julius A [/O=IRMMAIL/OU=MBX Servers - NYC/cn=Recipients/cn=JAClinto] |
| **Subject**: | Charter request memo for Iraqi Removal mission on July 25, 2017 |
| **Attachments**: | Iraq Charter (July 25, 2017).xlsx; SHRC to Iraq (July 25, 2017).docx |

Sam,

Please see the attached charter request memorandum for an Iraqi removal mission scheduled for July 25, 2017.  Also attached is the current manifest of 60 cases, with 20 alternates.

Please let us know if you have any questions or concerns.

Regards,
Chris

*Enforcement and Removal Operations*

U.S. Department of Homeland Security
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration and Customs Enforcement**

July 7, 2017

| | |
|---|---|
| MEMORANDUM FOR: | Marlen Pineiro<br>Assistant Director<br>Removal |
| THROUGH: | John Schultz<br>Deputy Assistant Director<br>Removal Management Division |
| FROM: | Floyd S. Farmer<br>Unit Chief<br>Removal and International Operations - Middle East/Eastern Africa |
| SUBJECT: | Request for Charter Mission to Iraq |

Issue:

The purpose of this memorandum is to request authorization to conduct a ==charter removal mission to Iraq== to affect the removal of 60 Iraqi nationals who cannot be removed via commercial means.

Background:

The Removal and International Operations (RIO) is currently managing sixty (60) cases involving Iraqi nationals who do not have travel documents (TD). RIO in conjunction with the Department of State (DOS) in Baghdad has acquired permission to send these 60 subjects on a charter flight. Iraq will accept the cases with an approved manifest instead of TDs. Commercial Airlines would require a TD issued by the receiving country before they allow these subjects to board the aircraft. Accordingly, these individuals cannot be removed on commercial airlines and require charter removal via ICE Air Operations (IAO).

www.ice.gov

Request for Charter Mission to Iraq
Page 2

Attached to this memorandum is the list of individuals currently identified for this charter, along with 20 proposed alternates.

Recommendation:

RMD recommends approval of this mission in order to finalize the manifest. Once approved, RMD will coordinate with IAO to finalize the manifest and schedule the mission for July 25, 2017.

It is anticipated that the following GS-13 or above will travel for this mission:

- Removal Management Division: One GS-14 Detention and Deportation Officer who is familiar with the cases and is familiar with Embassy protocols.
- International Operations Division: ERO (A) Assistant Attaché for Removal, Jorge Tenarodriguez may be on ground in Iraq. An HSI Country Attaché may be on the ground in Iraq.
- ICE Air Operations: One GS-13 or above.

Request for Charter Mission to Iraq
Page 3

Approve: _____       Disapprove: _____

Modified: _____       Needs Discussion: _____

cc:    Katrina Kane
       Deputy Assistant Director
       ICE Air Operations