# EXHIBIT 1-33

Message

| | |
|---|---|
| **From**: | Schultz, John A [/O=IRMMAIL/OU=MBX SERVERS - NYC/CN=RECIPIENTS/CN=JASCHULT] |
| **Sent**: | 7/17/2017 3:56:21 PM |
| **To**: | Shea, Peter T [SheaPT@state.gov] |
| **CC**: | Pineiro, Marlen [/O=IRMMAIL/OU=MBX Servers - MIA/cn=Recipients/cn=mpineiro]; Clinton, Julius A [/O=IRMMAIL/OU=MBX Servers - NYC/cn=Recipients/cn=JAClinto]; Farmer, Floyd S [/O=IRMMAIL/OU=MBX Servers - DAL/cn=Recipients/cn=FSFarmer]; Koontz, Bryan K [KoontzBK@state.gov] |
| **Subject**: | RE: Detainee interviews |

Great thanks

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Shea, Peter T <SheaPT@state.gov>
**Date:** Monday, Jul 17, 2017, 11:55 AM
**To:** Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Cc:** Pineiro, Marlen <Marlen.Pineiro@ice.dhs.gov>, Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov>, Koontz, Bryan K <KoontzBK@state.gov>
**Subject:** RE: Detainee interviews

(minus Amb Yaseen & Iraqi team)

FYI - I just met with Amb Yaseen on other business, but briefly raised removals.  While he has not received updated instructions, Yaseen told me he is inclined to send his team to Mesa anyway before July 24. He plans to reach out to ICE to arrange.

Peter

SBU
This email is UNCLASSIFIED.

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Monday, July 17, 2017 10:58 AM
**To:** fy@iraqiembassy.us
**Cc:** Ahmed Utaifa; Mohamad Jawad; Pineiro, Marlen; Clinton, Julius A; Farmer, Floyd S; Koontz, Bryan K; Shea, Peter T
**Subject:** Detainee interviews

Good morning Ambassador-

I understand that representatives from U.S. Embassy Baghdad met with the Deputy Foreign Minister today and he agreed to contact you regarding beginning the process to interview and issue documents for the Iraqi nationals who are detained and pending removal.  Please let me know if you have received this direction from Baghdad and when you would like to begin interviewing.

Thank you,

John

John A Schultz Jr.

Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov