# EXHIBIT 1-34

Message

| | |
|---|---|
| From: | Koontz, Bryan K [KoontzBK@state.gov] |
| Sent: | 7/19/2017 5:37:10 PM |
| To: | Schultz, John A [/O=IRMMAIL/OU=Mbx servers - nyc/cn=recipients/cn=jaschult] |
| Subject: | RE: Iraq interviews |

Thanks, John – it would be very interesting to know what their breakdown of those who said they didn't want to travel v. those who were willing, etc.

**Official**
**UNCLASSIFIED**

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Wednesday, July 19, 2017 12:54 PM
**To:** Koontz, Bryan K
**Subject:** FW: Iraq interviews

FYI

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

---

**From:** George, Christopher
**Sent:** Wednesday, July 19, 2017 10:48 AM
**To:** Schultz, John A; Farmer, Floyd S
**Cc:** Clinton, Julius A; Carey, John J
**Subject:** RE: Iraq interviews

They never came with the intention of issuing any TDs on the spot, he made that clear to me when we first started talking. The Consulate stated that they would take the information back with them and work on the TDs once they were back in DC.


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Date:** Wednesday, Jul 19, 2017, 7:43 AM
**To:** George, Christopher <Christopher.George@ice.dhs.gov>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov>
**Cc:** Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>, Carey, John J <John.J.Carey@ice.dhs.gov>
**Subject:** RE: Iraq interviews

How many TDs did you get?

John A Schultz Jr.
Deputy Assistant Director

ICE - 0271030

Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

**From:** George, Christopher
**Sent:** Wednesday, July 19, 2017 10:36 AM
**To:** Schultz, John A; Farmer, Floyd S
**Cc:** Clinton, Julius A; Carey, John J
**Subject:** Iraq interviews

Good morning,

Just a quick update, we finished all the Iraqi interviews late last night, well early this morning, 2am EST. The Consulate kept stating the agreement was to interview 62, Im not sure where that number came from, but I pressed back and got them to interview everyone on our list, 60 primary cases and the 20 alternates. Several aliens refused to speak to the Consulate or acknowledge their legitimacy, but were given access to their Consulate and choose to be that way.

They did somehow manage to interview each alien one on one, took notes, and seemed very much pleased with how the process went. We are all flying back today, I changed my flight to mirror the Consulates, so I will be back in the office tomorrow.

Regards,
Chris


Sent with BlackBerry Work
(www.blackberry.com)

Message
---

**From:** Koontz, Bryan K [KoontzBK@state.gov]
**Sent:** 7/20/2017 5:44:34 PM
**To:** Schultz, John A [/O=IRMMAIL/OU=Mbx servers - nyc/cn=recipients/cn=jaschult]
**Subject:** RE: Iraq interviews

Very well. We're standing by

**Official**
**UNCLASSIFIED**

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Thursday, July 20, 2017 1:38 PM
**To:** Koontz, Bryan K
**Subject:** RE: Iraq interviews

Lets see if I get any push back

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

---

**From:** Koontz, Bryan K [mailto:KoontzBK@state.gov]
**Sent:** Thursday, July 20, 2017 1:34 PM
**To:** Schultz, John A
**Subject:** RE: Iraq interviews

Is there anything we can do to help?

**Official**
**UNCLASSIFIED**

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Thursday, July 20, 2017 1:30 PM
**To:** Koontz, Bryan K
**Subject:** RE: Iraq interviews

They are drafting an after action report and I have requested a copy

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)

John.a.schultz@ice.dhs.gov

---

**From:** Koontz, Bryan K [mailto:KoontzBK@state.gov]
**Sent:** Thursday, July 20, 2017 12:54 PM
**To:** Schultz, John A
**Subject:** RE: Iraq interviews

Ok, that's how we understood it as well.

