# EXHIBIT 1-35

## Message

| From: | Farmer, Floyd S [/O=IRMMAIL/OU=MBX SERVERS - DAL/CN=RECIPIENTS/CN=FSFARMER] |
|---|---|
| Sent: | 7/20/2017 2:41:25 PM |
| To: | Schultz, John A [/O=IRMMAIL/OU=Mbx servers - nyc/cn=recipients/cn=jaschult] |
| Subject: | FW: Sanctions Iraq |
| Attachments: | Formal Letter S1 to S1 Invoke Visa Sanctions Iraq.docx; Memo EAD to D1 Invoke Visa Sanctions Iraq.doc; Memo D1 to S1 Invoke Visa Sanctions (7.19.17) Iraq.doc; White Paper Invoke Visa Sanctions Iraq.docx |

Attached Iraq 243d packet for your review.

Floyd S. Farmer
Unit Chief
HQ Immigration and Customs Enforcement,
ERO/Removal and International Operations
Middle East / East Africa
500 12th St. S.W., RM 8019
Washington, D.C. 20536
Tel:  202-732-6219
Cell:  202-553-6702
Floyd.S.Farmer@ice.dhs.gov

**From:** Clinton, Julius A
**Sent:** Thursday, July 20, 2017 9:47 AM
**To:** Farmer, Floyd S
**Subject:** Sanctions Iraq

Sir,

Sorry you should have received this yesterday afternoon with my log off email. Please review and advise if you need me to make additional edits.

Respectfully,

*Julius A. Clinton*
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Potomac Center North
500 12th Street SW
Washington, DC 20536
Desk: 202-732-3521
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.



EXHIBIT akm
J.Schultz 22
7/12/18