# EXHIBIT 1-36



*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, DC 20536

U.S. Immigration
and Customs
Enforcement

MEMORANDUM FOR:     Thomas D. Homan
                    Acting Director

THROUGH:            Peter T. Edge
                    Acting Deputy Director

FROM:               Matthew T. Albence
                    Executive Associate Director
                    Enforcement and Removal Operations

SUBJECT:            Recommendation to Initiate the Process to Invoke Visa Sanctions
                    under Section 243(d) of the Immigration and Nationality Act
                    against Iraq

Purpose:



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# DP

Approve ________________________________ Disapprove ____________________________

Modify________________________________ Needs Discussion ______________________

Attachments

www.ice.gov

PRE-DECISIONAL/DELIBERATIVE



*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, DC 20536

**U.S. Immigration
and Customs
Enforcement**

**ACTION**

MEMORANDUM FOR THE SECRETARY

FROM:           Thomas D. Homan
                  Acting Director

SUBJECT:      **Recommendation to initiate the process to invoke visa sanctions under
                  section 243(d) of the Immigration and Nationality Act against Iraq**



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# DP

Approve/date _____     Disapprove/date _____


Modify/date _____     Needs Discussion/date _____

Attachment

ICE - 0296032



Iraq:  Numerous verbal démarches have been delivered to the Government of Iraq.
In response, in February 2017, Iraq approved the removal of Iraqi nationals via charter flight; the flight was completed on April 19, 2017.  ICE was subsequently informed that the Government of Iraq has identified a process to facilitate the removal of Iraqi nationals.  Due to a July 24, 2017 decision by the United States District Court, Eastern District of Michigan, Southern Division ICE is prevented from removing any Iraqi nationals who had a final order of removal on June 24, 2017 until October 24, 2017.

**NR**

ICE_0296034

NR

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER