# EXHIBIT 1-38

*Redacted Pursuant to ECF 453*

Message

| | |
|---|---|
| From: | Schultz, John A [/o=irmmail/ou=mbx servers - nyc/cn=recipients/cn=jaschult] |
| on behalf of | Schultz, John A |
| Sent: | 8/4/2017 1:11:09 PM |
| To: | Joseph, Annette [/o=IRMMAIL/ou=MBX Servers - ATL/cn=Recipients/cn=ajoseph]; Wright, Nicole D [/o=IRMMAIL/ou=MBX Servers - MIA/cn=Recipients/cn=ndwright] |
| CC: | Farmer, Floyd S [/o=IRMMAIL/ou=MBX Servers - DAL/cn=Recipients/cn=FSFarmer]; Lozano-Sparks, E Yvonne [/o=IRMMAIL/ou=MBX Servers - DAL/cn=Recipients/cn=yelozano] |
| Subject: | sanctions |
| Attachments: | Mali White Paper to Invoke Visa Sanctions mp Aug 17.docx; Formal Letter S1 to S1 Invoke Visa Sanctions for Mali.docx; Memo D1 to S1 Invoke Visa Sanctions for Mali.doc; Memo EAD to D1 Invoke Visa Sanctions for Mali.doc |

Nicole/Annette/Sam-

In addition to the sanction packages I tasked out yesterday please draft for the following countries and return by the date listed.  Also please use the attached templates rather than the ones I sent yesterday.

1. ▮▮▮▮▮ - due Thursday Aug 10 at noon
2. ▮▮▮ - due Friday August 11 at noon
3. ▮▮▮ - due Monday August 14 at noon
4. ▮▮▮ - due Tuesday August 15 at noon
5. Iraq- due Wed August 16 at noon
6. ▮▮▮ - due Thursday August 17 at noon
7. ▮▮▮ - due Friday August 18 at noon
8. ▮▮▮ - due Monday August 21 at noon
9. ▮▮▮ - due Tuesday August 22 at noon
10. ▮▮▮ - due Wed August 23 at noon
11. ▮▮▮▮ - due Thursday August 24 at noon

Also please work with DOS to have demarches sent to ▮▮▮▮▮ and ▮▮▮ next week.  Please let me know if you have any questions.


John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

1. Review the list of 14 countries we recommended to be sanctioned and advise if the recommendation remains. Please include a one line statement on where we stand with each country.

▬ - Concur with sanctions.

▬ - Concur with sanctions.

▬ – Concur with sanctions.

▬ – Concur with sanctions.

▬ – Do not concur with sanctions. Country is working progressively to become more responsive and compliant with travel document requests.

▬ – Do not concur with sanctions. Previous issues with the time from final order to removal were based on airport closures. At this point we have exhausted the detained docket and are working on non-detained cases.

▬ - Concur with sanctions.

▬ - Concur with sanctions.

▬ – Delay sanctions pending the outcome of Agreement modification negotiations.

4. Provide a 1-2 line status update on each ARON country

| ARON Country | Status update |
| --- | --- |
| ▬ | • ▬ |
| ▬ | • ▬ |
| ▬ | • ▬ |

| | |
|---|---|
| | [redacted] |
| IRAQ | - *Hamama v. Adducci* litigation has stymied removals en masse to Iraq.<br>- HQERO continues to work with the field to remove aliens on an individualized basis using commercial removal mechanisms for aliens falling outside of the injunction or those who have volunteered to be removed from the litigation.<br>- HQERO will be meeting with the Iraqi embassy on January 9, 2018 regarding travel document issuance. |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |



## ADR Project Updates
### July 17, 2017

## ICE AIR OPERATIONS

*Air Charter Operations*

- ***Status of Routine Daily Charter Contracts:*** On June 13, 2017, DHS approved the IAO Charter Flight Services Formal Acquisition Plan. On the same date, IAO, OPLA and OAQ conducted the OAQ Contract Review Board. On June 14, 2017, OAQ released the Request for Quotes (RFQ) on GSA eBuy. The RFQ deadline for receipt of quotes is July 12, 2017.

- ***Safety Training:*** On June 9, 2017, OTTP stated they identified a product similar to the Humane Restraint Blanket, but it does not require medical approval for deployment. OTTP is in the process of obtaining these products and then completing the training/certification. OTTP expects to have the training/certification completed by July/August.

*Commercial Air Operations*

- ***Field Training on Escorted/Unescorted Removals via Commercial Air:*** June 7, 2017: CAO successfully completed both training sessions for the Field Office Travel Coordinator Training.

