# EXHIBIT 1-39

*Redactions Made by Respondents*

Message

| From: | Schultz, John A [/O=IRMMAIL/OU=MBX SERVERS - NYC/CN=RECIPIENTS/CN=JASCHULT] |
|---|---|
| Sent: | 10/2/2017 7:17:42 PM |
| To: | Katz, Evan C [/O=IRMMAIL/OU=MBX Servers - ATL/cn=Recipients/cn=eckatz]; Lynn, Stephanie D [/O=IRMMAIL/OU=First Administrative Group/cn=Recipients/cn=sdromero] |
| Subject: | FW: Iraq and removals issue |

Stephanie

Please add a line regarding 

Thanks

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Katz, Evan C <Evan.C.Katz@ice.dhs.gov>
**Date:** Monday, Oct 02, 2017, 2:30 PM
**To:** Pineiro, Marlen <Marlen.Pineiro@ice.dhs.gov>
**Cc:** Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Subject:** FW: Iraq and removals issue

MP,

Please find the draft below:

**DP**

Best regards,

**From:** Lynn, Stephanie D
**Sent:** Monday, October 2, 2017 1:41 PM
**To:** Katz, Evan C
**Cc:** Schultz, John A
**Subject:** RE: Iraq and removals issue

**Draft Reply for review**

Good Afternoon,

ICE - 0295964

ICE ERO has submitted approximately 300 travel document requests to the Government of Iraq in Baghdad via the U.S. embassy, to include a specific manifest of 75 to 100 cases. Once the stay is lifted we will resubmit the last manifest for official approval; these subjects were interviewed by the Iraqi consulate prior to the national stay, however travel documents were not issued. ==The consulate is awaiting authorization from the prime minister's office to issue the requested travel documents.==

Stephanie D. Lynn
Acting Unit Chief
Removal & International Operations (RIO) – Middle East/Eastern Africa
D: 202-732-3462
C: 202-573-5324
stephanie.d.lynn@ice.dhs.gov

**From:** Katz, Evan C
**Sent:** Monday, October 2, 2017 11:31 AM
**To:** Lynn, Stephanie D
**Subject:** FW: Iraq and removals issue

Stephanie,

Please draft a response email to the DAS and send back to me asap.

Thanks,

Corey

**From:** Pineiro, Marlen
**Sent:** Monday, October 2, 2017 11:22 AM
**To:** Katz, Evan C
**Cc:** Schultz, John A
**Subject:** FW: Iraq and removals issue

Corey,

In john's absence pls have some draft a response asap.

thanks

**From:** Pennington, Joseph S [mailto:PenningtonJS@state.gov]
**Sent:** Monday, October 2, 2017 11:17 AM
**To:** Pineiro, Marlen
**Cc:** Shea, Peter T; Nobles, David T; Hoffmann, Derek W; Schedlbauer, Amy W
**Subject:** Iraq and removals issue

Dear Marlen –

Greetings from State. Amy passed me your contact information so that I could follow up on the removals issue as it relates to Iraq.

When I met with Iraqi Ambassador Yasseen late last week, he mentioned to me that his government remains focused on facilitating the process of removals for Iraqis with final orders of removal as ==we approach the end of the court injunction for Iraqis on October 12.== The Ambassador expressed concern that the Iraqis could be caught flat-footed if DHS attempts

to organize a removals flight soon after the injunction expires (assuming it is not extended) and the Iraqi embassy has not processed the documentation for those who would be returned.  He said he wanted to "get ahead of the issue" by having his embassy team get started on this before October 12.

Of course, I welcomed the Ambassador's pro-active approach and suggested he follow up with DHS for advice on the best way to proceed.  I am writing to you in the hopes that you would be willing to be in contact with the Iraqis to encourage them in this direction and talk about what, specifically, they could do at this point to increase their readiness in the event the injunction is lifted.  If you are willing, I would be happy to suggest that the Ambassador reach out to you or your team.

Thanks and best regards,
Joe

**Joseph Pennington**
**Deputy Assistant Secretary for Iraq**
**Bureau of Near Eastern Affairs**
**U.S. Department of State**
**202-647-9547**


**Official - SBU**
UNCLASSIFIED