# EXHIBIT 1-41

*Redactions Made by Respondents*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SBU/FOUO

### Briefing Notes
### Meeting with Iraqi Deputy Foreign Minister
### NIZAR ISSA ABDUL-HADI AL-KHAIRALLA

<u>Bottom Line Up Front</u>: Your objectives for the meeting are to 1) ███████████████ ███████████████████████████████ 2) stress the need for Iraq to issue travel documents for Iraqi nationals with final orders of removal from the United States in a timely manner; and 3) ███████████ ███████████████

<u>Themes for the Meeting</u>: You expect the meeting to adopt three themes:

[redacted]

2. The DFM will likely ask how Iraq can be removed from the "ARON" list regarding repatriations.
   - Note that Iraq will need to issue travel documents for Iraqi nationals with final orders of removal from United States within 30 days of ICE/ERO making the request. Emphasize the need for cooperation on charter flights that will be used to transport Iraqi nationals with such orders back to Iraq.
   - According to ICE, Iraqis ordered removed for the first time after the June 24, 2017, injunction are not subject to the injunction and therefore can still be removed.

[redacted]

<u>Background on Injunction against Removals</u>:
- On July 24, 2017, the United States District Court for the Eastern District of Michigan issued a nation-wide order stopping removals to Iraq for all Iraqi nationals in the United States who had a final order of removal on June 24, 2017, and who have been, or will be, detained by U.S. Immigration and Customs Enforcement (ICE). This order was issued in a class action case called *Hamama* v. *Adducci*, No. 17-cv-11910 (E.D. Mich.). (*Note:* ICE is the defendant. The ACLU is spearheading the suit on behalf of the Iraqis.)
- The court documents site concerns for the safety of the Iraqis if removed back to Iraq.

SBU/FOUO

DHSHAMAMA000050

[handwritten annotations in margins, partially illegible]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- [illegible] states [illegible]
- Press [illegible] for [illegible] + public

② [illegible] letter to Embassy for a [illegible] [illegible]
   - will [illegible] than W.F?



DHSHAMAMA000051

- John will see 1st of all Iraqis to be removed, pretty [?]
  - t criminals who [?] for those who were sort of keeping running order
  - criminal/shoplift
  - no other Iraqis but criminals
- flag things that [?]

- Interviews:
  - can do in [?] or maybe move them to central location
  - in person interviews by Iraqis

- IS volunteers to deploy
  - mostly in Detroit

- all ph. I did C $ will screen IS
  - will schedule interviews $ - wait & arg phone
    $ - will set list of all numbers Iraqis

- Dem - ask what's [?] with [?] to the Book [?] most lawyers [?] private lawyers - want early access [?] for waiver [?] attorney

  will reopen [?] secondary [?]

---

Jan 9, 2017

Meeting w/ Iraqi OCM

- OCM - clear indication from ministry to cooperate w/ DHS
  - want to expedite removals
  - waiver to interview all (al-news), t lead through telephone and history (crim history) for removals, need their Record

- Ahmed (leg-) - can follow IC thought sending tally to go him, have passport IC change
  - must sign self-declaration

- John - issue is that population is [?] when we would remove

- OCM - form is not obligator.
  - will issue travel documents anyway