# EXHIBIT 1-42

| | |
|---|---|
| Message | |
| From: | Kisselburg, Alexander [/O=IRMMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ALEXANDER.KISSELBURG.DHS.GOV] |
| Sent: | 12/6/2017 3:32:16 PM |
| To: | Schultz, John A [/O=IRMMAIL/OU=Mbx servers - nyc/cn=recipients/cn=jaschult] |
| CC: | Chalkley, Marie [/O=IRMMAIL/OU=Routing Groups/cn=Recipients/cn=marie.chalkley.hq.dhs.gov]; Clinton, Julius A [/O=IRMMAIL/OU=MBX Servers - NYC/cn=Recipients/cn=JAClinto]; Holt, Kenneth [/O=IRMMAIL/OU=First Administrative Group/cn=Recipients/cn=kenneth.holt.dhs.gov]; Gearino, Evan [/O=IRMMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Evan.Gearino.hq.dhs.gov4ee]; Bernacke, Michael V [/O=IRMMAIL/OU=MBX Servers - PHO/cn=Recipients/cn=mvbernac] |
| Subject: | RE: Iraq DFM meeting |

John,

Ambassador Nealon didn't really push back. The DFM made it sound like Iraq was making progress.

We'll stand down on a meeting with the Iraqi Embassy. If at some point you need DAS King or Ambassador Nealon to engage with Iraq, just let us know.

Alex

Alexander Kisselburg
Deputy Director - Middle East, Africa, South Asia
Office of International Engagement
U.S. Department of Homeland Security
Desk: 202-447-3520
Mobile: 202-699-0579
alexander.kisselburg@hq.dhs.gov

---

**From:** Schultz, John A [mailto:John.A.Schultz@ice.dhs.gov]
**Sent:** Wednesday, December 6, 2017 10:04 AM
**To:** Kisselburg, Alexander <Alexander.Kisselburg@HQ.DHS.GOV>
**Cc:** Chalkley, Marie <marie.chalkley@HQ.DHS.GOV>; Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>; Holt, Kenneth <kenneth.holt@HQ.DHS.GOV>; Gearino, Evan <evan.gearino@hq.dhs.gov>; Bernacke, Michael V <Michael.V.Bernacke@ice.dhs.gov>
**Subject:** RE: Iraq DFM meeting

Hi Alex-

==Those bullet points are troubling.== Did Ambassador Nealon push back on any of the items?

I just met with the Ambassador 3 weeks ago and I am not sure meeting with him again will change anything as he gets his direction from Baghdad.

John A Schultz Jr.
Deputy Assistant Director
Removal Management Division- East
Enforcement and Removal Operations
Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536
(202) 732-5893 (office)
(202) 497-1344 (mobile)
John.a.schultz@ice.dhs.gov

**From:** Kisselburg, Alexander
**Sent:** Wednesday, December 6, 2017 10:01 AM
**To:** Schultz, John A
**Cc:** Chalkley, Marie; Clinton, Julius A; Holt, Kenneth; Gearino, Evan
**Subject:** Iraq DFM meeting

John,

Ambassador Nealon met with the Iraqi Deputy Foreign Minister (DFM) yesterday. The topic of repatriations came up. Here's a read-out:

- The DFM said that 1,400 Iraqis are subject to removal in the United States.
- He said that the Iraqi Embassy is prepared to issue visas, but needs to issue in small groups.
- Said that the Embassy needs to verify that they're actually Iraqi.
- For criminals that have finished their sentences, needs to see some sort of proof.
- He said that the Iraqi Government wants to prioritize repatriations of non-immigration related criminals.
- He said that it would be difficult for the Iraqi Government to accept individuals whose asylum claims have failed, again wants to prioritize criminals.
- The Iraqi Ambassador suggested a meeting at the Embassy for additional discussions.

Would it be helpful to ERO to meet with the Iraqi Embassy on this topic?

Alex

Alexander Kisselburg
Deputy Director - Middle East, Africa, South Asia
Office of International Engagement
U.S. Department of Homeland Security
Desk: 202-447-3520
Mobile: 202-699-0579
alexander.kisselburg@hq.dhs.gov