# EXHIBIT 1-45

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

Message
___

| | |
|---|---|
| **From:** | Bernacke, Michael V [/O=IRMMAIL/OU=MBX SERVERS - PHO/CN=RECIPIENTS/CN=MVBERNAC] |
| **Sent:** | 2/15/2018 10:37:05 PM |
| **To:** | Clark, Kris L [ClarkKL2@state.gov]; Nobles, David T [NoblesDT@state.gov]; Hoffmann, Derek W [HoffmannDW@state.gov] |
| **CC:** | Clinton, Julius A [/O=IRMMAIL/OU=MBX Servers - NYC/cn=Recipients/cn=JAClinto]; Schultz, John A [/O=IRMMAIL/OU=Mbx servers - nyc/cn=recipients/cn=jaschult] |
| **Subject:** | RE: Volunteer detention locations |

Kris –

We received informal word that the embassy will have four TDs for us next week, we will keep in contact with their office to obtain them if issued.  Also, we're looking to interview about 10 cases tomorrow.  (Working to finalize this as several cases were added today.)

Below are the cases we are tracking; we've had a number of volunteers crop up in the past few weeks and a couple of aliens opt back into the litigation, the 15 cases we initially met about are included below, however that number – in and of itself – has changed.  We are tracking 30 cases that are pending issuance, pending interview, or opted back into the litigation after previously volunteering to be removed (one having even been interviewed).  Again, this number is subject to change.

Subjects interviewed as of January 25, 2018:

&#61623;   A▮▮▮▮▮, A▮▮▮▮▮ ▮▮▮▮ 237 TD pending
&#61623;   A▮K▮▮, J▮▮▮▮▮▮▮▮▮▮▮▮ 482 TD pending
&#61623;   A▮▮▮▮, M▮▮▮▮▮▮▮▮▮▮ 307 Subject notified the consulate that he does not  want to return. (Habeas case and still part of injunction)*
&#61623;   A▮S▮▮▮, D▮▮▮▮▮▮▮▮ 585 TD pending
&#61623;   G▮▮▮, R▮▮▮▮▮▮ 156 TD pending
•   A▮K▮▮, H▮▮▮▮▮▮▮▮ 530 TD pending
•   A▮S▮▮▮, S▮▮▮▮▮▮▮ 637 Subject notified the consulate that he does not want to return.

Cases interviewed on January 24, 2018:
&#61623;   A▮▮▮▮ B▮▮▮▮▮▮▮ 245 TD pending
&#61623;   A▮T▮▮▮▮, O▮▮▮▮▮▮▮▮ 847 TD pending
&#61623;   A▮▮▮, G▮▮▮▮▮▮ 821 Subject notified the consulate that he does not  want to return.  (Habeas case and still part of injunction)*
&#61623;   K▮▮▮, A▮▮▮▮▮▮ 016 Subject notified the consulate that he does not want to return.

Pending TD interview:
&#61623;   A▮M▮▮, M▮▮▮▮▮▮ 898
&#61623;   A▮S▮▮▮, H▮▮▮▮▮ 804
&#61623;   A▮▮i, I▮▮▮▮ 488
&#61623;   N▮▮, I▮▮▮▮▮▮ 844
&#61623;   K▮▮▮, J▮▮▮▮▮ 142
&#61623;   M▮▮▮, H▮▮▮▮▮ 022
&#61623;   H▮▮▮, S▮▮▮▮▮ 7 975
&#61623;   S▮▮a, S▮▮▮▮ 723
&#61623;   J▮▮▮, R▮▮▮ 935
&#61623;   S▮▮, L▮ 107

*Please note the highlighted cases are those who have not been removed from the class action lawsuit yet and we can't remove.  However, our legal team is working to get them removed from the class.

Cases re-introduced to the class action lawsuit:



- ▉▉▉▉, W▉▉▉▉▉198
- J▉▉▉ A▌D▉▉▉820
- Y▉▉▉ K▉▉▉782
- A▌R▉▉▉, M▉▉▉▉▉314
- A▉▉▉ J▉▉▉820
- S▉▉ A▉▉▉351
- A▌B▉▉, H▉▉▉016
- A▉▉▉, F▉▉▉723

&#61623    M▉▉▉, H▉▉▉▉▉▉320 – was previously pending interview.

&#61623    K▉▉▉A▉▉▉016 – previously interviewed 01/24.

Aliens removed from the U.S.



