# EXHIBIT 1-46



| | | |
|---|---|---|
| MINISTRY OF FOREIGN AFFAIRS | | وزارة الخـــارجيـــة |
| CONSULAR DEPARTMENT | | الدائــرة القنصليـــة |
| العـــدد: 6/4/ع/ | | |
| التاريخ: /03/2018 | | |

13551

بعثاتنا السياسية والقنصلية في الخارج كافة

م/ اعمام

نرافق لكم كتاب وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية المرقم (د/ش/هـ/773) في 2018/3/8، المتضمن رفض الوزارة لمبدأ العودة القسرية للعراقيين في الخارج او اي جنسية اخرى لأنها تتعارض من القوانين والقرارات الدولية الخاصة بحقوق الانسان ومبادئ المجتمع الدولي وسياسة الحكومة العراقية، في المقابل يسعى العراق جاهداً لتسخير جميع امكانياته لتشجيع وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضة طلبات لجوئهم بالعودة الطوعية للراغبين منهم بالعودة الى العراق كحل بديل لتلك الدول بعد التنسيق والتعاون مع وزارة الهجرة والمهجرين وبعثاتنا في الخارج والمنظمات الدولية.

للتفضل بالاطلاع واتخاذ مايلزم بشأن التنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج... مع التقدير.

المرافقات:
- كتاب.

السفيـر
د. احمد نايف رشيد الدليمي
رئيس الدائرة القنصليـــة
2018/03/25



نسخة منه الى:
- مكتب السيد الوزير، اشارة الى هامش سيادته بتاريخ 2018/3/19، للتفضل بالإطلاع... مع التقدير.
- مكتب السيدة وكيل الوزارة لشؤون التخطيط السياسي، للتفضل بالإطلاع ... مع التقدير.
- مكتب المفتش العام، للتفضل بالاطلاع ... مع التقدير.
- الدائرة الادارية، للتفضل بالاطلاع... مع التقدير.
- وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية، كتابكم انفاً، للتفضل بالاطلاع... مع التقدير.
- الدوار.



1

coundep@mofa.gov.iq            www.mofa.gov.iq            +(964) 537 299 1-9/ ext: 2275 | 2277



( عاجل جداً )

إلى/ وزارة الخارجية / مكتب الوزير

الموضوع/ العودة القسرية لطالبي اللجوء العراقيين

تحية طيبة ...

انطلاقاً من مبدأ حماية ورعاية العراقيين في الخارج وحسب القوانين والقرارات الدولية الخاصة بحقوق الانسان ومبادئ المجتمع الدولي وسياسة ومنهاج عمل وزارتنا منذ تأسيسها ولغاية الآن بأنها ترفض مبدأ العودة القسرية للعراقيين في الخارج او اي جنسية اخرى لأنها تتعارض مع تلك القوانين والمبادئ الانسانية، وفي المقابل تعمل وزارتنا جاهدة وتسخر جميع امكانياتها لتشجيع وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضة طلبات لجوئهم بالعودة الطوعية للراغبين منهم بالعودة الى العراق كحل بديل لتلك الدول بعد التنسيق والتعاون مع وزارتنا والبعثات الدبلوماسية العراقية في الخارج والمنظمات الدولية .

راجين اشعار جميع بعثاتنا للتنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج.

تفضلكم بالاطلاع ... ولاتخاذ مايلزم بصدد هذا الموضوع واعلامنا

مع فائق الشكر والتقدير

الدكتور

جاسم محمد محمد علي

وزير الهجرة والمهجرين

/ / ٢٠١٨

نسخة منه الى

- مكتب السيد الوزير المحترم / للتفضل بالاطلاع...مع التقدير
- مكتب السيد المدير العام المحترم / للاشارة المختصة
- قسم الهجرة الخارجية / للمتابعة

محمد ٣/٥