# EXHIBIT 1-48

Message

| | |
|---|---|
| To: | Bernacke, Michael V [/O=IRMMAIL/OU=MBX SERVERS - PHO/CN=RECIPIENTS/CN=MVBERNAC] |
| Subject: | RE: طلبات جواز مرور |

Documents uploaded to the site. I will include you on the email I send to check the status.

P288571: Iraqi document
Project Details:
Source Language
English (United States)
Total Price
Purchased Date
Due Date
Completion Date
Notes
Source Assets:
DHS ICE: Language Services
iraqDeclaration.docxiraqApplication.pdfICE_Lionbridge_Tr... Analysis Failed


Respectfully,

Julius A. Clinton
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

---

**From:** Bernacke, Michael V
**Sent:** Thursday, January 25, 2018 9:33 AM
**To:** Clinton, Julius A
**Subject:** RE: طلبات جواز مرور

Here you go, sir.

---

**From:** Clinton, Julius A
**Sent:** Wednesday, January 24, 2018 5:43 PM
**To:** Bernacke, Michael V
**Subject:** RE: مرور جواز ط ل بات

Sir I need a supervisory signature on the form. Please see attached

Respectfully,

Julius A. Clinton
Desk Officer
Removal and International Operations (RIO)
Removal Management Division

U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

---

**From:** Bernacke, Michael V
**Sent:** Wednesday, January 24, 2018 5:15 PM
**To:** Clinton, Julius A
**Subject:** RE: مرور جواز ط ل بات

Yes, please. Let language services know its time sensitive and emergent on our end. Cc me on the email so I can let the supervisor know as well.

---

**From:** Clinton, Julius A
**Sent:** Wednesday, January 24, 2018 5:13 PM
**To:** Bernacke, Michael V
**Subject:** RE: مرور جواز ط ل بات

The individuals who volunteered will have to have these forms filled out before issuance. Should I wait to get them cleared before sending them to the case officers?

Respectfully,

Julius A. Clinton
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

---

**From:** Bernacke, Michael V
**Sent:** Wednesday, January 24, 2018 5:04 PM
**To:** Clinton, Julius A
**Subject:** RE: مرور جواز ط ل بات

Understood, however I want to be sure of what something says that we are posting for use by the field to the intranet before we actually post it.

Here are the services and POCs:

https://insight.ice.dhs.gov/ero/custody/Pages/larc.aspx

---

**From:** Clinton, Julius A
**Sent:** Wednesday, January 24, 2018 5:01 PM
**To:** Bernacke, Michael V
**Subject:** RE: مرور جواز ط ل بات

ICE - 0270851

We already have documents posted with that language on our site. You want me to send these to the language service? Do you have a point of contact there?

Respectfully,

Julius A. Clinton
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

---

**From:** Bernacke, Michael V
**Sent:** Wednesday, January 24, 2018 4:52 PM
**To:** Clinton, Julius A
**Subject:** RE: مرور جواز ط ا بات

Can you please get these translated so we can review then post? Also, the voluntary declaration stating the aliens voluntarily remit themselves to be removed needs to be pulled from the intranet. Joan says it is contrary to ICAO.

---

**From:** Clinton, Julius A
**Sent:** Wednesday, January 24, 2018 4:50 PM
**To:** Bernacke, Michael V
**Subject:** FW: مرور جواز ط ا بات

Sir,

Please have our TD page updated with these forms and the old ones removed.

Respectfully,

Julius A. Clinton
Desk Officer
Removal and International Operations (RIO)
Removal Management Division
U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Enforcement and Removal Operations Headquarters
Cell: 202-567-9063
Email: Julius.clinton@dhs.gov
https://gis-dpics3.ice.dhs.gov/RIOWeb/

---

**From:** Yarub Al Anpaqi [mailto:yarub.alanpaqi@iraqiembassy.us]
**Sent:** Wednesday, January 24, 2018 1:30 PM
**To:** Clinton, Julius A
**Subject:** Fwd: مرور جواز ط ا بات

Dear Sir

As we wish to keep in touch I would like to update your data for a new Travel document form and application that we need all the concerning cases fill and sign them

With regards.

Yarub Alanpaqi
First Secretary
Director of Political Section
Embassy of the Republic of Iraq IQ
Washington DC US
Mobil: 2028485711
Fax: (202) 333-1129
3421 Massachusetts Ave., NW
Washington, DC 20007


Begin forwarded message:

From: Hudhaifa Hassoon <hudhaifa.hassoon@iraqiembassy.us>
Date: January 24, 2018 at 1:02:45 PM EST
To: Yarub Al Anpaqi <yarub.alanpaqi@iraqiembassy.us>
Subject: مرور جواز طلب

مساء الخير استاذ ارجو اغن تكون بخير
في المرفق طلب جواز مرور

مع التقدير

ICE - 0270853