# EXHIBIT 1-50

http://www.mofa.gov.iq/en/news/28136/iraq-s-ambassador-to-sweden-discusses-voluntary-repatriation



Home

The Minister

The Ministry

About Iraq

Ministry Strategic

Diplomatic Missions

Consular Services

News Archives

## Iraq's ambassador to Sweden discusses voluntary repatriation of refugees with immigration coordinator

12.08.2018

The Ambassador of the Republic of Iraq in Stockholm, Dr. Ahmed Al-Kamali, met the Coordinator of Migration and Refugees Affairs at the Swedish Ministry of Foreign Affairs, Ambassador Nicolas Kleese at the Swedish Ministry of Foreign Affairs to discuss the return of refugees.

He explained that the Iraqi government refuses to return forcibly to Iraqi refugees, explaining that the conditions experienced by the country after the victories achieved against terrorist gangs, can affect positively facilitate the voluntary gradual return of citizens abroad.

He pointed out that the Iraqi government is working to address the crisis of displacement and gain the support of all countries of the world, including Sweden, to reconstruct the affected areas and think about future investment projects.

 21:13  Baghdad

> Home
> Official Spokesman
> Foreign Service Institute
> Inspector General
> Media Communication

FAQ   Important Links   Contact Us

© 2018 Iraqi Ministry of Foreign Affairs

