# EXHIBIT 1-51

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

**Scott, Kimberly L.**

| | |
|---|---|
| **From:** | Alsterberg, Cara E. (CIV) <Cara.E.Alsterberg@usdoj.gov> |
| **Sent:** | Monday, July 30, 2018 6:12 PM |
| **To:** | Giroux, Erika L.; Scott, Kimberly L.; Margo Schlanger; Miriam Aukerman; Monica C. Andrade |
| **Cc:** | Silvis, William (CIV); Murley, Nicole (CIV) |
| **Subject:** | RE: Supplemental Information - Hamama - ECF 316 - Farmville and York TD Information |

Hi Erika,

The form refers to the voluntary return to Iraq form that the government of Iraq was asking detainees to sign.

Cara

**Cara E. Alsterberg**
Tel. 202.532.4667
Fax. 202.305.7000
Cara.E.Alsterberg@usdoj.gov

---

**From:** Giroux, Erika L. [mailto:Giroux@millercanfield.com]
**Sent:** Monday, July 30, 2018 9:05 AM
**To:** Alsterberg, Cara E. (CIV) <caalster@CIV.USDOJ.GOV>; Scott, Kimberly L. <Scott@millercanfield.com>; Margo Schlanger <margo.schlanger@gmail.com>; Miriam Aukerman <maukerman@aclumich.org>; Monica C. Andrade <mandrade@aclumich.org>
**Cc:** Silvis, William (CIV) <WSilvis@civ.usdoj.gov>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Subject:** RE: Supplemental Information - Hamama - ECF 316 - Farmville and York TD Information

Good morning, Cara –

Thanks for this information. When it says they "signed" or "did not sign," could you please clarify what document that is referring to?

Erika

---

**Erika L. Giroux** | Attorney and Counselor at Law
**Miller Canfield**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226 (USA)
**T** +1.313.496.7514 |**F** +1.313.496.8453 | **Mobile** +1.313.819.7199
giroux@millercanfield.com | View Profile + VCard

---

This electronic message and all of its contents and attachments contain information from the law firm of which may be privileged, confidential or otherwise protected from disclosure.  The information is intended to be for the addressee only.  If you are not the addressee, then any disclosure, copying, distribution or use of this message, or its contents or any of its attachments, is prohibited.  If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.

---

**From:** Alsterberg, Cara E. (CIV) [mailto:Cara.E.Alsterberg@usdoj.gov]
**Sent:** Monday, July 23, 2018 12:55 PM

**To:** Scott, Kimberly L.; Margo Schlanger; Miriam Aukerman; Giroux, Erika L.; Monica C. Andrade
**Cc:** Silvis, William (CIV); Murley, Nicole (CIV)
**Subject:** Supplemental Information - Hamama - ECF 316 - Farmville and York TD Information

Good Afternoon,

Please see below the supplemental information as ordered by ECF 316, part H. <mark>Iraq has not yet issued travel documents for individuals interviewed in June or July.</mark> Respondents do not yet have estimated dates of removal for these individuals. <mark>ERO received this information orally from Iraqi Consular officials.</mark>

<u>July 19, 2018, York, PA</u>



A⬛⬛⬛ 964 A⬛-I⬛⬛, W⬛⬛⬛    signed
A⬛⬛⬛ 031, A⬛J⬛⬛, H⬛⬛⬛    signed
A⬛⬛⬛ 784 J⬛⬛, D⬛⬛    did not sign
A⬛⬛⬛ 533 A⬛J⬛⬛, H⬛⬛⬛    <mark>did not sign</mark>
A⬛⬛⬛ 024 S⬛⬛, A⬛⬛    did not sign
A⬛⬛⬛ 388 A⬛⬛⬛, D⬛⬛⬛    <mark>did not sign</mark>

<u>June 28, 2018, Farmville, VA</u>
A⬛⬛⬛ 687 A⬛⬛, A⬛⬛    signed
A⬛⬛⬛ 741 A⬛B⬛⬛, H⬛⬛⬛    signed
A⬛⬛⬛ 782 Y⬛⬛, K⬛⬛⬛    signed
A⬛⬛⬛ 927 Al S⬛⬛, A⬛⬛    signed
A⬛⬛⬛ 847 A⬛⬛, S⬛⬛    signed
A⬛⬛⬛ 285 T⬛⬛, G⬛⬛    did not sign
A⬛⬛⬛ 942 A⬛⬛, A⬛⬛    did not sign
A⬛⬛⬛ 024 J⬛⬛, J⬛⬛    did not sign
A⬛⬛⬛ 711 A⬛K⬛⬛, F⬛⬛⬛    <mark>did not sign</mark>
A⬛⬛⬛ 865 A⬛S⬛⬛, B⬛⬛⬛    <mark>did not sign</mark>

Thank you,
Cara

**Cara E. Alsterberg**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel. 202.532.4667 | Fax. 202.305.7000
Cara.E.Alsterberg@usdoj.gov



*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.*