# EXHIBIT 1-52

**Scott, Kimberly L.**

| | |
|---|---|
| **From:** | Daniel Smith <dwsmithemail@yahoo.com> |
| **Sent:** | Sunday, August 5, 2018 9:55 AM |
| **To:** | Miriam Aukerman; Margo Schlanger |
| **Subject:** | Fw: Forced deportation policy document |
| **Attachments:** | IMG-20180801-WA0007.jpg |

----- Forwarded Message -----
**From:** MoMD MINISTER <momdminister@outlook.com>
**To:** Daniel Smith <dwsmithemail@yahoo.com>
**Sent:** Wednesday, August 1, 2018, 11:59:50 AM GMT+3
**Subject:** Re: Forced deportation policy document

Sent from Outlook

1



كومارى عيراق
وه زاره تى كوج وكوچه ران
نوسينكه ى وه زير

**Republic of Iraq**
**Ministry of Migration and Displaced**
**Minister's Office**

: ژماره
: به رواز

العدد: ١/ ١/ م.و ٥٨٧
التاريخ:٩/ ١١ ٢٠١٨

الى/ وزارة الخارجية – مكتب السيد الوزير

م/العودة القسرية

نهديكم أطيب التحيات :

وردت الينــا معلومـــات تبـــين ان بعــض الـــدول التـــي يتواجــد فيهــا العـــراقيين تنـــوي
إعـادتهم بشــكل قســري وبـــالاخص الولايــات المتحــدة الامريكيـــة ودول الاتحـــاد الاروبـــي .
ولكـــون هـــذا الأمـــر ضـــد سياســـة الدولـــة والقـــوانين والاعـــراف الدوليـــة
يرجـــى التأكيــد علـــى كافـــة ســـفاراتنا والقنصـــليات فـــي دول العـــالم التـــي يتواجـــد
فيهـــا العـــراقيين علـــى ضـــمان عـــدم تـــرحيلهم واجبـــارهم علـــى العـــودة القســـرية .

مع التقدير ...

الدكتور
جاسم محمد محمد علي
وزير الهجرة والمهجرين
٢٠١٨/٧/

نسخة منه الى :-
• وزارة الداخلية – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .
• وزارة النقل – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .

Tel: (5370049)
E-mail: momdminister@outlook.com

هاتف الوزارة(٥٣٧٠٠٤٩)
بغداد – كرادة مريم