# EXHIBIT 1-57

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

*Redactions Made by Respondents*

| Message | |
|---|---|
| From: | Laughlin, Julie [/O=IRMMAIL/OU=MBX SERVERS - COW/CN=RECIPIENTS/CN=JLAUGHL] |
| Sent: | 11/28/2017 3:28:02 PM |
| To: | Schultz, John A [/O=IRMMAIL/OU=Mbx servers - nyc/cn=recipients/cn=jaschult]; Meymarian, Maryellen [/O=IRMMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Meymarian, MaryEllen99d]; Lieberman, Joan S [/O=IRMMAIL/OU=MBX Servers - COW/cn=Recipients/cn=jslieber] |
| Subject: | Iraqi Releases |
| Attachments: | Weekly OPLA Hamama Case Report_LESA-STU_FINAL.XLSX |

Hi John,

# ACC/AWP

Thank you,

Julie



| 10/31/2017 02:24 PM | FSF4467B | EARM | Notified by RIO, Subject is part of a nationwide injunction and has a Judicial stay. Subject will be OSUP and will report to San Diego Field Office. bk0148 |

| 10/23/2017 05:30 PM | FSD5972A | EADM | S▇▇ was served with a copy of the release memo and released from ICE custody on an Order of Supervision, required to report to ICE ERO Non-Detained Unit located at 880 Front Street Suite 2242; San Diego, CA 92101 on November 01, 2017. RK |
| 10/11/2017 05:00 PM | FSD5972A | EARM | I-229A served and placed in file. RK |
| 10/11/2017 04:58 PM | FSD5972A | EARM | POCR has been completed with recommendation for release on O/Sup. A-File forwarded to the DFOD via the SDDO and the AFOD for decision and signatures. RK |



| 10/13/2017 05:08 PM | FSD5972A | EADM | Released from ICE ERO custody on an Order of Supervision (OSup); the first reporting date and time are Oct 25, 2017 @ 1000. The reporting location is ICE ERO Non-Detained Unit, San Diego Field Office. His reported living address and telephone number, along with other contact information, have been entered into the EARM 'Supporting Info' tab. RK. |



09/26/2017 05:35 PM FSF5377A EARM Custody Review Decision (241.4) - 90-day- to release on OSUP. BK120



10/02/2017 10:14 AM CBP5760E EARM OSUP release/wants neg. subject to report to JAX, FL.

| 081 | H | | F | M |
|---|---|---|---|---|
| 11/17/2017 05:30 PM | FSD4412A | EARM | | Received 90 day POCR review, subject has been ordered release from custody on OSUP with ATD. Served subject OSUP I-220B AND I-229b today 11/17/2017. OE |

| 342 | M | | S | S |
|---|---|---|---|---|

07/25/2017 11:27 AM DET4612A ATD Successfully Enrolled in ATD/VID

| 844 | A -J | | A | J |
|---|---|---|---|---|

07/19/2017 11:59 AM FLS9085A EARM SUBJECTS OSUP IS BEING REINSTATED. A. APODACA

| 899 | A -F | | M | |
|---|---|---|---|---|
| 07/14/2017 10:50 AM | CBP9692B EARM | | E/S completed- On July 8th, the medical staff at Core Civic (formerly NEOCC) in Youngstown, OH notified ERO that ███ is experiencing difficulty performing activities of daily living and has been assigned Detainee Medical Helpers that help guide him safely around the facility. The helpers alerted staff that they are no longer interested in assisting because he medical needs are beyond their scope of responsibility. TM | |

| 979 | H | | N | M |
|---|---|---|---|---|
| 06/27/2017 12:28 PM | FNE3479A EARM | | Per IHSC, the subject has a medical condition that is in need of Continues Positive Airway Pressure (CPAP) at bedtime while detained. Per the recommendation of Dr. Park, detainee must use the device at night time to alleviate his contributing hypertensive condition. Without the device, the detainee is at risk of potential heart failure, stroke, arrhythmias, and ongoing resistance hypertension. The medical clinic is not an adequate setting to provide full capacity to properly manage his care. A temporary accommodation will be made to house the detainee in Room 263 at bedtime to use his own CPAP device starting tonight. The detainee needs a facility that is capable to provide adequate medical care. Subject will be released on an OSUP. Next reporting date is on 07/25/2017. MR | |



| | 634 | M | | A | T |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 08/17/2017 03:44 PM | CBP6845E EARM | ==On 8/17/2017, subject was served an order of supervision due to the inability to remove to Iraq because of the injunction by the federal judge preventing the removal of Iraqi nationals.== Subject posted the $20,000 bond on 8/17/2017 as well and was released. Subject instructed to report to non-detained in Dallas instead of Oklahoma City because he lives in and was recently transferred from Alvarado, Texas. Check-in is scheduled for 8/31/2017 at 10:00. |
| 08/17/2017 12:00 AM | CBP6845E EADM | Subject released on on order of supervision with $20,000 bond on 8/17/2017. |

| | 007 | H | | S | S |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 11/06/2017 12:00 AM | FSD3976A ATD | Participant has been accepted for enrollment into the Otay Mesa S-Site ATD Program with GPS on 11/06/2017. SUBJECT has been given a report date of 11/15/2017 to the SND AOR ATD Unit. Sponsor: (619) 569-8413 |
| 11/03/2017 02:21 PM | FSD4412A EARM | After reviewing his file last week, It was determined that a 90 POCR was never completed. Notice of review was served on August 2nd , but no decision was given on August 28th. I completed and routed the 90 day POCR through the proper channels for review and action on Monday , October 30th. Currently waiting on a decision. OE |

| | 636 | A | M | | M |
|---|---|---|---|---|---|

1 357882731 15782725 09/14/2017 Field Office Release - Place Alien Under Order of Supervision