# EXHIBIT 1-58

*PII Redacted Pursuant to Fed. R. Civ. P. 5.2*

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

جمهورية العراق

REPUBLIC OF IRAQ

جواز مرور غير صالح للعودة

ONE WAY LAISSEZ PASSER

دار النهرين للطباعة

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

00117575

١ - ١

This laisses passer contains 16 pages

يشمل هذا الجواز على ١٦ صفحة

REPUBLIC OF IRAQ

جمهورية العراق

ONE WAY LAISSEZ-PASSER

جواز مرور غير صالح للعودة

00117575

رقم الجواز
No. of Laissez Passer

A [redacted] A [redacted] O [redacted]

اسم حامله
Name of bearer

لا يوجد
None

اسم الزوج
Name of the Mate

لا يوجد
None

عدد الأولاد
No. of children

عراقية
Iraqi

الجنسية التي يدعى بها
Nationality claimed by bearer

Valid for One Voyage only during six months

نافذة لسفرة واحدة فقط خلال ستة أشهر

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2521100

2 - ٢

DESCRIPTION - اوصاف

| حامل الجواز | BEARER | الزوج MATE |
|---|---|---|
| الحرفة Profession | | |
| محل الولادة وتأريخها Place and date of birth | | |
| محل الأقامة الدائمي Domicile | | |
| الطول Height | | |
| لون العينين Colour of eyes | | |
| لون الشعر Coulor of hair | | |
| العلامات الفارقة Visible distinguishing marks | | |

CHILDREN الأولاد

| الأسم Name | تأريخ الولادة Date of birth | الجنس Sex |
|---|---|---|
| ١ | | 1 |
| ٢ | | 2 |
| ٣ | | 3 |
| ٤ | | 4 |
| ٥ | | 5 |

0011 7575

3 - ٣

CHILDREN COLOURED PHOTOGRAPH

| لحامل الجواز BEARER | الزوج MATE |
|---|---|
| | |
| توقيع حامله أو بصمة ابهامه الأيسر Signature of bearer or his/ her left thumb print | توقيع حامله أو بصمة ابهامه الأيسر Signature of wife or his / her left thumb print |

FEE

سفارة جمهورية العراق
واشنطن/ الحسابات
رسم
استوفي الرسم بموجب الوصل
المرقم ٤٤٣/٨٤٥٥
في 8/7/13
المحاسب/



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0011757S

5 - ٥

OBSERVATIONS - الملحوظات

[redacted]

. 2018\7\10

Iraqi consular section in Washington DC issued travel Document to **Mr .** A[redacted] A[redacted] O[redacted] To **return** for Iraq according of approval of senior deputy ministry of foreign. approval #87 on July 10th 2018

القنصل

Consul

Baraa M. Abdul-Rahman

براء منذر عبدالرحمن

2525100

4 · ٤

| Countries of which this laissez passer is valid | الأقطار التي يجوز الدخول اليها بهذا الجواز |
| --- | --- |
| ........ | ........ |

The validity of this laissez circumstances — ينتهي العمل بهذا الجواز :

one way only during six months — سفرة واحدة فقط خلال ستة أشهر

Not to be renewed under any passer expires — ولا يجدد في أي حال من الأحوال

Issued at Washington — صدر في واشنطن

The 12th — في اليوم الثاني عشر

Of July 2018 — من شهر تموز ٢٠١٨

القنصل

Consul

ضابط الأقامة

Residence Officer

Baraa M. Abdul-Rahman

براء منذر عبدالرحمن

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

00117573

1 - ١

This laisses passer contains 16 pages

يشمل هذا الجواز على ١٦ صفحة

REPUBLIC OF IRAQ

جمهورية العراق

ONE WAY LAISSEZ-PASSER

جواز مرور غير صالح للعودة

| | |
|---|---|
| 00117573 | رقم الجواز<br>No. of Laissez Passer |
| | اسم حامله<br>Name of bearer |
| لا يوجد<br>None | اسم الزوج<br>Name of the Mate |
| لا يوجد<br>None | عدد الأولاد<br>No. of children |
| عراقية<br>Iraqi | الجنسية التي يدعى بها<br>Nationality claimed by bearer |

Valid for One Voyage only during six months

نافذة لسفرة واحدة فقط خلال ستة أشهر

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0011573

3 - ٣

MODREN COLOURED PHOTOGRAPH

MATE الزوج BEARER لحامل الجواز

توقيع حامله أو بصمة ابهامه الأيسر
Signature of wife or his / her left thumb print

توقيع حامله أو بصمة ابهامه الأيسر
Signature of bearer or his/ her left thumb print

