# EXHIBIT 1-59

FOR OFFICIAL USE ONLY

**Meeting with Iraqi Deputy Foreign Minister Nizar Issa Abdul-Hadi Al-Khairalla**
(Pronounced: *knee-CZAR EE-saw ABD-ul HAH-dee all-HAIR-all-LAH*)
December 5, 2017

**Objective:**
- Welcome the Deputy Foreign Minister (DFM) to the Department of Homeland Security (DHS).
- [redacted]
- Stress the need for Iraq to issue travel documents for Iraqi nationals with final orders of removal from the United States in a timely manner.
- Emphasize the need for Iraq's cooperation on future charter flights that may be required to facilitate the removal of Iraqi nationals from the United States.
- [redacted]

**Agenda:**
- You will meet with DFM Al-Khairalla and the Iraqi Ambassador to the United States, Fareed Yaseen.
- The DFM wishes to talk to DHS about three topics: 1) [redacted]; 2) Removals; and 3) [redacted].

**Key Messages**

[redacted] Accordingly, you should emphasize the need for Iraq to swiftly issue travel documents for Iraqi nationals who have final orders of removal from the United States and cooperate with efforts to repatriate such nationals to Iraq.

[redacted]

1

FOR OFFICIAL USE ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FOR OFFICIAL USE ONLY



- **Removals:**
- In June 2017, the Iraqi Government refused to accept a charter flight of 64 Iraqi nationals (arranged by ICE/ERO) that had been scheduled to arrive in Iraq on June 28 and for which the Iraqi Government had previously given tacit approval.
- On June 23, 2017 Acting ICE Director Thomas Homan and DAS Matt King called Ambassador Yaseen and pressed him to ensure that the flight land as scheduled. The Ambassador indicated he was limited in his ability to persuade Baghdad to allow the flight to land, highlighting Iraqi bureaucratic "clumsiness" and the *eid al-fitr* holiday that fell during the time the flight was scheduled to land (celebrated in Iraq this year from June 25 to June 29).
- The flight did not take place as scheduled and a subsequent court injunction filed by Iraqis in the United States has frozen and ICE/ERO removals of Iraqi nationals.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FOR OFFICIAL USE ONLY

**Logistics:**
- The Iraqi delegation will be led by DFM Al-Khairalla and will include Ambassador Yaseen.
- Representatives from PLCY/OIE/MEASA will meet the delegation at the Visitor's Center and escort them to the Conference Room.
- The meeting will start at 1230 and will take place in the PLCY Front Office Conference Room.
- The meeting will end at 1315.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FOR OFFICIAL USE ONLY

**Attachments:**
A. Biography for DFM Al-Khairalla
B. Biography for Ambassador Yaseen
C. Iraq Action Plan