# EXHIBIT 6

SUBJECT TO PROTECTIVE ORDER

From March 2017 to November 2017, ICE sent travel document requests directly to the Department of State (DOS) in Baghdad.  DOS submitted the requests to the Government of Iraq in Baghdad. Starting in mid November 2017, DOS requested that ICE send requests directly to the Iraq Embassy in D.C.  The TD Request Date is the day that ICE submitted the request to either the DOS or the U.S. Embassy in D.C.  There is one exception for May 25, 2017, when ICE was informed by DOS that the TD requests were submitted on that day by DOS to the Government of Iraq in Baghdad.

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3/16/2017 | Unknown | Unknown | One Way Laissez-Passer, issued by theRepublic of Iraq | 5/31/2017 | Approved | | Notification of travel itinary | 6/8/2017; commercial travel, Baghdad |
| | | | 3/22/2017 | | Request withdrawn as individual had valid passport | | | | | Notification of travel itinary | 6/4/2017; commercial travel, Baghdad |
| | | | 3/23/2017 | Unknown | Unknown | One Way Laissez-Passer, issued by theRepublic of Iraq | 4/25/2017 | Approved | | Notification of travel itinary | 4/25/2017; commercial travel, Baghdad |
| | | | 4/10/2017 | Unknown | Unknown | One Way Laissez-Passer, issued by theRepublic of Iraq | 05/052017 | Approved | | Notification of travel itinary | 5/9/2017; commercial travel, Baghdad |
| | | | 4/5/2017 | 4/18/2017 | 4/18/2017 | One Way Laissez-Passer, issued by theRepublic of Iraq | 4/18/2018 | Approved | | Notification of travel itinary | 4/19/2017, Charter, Baghdad |
| | | | 4/24/2017 | 4/26/2017 | TD issued to family | | Unknown | Approved | | Notification of travel itinary | 6/20/2017; commercial travel, Baghdad |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |

REDACTED
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |

SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 5/25/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |

SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/6/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |

SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | | Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 6/20/2017 | July 18-19, 2017 | Interviewed for TD by Iraqi Embassy staff; Processing not completed due to court injunction | | | | | | |
| | | | 12/13/2017, alien withdrew request for removal | | | | | | | | |
| | | | 9/11/2017, 11/8/2017 | 12/5/2007 | Travel Document Approved and issued the Iraq Embassy in D.C. | One Way Laissez-Passer, issued by the IraqEmbassy in D.C. | 12/5/2017 | Approved | | Notification of travel itinary | 12/19/2017, commercial, Baghdad |
| | | | 11/8/2018, 3/20/18 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 12/13/2017, 12/29/2017 - alien withdrew request for removal | | | | | | | | |
| | | | Feb-18 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | 12/13/2017, 3/20/18 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 11/1/2017 | 1/3/2018 | Travel Document Approved and issued the Iraq Embassy in D.C. | One Way Laissez-Passer, issued by the IraqEmbassy in D.C. | 1/3/2018 | Approved | | Notification of travel itinary | Attempted departure - removed from plane due to court order |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12/13/2017, 1/12/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | 1/12/2018 | 1/25/2018 | Interviewed 1/25/2018 Iraq Embassy In D.C. | | | | | | |
| | | | 1/11/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | 11/1/2017 | 1/3/2018 | Travel Document Approved and issued the Iraq Embassy in D.C. | One Way Laissez-Passer, issued by the IraqEmbassy in D.C. | 1/3/2018 | Approved | | Notification of travel itinary | 1/30/2017, commerical, Baghdad |
| | | | Feb-18 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | 10/19/2017, alien withdrew request for removal | | | One Way Laissez-Passer, issued by theRepublic of Iraq to respondent- Detroit 6/22/17 | 6/22/2017 - procured by alien | Approved | | Notification of travel itinary | |
| | | | 12/13/2017, 1/12/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | MTR Granted 3/12/18 |
| | | | 11/14/2017, alien withdrew request for removal | | | | | | | | |
| | | | Unclear if request actually made, alien withdrew request for removal | | | | | | | | |
| | | | 1/12/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | 10/19/2017 | | Travel Document Approved and issued the Iraq Embassy in D.C. | One Way Laissez-Passer, issued by the IraqEmbassy in D.C. | 11/28/2017 | Approved | | Notification of travel itinary | 11/28/2017; commercial travel; Baghdad |
| | | | 12/13/2017, alien withdrew request for removal | | | | | | | | |
| | | | approx. 2/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | 1/12/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | 2/6/2018, 3/20/18 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 2/1/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending, Motion to Reopen Granted | | Approved | | Notification of travel itinary | |
| | | | 10/19/2017, 11/14/2017 | 12/21/2017 | Travel Document Approved and issued the Iraq Embassy in D.C. | One Way Laissez-Passer, issued by the IraqEmbassy in D.C. | 11/21/2017 | Approved | | Notification of travel itinary | 1/22/2018, commercial travel; Baghadad |
| | | | 1/12/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending, but Motin to Reopen Granted | | Approved | | Notification of travel itinary | |
| | | | Feb-18 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending, Motion to Reopen Granted | | Approved | | Notification of travel itinary | |
| | | | 10/19/2017, alien withdrew request for removal | | | | | | | | |
| | | | 2/16/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending Commercial or Charter Removal | | Approved | | Notification of travel itinary | |
| | | | Aprox 1/2018 | 1/24/2018 | Iraq Embassy in D.C. notified that he did not want to return during 1/24/2018 interview | | | | | | |
| | | | 10/3/2018, 1/22/2018 | 1/25/2018 | Iraq Embassy in D.C. notified that he did not want to return during 1/25/2018 interview | | | | | | |
| | | | 1/12/2018 | 1/25/2018 | Iraq Embassy in D.C. notified that he did not want to return during 1/25/2018 interview | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

SUBJECT TO PROTECTIVE ORDER

| Alien File Number | Family Name | Given Name | TD Request Date 6a, 7a | Date of Response from Iraqi Government 7b | Response from Iraqi Government and Department 7b | Type of Travel Document, and Issuing Department 6b | Date Travel Document Issued 6b | Approval or Denial of Repatriation 6d, 7c | If TD Denied: Department, Date, and Reason 6c, 6d, 7b | Conditions on Repatriation 7c | If Repatriated: When, How, and Where 6e, 7d |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1/12/2018 | 1/24/2018 | Iraq Embassy in D.C. notified that he did not want to return during 1/24/2018 interview | | | | | | |
| | | | 1/12/2018 | 3/20/2018 | Verbal Agreement from Iraq Embassy in U.S. to Issue TD for upcoming removal | Pending but Motion to Reopen Granted | | Approved | | Notification of travel itinary | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |
| | | | 3/20/2018 | 3/20/2018 | Iraq Embassy in D.C. stated that request will be processed | | | | | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER