# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA**, et al.,<br><br>Petitioners/Plaintiffs,<br>v.<br><br>**REBECCA ADDUCCI**, et al.,<br><br>Respondents/Defendants. | Case No. 2:17-cv-11910<br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand<br>Class Action |

## DECLARATION OF EDGAR LOPEZ

I, Edgar Lopez, make this declaration based upon my own personal knowledge. I am over 18 and competent to make this declaration:

1. I am a Legalization Specialist with Cogency Global, a company that provides authentication, legalization, and apostille services to assist in authenticating documents such as birth certificates, court judgments, policy statements, and patent registrations for use in countries other than their issuing country.

2. As a Legalization Specialist, I frequently present documents to foreign diplomats or consular officials at many foreign embassies or consulates for certification that the document is valid.

3. On June 28, 2018, I presented a document—the last two pages of this Declaration's Exhibit—to a consular official at the Iraqi Embassy in Washington, D.C. The pages are in Arabic. This consular official's duties include document authentication; I have met with him many times for this purpose.

4. The consular official explained that these two pages are an official document issued by the Government of Iraq, and that the individual whose name appears on the letter that appears on the first of the two pages does in fact work in the Consular Department at the Iraqi Ministry of Foreign Affairs. He did not

1

express any doubts about the document's authenticity. However, he said, he could not authenticate it because the Iraqi Consulate does not authenticate documents from Iraq. (Rather, what they do is authenticate documents to be used *in* Iraq.)

5. In a further attempt to obtain authentication, Petitioners' counsel in this lawsuit then shared with me a certified and notarized translation of the two pages. That certified and notarized translation is also part of this Declaration's Exhibit—it is the third to the sixth pages. Because the notarization on the translation was from New York State, and used a New York State seal, I submitted it to the New York Secretary of State for certification, which I obtained. This authentication is the second page of the Exhibit.

6. I then took the certified translation and the underlying Iraqi document back to the U.S. Department of State, which duly authenticated the seal of the State of New York. See the first page of the Exhibit. However, the U.S. Department of State's authentication explains that "[f]or the contents of the annexed document, the Department assumes no responsibility." This Declaration's Exhibit is a copy of the full packet—the U.S. Department of State authentication (page 1); the New York certification (page 2); the English translation and certification (page 3-6), and the Arabic document (page 7-8). (The Exhibit cannot be taken apart or the Department of State authentication becomes void.)

7. After I got that authentication back, I spoke to several officials at the Department of State; they again explained that they cannot authenticate documents like the underlying Iraqi document—they can only authenticate the New York State notarization/N.Y. Secretary of State certification.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on August 15, 2018, in Washington, DC.

_____
Edgar Lopez

2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of New York, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twelfth day of July, 2018.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

United States of America

# State of New York
# Department of State

**It is hereby certified,** that **Judith A. Pascale** was Clerk of County of **Suffolk** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.

**In Testimony Whereof,** the Department of State Seal is hereunto affixed.

Witness my hand at the city of New York

this **9th** day of **July Two Thousand and Eighteen**



_Whitney A. Clark_
Special Deputy Secretary of State

1051206
210CC(REV: 09/25/12)



**Ministry of Foreign Affairs**

**Consular Department**

#: 6/4/h    13351

Date: 3/25/2018

To all our political and consular missions abroad

<u>Circular</u>

We attach for you, the letter of Ministry of Migration and Displaced/Department of Immigration Affairs/Foreign Migration Department, # (D/SH/H/773) dated 3/8/2018, including the Ministry's rejection of the principle of forced return of Iraqis abroad or any other nationals, because it conflicts with human rights international laws and resolutions, principles of the International Community and policy of the Iraqi government. In addition, Iraq strives to use all its capabilities to encourage and urge the host countries of refugees, asylum - seekers/applicants or those whose asylum applications were refused to allow voluntarily return to those who want to return to Iraq as an alternative solution for those countries, after coordination and cooperation with the Ministry of Migration and Displaced, our overseas missions and international organizations.

Kindly take notice and the necessary action to coordinate with those countries to reduce this serious phenomenon that affects Iraqis abroad.

