# EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

    Plaintiffs/Petitioners,

*v.*

**REBECCA ADDUCCI**, et al.,

    Defendants/Respondents.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## <u>DECLARATION OF DANIEL SMITH</u>

I, Daniel Smith, make this declaration based upon my own personal knowledge and if called to testify, I could and would do so competently as follows:

**QUALIFICATIONS:**

1.     I am a researcher specializing in Iraq who has been living primarily in the Iraqi cities of Baghdad, Sulaimaniya, and Erbil (where I now live) since 2007.

2.     From 2010 to 2013, I worked for Human Rights Watch, for which I took part in or led multiple investigations into human rights abuses in Iraq and contributed to multiple public reports, including as primary author, including topics such as torture, arbitrary and secret detention, violence against and arrest of peaceful demonstrators, mass executions, failure to enforce legislation banning female genital mutilation, and destruction caused by Iran in populated areas of North Iraq.

3.     From 2009 to 2013, I was a research consultant for the International Crisis Group (ICG), contributing to several major reports on Iraq by conducting dozens of interviews with all levels of politicians, security officials, party officials, tribal leaders, and religious figures, as well as collecting and organizing ongoing current events, legislation, and Supreme Court decisions.

4.     In 2012, I began working as a consultant, advocate and field protection coordinator for emergency cases, focusing on targeted LGBT youth, for the International Refugee Assistance Project (IRAP), a U.S.-based legal assistance and resettlement organization.

5.     For over a decade, I have contributed to, or been interviewed by, multiple news publications on Iraq-related issues.  I have given several public presentations on Iraq, including as the featured panel member at a roundtable discussion at the Council on Foreign Relations.  I have also been a participant on multiple discussion panels in Iraq, on topics including general human rights in Iraq, human trafficking, women's rights, freedom of speech, personal status laws, and proposed draft legislation.  For the September 25, 2017 independence referendum, I was credentialed as an international election observer by the Kurdish Regional Government's (KRG) Independent High Elections and Referendum Commission.

6.     Relationships with Iraqi government officials at all levels are critical for me to be effective in my work, including obtaining information about current Iraqi government policies. Iraq is a society where personal relationships are very important, and I have accordingly cultivated relationships with government officials whom I can call upon as needed.  My general approach is one of maintaining contact with a variety of governmental and non-government actors to try to keep my knowledge as nuanced and up to date as possible.  Because the situation in Iraq can change very quickly, background expertise about the country is often insufficient. Rather, current and sustained contacts are essential to understanding the political situation. The fact that I live in Iraq facilitates my ability to develop and maintain such contacts.

7.     I keep in regular contact with numerous key figures in Iraqi politics, security forces, lawyers, judges, and others.  Some mid-level politicians with whom I've had a close working relationship for over a decade have sometimes risen to high level positions, such as Speaker of Parliament and Vice-President.  I am familiar with the respective responsibilities of various Iraqi government ministries, both in terms of their official responsibilities and in terms of how things are handled in practice. I have a good understanding of the relationships between key political players in Iraq.

8.     I also have close relationships with multiple Iraqi human rights organizations focusing on arrest, detention and torture practices of Iraqi security

forces, women's rights, freedom of expression, minority rights, and various violent manifestations of Iraqi sectarianism.

9.     In addition, as part of my research and advocacy efforts over the years, I have kept regular contact with various international organizations, including the United Nations (UN), the United Nations High Commissioner for Refugees (UNHCR), the International Organization for Migration (IOM), and the International Committee of the Red Cross (ICRC). I also met regularly with multiple officers of the US Department of State at the US Embassy in Baghdad, and assisted in the drafting of the Iraq section of the 2011 and 2012 Country Reports on Human Rights Practices by confirming various human rights abuses with political officers authoring the reports.

10.     Since 2013, I have submitted reports on Iraq country conditions in over 20 immigration court proceedings in the United States and Canada. Sometimes I have appeared as a fact witness; other times I have been qualified and provided testimony as an area expert. In addition, it my understanding that declarations I have drafted about Iraqi country conditions have been widely used by *Hamama* class members to support both their motions to reopen and merits cases. I also previously submitted a declaration in this case, ECF 84-6, which outlines the dangers facing the *Hamama* class members if they are returned to Iraq.

11.     In connection with its representation of the putative primary class and certified subclasses in *Hamama v. Adducci*, the American Civil Liberties of Michigan (ACLU) has retained me to conduct various on-the-ground research projects in Iraq. I am now paid by the hour for my work on this matter, although I have in the past worked on this case *pro bono*. This payment is in no way contingent on the substance of my opinions or analysis.

12.     A c.v. outlining my qualifications more fully is attached.

## IRAQ HAS LONG OPPOSED INVOLUNTARY REPATRIATIONS

13.     As a result of continued political turmoil in Iraq, large numbers of Iraqis have fled the country for decades, but this has spiked in the years since the 2003 regime change and the intense violence that has followed. There are large diaspora communities not just in the United States, but also in Europe and throughout the Middle East, among other regions. Many of these individuals left Iraq years ago as refugees or asylees, and have long since integrated into their new homelands. Those that left Iraq before 2003 are utterly unfamiliar with the drastic

changes in everyday life that have occurred since. Multiple Iraqis I have interviewed who left before 2003 and returned from the U. S. years later have had extreme difficulty reintegrating and have often faced suspicion as a result, leading to violence, arrest, extended detention, and being targeted by armed militias as a result.

14.     The Iraqi government has long opposed involuntary repatriation of Iraqi nationals, for principled, practical, and political reasons.

15.     First, many Iraqi government officials oppose forcible repatriations on humanitarian grounds.  There are many reasons for this, including the fact that so many Iraqis, including the political leadership, have families abroad.  Another reason is that, over the past 15 years, it has become a prominent issue after multiple previous state efforts to pressure or coerce repatriated Iraqis or internally displaced persons (IDPs) to their areas of origin when the areas were extremely unsafe, or when the effort was perceived as part of a program of state-sanctioned forced displacement or ethnic cleansing.  As a result of repeated national and international criticism of this, it is a familiar issue. To avoid strong negative reactions from the press or the populace, Iraqi officials and agencies routinely stress in public statements that any returns, internal or external, must be voluntary.

16.     Second, as a practical matter, forcible repatriations are extremely challenging for Iraq, as is consistently reported by international organizations responsible for much of the coordination of the management and protection of displaced Iraqis such as UNHCR[1] and the International Organization for Migration (IOM), among others.

---

[1] A UNHCR report clarifying the agency's position on Iraqi returns, states:

In the current circumstances, with large-scale internal displacement, a serious humanitarian crisis, mounting intercommunal tensions, access/residency restrictions in virtually all parts of the country and increasing pressure exercised on IDPs [internally displaced persons] to prematurely return to their areas of origin following the retaking of these areas from ISIS, UNHCR does not consider it appropriate for States to deny persons from Iraq international protection on the basis of the applicability of an internal flight or relocation alternative. An internal flight or relocation alternative would only be available in the exceptional circumstances where an individual can legally access and remain in the proposed area of relocation, would not be exposed to a new risk of serious harm there, and has close family links in the proposed area, with the family willing and able to support the individual. In light of the difficult humanitarian conditions in many parts of the country, especially in areas hosting large numbers of IDPs, family members

4

17.     The Iraqi government has shown an inability to return and reintegrate nearly two million remaining internally displaced persons (IDPs) and effectively replace their missing identity or other civil documentation.[2] This is the case for populations who have never left Iraq, for whom there is no stigma as a result of being perceived as overly Americanized, and who are not known or suspected to have committed serious crimes abroad.  When the Iraqi government does not have the capacity to facilitate the reintegration and issuance of crucial identity documents even for women and children among populations one would expect to be a high priority, there is no indication that there would be sufficient capacity, nor motivation, to do so with members of the *Hamama* class.

18.     These concerns are heightened when those returning speak little or no Arabic (or another language spoken in the area they are from or would be returned to), do not know the culture, and have few or no family connections in Iraq – a society where family connections are critical to functioning effectively in society.

19.     Finally, because many countries other than the United States also would like to repatriate Iraqi nationals, Iraq government officials who have long opposed forced returns or the return of Iraqis without valid Iraqi identification, and

---

who are themselves in a situation of internal displacement would generally not be considered as being able to provide such support.

It should be noted that although the threat from ISIS described in other parts of this report has changed since publication, all the factors and conditions described in these portions remain current. The report continues:

Returnees must undergo security screening and obtain approval to return from various local actors in return areas, including the military force controlling the area, local authorities and tribes. In some areas, returns have been delayed by local actors who assert that the areas first need to be fully secured and demined and services re-established. However, returns have reportedly also been prevented on the basis of discriminatory criteria, including on account of IDPs' ethnic/religious profile and/or perceived political opinion.

UNHCR, UNHCR Position on Returns to Iraq, (Nov. 14, 2016), available at http://www.refworld.org/pdfid/58299e694.pdf.

[2] The latest figures released by UNHCR put the number of IDPs at 1,953,984, 11% of whom are still missing civil documentation. *See* UNHCR, Iraq Protection Update - July 2018, available at https://reliefweb.int/sites/reliefweb.int/files/resources/20180820%20Iraq%20Protection%20Upda te%20-%20July%202018.pdf.

have acted to block them, are necessarily concerned about setting a precedent for repatriations from one country that would lead to large numbers of repatriations from other countries as well.

## IRAQ'S CURRENT POSITION CONTINUES TO BE ONE OF OPPOSING INVOLUNTARY REPATRIATIONS.

20.     It is my understanding that U.S. government officials have represented to the Court that Iraq's longstanding policy opposing involuntary removals has changed, and that there is now no barrier on the Iraqi side to deporting the approximately 1400 Iraqi nationals in the U.S. who have or had final orders. That is not the case. There are several recent Iraqi government documents reaffirming Iraq's opposition to involuntary repatriations.

21.     On March 8, 2018, the Iraqi Ministry of Migration and Displacement sent a letter regarding "forced return of Iraqi refugees" to the Iraqi Ministry of Foreign Affairs. The letter is signed by Dr. Jassim Mohamed Mohamed Ali [al-Jaff], the Iraqi Minister of Migration and Displacement. The Ministry of Migration and Displacement has jurisdiction over relevant policies of repatriation and resettlement.[3]  A copy of the letter in Arabic is attached as Exhibit A, and a certified translation as Exhibit B.

