# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA,** et al.,

   Petitioners and Plaintiffs,

  v.

**REBECCA ADDUCCI**, et al.,
   Defendants and Respondents.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand
Class Action

## ORDER REGARDING NOVEMBER 5, 2018 STATUS CONFERENCE

     The Court held a telephonic status conference on November 5, 2018. During the conference, the parties conveyed to the Court that they had come to agreement on a number of matters related to completion of discovery and that they expected that any outstanding issues could be resolved. The Court directed the parties to submit a stipulated proposed order **on or before November 9, 2018** memorializing the parties' agreement with respect to discovery. To the extent there are any disagreements on the contents of the order, the parties may state their respective positions within the proposed order. A telephonic status conference is set for **November 14, 2018 at 4:30 p.m.** The parties will use Petitioners' call-in telephone number for the November 14, 2018 status conference, and for all future telephonic status conferences in this matter.

     SO ORDERED.

Dated: November 5, 2018          s/Mark A. Goldsmith
     Detroit, Michigan           MARK A. GOLDSMITH
                                     United States District Judge

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 5, 2018.

<u>s/Karri Sandusky</u>
Case Manager