# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA,** et al.,

   Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

   Defendants and Respondents.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand
Class Action

## ORDER
## REGARDING DECEMBER 17, 2018 STATUS CONFERENCE

The Court held a telephonic status conference with the parties on December 17, 2018. During the conference, Petitioners' counsel raised concerns related to the logistics of releasing the Zadvydas subclass members scheduled to occur this week. Specifically, Petitioners' counsel sought details about who would be released, where they would be released from, and when the releases would occur. The Government assured the Court that there is a process in place to notify individual Petitioners about their releases and to assist them in making travel arrangements to their respective homes. The Government informed Petitioners that they could contact the approximately twenty facilities where Petitioners are being held to obtain the details of the pending releases. However, because this is a class action, and class counsel does not represent each Petitioner individually, ICE facilities will not provide the information to class counsel concerning release details. Petitioners' counsel offered to contact the various facilities to ease the burden on the Government of gathering

all of the information if the Government would ensure that the information would be provided when class counsel contacted the detention facilities.

The Court received an urgent email this morning from Petitioners' counsel informing the Court that the ICE facilities have not been forthcoming with the release details, despite counsels' best efforts to facilitate the matter. The failure to provide release details is making it difficult for Petitioners' families to make travel arrangements, especially for Petitioners who are being detained in a state other than the one in which their families reside. Petitioners' counsel, therefore, asks the Court to require the Government to provide release details to them immediately. The Court finds the relief Petitioners seek is warranted.

Accordingly, the Government must provide to Petitioners' counsel the following by 12:00 p.m. today:

- The name, A-number, release date, approximate release time, and release location for all Zadvydas subclass members

- If a Zadvydas subclass member is not being released directly from a facility but instead is being transported to another location, that information should be provided as well, including the date and approximate time of release at the new location.

SO ORDERED.

Dated: December 19, 2018　　　　　　　　s/Mark A. Goldsmith
　　　Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge