# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## MOTION FOR A STAY OF CASE DEADLINES
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of all case deadlines in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines, including but not limited to Respondents' statement on re-detention (currently due January 4, 2019), the bi-weekly reports from EOIR and ICE, and discovery until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. In light of the circumstances of the furlough, undersigned counsel was unable to obtain Petitioners' position on this request that is typically required under Local Rule 7.1, before filing this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  December 26, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General,
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ William C. Silvis*
WILLIAM C. SILVIS
Assistant Director
District Court Section
PO Box 868 Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4693
Fax: (202) 305-7000
william.silvis@usdoj.gov


*Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing to be served via CM/ECF upon all counsel of record.

Dated:  December 26, 2018         Respectfully submitted,

*/s/ William C. Silvis*
WILLIAM C. SILVIS

*Counsel for Respondents*