# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, *et al.*,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, *et al.*,

    Respondents and Defendants.

Case No. 2:17-cv-11910

Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## RESPONSE TO RESPONDENTS' MOTION FOR STAY OF CASE DEADLINES (ECF 498)

In light of the current lapse in appropriations, Respondents have asked this Court for a stay of case deadlines. Petitioners do not oppose this request, but ask that the Court make clear that any such stay applies to Petitioners' as well as Respondents' deadlines. In addition, Petitioners request that the Court require a joint statement of issues be submitted by the parties within 3 business days after appropriations resume, setting out proposed new deadlines and raising any other issues appropriate for court resolution.

There is one exception. If the Court grants Respondents' stay request, that should not prolong the detention of individual class members who, pursuant to ECF 497, dismiss their individual habeas petitions. Prior to the government shutdown, Petitioners discussed this issue with Respondents' counsel and it is

Petitioners' understanding that Respondents agree that the appropriate procedure, even during the shutdown, is for Petitioners to provide the Court with a proposed order pursuant to ECF 497. Petitioners duly shared the language of that order with Respondents Counsel prior to the shutdown. Once the Court signs an order, Respondents will have 7 days to release or remove him, in accordance with ECF 490 or subsequent implementing orders, or to file a memorandum explaining why release is inappropriate under this Court's orders. Petitioners strongly oppose any delay in this schedule, notwithstanding the shutdown; obviously such a delay would be extraordinarily prejudicial to the individual class members affected. Even during the shutdown, Respondents' detention operations are continuing, and this properly includes *release* from detention.

Respectfully submitted,

| | |
|---|---|
| Michael J. Steinberg (P43085) | Judy Rabinovitz (NY Bar JR-1214) |
| Bonsitu A. Kitaba (P78822) | Lee Gelernt (NY Bar NY-8511) |
| Miriam J. Aukerman (P63165) | ACLU FOUNDATION IMIGRANTS' |
| ACLU FUND OF MICHIGAN | RIGHTS PROJECT |
| 2966 Woodward Avenue | 125 Broad Street, 18th Floor |
| Detroit, Michigan 48201 | New York, NY 10004 |
| (313) 578-6814 | (212) 549-2618 |
| msteinberg@aclumich.org | jrabinovitz@aclu.org |

/s/Kimberly L. Scott
Kimberly L. Scott (P69706)
Wendolyn W. Richards (P67776)
Cooperating Attorneys, ACLU Fund
 of Michigan
MILLER, CANFIELD, PADDOCK
 & STONE, PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
scott@millercanfield.com

Nora Youkhana (P80067)
Nadine Yousif (P80421)
Cooperating Attorneys, ACLU Fund
 of Michigan
CODE LEGAL AID INC.
 27321 Hampden St.
Madison Heights, MI 48071
(248) 894-6197
norayoukhana@gmail.com

María Martínez Sánchez (NM Bar126375)
ACLU OF NEW MEXICO
1410 Coal Ave. SW
Albuquerque, NM 87102
msanchez@aclu-nm.org

David B. Johnson (Ill. 6186478)
Cooperating Attorney, ACLU Fund of MI
573 Hawksnest Drive
South Haven, MI 49090
(616) 302-5226
Notworking2012@gmail.com

Margo Schlanger (P82345)
Cooperating Attorney, ACLU Fund
 of Michigan
625 South State Street
Ann Arbor, Michigan 48109
734-615-2618
margo.schlanger@gmail.com

Susan E. Reed (P66950)
MICHIGAN IMMIGRANT RIGHTS
 CENTER
3030 S. 9th St. Suite 1B
Kalamazoo, MI 49009
(269) 492-7196, Ext. 535
Susanree@michiganimmigrant.org

Lara Finkbeiner (NY Bar 5197165)
Mark Doss (NY Bar 5277462)
INTERNATIONAL REFUGEE
 ASSISTANCE PROJECT
Urban Justice Center
40 Rector St., 9th Floor
New York, NY 10006
(646) 602-5600
lfinkbeiner@refugeerights.org

*Attorneys for All Petitioners and Plaintiffs*

3

4

William W. Swor (P21215)
WILLIAM W. SWOR
 & ASSOCIATES
1120 Ford Building
615 Griswold Street
Detroit, MI 48226
wwswor@sworlaw.com

*Attorney for Petitioner/Plaintiff Usama Hamama*

Dated: December 27, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2018, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF filers of record.

>By: */s/Kimberly L. Scott*
>Kimberly L. Scott (P69706)
>Cooperating Attorneys, ACLU Fund of Michigan
>MILLER, CANFIELD, PADDOCK
>  & STONE, PLC
>101 N. Main St., 7th Floor
>Ann Arbor, MI 48104
>(734) 668-7696
>scott@millercanfield.com