# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA,** et al., | Case No. 2:17-cv-11910 |
| Petitioners and Plaintiffs, | Hon. Mark A. Goldsmith |
| v. | Mag. David R. Grand |
| **REBECCA ADDUCCI**, et al., | Class Action |
| Respondents and Defendants. | |

## ORDER REGARDING WALID ABDULAHAD

Walid Abdulahad, XXX-XXX-571, previously filed an individual habeas case, Docket No. 2:18-cv-11684, in the Eastern District of Michigan, that was pending before that Court. That case has now been dismissed.

It is therefore ORDERED that, in accordance with ECF 497, Walid Abdulahad is a member of the *Zadvydas* subclass covered by this Court's November 20, 2018 order, ECF 490.

It is further ORDERED that as Mr. Abdulahad has been detained for over 180 days, Respondents shall have seven calendar days from the date of this Order to release or remove him, in accordance with ECF 490 or subsequent implementing orders, or file a memorandum explaining why release is inappropriate under this Court's orders.

SO ORDERED

Dated: December 28, 2018    s/Mark A. Goldsmith
Detroit, Michigan    MARK A. GOLDSMITH
United States District Judge