UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

        Petitioners,                              Case No. 17-cv-11910
vs.                                                        HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

        Respondents.
_____/

## ORDER GRANTING IN PART THE GOVERNMENT'S MOTION TO STAY (DKT. 498)

This matter is before the Court on the Government's motion to stay (Dkt. 498). Due to the lapse in appropriations that had been funding the Department of Justice, counsel for the Government is prohibited from working subject to limited exceptions. See 31 U.S.C. § 1342. Therefore, the Government seeks to stay all deadlines, including but not limited to the Government's statement on re-detention due January 4, 2019, the bi-weekly reports from EOIR and ICE, and discovery until appropriations are restored to the Department of Justice. Petitioners do not oppose the Government's motion except for any delay in the process set forth in the Court's December 21, 2018 order (Dkt. 497) for individuals who seek to dismiss their individual petitions and seek release from detention. The Government has assured the Court that no delays are anticipated with respect complying with the December 21, 2018 order.

The Court **GRANTS in part** the Government's motion to stay deadlines (Dkt. 498) as follows: All further action in this case is stayed, pending further order of the Court, except for any actions allowed or required under the Court's December 21, 2018 order. The Court may terminate this stay at any time, and specifically advises the parties that it may do so if the current lapse in appropriations is not resolved in the reasonably immediate future.

1

The Court also directs the parties to contact the Court to arrange a status conference to discuss any issues remaining to be decided within two business days of appropriations resuming or termination of the stay, whichever occurs first.

SO ORDERED.

Dated: January 3, 2019  　　　　　　　　　　s/Mark A. Goldsmith
　　　　　Detroit, Michigan　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 3, 2019.

　　　　　　　　　　　　　　　　　　　　　　s/Karri Sandusky
　　　　　　　　　　　　　　　　　　　　　　Case Manager