UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

        Petitioners,                      Case No. 17-cv-11910

vs.                                                HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

        Respondents.
_____/

## ORDER RE PETITIONER HANI AL-BAZONI

The Government filed objections to releasing Petitioner Hani Al-Bazoni (Dkt. 507). The Government argues that he should not be released because he is scheduled to be removed to Iraq during the week of January 14, 2019 and he poses a danger to the community. Petitioners do not object to Mr. Al-Bazoni's continued detention based on his pending removal, so long as he is removed as scheduled next week (Dkt. 509). However, Petitioners dispute that the Government has provided any evidence that Mr. Al-Bazoni is a danger to the community.

Petitioners seek an order directing the Government to provide class counsel and the Court with Mr. Al-Bazoni's scheduled departure date subject to the second amended protective order (Dkt. 313). The request will be granted. The Court will resolve the issue of Mr. Al-Bazoni's release if his removal is not effected next week.

Accordingly, the Government is **ORDERED** to provide class counsel with Mr. Al-Bazoni's scheduled departure date **on or before 12 p.m. on January 14, 2019**, which may be designated as "highly confidential – attorney's eyes only" under the Second Amended Protective Order (Dkt. 313). The Government must file a notice with the Court the day following Mr. Al-

1

Bazoni's scheduled departure date updating the Court on Mr. Bazoni's status.

      SO ORDERED.

Dated: January 11, 2019                  s/Mark A. Goldsmith
      Detroit, Michigan              MARK A. GOLDSMITH
                                                 United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 11, 2019.

                                                 s/Karri Sandusky
                                                 Case Manager