**Official**
**UNCLASSIFIED**

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Thursday, July 20, 2017 12:40 PM
**To:** Koontz, Bryan K
**Subject:** RE: Iraq interviews

The ambo said they will go again before the flight

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

---

**From:** Koontz, Bryan K [mailto:KoontzBK@state.gov]
**Sent:** Thursday, July 20, 2017 12:32 PM
**To:** Schultz, John A
**Subject:** RE: Iraq interviews

John,

Is it your understanding that the embassy will send consular officers to interview? Or is it your belief that the visit by those two was sufficient for the consultation with the deportees?

Bryan

**Official**
**UNCLASSIFIED**

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Thursday, July 20, 2017 12:28 PM
**To:** Koontz, Bryan K
**Subject:** RE: Iraq interviews

I wasn't intending to ask the Iraqis because to us whether they want to go back or not they have final orders and we intend to fulfill our responsibility

John A Schultz Jr.

Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

**From:** Koontz, Bryan K [mailto:KoontzBK@state.gov]
**Sent:** Wednesday, July 19, 2017 6:28 PM
**To:** Schultz, John A
**Subject:** RE: Iraq interviews

This was very useful, thanks John! We'd appreciate any more info you can share on this so we know what the Iraqis heard.

Bryan

**Official**
**UNCLASSIFIED**

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Wednesday, July 19, 2017 2:33 PM
**To:** Koontz, Bryan K
**Subject:** RE: Iraq interviews

From my guy on the ground:

I was present for every interview, and this was a question they were asking of all the detainees; however a large majority of the interviews were in Arabic, so I have no idea what exactly everyone said. Some of the interviews were in English and there were several who did ask to go back. I will see if I can get a breakdown or an idea from the Consulate on how many said they wanted to go back. I can tell you that about 1/3 of detainees interviewed were telling us that they just wanted to go back, they didn't want to fight their case anymore, and were tired of being detained and said they wanted to go, but when speaking to the Consulate in Arabic I cant be sure if they said something different.

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

**From:** Koontz, Bryan K [mailto:KoontzBK@state.gov]
**Sent:** Wednesday, July 19, 2017 1:37 PM
**To:** Schultz, John A
**Subject:** RE: Iraq interviews

ICE - 0271034

==Thanks, John -- it would be very interesting to know what their breakdown of those who said they didn't want to travel v. those who were willing, etc.==

Official
UNCLASSIFIED

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Wednesday, July 19, 2017 12:54 PM
**To:** Koontz, Bryan K
**Subject:** FW: Iraq interviews

FYI

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

---

**From:** George, Christopher
**Sent:** Wednesday, July 19, 2017 10:48 AM
**To:** Schultz, John A; Farmer, Floyd S
**Cc:** Clinton, Julius A; Carey, John J
**Subject:** RE: Iraq interviews

They never came with the intention of issuing any TDs on the spot, he made that clear to me when we first started talking. The Consulate stated that they would take the information back with them and work on the TDs once they were back in DC.


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Date:** Wednesday, Jul 19, 2017, 7:43 AM
**To:** George, Christopher <Christopher.George@ice.dhs.gov>, Farmer, Floyd S <Floyd.S.Farmer@ice.dhs.gov>
**Cc:** Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>, Carey, John J <John.J.Carey@ice.dhs.gov>
**Subject:** RE: Iraq interviews

How many TDs did you get?

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)

John.a.schultz@ice.dhs.gov

---

**From:** George, Christopher
**Sent:** Wednesday, July 19, 2017 10:36 AM
**To:** Schultz, John A; Farmer, Floyd S
**Cc:** Clinton, Julius A; Carey, John J
**Subject:** Iraq interviews

Good morning,

Just a quick update, we finished all the Iraqi interviews late last night, well early this morning, 2am EST. The Consulate kept stating the agreement was to interview 62, Im not sure where that number came from, but I pressed back and got them to interview everyone on our list, 60 primary cases and the 20 alternates. Several aliens refused to speak to the Consulate or acknowledge their legitimacy, but were given access to their Consulate and choose to be that way.

They did somehow manage to interview each alien one on one, took notes, and seemed very much pleased with how the process went. We are all flying back today, I changed my flight to mirror the Consulates, so I will be back in the office tomorrow.

Regards,
Chris


Sent with BlackBerry Work
(www.blackberry.com)