*Policy Review*
- Requirements for ICE Detainee Movements using JPATS
  - New Policy: The IAO Handbook contains the same information.
  - Recommendation: Rescind

- Office of Detention and Removal Operations (DRO) Policy and Procedure Manual Addition: Chapter 16.11, Removals by Special Charter Aircraft
  - New Policy: On September 26, 2016, AD Pineiro sent a broadcast message to all ERO Removal Employees on the standard operating procedures to utilize a Special High Risk Charter.
  - Recommendation: Rescind

- Enforcement Standard Pertaining to the Escorting of Aliens: Deportation Officer Field Manual Update DD 02-01 **(dated 8/29/2002)**
  - The policy is broken down into three (3) sections:
    - Ground Transportation (the ground transportation sections relating to restraints will defer to Field Operations).
    - Charter Transportation
    - Commercial Transportation
  - New Policy: The IAO Handbook, pages 16, 17 & 22, contains the procedures for Air Charter Operations as they relate to restraining detainees on charter flights. The IAO Handbook, pages 24-29, also contains procedures for Commercial Air Operations as they relate to Travel Requests and classification of detainees. In addition, the policy "Use of Restraints" issued on 11/19/2012 establishes guidelines for officers who arrest and detains persons pursuant to the authorities of the U.S. Immigration and Customs Enforcement (ICE) Office of Enforcement and Removal Operations (ERO). The procedure for "use of restraints on Commercial Aircraft" is stated in the "Use of Restraints" policy.
  - Recommendation: Rescind. Refer to the policies and procedures in the IAO handbook as they relate to the escorting of aliens for both Air Charter Operations and Commercial Air Operations. Defer to Field Operations on the Ground Transportation sections.

ICE - 0270933

2 | Page

*IAO ACCOMPLISHMENTS*

- As of June 14, 2017, ADR has successfully completed 39 SHRC missions (13 Large SHRC and 26 small SHRC).

- As of June 7, Commercial Air Operations successfully completed two (2) sessions of Field Office Travel Coordinator Training (a two day course held in Mesa, Arizona, designed to improve overall coordination and communication between Headquarters ICE Air's CAO unit and Field Offices to increase efficiencies in the removal management process. Twenty (20) participants successfully completed the first session on May 24, 2017. Twenty-one (21) participants successfully completed the second session on June 7, 2017.

**International Operations Division**





## REMOVAL MANAGEMENT DIVISION (RMD) WEST

- **RCI Cooperation Assessment:** A memo is drafted to propose updated methodology. It will be elevated and discussed during the week of June 19.

- **SharePoint:**
    - The Removal SharePoint site was migrated to the SharePoint 2016 platform the weekend of May 27, 2017. Minor issues were identified and corrected that weekend.
    - W/E Daly worked with OCIO on the Country Updates Report (CUR) as the tool was altered during the migration. The tool can now be reported in Excel but may have double documentation on the report.
    - On 06/8/2017 a broadcast message was sent to Removal staff containing a Quick Reference Guide for the new SharePoint Environment.
    - W/E Daly is holding SharePoint 2016 familiarization training for the HQ staff June 20, 21, and 23 at 0900 in room 8175. He is working with IOD to set up training for the AARs, as well.
    - W/E Daly was contacted by John Duncan and is working with him on ways to leverage SharePoint to help manage and report on ▮▮▮▮▮▮▮▮

- **ePOCR** *(POCRs integrated and processed within EARM):*  On March 29, 2017, the Enforcement Configuration Management Board met and the group was advised that ePOCR is being prioritized for deployment by the end of the fiscal year versus the schedule of deployment by the end of December 2017. However, there were no guarantees on the deployment by end of fiscal year, because of the other EARM changes being made pursuant to the Executive Orders. As of June 19, 2017, OCIO has not adjusted their deployment schedule in accordance with this new guidance and currently forecasts deployment for December 2017.

- **Policy Review:**
  - [redacted]

  - Electronic Travel Document (eTD) System version 2.0 release for Non-Participating Governments Policy Guidance for Requests for Travel Documents and the Compliance in the Usage of the eTD System – June 18, 2009: RMD will have a draft ready by June 29, 2017.

RIO –Africa:

- **Diplomacy Training:** This project started in April 2015. On June 13, 2017, the FSI contact advised that they have been full with classes and unable to provide a schedule. However, beginning in July, the number of incoming students will significantly decrease due to the DOS hiring freeze and their calendar will open up. A response is expected during the first week in July.

RIO -West

- [redacted]

Accomplishments:
- [redacted]

## REMOVAL MANAGEMENT DIVISION (RMD) East

- **Field Office Training Site Visits by RMD:** Training Commenced on June 5, 2017. Three training sessions have been completed- Los Angeles, Atlanta and Miami.

- **POCR Regulation:** Each unit is reviewing the POCR regulations which had gone to OGC a few years ago. Comments are due back to the DADs June 30.

- **Deferred Action:** Suggestion to have it moved to Domestic Ops or Enforcement is under review with appropriate Ads. Additionally, discussion with HSI may be held in the future. On June 16, DAD Schultz met with reps from HSI domestic and international about possibly transferring the DA program to HSI those at the meeting seemed agreeable to the shift. Further discussions will need to be had with upper management on the issue.

- **Pending Special High Risk Charters:** On June 27, 2017, a charter flight to Iraq will depart with 75 Nationals. [redacted]

RIO – Asia and Europe:

- [redacted]