- M▉▉▉ J▉▉▉443 Removed
- A▌S▉▉▉, N▉▉▉▉▉155 Removed
- Y▉▉, W▉▉▉267 Removed
- P▉▉, ▉510 Removed

&#61623    A▉▉▉, H▉▉▉876 Removed

---

**From:** Clark, Kris L [mailto:ClarkKL2@state.gov]
**Sent:** Wednesday, January 31, 2018 11:14 AM
**To:** Bernacke, Michael V; Nobles, David T; Hoffmann, Derek W
**Cc:** Clinton, Julius A; Schultz, John A
**Subject:** RE: Volunteer detention locations

Michael – thanks, great to know.  In addition to your contact with him, we'll follow up with Yarub as well to press on timeliness on the TDs.  Thanks again.

**Official**
UNCLASSIFIED

---

**From:** Bernacke, Michael V [mailto:Michael.V.Bernacke@ice.dhs.gov]
**Sent:** Wednesday, January 31, 2018 10:29 AM
**To:** Clark, Kris L <ClarkKL2@state.gov>; Nobles, David T <NoblesDT@state.gov>; Hoffmann, Derek W <HoffmannDW@state.gov>
**Cc:** Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>; Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Subject:** RE: Volunteer detention locations

Kris –

S▉▉▉ is another alien who is now back in the injunction and we are no longer seeking a TD for.

---

**From:** Clark, Kris L [mailto:ClarkKL2@state.gov]
**Sent:** Wednesday, January 31, 2018 9:00 AM
**To:** Bernacke, Michael V; Nobles, David T; Hoffmann, Derek W
**Cc:** Clinton, Julius A; Schultz, John A
**Subject:** RE: Volunteer detention locations

Michael,

Excellent updates, thank you.  Things seem to be proceeding apace – we appreciate the great efforts.  David mentioned

a name from the earlier list that we haven't seen subsequently -- please see below.  Welcome your thoughts.  Thanks again.

- A▮ S▮▮▮▮▮, N▮▮▮▮▮▮▮▮▮▮▮ -- Detroit Field Office
- I▮▮▮▮▮, W▮▮▮ - Detroit Field Office
- M▮▮ J▮▮▮ - Miami Field Office
- A▮▮▮▮▮, B▮▮▮▮▮▮ -- Detroit Field Office
- D▮▮▮ r A▮ S▮▮▮ -- San Francisco Field Office
- O▮▮ A▮T▮▮▮ -- Chicago Field Office
- R▮▮ G▮▮▮ -- San Francisco Field Office
- G▮▮▮ P▮▮ A▮▮ -- Miami Field Office
- A▮ B▮▮▮ - San Francisco Field Office
- A▮K▮▮▮ San Francisco Field Office
- J▮▮▮ A▮ K▮▮ - Detroit Field Office
- J▮▮▮ A▮ D▮▮ - Detroit Field Office
- S▮▮▮ A▮▮▮ Detroit Field Office
- Y▮▮▮, K▮▮▮ -- New Orleans Field Office
- A▮ J▮▮ S▮▮ - Philadelphia Field Office

Best,

Kris

Kristofer L. Clark
Political Officer
NEA/I
clarkKL2@state.gov
+1-202-647-4112

**Official - SBU**
UNCLASSIFIED

---

**From:** Bernacke, Michael V [mailto:Michael.V.Bernacke@ice.dhs.gov]
**Sent:** Wednesday, January 31, 2018 5:11 AM
**To:** Clark, Kris L <ClarkKL2@state.gov>; Nobles, David T <NoblesDT@state.gov>; Hoffmann, Derek W <HoffmannDW@state.gov>
**Cc:** Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>; Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Subject:** RE: Volunteer detention locations

FYI -

A▮ S▮▮▮▮▮▮▮▮▮▮▮ was removed last night.


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Bernacke, Michael V <Michael.V.Bernacke@ice.dhs.gov>
**Date:** Tuesday, Jan 30, 2018, 2:27 PM
**To:** Clark, Kris L <ClarkKL2@state.gov>, Nobles, David T <NoblesDT@state.gov>, Hoffmann, Derek W <HoffmannDW@state.gov>
**Cc:** Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>, Schultz, John A <John.A.Schultz@ice.dhs.gov>
**Subject:** RE: Volunteer detention locations

Good afternoon.  Yes, we are mindful of that, but thanks for the reminder.  All of the aliens amenable to an interview have been interviewed and the latest info below was verified by our legal counsel, in terms of who we can remove, and who is still in the litigation class.