سفارة جمهورية العراق
FEE رسم واشنطن/ الحسابات
استوفي الرسم بموجب الوصل
المرقم
في 81/7/1
المحاسب عدنان

0011573

2 - ٢

DESCRIPTION - اوصاف

حامل الجواز BEARER الزوج MATE

الحرفة Profession

محل الولادة وتأريخها Place and date of birth

محل الأقامة الدائمي Domicile

الطول Height

لون العينين Colour of eyes

لون الشعر Coulor of hair

العلامات الفارقة Visible distinguishing marks

CHILDREN الأولاد

| الأسم Name | تأريخ الولادة Date of birth | الجنس Sex |
|---|---|---|
| ١ | | 1 |
| ٢ | | 2 |
| ٣ | | 3 |
| ٤ | | 4 |
| ٥ | | 5 |



0117573

5 - ٥

OBSERVATIONS - الملحوظات

. 2018\7\10

Iraqi consular section in Washington DC issued travel Document to **Mr.** S[redacted] A[redacted] A[redacted] To **return** for Iraq according of approval of senior deputy ministry of foreign. approval #87 on July 10th 2018

Consul القنصل
Baraa M. Abdul-Rahman براء منذر عبدالرحمن

0011275

4 - ٤

| Countries of which this laissez passer is valid | الأقطار التي يجوز الدخول اليها بهذا الجواز |
| --- | --- |
| | |

The validity of this laissez circumstances: one way only during six months — ينتهي العمل بهذا الجواز: سفرة واحدة فقط خلال ستة أشهر

Not to be renewed under any passer expires — ولا يجدد في أي حال من الأحوال

Issued at Washington — صدر في واشنطن

The 12th — في اليوم الثاني عشر

Of July 2018 — من شهر تموز

Consul القنصل
Baraa M. Abdul-Rahman براء منذر عبدالرحمن
Residence Officer ضابط الاقامة



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

00117578

I - ١

This laisses passer contains 16 pages

يشمل هذا الجواز على ١٦ صفحة

REPUBLIC OF IRAQ

جمهورية العراق

ONE WAY LAISSEZ-PASSER

جواز مرور غير صالح للعودة

00117578

رقم الجواز
No. of Laissez Passer

[redacted]

اسم حامله
Name of bearer

لا يوجد
None

اسم الزوج
Name of the Mate

لا يوجد
None

عدد الأولاد
No. of children

عراقية
Iraqi

الجنسية التي يدعى بها
Nationality claimed by bearer

Valid for One Voyage only during six months

نافذة لسفرة واحدة فقط خلال ستة أشهر



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0017578
3 - ٣
MODREN COLOURED PHOTOGRAPH
MATE الزوج
BEARER لحامل الجواز
EMBASSY OF IRAQ
CONSULAR SECTION
توقيع حامله أو بصمة ابهامه الأيسر
Signature of wife or his / her left thumb print
توقيع حامله أو بصمة ابهامه الأيسر
Signature of bearer or his/ her left thumb print
سفارة جمهورية العراق
FEE رسم واشنطن/ الحسابات
استوفي الرسم بموجب الوصل
المحاسب/ احمد عدنان

6725100

2 - ٢

## DESCRIPTION - اوصاف

| حامل الجواز | BEARER | الزوج | MATE |
|---|---|---|---|
| الحرفة Profession | | | |
| محل الولادة وتأريخها Place and date of birth | | | |
| محل الأقامة الدائمي Domicile | | | |
| الطول Height | | | |
| لون العينين Colour of eyes | | | |
| لون الشعر Coulor of hair | | | |
| العلامات الفارقة Visible distinguishing marks | | | |

## CHILDREN الأولاد

| | الأسم Name | تأريخ الولادة Date of birth | الجنس Sex | |
|---|---|---|---|---|
| ١ | | | | 1 |
| ٢ | | | | 2 |
| ٣ | | | | 3 |
| ٤ | | | | 4 |
| ٥ | | | | 5 |



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0011757

5 - ٥

OBSERVATIONS - الملحوظات

[redacted]

Iraqi consular section in Washington DC
issued travel Document to **Mr . R**[redacted] **H**[redacted] **A**[redacted]
To **return** for Iraq according of approval of senior
deputy ministry of foreign. approval #87 on July 10th
2018

Consul
Baraa M. Abdul-Rahman
القنصل
براء منذر عبدالرحمن

---

8521100

4 - ٤

| Countries of which this laissez passer is valid | الأقطار التي يجوز الدخول اليها بهذا الجواز |
|---|---|
| | |

The validity of this laissez circumstances: one way only during six months — ينتهي العمل بهذا الجواز : سفرة واحدة فقط خلال ستة اشهر