<u>Attachments:</u>

- Letter

**Ambassador:**

Dr. Ahmed Nayef Rashid Al Dulaimi

**Head of the Consular Department**

[Signed]
[Official stamp: Republic of Iraq, Ministry of Foreign Affairs]

3/25/2018

<u>CC:</u>

- Office of the Minister, a letter of His Highness on 3/19/2018, to kindly review and take notice.
- Office of the Undersecretary for Political Planning Affairs, to kindly review and take notice.
- Office of the Inspector General, to kindly review and take notice.
- Administrative Department, to kindly review and take notice.
- Ministry of Migration and Displaced/ Department of Immigration Affairs/ Foreign Migration Department, to kindly review and take notice.
- Al Dawar

coudep@mofa.gov.iq    www.mofa.gov.iq    +(964) 537 299 1-9/ext: 2275 - 2277

[Ministry of Foreign Affairs letter head]
# (D/ SH/ H/ 773)
Date: 3/8/2018

[Stamp: Outbound mail #365, Date: 3/15]

[Stamp: Minister of Migration and Displaced, Administrative and Financial Section, Outbound and Inbound Division, Outbound mail  / / 201  ]

Very urgent

To: Ministry of Foreign Affairs/Office of the Minister

Subject / Forced return of the Iraqi refugees

Greetings,

Based on the principle of protecting and caring for Iraqis abroad and in accordance with the human rights international laws and resolutions of, principles of the International Community and policy of our ministry, since it was established, we refuse the principle of forced return of Iraqis abroad or any other nationals, because it conflicts with humanitarian laws and principles. In addition, Iraq strives to use all its potential to encourage and urge the host countries of refugees, asylum - seekers/ applicants or those whose asylum applications are refused to allow the voluntarily return to those who wish to do so as an alternative solution, after coordination and cooperation with our Ministry, the Iraqi diplomatic missions and international organizations.

**Kindly inform all our missions to coordinate with those countries to reduce this serious phenomenon that affects Iraqis abroad.**

Kindly take notice... and all the action needed in this regard and inform us of your decision.

Sincerely,

Dr. Jassim Mohamed Mohamed Ali

Minister of Migration and Displaced

(Signed)

 / / 2018

CC:

- Office of the Minister, to kindly review and take notice.
- Office of the Director General/competent department.
- Department of Foreign Migration Department, to follow.

[Illegible footer]



# CERTIFICATE
OF ACCURACY

STATE OF NEW YORK

SS:

COUNTY OF NEW YORK

I, Fei Deng, Project Manager at Geneva Worldwide, Inc., being duly sworn, depose and say that Geneva Worldwide is a multilingual translation company. Geneva Worldwide provided the translation of the documents below from the Arabic language into the English language. My signature confirms that the documents have been examined, and have been deemed accurate and complete.

---

**STATE OF NEW YORK**
**County of Suffolk** } ss:

018470

I, JUDITH A. PASCALE, Clerk of the County of Suffolk, and also Clerk of the Supreme Court for said County, the same being a Court of Record, DO HEREBY CERTIFY that _Christina S Santiago_ whose name is subscribed to the deposition or certificate of the proof or acknowledgement of the annexed instrument and thereon written was at the time of taking such deposition or proof or acknowledgement a NOTARY PUBLIC in and for such County, duly commissioned and sworn, and authorized by the laws of said State to take depositions and to administer oaths to be used in any Court of said State and for general purposes; and also to take acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments in said State of New York. And further that I am well acquainted with the handwriting of such NOTARY PUBLIC and verily believe that the signature of said deposition or certificate of proof or acknowledgement is genuine. IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of the said Court and County the _6th_ day of _July_, 20_18_.

_Judith A. Pascale_
County Clerk

Form No. 115

12-0240p. 09/06kd

dated

go
NEW YORK
ounty
/03/20 21

256 W. 38th Street 10th Floor, New York, NY 10018 ■ PH: 212-255-8400 ■ FAX: 212-255-8409
www.genevaworldwide.com



# CERTIFICATE
OF ACCURACY

STATE OF NEW YORK

                                                SS:

COUNTY OF NEW YORK

I, Fei Deng, Project Manager at Geneva Worldwide, Inc., being duly sworn, depose and say that Geneva Worldwide is a multilingual translation company. Geneva Worldwide provided the translation of the documents below from the Arabic language into the English language. My signature confirms that the documents have been examined, and have been deemed accurate and complete.