22.     The letter states:

> Based on the principle of protecting and caring for Iraqis abroad and in accordance with the human rights international laws and resolutions of, principles of the International Community and policy of our ministry, since it was established, we refuse the principle of forced return of Iraqis abroad or any other nationals, because it conflicts with humanitarian laws and principles.

---

[3] As stated in section 2 of the 2004 order establishing the Ministry of Migration and Displacement (MOMD), "The MOMD shall be responsible for all matters pertaining to Iraqi refugees and displaced persons, including but not limited to matters associated with their repatriation, relocation, resettlement, and reintegration." It continues: "The MOMD shall develop policies and implement repatriation, relocation, resettlement, and reintegration programs as are needed to give effect to this Order." CPA Order Number 50, Jan. 10, 2004, available at https://govinfo.library.unt.edu/cpa-iraq/regulations/ 20040112_CPAORD50_ MODM.pdf.

23.    The letter further notes that, as an alternative solution, individuals can be allowed to return voluntarily. The letter requests the assistance of the Iraqi Foreign Ministry to inform Iraqi missions abroad.

24.    On March 25, 2018, the Iraqi Ministry of Foreign Affairs sent a copy of the Ministry of Migration and Displacement's letter to Iraq missions and consulates abroad, along with a cover letter signed by Dr. Ahmed Nayef Rashid Al Dulaimi, the Head of the Consular Department.

25.    The Ministry of Foreign Affairs cover letter summarizes the contents of the Ministry of Migration and Displacement's letter, and instructs the missions and consulates to "[k]indly take notice and the necessary action to coordinate with those countries to reduce this serious phenomenon that affects Iraqis abroad." This consular cable implicitly acknowledges the lead policymaking role of the Ministry of Migration and Displacement in this area.

26.    When I first received a copy of these two letters from the *Hamama* class counsel, I verified their authenticity by contacting Director General of the Ministry's Information Directorate and Assistant to the Minister, Iman N. Hendi. Ms. Hendi not only confirmed that the letters are authentic, but reiterated that the government of Iraq remains opposed to involuntary repatriations.

27.    On August 1, 2018, Ms. Hendi emailed me a copy of an additional letter from that ministry to the Ministry of Foreign Affairs, dated July 29, 2018. The letter is likewise signed by Dr. Jassim Mohamed Mohamed Ali, Minister of Migration and Displacement.  On August 8, Ms. Hendi provided me an embossed, official copy which I sent to Class Counsel in the United States.[4] A copy of that letter is attached as Exhibit C. A certified translation of the letter is attached as Exhibit D. Exhibit E is a copy of the email I received from Ms. Hendi on August 1st to which the letter was attached.

28.    The July 29th Ministry of Migration and Displacement letter states:

We have received information indicating that some countries which host Iraqi nationals intend to forcibly return them, particularly, the EU countries and the USA. Since this issue

---

[4] The *Hamama* Class Counsel have the official copy, and can provide it to the Court for review if desired.

contravenes the policy of the State and international law and norms, please ensure that all our embassies and consulates in the countries that host Iraqi nationals are ensuring they are not subject to deportation or forced return.

29.     In addition to being sent to the Iraqi Ministry of Foreign Affairs, the letter is copied to the Iraqi Ministry of the Interior and the Iraqi Ministry of Transportation, so that they may "take the necessary actions to ensure forcibly returned nationals are not taken in." The fact that the letter is copied to those ministries is significant, as the Ministry of the Interior (the police) has jurisdiction over immigration procedures at all airports and borders, and the Ministry of Transportation has jurisdiction over all airlines or aircraft flying to or from Iraqi airports. The inclusion of those ministries, who were not included on the first letter, seems clearly intended to ensure that those ministries participate in efforts to prevent forcible repatriations.

30.     A statement which was first posted on the Ministry of Migration and Displacement's official website in January 2018, and remains posted there, reads, "The government's policy is clear and consistent with regard to the subject of the return of asylum seekers from abroad, stressing the importance of encouraging the voluntary return of asylum seekers from abroad and the refusal of forcible returns from those countries."[5]

31.     After the British government threatened to return multiple Iraqis involuntarily for repatriation, the Iraqi Parliament passed a resolution on May 3, 2017 to, in the words of the MP from the Legal Committee who introduced it, "demand that the government and the Ministry of Foreign Affairs take measures to block the forcible return of Iraqi refugees who do not volunteer to do so." [6]

32.     Iraqi government officials have also repeatedly made statements to the media reiterating Iraq's opposition to and refusal of involuntary repatriations, such as an article in Al-Monitor from January 2018 that quotes the Minister of

---

[5] The statement continued, "The ministry is continuing to coordinate with all European countries and through United Nations organizations for the purpose of returning Iraqis who want to return to the country voluntarily and refused to return them forcibly." MOMD, (Jan. 14, 2018), available at https://momd.gov.iq/Posts/Article?id=7024.

[6]  A lawmaker collects signatures to issue a resolution preventing the forcible return of Iraqi refugees, ALSUMARIA (May 3, 2017), available at https://www.alsumaria.tv/news/202767/#.

Displacement and Migration as saying, "The chief of mission of the International Organization for Migration said in a meeting that the organization would look into a coordination mechanism with EU countries to prevent any forced return of Iraqi emigrants," and his Deputy Minister Jasser al-Attiyya as saying, "The Iraqi government rejects forced returns, as we have understandings with some European countries concerning how necessary it is not to take any measures concerning forced returns." In the same article, the Head of the Iraqi Parliament's Foreign Relations Committee, Abdul Bari Zebari, "called upon the Iraqi government to not accept any negotiations with the European Union concerning forcibly returning Iraqi immigrants, as he suggests that returning them should be voluntary, not compulsory." [7]

    33.    When the government of Finland threatened to return Iraqis against their will in spite of the Iraqi government's policy, Iraq's Ambassador to Finland Matheel al-Sabdi said Iraq "unequivocally" would not allow it, saying, "The Iraqi authorities, first of all, they [planeload of deportees] will not have permission to fly from Finland to Baghdad and get permission to land."  "Secondly, if they put them on commercial flights they [deported asylum seekers] will not be accepted at Baghdad International Airport."[8] When the government of Finland attempted to do this anyway earlier this summer, Iraq refused to accept deportees who had arrived in Baghdad from Finland. Iraq sent the deportees back to Helsinki on at least two separate occasions because they were not returning voluntarily and had no passports, even though they had been issued temporary one-way Finish travel documents.[9]

---

[7] Mustafa Saadoun, Baghdad objects to European plans to forcibly repatriate Iraqis, AI-MONITOR (Jan. 26, 2018), available at http://english.ankawa.com/?p=20171.

[8] Enrique Tessieri, Iraq will not accept forced deportations from Finland, MIGRANT TALES (Jan. 16, 2018), available at http://www.migranttales.net/ambassador-matheel-dhayif-al-sabti-iraq-will-not-accept-forced-deportations-from-finland/.

[9] An article from June 2018 reads, "'The Iraqi police refused to accept them because they said that they were not returning voluntarily and that they had no passports,' Yusuf explained. Finnish police confirmed the events described by Yusuf, but declined to offer any further comment on the issue." Iraq bounces deportees over travel documents, SPUTNIK (June 19, 2018), available at https://sputniknews.com/europe/201806191065540858-finland-iraq-deportation/.

34.     Iraq's policy of refusing involuntary repatriations is not new; it is the longstanding policy of the government of Iraq.[10]

35.     It is my understanding that American officials have represented to the Court that they will be able to obtain travel documents from the Iraqi Ministry of Foreign Affairs for class members, regardless of whether class members desire to return to Iraq. While the Ministry of Foreign Affairs is the Iraqi government ministry that is most likely to be the target of direct pressure from the U.S. State Department and other U.S. authorities regarding the repatriations, and while this pressure could lead to a small number of Iraqi travel documents being issued in specific cases, in my professional opinion it is unlikely that the Iraqi government as a whole will abandon its longstanding policy, and therefore unlikely that large scale involuntary deportations can be accomplished.

36.     When inquiring into this subject over the last several weeks with officials from both the Iraqi Embassy in Washington and the Ministry of Foreign Affairs in Baghdad, I was repeatedly told that it was "a sensitive issue." Officials from the Ministry of Foreign Affairs told me that there was a substantial amount of pressure from the U.S. government to accept forced returns, against their policy. For this reason, they said they were hesitant to publicly state that they would not cooperate with U.S., in order to avoid negative diplomatic consequences, but instead would just continue to state that forced returns were against Iraqi policy.  I was told by more than one Iraqi official that the government's position had not and would not change.

37.     On Aug. 14, 2018, I spoke to Ahmed Mahgroub, a spokesperson for Iraq's Ministry of Foreign Affairs, who said, "Iraqi embassies all over the world can facilitate only the voluntary return of Iraqis, and can issue a travel document to return, for those who wish to return. That document is only valid on the single trip, to return to Iraq."

38.     As of March 25, 2018, the Ministry of Foreign Affairs was reaffirming Iraq's long-standing position against involuntary repatriations by sharing the Ministry of Migration and Displacement letter with consular and

---

[10] A 2012 article reads, "Baghdad bans forced return of deportees and threatens to fine airlines that carry failed asylum seekers." Owen Bowcott, THE GUARDIAN (July 2, 2012), available at https://www.theguardian.com/world/2012/jul/02/iraq-parliament-deported-nationals-europe.

embassy staff. I do not know if Ministry of Foreign Affairs has also shared the July 2018 Ministry of Migration and Displacement letter.

39.    On August 27, 2018, I met with Dr. Hoshyar Zebari, who spent over a decade as Iraq's Minister of Foreign Affairs (2003-2014), served as Deputy Prime Minister in 2014, and then Finance Minister until 2016.  He told me:

> "We want our people back to build up our country and contribute to Iraq, but the violence and terrorism and bad governance make it not a conducive atmosphere for many people to return safely, so our policy was always against allowing them to be forced to come back. This never changed."

> "Our position in the Iraqi government has always been that we were against forced repatriations. This was a standard point of discussion with other countries. When I was at the Ministry (of Foreign Affairs), I confronted this issue with many European countries because there was a lot of pressure in those countries to return Iraqis. Immigration became an election issue in many countries, like it is in the U.S. now, so they were pressuring us."