==Subjects interviewed as of January 25, 2018:==

&#61623;       A████████, A███████████████ 237 TD pending
&#61623;       A█K███, J███████████████ 482 TD pending
&#61623;       A█B████, M█████████████ 307 Subject notified the consulate that he does not  want to return. (Habeas case and still part of injunction)
&#61623;       A█S█████, D███████████ 585 TD pending
&#61623;       G█████, R████████████ 156 TD pending
•     A█K████, H██████████████ 8 530 TD pending

==Cases interviewed on January 24, 2018:==
&#61623;       A█Z██████ B████████████ 245 TD pending
&#61623;       A█T██████, O██████████████████ 847 TD pending
&#61623;       A████, G█████████ 821 Subject notified the consulate that he does not  want to return.  (Habeas case and still part of injunction)
&#61623;       K█████, A████████████ 016 Subject notified the consulate that he does not  want to return.

Please note the highlighted cases are those who have not been removed from the class action lawsuit yet and we can't remove.  However, our legal team is working to get them removed from the class.  Secondly, those noted as having a TD pending need to re-submit an updated TD application to us==.  We're getting that to the field today so they can have the detainees sign the application, however we experienced a delay as the embassy forwarded us a copy of the declaration we had issue with during our meeting.  They provided us an untranslated copy of the voluntary removal declaration to serve on the aliens as part of the updated application packet.  We had it translated and verified the document was the declaration that we will not be serving to the detainees.  Julius advised the embassy accordingly.==

Lastly, below is a list of several aliens we discussed at our meeting who are no longer amenable for removal due to being re-introduced to the class:

Cases re-introduced to the class action lawsuit:

•     A█S██████, N█████████████████ 155
•     I███████, W███████ 198
•     J████ A█D█████████ 820
•     Ya████, Ka████████ 782
•     A█R██████, Mu███████████ 314
•     A██████ J██████████ 820

Aliens removed from the U.S.

•     M████ J██████████ 443 Removed
•     A█S█████ N█████████████████ 155 Removal scheduled for today

-------------------------------------------------------------------------------------------

**From:** Clark, Kris L [mailto:ClarkKL2@state.gov]
**Sent:** Tuesday, January 30, 2018 1:44 PM
**To:** Bernacke, Michael V; Nobles, David T; Schultz, John A; Hoffmann, Derek W

**Cc:** Clinton, Julius A
**Subject:** RE: Volunteer detention locations

Hi Michael,

Hope that this finds you well.  We wanted to follow up to see if any additional progress has been made with respect to the interviews and whether the Iraqi Embassy has been collaborative in this process.  We are quickly approaching the 30 day mark (Feb 8), at which point we collectively agreed to have all of these folks interviewed, with travel documents, and on planes out of here.  Would welcome any updates.  Many thanks.

Best,

Kris


Kristofer L. Clark
Political Officer
NEA/I
clarkKL2@state.gov
+1-202-647-4112

**Official**
UNCLASSIFIED

---

**From:** Bernacke, Michael V [mailto:Michael.V.Bernacke@ice.dhs.gov]
**Sent:** Friday, January 19, 2018 10:34 AM
**To:** Clark, Kris L <ClarkKL2@state.gov>; Nobles, David T <NoblesDT@state.gov>; Schultz, John A <John.A.Schultz@ice.dhs.gov>; Hoffmann, Derek W <HoffmannDW@state.gov>
**Cc:** Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>
**Subject:** RE: Volunteer detention locations

Yes, here's is the read-out I socialized internally...we are aiming to get the remainder of interviews completed next week.  George Phillip Arthur may be a challenge as he's been non-compliant with all removal efforts.

==Interviewed==



- ██████████████████████ 237
- ██████████████████████ 482
- ██████████████████ 307
- ████████████████████ 585
- ████████████████ 156
- ████████████████ 530

==To be interviewed:==


- ███████████████████████████ 3 637
- ████████████ 443 **Received valid TD, escort scheduled, will be removed from interview roster**
- ██████████████ 245
- ██████████████ 47
- ████████████████ 821 **Refused to be interviewed, will attempt to interview next date**

**From:** Clark, Kris L [mailto:ClarkKL2@state.gov]
**Sent:** Friday, January 19, 2018 10:05 AM
**To:** Bernacke, Michael V; Nobles, David T; Schultz, John A; Hoffmann, Derek W
**Cc:** Clinton, Julius A
**Subject:** RE: Volunteer detention locations

Michael, thanks. Do we have an update on the TD interviews? Thanks.