Not to be renewed under any passer expires — ولا يجدد في أي حال من الأحوال

Issued at Washington — صدر في واشنطن

The 12/7 — في اليوم

Of July 200 — من شهر

Consul
Residence Officer
Baraa M. Abdul-Rahman
القنصل
ضابط الإقامة
براء منذر عبدالرحمن

0011757

1 - ١

This laisses passer contains 16 pages

يشمل هذا الجواز على ١٦ صفحة

REPUBLIC OF IRAQ

جمهورية العراق

ONE WAY LAISSEZ-PASSER

جواز مرور غير صالح للعودة

No. of Laissez Passer / رقم الجواز: 00117577

Name of bearer / اسم حامله: [redacted] A[redacted] [redacted] K[redacted]

Name of the Mate / اسم الزوج: لا يوجد / None

No. of children / عدد الأولاد: لا يوجد / None

Nationality claimed by bearer / الجنسية التي يدعى بها: عراقية / Iraqi

Valid for One Voyage only during six months

نافذة لسفرة واحدة فقط خلال ستة أشهر

0011577

3 - ٣

MODREN COLOURED PHOTOGRAPH

MATE الزوج | BEARER لحامل الجواز

توقيع حامله أو بصمة ابهامه الأيسر
Signature of wife or his / her left thumb print

توقيع حامله أو بصمة ابهامه الأيسر
Signature of bearer or his/ her left thumb print

سفارة جمهورية العراق
رسم واشنطن/ الحسابات
FEE
استوفي الرسم بموجب الوصل ٤٢٣٨٤٨
المحاسب/
18/7/13

0011577

2 - ٢

DESCRIPTION - اوصاف

MATE الزوج | BEARER حامل الجواز

الحرفة
Profession

محل الولادة وتأريخها
Place and date of birth

محل الأقامة الدائمي
Domicile

الطول
Height

لون العينين
Colour of eyes

لون الشعر
Coulor of hair

العلامات الفارقة
Visible distinguishing marks

CHILDREN الأولاد

| Sex الجنس | Date of birth تأريخ الولادة | Name الأسم |
|---|---|---|
| 1 | | ١ |
| 2 | | ٢ |
| 3 | | ٣ |
| 4 | | ٤ |
| 5 | | ٥ |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0017577

5 - ٥

OBSERVATIONS - الملحوظات

. 2018\7\10

Iraqi consular section in Washington DC issued travel Document to Mr. A[redacted] K[redacted] To **return** for Iraq according of approval of senior deputy ministry of foreign. approval #87 on July 10th 2018

**Consul**
**Baraa M. Abdul-Rahman**
**القنصل**
**براء منذر عبدالرحمن**

0017577

4 - ٤

| Countries of which this laissez passer is valid | الأقطار التي يجوز الدخول اليها بهذا الجواز |
|---|---|
| | |

The validity of this laissez circumstances: one way only during six month — ينتهي العمل بهذا الجواز: سفرة واحدة فقط خلال ستة أشهر

Not to be renewed under any passer expires — ولا يجدد في أي حال من الأحوال

Issued at Washington — صدر في واشنطن

The 12th — في اليوم الثاني عشر

Of July 2018 — من شهر تموز

Residence Officer — ضابط الإقامة

**Consul**
**Baraa M. Abdul-Rahman**
**القنصل**
**براء منذر عبدالرحمن**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0011757б

1 - ١

This laisses passer contains 16 pages

يشمل هذا الجواز على ١٦ صفحة

REPUBLIC OF IRAQ

جمهورية العراق

ONE WAY LAISSEZ- PASSER

جواز مرور غير صالح للعودة

00117576

رقم الجواز
No. of Laissez Passer

اسم حامله
Name of bearer

لا يوجد
None

اسم الزوج
Name of the Mate

لا يوجد
None

عدد الأولاد
No. of children

عراقية
Iraqi

الجنسية التي يدعى بها
Nationality claimed by bearer

Valid for One Voyage only during six months

نافذة لسفرة واحدة فقط خلال ستة أشهر

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0017576

3 - ٣

MODREN COLOURED PHOTOGRAPH

MATE الزوج BEARER لحامل الجواز

توقيع حامله أو بصمة ابهامه الأيسر

Signature of wife or his / her left thumb print

توقيع حامله أو بصمة ابهامه الأيسر

Signature of bearer or his/ her left thumb print

سفارة جمهورية العراق
واشنطن/ الحسابات
رسم FEE استوفي الرسم بموجب الوصل المرقم
المحاسب/ احمد