Regarding:
1. Letter from Minister of Migration and Displaced, #(D/SH/H/773), dated 3/8/2018
2. Letter from Head of the Consular Department dated 3/25/2018

This certificate issued by Geneva Worldwide, Inc.
256 West 38th Street – 10th Floor, New York N.Y. 10018.

Certified By _____

Sworn to and subscribed before me

This __29th__ day of __June__ 2018

_____
Notary Public

Christina S. Santiago
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Suffolk County
O1SA6361307
Commission Expires 07/03/2021



وزارة الخـــــارجيـــــة

الدائـــرة القنصليــــة

MINISTRY OF FOREIGN AFFAIRS

CONSULAR DEPARTMENT

العـــدد: 6/4/ع/
التاريخ: /03/2018

## بعثاتنا السياسية والقنصلية في الخارج كافة

### م / اعمام

نرافق لكم كتاب وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية المـرقم (د/ش/هـ/773) فـي 2018/3/8، المتضـمن رفـض الـوزارة لمبدأ العـودة القسـرية للعراقيين في الخارج او اي جنسية اخرى لأنها تتعارض من القوانين والقرارات الدولية الخاصة بحقوق الانسان ومبادئ المجتمع الدولي وسياسة الحكومة العراقية، في المقابل يسعى العراق جاهداً لتسخير جميع امكانياته لتشجيع وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضة طلبات لجوئهم بالعودة الطوعية للراغبين منهم بالعودة الى العراق كحل بديل لتلك الـدول بعد التنسيـق والتعـاون مـع وزارة الهجـرة والمهجرين وبعثاتنـا فـي الخـارج والمنظمـات الدولية.

للتفضل بالاطلاع واتخاذ مايلزم بشأن التنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج... مـع التقدير.

المرافقات:
- كتاب.



السفير
د. احمد نايف رشيد الدليمي
رئيس الدائرة القنصليـــــــة
2018/03/

نسخة منه الى:
- مكتب السيد الوزير، اشارة الى هامش سيادته بتاريخ 2018/3/19، للتفضل بالإطلاع... مع التقدير.
- مكتب السيدة وكيل الوزارة لشؤون التخطيط السياسي، للتفضل بالإطلاع ... مع التقدير.
- مكتب المفتش العام، للتفضل بالاطلاع ... مع التقدير.
- الدائرة الادارية، للتفضل بالاطلاع... مع التقدير.
- وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية، كتابكم انفاً، للتفضل بالاطلاع... مع التقدير.
- المدور.



1

coundep@mofa.gov.iq    www.mofa.gov.iq    +(964) 537 299 1-9/ ext: 2275 | 2277

( عاجل جداً )

الى / وزارة الخارجية / مكتب الوزير

الموضوع / العودة القسرية لطالبي اللجوء العراقيين

تحية طيبة ...

انطلاقاً من مبدأ حماية ورعاية العراقيين في الخارج وحسب القوانين والقرارات الدولية الخاصة بحقوق الانسان ومواثيق المجتمع الدولي وسياسة ومنهاج عمل وزارتنا منذ تأسيسها ولغاية الآن بأننا نرفض مبدأ العودة القسرية للعراقيين في الخارج لأي حالة كانت لأنها تتعارض مع تلك القوانين والمبادئ الانسانية وفي المقابل تعمل وزارتنا جاهدة وتسخر جميع امكانياتها لتشجيع وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضة طلبات لجوئهم بالعودة الطوعية للراغبين منهم بالعودة الى العراق كحل بديل تلك الدول بعد التنسيق والتعاون مع وزارتنا والبعثات الدبلوماسية العراقية في الخارج والمنظمات الدولية .

راجين اشعار جميع بعثاتنا للتنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج.

تفضلكم بالاطلاع ... ولاتخاذ مايلزم بصدد هذا الموضوع واعلامنا

مع فائق الشكر والتقدير

الدكتور

جاسم محمد محمد علي

وزير الهجرة والمهجرين

٢٠١٨ / /

نسخة منه الى

- مكتب السيد الوزير المحترم / للتفضل بالاطلاع ... مع التقدير
- مكتب السيد المدير العام المحترم / الاشارة المختصة
- قسم الهجرة الخارجية / للمتابعة