> "It was a standard point of discussion, and we always said we will not accept any forced repatriations. Some countries tried to just send them on a plane sometimes, but we had to refuse them. When they [returnees] did not have Iraqi identification, we could not even know who they were.  There were even cases where the person they attempted to send were not Iraqi."

> "Sweden, Denmark, some Nordic countries tried to send Iraqis against their will, and we told them, 'We will accept only voluntary repatriations. It is up to you to make it more attractive for them to return by working with NGOs to create programs that fund and assist their return,' something like that.  We signed a memorandum of understanding with some countries to do this for Iraqis who were either not granted asylum or who the country was trying to send back for any other reason, but it needed to be voluntary.  The Swedish government and Germany sent some back who agreed to return after programs from the countries with some funding by them and with programs with NGOs in Iraq.  It took a lot of planning to implement it and we are talking small numbers - dozens, not hundreds.  Even with this soft approach, there was uproar in the government - a lot in the parliament - that Iraqis were being pressured to return against their will."

11

Dr. Zebari added that should any Iraqis be forced to return to Iraq, public reaction against these forced returns would be intensified because of reports in the Iraqi news media that U.S. Immigration and Customs Enforcement (ICE) has been violating court orders prohibiting coercion of the detainees. [11]

He continued:

"I instructed our embassies in those countries to issue documents - laissez-passer documents are what we call them - that allows them to travel to Iraq and then it [the laissez-passer document] is cancelled.  I think it was the Swedes, the Danes, the Germans, the British, and some others, but it was always only voluntary repatriation. They were never to issue them to Iraqis being forced to return."

"Even with pressure from America, the Ministry [of Foreign Affairs] should state their position clearly, as we did before.  They have a responsibility to do this, but the Ministry is dysfunctional now, especially in this time of governmental formation." [12]

40.     Even if the Ministry of Foreign Affairs, under pressure from the United States, agrees to issue a small number of travel documents for some Iraqi nationals there no indication that the Ministry of the Interior or Ministry of Transportation will allow, much less facilitate in, involuntary repatriations.

41.     What is clear is that because the issue of involuntary removals is very fraught, even if the Ministry of Foreign Affairs would – under pressure from the United States – wish to allow some number of involuntary removals, other

---

[11] Some Iraqi media have published reports in Arabic describing Hamama class members being threatened, placed in solitary confinement, or otherwise coerced in the Calhoun County Jail as part of efforts to convince them to drop out of the class or sign statements that they volunteer to return to Iraq. عراقيون في السجون الامريكية يعاملون بشكل عنصري وغير آدمي ترجمة #خولة_الموسوي!فضيحة (*English translation of title*: Scandal! Iraqis In US Prisons Treated in Racist and Inhuman Way) IRAQNEWSPAPER.NET (Aug.24, 2018), available at https://iraqnewspaper.net/ar/%D9%81%D8%B6%D9%8A%D8%AD%D8%A9%D8%B9%D8%B1%D8%A7%D9%82%D9%8A%D9%88%D9%86-%D9%81%D9%8A-%D8%A7%D9%84%D8%B3%D8%AC%D9%88%D9%86-%D8%A7%D9%84%D8%A7%D9%85%D8%B1%D9%8A%D9%83%D9%8A%D8%A9-%D9%8A%D8%B9%D8%A7/.

[12] See paragraphs 45-46 for an explanation of the relevance of government formation.

ministries, the Iraqi parliament, and other Iraqi officials will fiercely oppose such efforts. The greater the number of removals, the greater the resistance there will be.

42.     Even a small number of removals of unwilling repatriates would be the source of significant controversy in the Iraqi government and would draw substantial attention to these cases, including the likely profiling in the media of certain repatriated individuals already at risk, or whose criminal convictions would be made public, increasing that risk.

43.     If such repatriations occur at all, it will be a very laborious and time-consuming process, subject to great uncertainty based on competing political pressures and shifting political fortunes of Iraqi government officials who might support limited involuntary repatriations (in response to U.S. government pressure) and those who oppose them.

44.     There is no reason to believe that Iraq's next administration would reconsider this policy.  The political coalitions that got the most votes during the recent election are both led by anti-American militia leaders, Muqtada al-Sadr and Hadi al-Amiri, the latter who receives direct support from Iran's Islamic Revolutionary Guards Corps.  Not only do their increased influence add to the severity of the danger to Iraqis strongly associated with America[13], but they will be even less likely to break their policy under U.S. pressure than caretaker Prime Minister Haider al-Abadi, seen as pro-American.  Even if Abadi is able to retain his position through current post-election negotiation, there will be added pressure to not appear to be subjugated by the U.S.

45.     Even if there were some suggestion, which there is not, that the next Iraqi administration would somehow be more amenable to changing their policy, the next government, and therefore the next functioning administration, is also not likely to be formed any time soon.  The process of government formation, which under the Iraqi Constitution can last up to 90 days, began on Aug. 19, 2018, as Iraq's Federal Supreme Court finally ratified the results of Iraq's disputed May 12 national election.  If the nominated prime minister is not successful at forming a

---

[13] In mid-August, the US Department of State issued a travel advisory its highest threat level, 4, which read, "Numerous terrorist and insurgent groups are active in Iraq and regularly attack both Iraqi security forces and civilians. Anti-U.S. sectarian militias may also threaten U.S. citizens and Western companies throughout Iraq." US DEPARTMENT OF STATE (Aug, 18, 2018), available at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/iraq-travel-advisory.html.

cabinet within 90 days, an extra 45 days is allowed for a second nomination and attempt to form a government, and this could repeat again.  While this process of negotiation plays out, it is extremely unlikely that Prime Minister Abadi, or any other Iraqi politician, would take the risk of changing the policy of forced repatriation and being perceived as weak, or as America's "man in Baghdad," especially given Tehran's increased influence in Iraq.

46.     In my conversation with former Minister of Foreign Affairs, Dr. Hoshyar Zebari, he addressed this issue, and explained:

> "Before the government is formed, no minister can make an important decision on a sensitive issue like this, so we are talking about three months if it goes well.  Even [Prime Minister] Abadi's position is tenuous.  Nobody can make an unpopular decision like this now… And we know that [current Minister of Foreign Affairs Ibrahim] al-Jaafari isn't coming back as the next minister, and a new minister can't begin with this unpopular decision."

47.     In sum, the ability of the United States to repatriate groups of Iraqi nationals who do not desire to return, much less a large number of them, is highly uncertain, and in my professional opinion unlikely to occur in the foreseeable future.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge, information, and belief.

Executed this 27th day of August, 2018, in Erbil, Iraq.

_____
                Daniel Smith
                Erbil, Iraq

# Curriculum Vitae

## DANIEL W. SMITH
Building 770, Zin City, Erbil, Iraq
dwsmithemail@yahoo.com

---

## PROFESSIONAL POSITIONS

### International Refugee Assistance Project (IRAP)
*2012 – Present* (Security and Protection Consultant)
Engaged to consult on strategic courses of action for various cases, concerning potential threat from Iraqi security forces and various sources of criminal violence to at-risk Iraqi clients in Iraq.Served from 2012-2013 as field protection coordinator for emergency cases, which included planning and executing safe evacuation of targeted LGBT youth from dangerous environments and cities, while avoiding notice of hostile families, tribes, and security forces.

### Human Rights Watch
*2010 - 2013* (Research Consultant and Assistant)
Led or contributed to investigations into human rights abuses in Iraq, conducted field researched for and authored, or assisted in drafting, organization's statements and reports.  Advocated before Human Rights and Legal Committees in Iraqi parliament.  Worked closely with a wide range of Iraqi and international NGOs and journalists in Iraq.

### International Crisis Group
*2009 – 2013* (Research Consultant, Iraq Logistics Coordinator)
Conducted hundreds of in-depth interviews with all levels of Iraqi political and security circles in preparation of large scale reports using comprehensive field research to identify causes of violent political conflict and advance policies to prevent, mitigate or resolve conflict.  Performed general long-term institutional research .

### Iraq Oil Report
*2010 – 2016* (Contributor)
Contributed research, writing, photography, with a focus on "hard news" pertaining to politics and security, such as parliamentary politics, government formation, relations between Baghdad and the Kurdistan Region, security incidents, and interviews with high-level political officials and members of the PKK geurrilla forces.

### Journalistic Freedoms Observatory (JFO) of Iraq
*2009 – Present* (Press Liaison, Contributor, and Member)Served as liaison between Iraqi Journalists and Members of Foreign Press, Media Advisor,, Contributor to reports on arrests of and attacks on journalists operating in Iraq, and Iraqi legislation/regulations affecting freedom of speech.

### Iraqslogger.com (subscription Iraq news website for journalists, academics, embassy staff, and NGOs)
2008 – 2009 (Writer, Columnist, and Photographer)
Writer, photographer, and editor for original material on Iraqi politics, security, and human rights issues, in addition to writing a daily column analysing Iraq coverage by both US and Iraqi media.

### Associated Press Television News (APTN), Middle East Services, Bahrain (English) TV News
2008 (Baghdad Correspondent, Producer, and Writer)
Correspondent, producer, writer of television news stories with interviews about current events related to politics, security, and human rights.

*Daniel W. Smith, CV*

**Organization for Women's Freedom in Iraq (OWFI)**
*2005 – Present* (Consultant, Contributor, and Member)
Retained on pro-bono basis to consult or assist in various protection and outreach efforts and intervened with Iraqi government or security figures when members, or those being protected by them, were threatened or arrested.  Likewise consulted on organization's media strategy and supplied photojournalistic research for organization's online fundraising and periodic newspaper.

**Visual K Productions** (film production company in Erbil, Iraq)
2004 – Present (Producer, Consultant, Logistics Coordinator)
Producer, Consultant, Logistics Coordinator, various other roles in pre-production, filming, and post-production of multiple feature films and documentaries. (Most recently, a 2017 film in Kurdish about military forces tasked with removing explosive traps left behind by ISIS, filmed with actual Peshmerga forces on location in disputed territories ISIS had just been militarily pushed from)

**New Haven Advocate, Fairfield County Weekly**
2004-2008 (Columnist/Free Lance Writer and Photographer)
Wrote and supplied photography for original reporting over several trips to Iraq and Afghanistan, often syndicated in various other "Alternative Weeklies." Subject matter included suicide bombings and other security incidents, interaction of US forces with Iraqi civilians and security forces, politics, violence against women, self-immolation, Abu Ghraib Prison, rehabilitation of those disabled by war, and wartime emergency medical care.