**Official**
UNCLASSIFIED

**From:** Bernacke, Michael V [mailto:Michael.V.Bernacke@ice.dhs.gov]
**Sent:** Friday, January 12, 2018 11:05 AM
**To:** Nobles, David T <NoblesDT@state.gov>; Schultz, John A <John.A.Schultz@ice.dhs.gov>; Hoffmann, Derek W <HoffmannDW@state.gov>; Clark, Kris L <ClarkKL2@state.gov>
**Cc:** Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>
**Subject:** FW: Volunteer detention locations

Just for the group's vis, Julius locked in Wednesday, 01/17, to conduct all of these TD interviews.

**From:** Yarub Al Anpaqi [mailto:yarub.alanpaqi@iraqiembassy.us]
**Sent:** Tuesday, January 9, 2018 6:29 PM
**To:** Bernacke, Michael V
**Cc:** Nobles, David T; mohamad.jawad@iraqiembassy.us; wathiq.ib@iraqiembassy.us; Schultz, John A; Hoffmann, Derek W; Clark, Kris L; Clinton, Julius A
**Subject:** Re: Volunteer detention locations

Dear Mr. Micheal
Thanks for your quick respond.
It is a great opportunity to meet you and your colleagues today at DHS, looking foreword to meet with Mr. Clinton to expedite the process and farther steps or any concerned issues, wishing to receive the database or the list of Iraqi detainees that we requested ASAP.
Withe Regards

Yarub Alanpaqi
First Secretary
Director of Political Section
Embassy of the Republic of Iraq ◆◆◆◆i
Washington DC ◆◆◆◆
Mobil: 2028485711
**Fax:** (202) 333-1129

3421 Massachusetts Ave., NW
Washington, DC 20007

On Jan 9, 2018, at 3:03 PM, Bernacke, Michael V <Michael.V.Bernacke@ice.dhs.gov> wrote:

> That's what we are planning on.
>
> ---
>
> **From:** Nobles, David T [mailto:NoblesDT@state.gov]
> **Sent:** Tuesday, January 9, 2018 2:56 PM

**To:** Bernacke, Michael V; mohamad.jawad@iraqiembassy.us; wathiq.ib@iraqiembassy.us; yarub.alanpaqi@iraqiembassy.us
**Cc:** Schultz, John A; Hoffmann, Derek W; Clark, Kris L; Clinton, Julius A
**Subject:** RE: Volunteer detention locations

Michael:

Thanks for this information, and also to everyone who participated in the meeting today.  Let's be in contact next week to check on progress.  ==Also, can you tell me since these returnees are voluntary, will they travel back to Iraq on commercial air?==  Thanks again.

Best regards,

David T. Nobles
Deputy Director, Office of Iraq Affairs (NEA/I)
Bureau of Near Eastern Affairs
U.S. Department of State
202-647-9448
noblesdt@state.gov

---

**From:** Bernacke, Michael V [mailto:Michael.V.Bernacke@ice.dhs.gov]
**Sent:** Tuesday, January 09, 2018 2:05 PM
**To:** mohamad.jawad@iraqiembassy.us; wathiq.ib@iraqiembassy.us; yarub.alanpaqi@iraqiembassy.us
**Cc:** Schultz, John A <John.A.Schultz@ice.dhs.gov>; Nobles, David T <NoblesDT@state.gov>; Hoffmann, Derek W <HoffmannDW@state.gov>; Clark, Kris L <ClarkKL2@state.gov>; Clinton, Julius A <Julius.A.Clinton@ice.dhs.gov>
**Subject:** Volunteer detention locations

Good afternoon –

Thanks for the opportunity to meet with you all.  Below are the ICE detention locations/offices with jurisdiction we discussed for the fifteen who have volunteered to be removed.  Please do not hesitate to contact me to ensure timely action in terms of next steps with these cases.  ==Thus far, Julius has been dealing with Mr. Tarq about scheduling interviews for the below case.==  Please let me know what we can do to expedite this.

Thank you



- ████████████████████ – Detroit Field Office
- ██████████- Detroit Field Office
- ████████ -  Miami Field Office
- █████████████ – Detroit Field Office
- ███████████ – San Francisco Field Office
- ██████████– Chicago Field Office
- █████████ – San Francisco Field Office
- █████████████ – Miami Field Office
- ███████ San Francisco Field Office
- ██████ - San Francisco Field Office
- ██████████ - Detroit Field Office
- ███████████- Detroit Field Office
- ████████- Detroit Field Office

- ███████████ – New Orleans Field Office
- ███████████Philadelphia Field Office

**Michael Bernacke**
*Unit Chief, Middle East/Eastern Africa*
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations
Removal Division
Desk: 202-732-6219
Cell: 202-486-3184