2 - ٢

DESCRIPTION - اوصاف

MATE الزوج BEARER حامل الجواز

| حامل الجواز | |
|---|---|
| الحرفة | Profession |
| محل الولادة وتأريخها | Place and date of birth |
| محل الأقامة الدائمي | Domicile |
| الطول | Height |
| لون العينين | Colour of eyes |
| لون الشعر | Coulor of hair |
| العلامات الفارقة | Visible distinguishing marks |

CHILDREN الأولاد

| Sex الجنس | Date of birth تأريخ الولادة | Name الأسم | |
|---|---|---|---|
| 1 | | | ١ |
| 2 | | | ٢ |
| 3 | | | ٣ |
| 4 | | | ٤ |
| 5 | | | ٥ |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0011757б

5 - ٥

OBSERVATIONS - الملحوظات

Iraqi consular section in Washington DC issued travel Document to **Mr . D**[redacted] **S**[redacted] **O**[redacted] To **return** for Iraq according of approval of senior deputy ministry of foreign. approval #87 on July 10th 2018

القنصل
Consul
Baraa M. Abdul-Rahman براء منذر عبدالرحمن

4 - ٤

| Countries of which this laissez passer is valid | الأقطار التي يجوز الدخول اليها بهذا الجواز |
|---|---|

The validity of this laissez circumstances — ينتهي العمل بهذا الجواز :
one way only during six months

Not to be renewed under any passer expires — ولا يجدد في أي حال من الأحوال

Issued at Washington — صدر في واشنطن
The 12th — في اليوم
Of July 2018 — من شهر

القنصل
Consul
Baraa M. Abdul-Rahman
Residence Officer — ضابط الأقامة
براء منذر عبدالرحمن





HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

00117574

1 - ١

This laisses passer contains 16 pages

يشمل هذا الجواز على ١٦ صفحة

# REPUBLIC OF IRAQ

جمهورية العراق

## ONE WAY LAISSEZ-PASSER

جواز مرور غير صالح للعودة

| | | |
|---|---|---|
| No. of Laissez Passer | رقم الجواز | 00117574 |
| Name of bearer | اسم حامله | [redacted] |
| Name of the Mate | اسم الزوج | لا يوجد<br>None |
| No. of children | عدد الأولاد | لا يوجد<br>None |
| Nationality claimed by bearer | الجنسية التي يدعى بها | عراقية<br>Iraqi |

Valid for One Voyage only during six months

نافذة لسفرة واحدة فقط خلال ستة أشهر

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0011757

3 - ٣

MODREN COLOURED PHOTOGRAPH

MATE الزوج | BEARER حامل الجواز

توقيع حامله أو بصمة ابهامه الأيسر
Signature of wife or his / her left thumb print

توقيع حامله أو بصمة ابهامه الأيسر
Signature of bearer or his/ her left thumb print

سفارة جمهورية العراق
FEE رسم واشنطن/ الحسابات
استوفي الرسم بموجب الوصل
المحاسب/ احمد عثمان
في 18 / 7 / 12

2 - ٢

DESCRIPTION - اوصاف

MATE الزوج | BEARER | حامل الجواز

الحرفة
Profession

محل الولادة وتأريخها
Place and date of birth

محل الأقامة الدائمي
Domicile

الطول
Height

لون العينين
Colour of eyes

لون الشعر
Coulor of hair

العلامات الفارقة
Visible distinguishing marks

CHILDREN الأولاد

| Sex الجنس | Date of birth تأريخ الولادة | Name | الأسم |
|---|---|---|---|
| 1 | | | ١ |
| 2 | | | ٢ |
| 3 | | | ٣ |
| 4 | | | ٤ |
| 5 | | | ٥ |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

0011757

5 - ٥

OBSERVATIONS - الملحوظات

Iraqi consular section in Washington DC issued travel Document to **Mr. K█ H█ █** To **return** for Iraq according of approval of senior deputy ministry of foreign. approval #87 on July 10th 2018

Consul
Baraa M. Abdul-Rahman براء منذر عبدالرحمن
القنصل

4757100

4 - ٤

| Countries of which this laissez passer is valid | الأقطار التي يجوز الدخول اليها بهذا الجواز |
|---|---|
| | |

The validity of this laissez circumstances: one way only during six months

ينتهي العمل بهذا الجواز :

Not to be renewed under any passer expires

ولا يجدد في أي حال من الأحوال

Issued at Washington صدر في واشنطن

The 12th في اليوم الثاني عشر

Of July 2018 من شهر تموز ٢٠١٨

Consul
Residence Officer ضابط الأقامة
Baraa M. Abdul-Rahman براء منذر عبدالرحمن
القنصل