---

## FREELANCE RESEARCH / CONSULTING

2008 - Present
***Custom Researcher and Consultant on Iraq-related human rights/politics/security/business issues for a variety of organizations and companies, including:***

**One World Research**
London, UK

**Custom Research Service, Strategic News International, Inc**
Kalamazoo, MI

**Dialogue Advisory Group**
Amsterdam, The Netherlands

**Centre for Humanitarian Dialogue**
Geneva, Switzerland

**Northern Gulf Partners**
New York, NY

**Ergo Global Intelligence**
New York, NY

*Daniel W. Smith, CV*

**Alaco, Ltd.**
London, UK


*Consultancy or photography donated to additional human rights organizations in support of their work in Iraq, Afghanistan, and Haiti, including:*


**Madre (Global Women's Rights)**
New York, NY

**Handicap International**
Lyon, France

**KOFAVIV**
Port au Prince, Haiti


## INVITED PANELS AND CONFERENCES


**Featured speaker, "Iraq: The Post-American Era"**
January 20, 2012, New York, NY
Edward R. Murrow Roundtable Series, Council on Foreign Relations

**Presenter, "Human Trafficking: The Effective Measures and Procedures to Combat It"**
May 21 - 22, 2012, Dokan, Iraq
Sponsored by Italian NGO Minerva, the International Alliance for Justice and Legal Aid Worldwide, and the Kurdistan Regional Government's Ministry of Foreign Affairs

**Judge, Coordinator, "Press Courage Freedom Awards"**
December 12, 2010, Baghdad, Iraq
Sponsored by the Journalistic Freedoms Observatory and IREX

**Participant, Mediation Conference on Ethnically-Based Political Conflict in the City of Kirkuk**
July 16 – 19, 2011, Amsterdam, The Netherlands
Sponsored by Dialogue Advisory Group

**Presenter, Media Training Conference**
December 14, 2008, Baghdad, Iraq
Sponsored by IREX

*Daniel W. Smith, CV*

**TESTIMONY**

**My written declarations on Iraq country conditions have been used in dozens of hearings in United States or Canadian immigration court, and have been qualified as an expert witness in Iraq country conditions and provided live testimony in U.S. immigration court proceedings on the following dates:**

**May 30, 2018**
Hartford Immigration Court
AA Ribicoff Federal Building, 450 Main St #628, Hartford, CT 06103

**August 21, 2017**
Eloy Immigration Court,
1705 E. Hanna Rd, Eloy, AZ 85131

**September 12, 2016**
Arlington Immigration Court
1901 S. Bell St. #200, Arlington, VA 22202

**December 8, 2015**
Arlington Immigration Court
1901 S. Bell St. #200, Arlington, VA 22202

---

**HUMAN RIGHTS PUBLICATIONS: (Primary Author)**

Iraqi Kurdistan: Law Banning FGM Not Being Enforced, Human Rights Watch (HRW), August 29, 2012,
https://www.hrw.org/news/2012/08/29/iraqi-kurdistan-law-banning-fgm-not-being-enforced.

Iraqi Kurdistan: 'Insulting' Religion Bill Threatens Free Speech, HRW, June 22, 2012,
https://www.hrw.org/news/2012/06/22/iraqi-kurdistan-insulting-religion-bill-threatens-free-speechh.

Iraq: Mass Arrests, Incommunicado Detentions, HRW, May 15, 2012,
https://www.hrw.org/news/2012/05/15/iraq-mass-arrests-incommunicado-detentions.

Iraq: Investigate Death of VP's Bodyguard in Custody, HRW, March 23, 2012
https://www.hrw.org/news/2012/03/23/iraq-investigate-death-vps-bodyguard-custody.

Iraq: Intimidation at Anniversary Protests, HRW, March 1, 2012,
https://www.hrw.org/news/2012/03/01/iraq-intimidation-anniversary-protests.

Iraq: 65 Executions in First 40 Days of 2012, HRW, February 9, 2012,
https://www.hrw.org/news/2012/02/09/iraq-65-executions-first-40-days-2012.

Iran/Turkey: Recent Attacks on Civilians in Iraqi Kurdistan, HRW, December 20, 2011,

Daniel W. Smith, CV

https://www.hrw.org/news/2011/12/20/iran/turkey-recent-attacks-civilians-iraqi-kurdistan.

Iraq: Radio Personality Shot Dead, HRW, September 9, 2011,
https://www.hrw.org/news/2011/09/09/iraq-radio-personality-shot-dead.

Iraqi Kurdistan: Cross-Border Attacks Should Spare Iraqi Civilians, HRW, September 2, 2011,
https://www.hrw.org/news/2011/09/02/iraqi-kurdistan-cross-border-attacks-should-spare-iraqi-civilians.

Iraq: Attacks by Government-Backed Thugs Chill Protests, June 30, 2011,
https://www.hrw.org/news/2011/06/30/iraq-attacks-government-backed-thugs-chill-protests.


**HUMAN RIGHTS PUBLICATIONS: (Contributed To)**


Iraq: Crackdown on Baghdad Protests, HRW, August 20, 2013,
https://www.hrw.org/news/2013/08/20/iraq-crackdown-baghdad-protests.

Iraq: Abusive Commander Linked to Mosul Killings, HRW, June 11, 2013,
https://www.hrw.org/news/2013/06/11/iraq-abusive-commander-linked-mosul-killings.

Iraq: Investigate Fatal Police Shootings in Mosul, HRW, March 15, 2013,
https://www.hrw.org/news/2013/03/15/iraq-investigate-fatal-police-shootings-mosul.

Iraq: Investigate Deadly Army Shootings in Fallujah, HRW, February 13, 2013,
https://www.hrw.org/news/2013/02/13/iraq-investigate-deadly-army-shootings-fallujah.

Iraqi Kurdistan: Free Speech Under Attack, HRW, February 9, 2013,
https://www.hrw.org/news/2013/02/09/iraqi-kurdistan-free-speech-under-attack.

Iraqi Kurdistan: Journalist Gets Two Years in Prison, HRW, October 14, 2012,
https://www.hrw.org/news/2012/10/14/iraqi-kurdistan-journalist-gets-two-years-prison.

Iraq: Urgent Need for Death Penalty Moratorium, HRW, October 10, 2012,
https://www.hrw.org/news/2012/10/10/iraq-urgent-need-death-penalty-moratorium.

Syria Neighbors: Keep Borders Open for Refugees, HRW, August 29, 2012,
https://www.hrw.org/news/2012/08/29/syria-neighbors-keep-borders-open-refugees.

Iraq: Cybercrimes Law Violates Free Speech, HRW, July 12, 2012,
https://www.hrw.org/news/2012/07/11/iraq-cybercrimes-law-violates-free-speech.

Iraq: Investigate 'Emo' Attacks, HRW, March 16, 2012,
https://www.hrw.org/news/2012/03/16/iraq-investigate-emo-attacks.

*Daniel W. Smith, CV*

Iraq: Intensifying Crackdown on Free Speech, Protests, HRW, January 12, 2012,
https://www.hrw.org/news/2012/01/22/iraq-intensifying-crackdown-free-speech-protests.

Iraqi Kurdistan: Law Banning FGM a Positive Step, HRW, July 25, 2011,
https://www.hrw.org/news/2011/07/25/iraqi-kurdistan-law-banning-fgm-positive-step.

Iraq: Protest Organizers Beaten, Detained, HRW, June 2, 2011,
https://www.hrw.org/news/2011/06/02/iraq-protest-organizers-beaten-detained.

Iraq: Widening Crackdown on Protests, HRW, April 21, 2011,
https://www.hrw.org/news/2011/04/21/iraq-widening-crackdown-protests.

Iraq: Closing Torture Prison Won't End Abuse, HRW, March 31, 2011,
https://www.hrw.org/news/2011/03/31/iraq-closing-torture-prison-wont-end-abuse.

Iraq: Security Forces Raid Press Freedom Group, HRW, February 26, 2011,
https://www.hrw.org/news/2011/02/26/iraq-security-forces-raid-press-freedom-group.

Iraq: Open Immediate Inquiry Into Protester Deaths, HRW, February 24, 2011,
https://www.hrw.org/news/2011/02/24/iraq-police-allow-gangs-attack-protesters.

Iraq: Investigate Protester Deaths, HRW, February 17, 2011,
https://www.hrw.org/news/2011/02/17/iraq-investigate-protester-deaths.

Iraq: Secret Jail Uncovered in Baghdad, HRW, February 1, 2011,
https://www.hrw.org/news/2011/02/01/iraq-secret-jail-uncovered-baghdad.

Iraq: Stop Blocking Demonstrations, HRW, September 17, 2010,
https://www.hrw.org/news/2010/09/17/iraq-stop-blocking-demonstrations.

Iran/Iraq: Iranian Attacks Should Not Target Iraqi Civilians, HRW, July 12, 2010,
https://www.hrw.org/news/2010/07/12/iran/iraq-iranian-attacks-should-not-target-iraqi-civilians.

---

**SCHOLARLY PUBLICATIONS: (Contributed Field Research or Writing To)**

Make or Break: Iraq's Sunnis and the State, International Crisis Group (ICG), August 14, 2013,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/make-or-break-iraq-s-sunnis-and-state.

Iraq's Secular Opposition: The Rise and Decline of Al-Iraqiya, ICG, July 31, 2012,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/iraq-s-secular-opposition-rise-and-decline-al-iraqiya.

Déjà Vu All Over Again: Iraq's Escalating Political Crisis, ICG, July 30, 2012,

Daniel W. Smith, CV

https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/deja-vu-all-over-again-iraq-s-escalating-political-crisis.

Iraq and the Kurds: The High-Stakes Hydrocarbons Gambit, ICG, April 19, 2012,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/iraq-and-kurds-high-stakes-hydrocarbons-gambit.

Failing Oversight: Iraq's Unchecked Government, ICG, September 26, 2011,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/failing-oversight-iraq-s-unchecked-government.

Iraq and the Kurds: Confronting Withdrawal Fears, ICG, March 28, 2011,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/iraq-and-kurds-confronting-withdrawal-fears.

Loose Ends: Iraq's Security Forces between U.S. Drawdown and Withdrawal, ICG, October 26, 2010,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/loose-ends-iraq-s-security-forces-between-us-drawdown-and-withdrawal.

Iraq's Uncertain Future: Elections and Beyond, ICG, February 25, 2010,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/iraq-s-uncertain-future-elections-and-beyond.

Iraq's New Battlefront: The Struggle over Ninewa, ICG, September 28, 2009,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/iraq-s-new-battlefront-struggle-over-ninewa.

Iraq and the Kurds: Trouble Along the Trigger Line, ICG, July 8, 2009,
https://www.crisisgroup.org/middle-east-north-africa/gulf-and-arabian-peninsula/iraq/iraq-and-kurds-trouble-along-trigger-line.

"Warzone Dispatches" *published in* Stories From the Other Side – Thematic Memoirs, Edited by Francis Edward Crowley, PhD, Pearson Publishing, 2009 ISBN-10: 0558209076

---

## MEDIA PUBLICATIONS:

Q&A: PKK spokesperson Zagros Hiwa, Iraq Oil Report (IOR), August 9, 2015,
https://www.iraqoilreport.com/news/qa-pkk-spokesperson-zagros-hiwa-16060/.

Pipeline sabotage halts Turkey exports, IOR, July 29, 2015,
https://www.iraqoilreport.com/news/pipeline-sabotage-halts-turkey-exports-15456/.

Kurdistan budget payment imminent, IOR, February 11, 2015,

*Daniel W. Smith, CV*

https://www.iraqoilreport.com/news/kurdistan-budget-payment-imminent-14080/.

Budget including deficit, KRG deal sent to Parliament, IOR, December 24, 2014,
https://www.iraqoilreport.com/news/budget-including-deficit-krg-deal-sent-parliament-13825/.

Q&A: Finance Minister Hoshyar Zebar, IOR, December 4, 2014,
https://www.iraqoilreport.com/news/qa-finance-minister-hoshyar-zebari-13747/.

Bomb hits Iraqi Kurdish capital, IOR, November 19, 2014,
https://www.iraqoilreport.com/news/bomb-hits-erbil-13659/.

Kurds to join Cabinet despite deadlock, IOR, October 14, 2014,
https://www.iraqoilreport.com/news/kurds-join-cabinet-despite-deadlock-13516/.

Abadi forms government, Abdulmahdi becomes Oil Minister, IOR, September 8, 2014,
https://www.iraqoilreport.com/news/abdulmahdi-becomes-oil-minister-tenuous-new-government-13312/.

Military ceremony marks the beginning of the unknown, IOR, December 3, 2011,
https://www.iraqoilreport.com/news/military-ceremony-marks-the-beginning-of-the-unknown-6830/.

Shell gets its gas deal, IOR, November 27, 2011,
https://www.iraqoilreport.com/news/shell-gets-its-gas-deal-6739/.

Return of the kingmaker, IOR, January 5, 2011,
https://www.iraqoilreport.com/news/sadr-returns-to-iraq-5260/.

Courting foreign business, IOR, December 9, 2010,
https://www.iraqoilreport.com/news/courting-foreign-business-5204/.

Iraqis Stay Silent on Protests in Iran, Washington Times, July 9, 2009,
https://www.highbeam.com/doc/1G1-203289693.html.

Ninewa: Claims of Assault, Torture by Soldiers, Iraqslogger, June 27, 2009,
http://iraqslogger.powweb.com/index.php/post/7817/Ninewa_Claims_of_Assault_Torture_by_Soldiers.

Sadr City Market Explosion Kills Over 70, Iraqslogger, June 24, 2009,
http://iraqslogger.powweb.com/index.php/post/7813/Sadr_City_Market_Explosion_Kills_Over_70.

Arabic Language Barred in Bashiqa Schools, Iraqslogger, June 20, 2009,
http://iraqslogger.powweb.com/index.php/post/7800/Arabic_Language_Barred_in_Bashiqa_Schools.

MOI: Obaidi Investigation "Difficulties", Iraqslogger, June 15, 2009,
http://iraqslogger.powweb.com/index.php/post/7779/MOI_Obaidi_Investigation_ldquoDifficulties.

Gunfire Between Pesh Merga and Al-Hadba Guards, Iraqslogger, June 12, 2009,
http://iraqslogger.powweb.com/index.php/post/7771/Gunfire_Between_Pesh_Merga_and_Al-Hadba_Guards.

*Daniel W. Smith, CV*

Release of Insurgents Fuels Sadr City Rumors, Iraqslogger, June 12, 2009,
http://iraqslogger.powweb.com/index.php/post/7770/Release_of_Insurgents_Fuels_Sadr_City_Rumors.

"Iranian" Would-Be Bomber Thwarted, Iraqslogger, June 4, 2009,
http://iraqslogger.powweb.com/index.php/post/7741/ldquoIranianrdquo_Would-Be_Bomber_Thwarted_.

Sadr City Council Head Threatens to Cut US Ties, Iraqslogger, June 3, 2009,
http://iraqslogger.powweb.com/index.php/post/7731/Sadr_City_Council_Head_Threatens_to_Cut_US_Ties.

PKK Extends Unilateral Ceasefire, Iraqslogger, June 3, 2009,
http://iraqslogger.powweb.com/index.php/post/7732/PKK_Extends_Unilateral_Cease-Fire_.

New Islamic Party Leader Osama al-Tikriti, Iraqslogger, June, 2, 2009,
http://iraqslogger.powweb.com/index.php/post/7726/New_Iraqi_Islamic_Party_Leader_Osama_al-Tikriti.

Sinjar Clashes Leave Five Wounded, Iraqslogger, June 1, 2009,
http://iraqslogger.powweb.com/index.php/post/7723/Sinjar_Clashes_Leave_Five_Wounded.

Copycat Killings Among Violence Against Women, Iraqslogger, May 30, 2009,
http://iraqslogger.powweb.com/index.php/post/7717/Copycat_Killings_Among_Violence_Against_Women.

Othman to Najaifi: "Don't Interfere", Iraqslogger, May 30, 2009,
http://iraqslogger.powweb.com/index.php/post/7716/Othman_to_Najafi_ldquoDonrsquot_Interfere.

Sadr City Rumor: Secret Iran/US Deal, Iraqslogger, May 30, 2009,
http://iraqslogger.powweb.com/index.php/post/7714/Sadr_City_Rumor_Secret_IranUS_Deal.

Chalabi on Bing Sued by US Intelligence, Iraqslogger, April 24, 2009,
http://iraqslogger.powweb.com/index.php/post/7686/Chalabi_on_Being_Sued_By_Iraqi_Intelligence.

Evidence Removed in Possible Case of Corruption, Iraqslogger, April 23, 2009,
http://iraqslogger.powweb.com/index.php/post/7685/Evidence_Removed_in_Possible_Case_of_Corruption.

Usama al-Najafi's Demands of Ninewa Kurds, Iraqslogger, April 21, 2009,
http://iraqslogger.powweb.com/index.php/post/7673/Usama_al-Najafis_Demands_of_Ninewa_Kurds.

Basra: IEDs, Arrests, Market Fire, Iraqslogger, April 17, 2009,
http://iraqslogger.powweb.com/index.php/post/7653/Basra_IEDs_Arrests_Market_Fire.

Mosul: US Helicopter Hit by "Anti-Aircraft IED", Iraqslogger, May 19, 2009,
http://iraqslogger.powweb.com/index.php/post/7663/Mosul_US_Helicopter_Hit_By_Anti-Aircraft_IED.

Governor al-Najafi Barred Entry by Pesh Merga, Iraqslogger, May 11, 2009,
http://iraqslogger.powweb.com/index.php/post/7624/Governor_al-Najafi_Barred_Entry_by_Pesh_Merga.

*Daniel W. Smith, CV*

Difficulties for Baghdad's Traffic Police, Iraqslogger, May 5, 2009,
http://iraqslogger.powweb.com/index.php/post/7621/Difficulties_For_Baghdads_Traffic_Police.

World Press Freedoms Day For Those Without, Iraqslogger, May 4, 2009,
http://iraqslogger.powweb.com/index.php/post/7596/World__Press_Freedoms_Day_For_Those_Without_.

Another Sabian Goldsmith Killed in Baghdad, Iraqslogger, April 25, 2009,
http://iraqslogger.powweb.com/index.php/post/7563/Another_Sabian_Goldsmith_Killed_in_Baghdad.

Government Braces for More Suicide Bombings, Iraqslogger, April 24, 2009,
http://iraqslogger.powweb.com/index.php/post/7559/Government_Braces_for_More_Suicide_Bombings.

Gay Debate Overtakes Sadr City Council Meeting, Iraqslogger, April 23, 2009,
http://iraqslogger.powweb.com/index.php/post/7552/Gay_Debate_Overtakes_Sadr_City_Council_Meeting.

Najafi Shores Up Support Among Arabs, Yazidis, Iraqslogger, April 22, 2009,
http://iraqslogger.powweb.com/index.php/post/7550/Najafi_Shores_Up_Support_Among_Arabs_Yazadis.

Al-Samarraie Voted in After Months of Intrigue, Iraqslogger, April 20, 2009,
http://iraqslogger.powweb.com/index.php/post/7534/Al-Samarraie_Voted_In_After_Months_of_Intrigue.

Words of the Sahwa, Iraqslogger, April 16, 2009,
http://iraqslogger.powweb.com/index.php/post/7501/Words_of_the_Sahwa_1.

Al-Mutlak: "There is no Political Alliance", Iraqslogger, March 23, 2009,
http://iraqslogger.powweb.com/index.php/post/7384/Al-Mutlak_There_is_No_Political_Alliance.

MP Boycotts State-Run Television, Iraqslogger, February 10, 2009,
http://iraqslogger.powweb.com/index.php/post/7170/MP_Boycotts_State-Run_Television.

Iraq Army Out, Pesh Merga In?, Iraqslogger, February 9, 2009,
http://iraqslogger.powweb.com/index.php/post/7158/Mosul_Buzz_Iraqi_Army_Out_Pesh_Merga_In.

Atta on Ballot Box Security, Iraqslogger, February 8, 2009,
http://iraqslogger.powweb.com/index.php/post/7147/Atta_on_Ballot_Box_Security.

Al-Mutlak Threatens Strike, Violence, Iraqslogger, February 6, 2009,
http://iraqslogger.powweb.com/index.php/post/7134/Al-Mutlak_Threatens_Ramadi_Strike_Violence.

Parliament Walk-Out to Avoid Speaker Vote, Iraqslogger, February 5, 2009,
http://iraqslogger.powweb.com/index.php/post/7133/Parliament_Walk-Out_to_Avoid_Speaker_Vote.

Sadrists Dispute Government Claims About Raid, Iraqslogger, February 5, 2009,
http://iraqslogger.powweb.com/index.php/post/7130/Sadrists_Dispute_Governments_Claims_About_Raid.

Allegations of Media Detentions, Harrassment, Iraqslogger, February 2, 2009,

*Daniel W. Smith, CV*

http://iraqslogger.powweb.com/index.php/post/7102/Allegations_of_Media_Detentions_Harassment.

Voters in Sadr City Voice Support for Maliki, Iraqslogger, February 1, 2009,
http://iraqslogger.powweb.com/index.php/post/7096/Voters_in_Sadr_City_Voice_Support__For_Maliki.

Turnout Improved After Curfew Lifted Early, Iraqslogger, February 1, 2009,
http://iraqslogger.powweb.com/index.php/post/7094/Turnout_Improved_After_Curfew_Lifted_Early.

Blackwater Allowed to Operate "For Now", Iraqslogger, January 30, 2009,
http://iraqslogger.powweb.com/index.php/post/7085/Blackwater_Allowed_to_Operate_For_Now.

Communists Arrested for Handing Out Literature, Iraqslogger, January 30, 2009,
http://iraqslogger.powweb.com/index.php/post/7087/Communists_Arrested_For_Handing_Out_Literature.

Maliki Still Courting Tribes, Iraqslogger, January 29, 2009,
http://iraqslogger.powweb.com/index.php/post/7073/Photo_of_the_Day_Maliki_Still_Courting_Tribes.

SOI Seen Handing Out Campaign Material, Iraqslogger,  January 29, 2009,
http://iraqslogger.powweb.com/index.php/post/7077/Police_SOI_Seen_Distributing_Campaign_Material.

Sadrists Back Two Independent Parties, Iraqslogger,  January 28, 2009,
http://iraqslogger.powweb.com/index.php/post/7074/Sadrists_Back_Two_Independent_Parties.

Females Defy Objections to Appearing on Posters, Iraqslogger, January 22, 2009,
http://iraqslogger.powweb.com/index.php/post/7043/Females_Defy_Objections_To_Appearing_On_Posters.

Parliament Speaker Vote Delayed until February, Iraqslogger, January 19, 2009,
http://iraqslogger.powweb.com/index.php/post/7008/Parliament_Speaker_Vote_Delayed_Until_February.

A Female Parliament Speaker?, Iraqslogger, January 18, 2009,
http://iraqslogger.powweb.com/index.php/post/7003/A_Female_Parliament_Speaker.

Iraqi Policeman Describes Blackwater Incident, Iraqslogger, January 9, 2009,
http://iraqslogger.powweb.com/index.php/post/6967/Iraqi_Policeman_Describes_Blackwater_Incident.

Security Forces Fire at MP's Vehicle in Ninewa, Iraqslogger, January 8, 2009,
http://iraqslogger.powweb.com/index.php/post/6962/Security_Forces_Fire_at_MPs_Vehicle_in_Ninewa.

Women banned from al-Kadhimiya, Iraqslogger, January 6, 2009,
http://iraqslogger.powweb.com/index.php/post/6948/Women_Banned_From_al-Kadhimiya.

Al-Maliki Tries to Curb Behavior of VIP Convoys, Iraqslogger, December 30, 2008,
http://iraqslogger.powweb.com/index.php/post/6918/Al-Maliki_Tries_to_Curb_Behavior_of_VIP_Convoys.

Shabak Lawmaker Makes Claims Against MOI, Kurds, Iraqslogger, December 30, 2008,
http://iraqslogger.powweb.com/index.php/post/6917/Shabak_Lawmaker_Makes_Claims_Against_MOI_Kurds.

*Daniel W. Smith, CV*

Two Incidents of US Military-Caused Deaths, Iraqslogger, December 21, 2008,
http://iraqslogger.powweb.com/index.php/post/6878/Two_Incidents_of_US_Military-Caused_Deaths.

Brutal Killing of Kirkuk Women's Rights Worker, Iraqslogger, December 21, 2008,
http://iraqslogger.powweb.com/index.php/post/6876/Brutal_Killing_of_Kirkuk_Womens_Rights_Worker.

Reaction to UNAMI Human Rights Report, Iraqslogger, December 10, 2008,
http://iraqslogger.powweb.com/index.php/post/6814/Reaction_to_UNAMI_Human_Rights_Report.

An Eid Sacrifice for the Poor, Iraqslogger, December 14, 2008,
http://iraqslogger.powweb.com/index.php/post/6807/An_Eid_Sacrifice_For_The_Poor.

Signs of Elections Start to Appear, Iraqslogger, December 9, 2008,
http://iraqslogger.powweb.com/index.php/post/6805/Signs_of_Elections_Start_to_Appear.

PKK Nine-Day Unilateral Ceasefire With Turkey, Iraqslogger, December 8, 2008,
http://iraqslogger.powweb.com/index.php/post/6799/PKK_Nine-Day_Unilateral_Ceasefire_With_Turkey.

High Security at Turkish Embassy Causes Rumors, Iraqslogger, December 7, 2008,
http://iraqslogger.powweb.com/index.php/post/6791/High_Security_at_Turkish_Embassy_Causes_Rumors.

Curfew Imposed After Twin Bombing, Iraqslogger, December 4, 2008,
http://iraqslogger.powweb.com/index.php/post/6781/Curfew_Imposed_After_Twin-Bombing_in_Fallujah.

Presidency Council Approves SOFA, Iraqslogger, December 4, 2008,
http://iraqslogger.powweb.com/index.php/post/6780/Presidency_Council_Approves_SOFA.

Shift in UNICEF Effort in Iraq, Iraqslogger, December 4, 2008,
http://iraqslogger.powweb.com/index.php/post/6778/Shift_in_UNICEF_Effort_in_Iraq.

Chemical Ali Gets Second Death Sentence, Iraqslogger, December 2, 2008,
http://iraqslogger.powweb.com/index.php/post/6762/Chemical_Ali_Gets_Second_Death-Sentence.

KRG Response to Accusations by Maliki, Iraqslogger, December 1, 2008,
http://iraqslogger.powweb.com/index.php/post/6759/KRG_Response_To_Accusations_by_Maliki.

Iraq, Iran Exchange Remains of War Dead, Iraqslogger, November 30, 2008,
http://iraqslogger.powweb.com/index.php/post/6752/Iraq_Iran_Exchange_Remains_of_War_Dead.

In Diyala, 3 Brothers Killed, 4th Arrested, Iraqslogger, November 27, 2008,
http://iraqslogger.powweb.com/index.php/post/6741/In_Diyala_3_Brothers_Killed_4th_Arrested.

Parliament Passes Security Agreement, Iraqslogger, November 27, 2008,
http://iraqslogger.powweb.com/index.php/post/6739/Parliament_Passes_Security_Agreement.

*Daniel W. Smith, CV*

Last-Minute SOFA Holdouts/Intrigue, Iraqslogger, November 25, 2008,
http://iraqslogger.powweb.com/index.php/post/6733/Last-Minute_SOFA_HoldoutsIntrigue.

Interview: Mithal al-Alusi, Iraqslogger, November 24, 2008,
http://iraqslogger.powweb.com/index.php/post/6724/Interview_Mithal_al-Alusi.

Mass Sadr Demonstration at Firdos Square, Iraqslogger, November 21, 2008,
http://iraqslogger.powweb.com/index.php/post/6706/Mass_Sadr_Demonstration_at_Firdos_Square.

Review of a Concert in Baghdad, Iraqslogger, November 2, 2008,
http://iraqslogger.powweb.com/index.php/post/6580/Review_of_a_Concert_in_Baghdad.

Sunni Bloc Still at Odds With US Over Killing, Iraqslogger, 2, 2008,
http://iraqslogger.powweb.com/index.php/post/6582/Sunni_Bloc_Still_at_Odds_With_US_Over_Killing.

Interview With Ahmed Chalabi, Iraqslogger, October 31, 2008,
http://iraqslogger.powweb.com/index.php/post/6574/Interview_With_Ahmed_Chalabi.

Minorities in Parliament / Christian Persecution, Iraqslogger, October 28, 2008
http://iraqslogger.powweb.com/index.php/post/6552/Minorities_in_ParliamentChristian_Persecution.

Photos: October 18 Demonstration, Iraqslogger, October 18, 2008,
http://iraqslogger.powweb.com/index.php/post/6499/Photos_October_18_Demonstration.

# EXHIBIT A

MINISTRY OF FOREIGN AFFAIRS

CONSULAR DEPARTMENT





العــدد: /4/6/ع

التاريخ: /2018/03

وزارة الخــــــــارجيـــــــــة

الدائـرة القنصليـــة



بعثاتنا السياسية والقنصلية في الخارج كافة

م/ اعمام

نرافق لكم كتاب وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية المـرقم (د/ش/ه/773) فـي 2018/3/8، المتضـمن رفـض الـوزارة لمبـدأ العـودة القسـرية للعراقيين في الخارج او اي جنسية اخرى لأنها تتعارض من القوانين والقرارات الدولية الخاصة بحقوق الانسان ومبادئ المجتمع الدولي وسياسة الحكومة العراقية، في المقابل يسعى العراق جاهداً لتسخير جميع امكانياته لتشجيع وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضة طلبات لجوئهم بالعودة الطوعية للراغبين منهم بالعودة الـى العراق كحل بديل لتلك الـدول بعد التنسيق والتعـاون مـع وزارة الهجرة والمهجرين وبعثاتنـا فـي الخـارج والمنظمـات الدولية.

**للتفضل بالاطلاع واتخاذ مايلزم بشأن التنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج... مـع التقدير.**

المرافقات:
– كتاب.



السفيـر

د. احمد نايف رشيد الدليمي

رئيس الدائرة القنصليـــــــــة

2018/03/



نسخة منه الى:
– مكتب السيد الوزير، اشارة الى هامش سيادته بتاريخ 2018/3/19، للتفضل بالإطلاع... مع التقدير.
– مكتب السيدة وكيل الوزارة لشؤون التخطيط السياسي، للتفضل بالإطلاع ... مع التقدير.
– مكتب المفتش العام، للتفضل بالاطلاع ... مع التقدير.
– الدائرة الادارية، للتفضل بالاطلاع... مع التقدير.
– وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية، كتابكم انفاً، للتفضل بالاطلاع... مع التقدير.
– الدوار.



coundep@mofa.gov.iq          www.mofa.gov.iq          +(964) 537 299 1-9/ ext: 2275 | 2277



( عاجل جداً )

إلى/ وزارة الخارجية / مكتب الوزير

الموضوع/ العودة القسرية لطالبي اللجوء العراقيين

تحية طيبة ...

انطلاقاً من مبدأ حماية ورعاية العراقيين في الخارج وحسب القوانين والقرارات الدولية الخاصة بحقوق الانسان ومبادئ المجتمع الدولي وسياسة ومنهاج عمل وزارتنا منذ تأسيسها ولغاية الآن بأنها ترفض مبدأ العودة القسرية للعراقيين في الخارج او اي جنسية اخرى لأنها تتعارض مع تلك القوانين والمبادئ الانسانية، وفي المقابل تعمل وزارتنا جاهدة وتسخر جميع امكانياتها لتشجيع وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضة طلبات لجوئهم بالعودة الطوعية للراغبين منهم بالعودة الى العراق كحل بديل لتلك الدول بعد التنسيق والتعاون مع وزارتنا والبعثات الدبلوماسية العراقية في الخارج والمنظمات الدولية .

راجين اشعار جميع بعثاتنا للتنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج.

تفضلكم بالاطلاع ... واتخاذ مايلزم بصدد هذا الموضوع واعلامنا

مع فائق الشكر والتقدير

الدكتور

جاسم محمد محمد علي

وزير الهجرة والمهجرين

/ / ٢٠١٨

نسخة منه الى
- مكتب السيد الوزير المحترم / للتفضل بالاطلاع...مع التقدير
- مكتب السيد المدير العام المحترم / الاضبارة المختصة
- قسم الهجرة الخارجية / للمتابعة
محمد ٣/٥

# EXHIBIT B



**Ministry of Foreign Affairs**

**Consular Department**

**#: 6/4/h**   13351

**Date: 3/25/2018**

**To all our political and consular missions abroad**

**Circular**

We attach for you, the letter of Ministry of Migration and Displaced/Department of Immigration Affairs/Foreign Migration Department, # (D/SH/H/773) dated 3/8/2018, including the Ministry's rejection of the principle of forced return of Iraqis abroad or any other nationals, because it conflicts with human rights international laws and resolutions, principles of the International Community and policy of the Iraqi government. In addition, Iraq strives to use all its capabilities to encourage and urge the host countries of refugees, asylum - seekers/applicants or those whose asylum applications were refused to allow voluntarily return to those who want to return to Iraq as an alternative solution for those countries, after coordination and cooperation with the Ministry of Migration and Displaced, our overseas missions and international organizations.

**Kindly take notice and the necessary action to coordinate with those countries to reduce this serious phenomenon that affects Iraqis abroad.**

**Attachments:**

- Letter

**Ambassador:**

**Dr. Ahmed Nayef Rashid Al Dulaimi**

**Head of the Consular Department**

[Signed]
[Official stamp: Republic of Iraq, Ministry of Foreign Affairs]

**3/25/2018**

**CC:**

- Office of the Minister, a letter of His Highness on 3/19/2018, to kindly review and take notice.
- Office of the Undersecretary for Political Planning Affairs, to kindly review and take notice.
- Office of the Inspector General, to kindly review and take notice.
- Administrative Department, to kindly review and take notice.
- Ministry of Migration and Displaced/ Department of Immigration Affairs/ Foreign Migration Department, to kindly review and take notice.
- Al Dawar

coudep@mofa.gov.iq          www.mofa.gov.iq     +(964) 537 299 1-9/ext: 2275 - 2277

[Ministry of Foreign Affairs letter head]
# (D/ SH/ H/ 773)
Date: 3/8/2018

[Stamp: Outbound mail #365, Date: 3/15]

[Stamp: Minister of Migration and Displaced, Administrative and Financial Section, Outbound and Inbound Division, Outbound mail  / / 201 ]


**Very urgent**

**To: Ministry of Foreign Affairs/Office of the Minister**

**Subject / Forced return of the Iraqi refugees**

**Greetings,**

Based on the principle of protecting and caring for Iraqis abroad and in accordance with the human rights international laws and resolutions of, principles of the International Community and policy of our ministry, since it was established, we refuse the principle of forced return of Iraqis abroad or any other nationals, because it conflicts with humanitarian laws and principles. In addition, Iraq strives to use all its potential to encourage and urge the host countries of refugees, asylum - seekers/ applicants or those whose asylum applications are refused to allow the voluntarily return to those who wish to do so as an alternative solution, after coordination and cooperation with our Ministry, the Iraqi diplomatic missions and international organizations.

**Kindly inform all our missions to coordinate with those countries to reduce this serious phenomenon that affects Iraqis abroad.**


**Kindly take notice... and all the action needed in this regard and inform us of your decision.**

**Sincerely,**

**Dr. Jassim Mohamed Mohamed Ali**

**Minister of Migration and Displaced**

**(Signed)**

 / / 2018

**CC:**

- ·    Office of the Minister, to kindly review and take notice.
- ·    Office of the Director General/competent department.
- ·    Department of Foreign Migration Department, to follow.


[Illegible footer]



# CERTIFICATE

OF ACCURACY

STATE OF NEW YORK

                              SS:

COUNTY OF NEW YORK

I, Fei Deng, Project Manager at Geneva Worldwide, Inc., being duly sworn, depose and say that Geneva Worldwide is a multilingual translation company. Geneva Worldwide provided the translation of the documents below from the Arabic language into the English language.   My signature confirms that the documents have been examined, and have been deemed accurate and complete.

dated

**STATE OF NEW YORK**
County of Suffolk       } ss:

I, JUDITH A. PASCALE, Clerk of the County of Suffolk, and also Clerk of the Supreme Court for said County, the same being a Court of Record, DO HEREBY CERTIFY that

*Christina S Santiago*

018470

whose name is subscribed to the deposition or certificate of the proof or acknowledgement of the annexed instrument and thereon written was at the time of taking such deposition or proof or acknowledgement a NOTARY PUBLIC in and for such County, duly commissioned and sworn, and authorized by the laws of said State to take depositions and to administer oaths to be used in any Court of said State and for general purposes; and also to take acknowledgements and proofs of deeds of conveyances for land, tenements or hereditaments in said State of New York. And further that I am well acquainted with the handwriting of such NOTARY PUBLIC and verily believe that the signature of said deposition or certificate of proof or acknowledgement is genuine. IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of the said Court and County the ......*6th*...... day of ......*July*......, 20 *18*

Form No. 115                                    *Judith A. Pascale*
                                       ............................................... County Clerk
                                                  12-0240p. 09/06kd

...go
NEW YORK
ounty

/03/20 *21*



# CERTIFICATE
OF ACCURACY

STATE OF NEW YORK

SS:

COUNTY OF NEW YORK

I, Fei Deng, Project Manager at Geneva Worldwide, Inc., being duly sworn, depose and say that Geneva Worldwide is a multilingual translation company. Geneva Worldwide provided the translation of the documents below from the Arabic language into the English language. My signature confirms that the documents have been examined, and have been deemed accurate and complete.

Regarding:
1. Letter from Minister of Migration and Displaced, #(D/SH/H/773), dated 3/8/2018
2. Letter from Head of the Consular Department dated 3/25/2018

This certificate issued by Geneva Worldwide, Inc.
256 West 38th Street – 10th Floor, New York N.Y. 10018.

Certified By _____

**Sworn to and subscribed before me**

This ___29th___ day of ___June___ 201 8

_Christina S. Santiago_
**Notary Public**

Christina S. Santiago
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Suffolk County
O1SA6361307
Commission Expires 07/03/2021

MINISTRY OF FOREIGN AFFAIRS

CONSULAR DEPARTMENT

العــدد: /ع/4/6
التاريخ: /2018/03
2-5

REPUBLIC OF IRAQ

وزارة الخـــــارجيــــة

الدائــرة القنصليـــة

بعثاتنا السياسية والقنصلية في الخارج كافة

م/ اعمام

نرافق لكم كتاب وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية المــرقم (د/ش/هـ/773) فـي 2018/3/8، المتضــمن رفـض الــوزارة لمبـدأ العـودة القسـرية للعراقيين في الخارج او اي جنسية اخرى لأنها تتعارض من القوانين والقرارات الدولية الخاصة بحقوق الانسان ومبادئ المجتمع الدولي وسياسة الحكومة العراقية، في المقابل يسعى العراق جاهداً لتسخير جميع امكانياته لتشجيع وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضـة طلبات لجوئهم بالعودة الطوعية للراغبين منهم بالعودة الـى العراق كحل بديل لتلك الـدول بعـد التنسيق والتعـاون مـع وزارة الهجرة والمهجرين وبعثاتنـا فـي الخـارج والمنظمـات الدولية.

**للتفضل بالاطلاع واتخاذ مايلزم بشأن التنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج... مـع التقدير.**

المرافقات:
– كتاب.



السفير

د. احمد نايف رشيد الدليمي

رئيس الدائرة القنصليـــــــــة

2018/03/

نسخة منه الى:
– مكتب السيد الوزير، اشارة الى هامش سيادته بتاريخ 2018/3/19، للتفضل بالإطلاع... مع التقدير.
– مكتب السيدة وكيل الوزارة لشؤون التخطيط السياسي، للتفضل بالإطلاع ... مع التقدير.
– مكتب المفتش العام، للتفضل بالاطلاع ... مع التقدير.
– الدائرة الادارية، للتفضل بالاطلاع... مع التقدير.
– وزارة الهجرة والمهجرين / دائرة شؤون الهجرة / قسم الهجرة الخارجية، كتابكم انفاً، للتفضل بالاطلاع... مع التقدير.
– الدوار.



coundep@mofa.gov.iq          www.mofa.gov.iq          +(964) 537 299 1-9/ ext: 2275 | 2277

( عاجل جدا )

العدد :
التاريخ :   /   / ٢٠

الى/ وزارة الخارجية / مكتب الوزير

الموضوع/ العودة القسرية لطالبي اللجوء العراقيين

تحية طيبة ...

انطلاقا من مبدأ حماية ورعاية العراقيين في الخارج وحسب القوانين والقرارات الدولية النافذة بحقوق الانسان ومبادئ التنظيم الدولي وسياسة ومنهاج عمل وزارتنا منذ تأسيسها ولغاية الآن بأننا نرفض مبدأ العودة القسرية للعراقيين في الخارج اء في جنسية اخرى لأنها تتعارض مع تلك القوانين والمبادئ الانسانية , وفي المقابل تعمل وزارتنا جاهدة وتستمر بجميع امكانياتها للسعي وحث الدول المستضيفة للاجئين او طالبي اللجوء او المرفوضة طلباتهم تجاه سلطة الطوعية للراغبين منهم بالعودة الى العراق كحل بديل لتلك الدول بعد التنسيق والتشاور مع وزارتنا والبعثات الدبلوماسية العراقية في الخارج والمنظمات الدولية .

راجين اشعار جميع بعثاتنا للتنسيق مع تلك الدول للحد من تلك الظاهرة الخطيرة التي تمس العراقيين في الخارج .

تفضلكم بالاطلاع ......... واتخاذ مايلزم بصدد هذا الموضوع واعلامنا

مع فائق الشكر والتقدير

الدكتور

جاسم محمد علي
وزير الهجرة والمهجرين
٢٠١٨ /   /

نسخة منه الى

- مكتب السيد الوزير المحترم ... للتفضل بالاطلاع ...مع التقدير
- مكتب السيد المدير العام المحترم / الاشارة المتقدمة
- قسم الهجرة الخارجية / للمتابعة

# EXHIBIT C



كوماری عـیراق
وه زاره تی کوچ وکوچبه ران
نوسینگه ی وه زیر

**Republic of Iraq**
**Ministry of Migration and Displaced**
**Minister's Office**

: ژماره
: به روار

جمهورية العراق
وزارة الهجرة والمهجرين
مكتب الوزير

العدد: ١/ ١/ م.و  ٥٨٢
التاريخ: ١٩ / ١١ ٢.١٨

الى/ وزارة الخارجية – مكتب السيد الوزير

**م/العودة القسرية**

نهديكم أطيب التحيات :

وردت الينــا معلومــات تبــين ان بعــض الــدول التـــي يتواجــد فيهــا العــراقيين تنــوي
إعــادتهم بشــكل قسـري وبـالاخص الولايـات المتحـدة الامريكيـة ودول الاتحـاد الاروبـي .
ولكــون هـــذا الأمـــر ضـــد سياســـة الدولـــة والقـــوانين والاعـــراف الدوليـــة
يرجـــى التأكيـــد علـــى كافـــة ســفاراتنا والقنصـــليات فـــي دول العـــالم التـــي يتواجـــد
فيهـــا العـــراقيين علـــى ضـــمان عـــدم تـــرحيلهم واجبـــارهم علـــى العـــودة القســـرية .

**مع التقدير ...**

الدكتور
**جاسم محمد محمد علي**
**وزير الهجرة والمهجرين**
**٢٠١٨/٧/ ٢٦**

Tel: (5370049)
E-mail: momdminister@outlook.com

هاتف الوزارة(٥٣٧٠٠٤٩)
بغداد – كرادة مريم

# EXHIBIT D

2/ 154

**Republic of Iraq**
**Ministry of Migration and the**
**Displaced**
**Minister's Office**

(Logo)

Template: 1/ 1/ 582
Date: 07/29/2018

**To: The Ministry of Foreign Affairs - Minister's Office**

**Subject: Forced Return**

Dear Minister,

We have received information indicating that some countries which host Iraqi nationals intend to forcibly return them, particularly, the EU countries and the USA.

Since this issue contravenes the policy of the State and international law and norms, please ensure that all our embassies and consulates in the countries that host Iraqi nationals are ensuring they are not subject to deportation or forced return.

My best regards,

(Personal Signature)

Dr. Jassim Mohamed Mohamed Ali

Minister of Migration and Displaced

07/26/2018

Copies sent to:

- The Ministry of Interior (MOI) – Minister's Office/ To take the necessary actions to ensure forcibly returned nationals are not taken in… With best regards
- The Ministry of Transport (MOT) – Minister's Office/ To take the necessary actions to ensure forcibly returned nationals are not taken in… With best regards

Tel: (5370049), Baghdad, Kradat Mariam
Email: momdminister@outlook.com



# CERTIFICATE
OF ACCURACY

STATE OF NEW YORK

SS:

COUNTY OF NEW YORK

I, Fei Deng, Project Manager at Geneva Worldwide, Inc., being duly sworn, depose and say that Geneva Worldwide is a multilingual translation company. Geneva Worldwide provided the translation of the document below from the Arabic language into the English language.  My signature confirms that the document has been examined, and has been deemed accurate and complete.

Regarding: Letter from the Minister of Migration and Displaced to the Ministry of Foreign Affairs, dated July 29, 2018

This certificate issued by Geneva Worldwide, Inc.
256 West 38th Street – 10th Floor, New York N.Y. 10018.

Certified By _____

**Sworn to and subscribed before me**

This ___9th___ day of ___August___ 201_8_

Christina S. Santiago
**Notary Public**

Christina S. Santiago
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Suffolk County
O1SA6361307
Commission Expires 07/03/20_2_1



كوماری عیراق
وه زاره تی کوچ وکوّچبه ران
نوسینگه ی وه زیر

**Republic of Iraq**
**Ministry of Migration and Displaced**
**Minister's Office**

ژماره :
به روار :

جمهورية العراق
وزارة الهجرة والمهجرين
مكتب الوزير

العدد: ١/١/م.و ٥٨٢
التاريخ: ٩/ ١١ ٢٠١٨

الى/ وزارة الخارجية – مكتب السيد الوزير

<u>م/العودة القسرية</u>

**نهديكم أطيب التحيات :**

وردت الينـا معلومــات تبــين ان بعـض الــدول التـي يتواجـد فيهـا العـراقيين تنـوي إعـادتهم بشـكل قسـري وبـالاخص الولايـات المتحـدة الامريكيـة ودول الاتحـاد الاروبـي . ولكـون هـذا الأمـر ضـد سياسـة الدولـة والقـوانين والاعـراف الدوليـة يرجـى التأكيـد علـى كافـة سـفاراتنا والقنصـليات فـي دول العـالم التـي يتواجـد فيهـا العـراقيين علـى ضـمان عـدم تـرحيلهم واجبـارهم علـى العـودة القسـرية .

**مع التقدير ...**

**الدكتور**
**جاسم محمد علي**
**وزير الهجرة والمهجرين**
**٢٠١٨/٧/ ٢٦**

<u>نسخة منه الى :</u>
• وزارة الداخلية – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .
• وزارة النقل – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .

Tel: (5370049)
E-mail: momdminister@outlook.com

هاتف الوزارة(٥٣٧٠٠٠٤٩)
بغداد – كرادة مريم

# EXHIBIT E

**Scott, Kimberly L.**

| | |
|---|---|
| **From:** | Daniel Smith <dwsmithemail@yahoo.com> |
| **Sent:** | Sunday, August 5, 2018 9:55 AM |
| **To:** | Miriam Aukerman; Margo Schlanger |
| **Subject:** | Fw: Forced deportation policy document |
| **Attachments:** | IMG-20180801-WA0007.jpg |

----- Forwarded Message -----
**From:** MoMD MINISTER <momdminister@outlook.com>
**To:** Daniel Smith <dwsmithemail@yahoo.com>
**Sent:** Wednesday, August 1, 2018, 11:59:50 AM GMT+3
**Subject:** Re: Forced deportation policy document

Sent from Outlook



كۆماری عيراق
وه زاره تی کۆچ وکۆچبه ران
نوسینگه ی وه زیر

**Republic of Iraq**
**Ministry of Migration and Displaced**
**Minister's Office**

: ژماره
: به روار

جمهورية العراق
وزارة الهجرة والمهجرين
مكتب الوزير

العدد : ۱/۱/ م.و ٥٨٤
التاريخ/ ۱۹/ ۱۱ ۲۰۱۸

الى/ وزارة الخارجية – مكتب السيد الوزير

م/ العودة القسرية

نهديكم أطيب التحيات :

وردت الينـــا معلومـــات تبـــين ان بعـــض الـــدول التـــي يتواجـــد فيهـــا العـــراقيين تنـــوي إعـــادتهم بشـــكل قســـري وبـــالاخص الولايـــات المتحـــدة الامريكيـــة ودول الاتحـــاد الاوروبـــي . ولكـــون هـــذا الأمـــر ضـــد سياســـة الدولـــة والقـــوانين والاعـــراف الدوليـــة يرجـــى التأكيـــد علـــى كافـــة ســـفاراتنا والقنصـــليات فـــي دول العـــالم التـــي يتواجـــد فيهـــا العـــراقيين علـــى ضـــمان عـــدم تـــرحيلهم واجبـــارهم علـــى العـــودة القســـرية .

مع التقدير ...

الدكتور
جاسم محمد محمد علي
وزير الهجرة والمهجرين
۲۰۱۸/۷/ ٦

نسخة منه الى :-
• وزارة الداخلية – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .
• وزارة النقل – مكتب الوزير / لاتخاذ مايلزم لضمان عدم استقبال العائدين قسراً ... مع التقدير .

Tel: (5370049)
E-mail: momdminister@outlook.com

هاتف الوزارة(٥٣٧٠٠٤٩)
بغداد – كرادة مريم