# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

   Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

   Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## ORDER REGARDING MUNEER SUBAIHANI

WHEREAS Respondents removed Petitioner Muneer Subaihani from the United States in violation of this Court's order, ECF 87, and whereas Respondents have agreed to rectify that violation by returning Mr. Subaihani to the United States so that he can pursue any immigration relief available to him, the Court orders that:

1. Respondents shall purchase an airline ticket for Mr. Subaihani that allows his return to the United States on or before January 24, 2019, and shall provide the flight itinerary to Petitioners' counsel. Any changes to the itinerary shall be immediately communicated to Petitioners' counsel.

2. Respondents shall immediately communicate the details of the itinerary to the United States Embassy in Baghdad, Iraq and shall, in coordination with Embassy officials, work diligently to coordinate with the relevant Iraqi immigration and airport authorities to pre-clear Mr. Subaihani for departure

to the United States, and to address any issues that may arise regarding Iraqi approval for his departure.

3. Respondents, in coordination with the United States Embassy in Baghdad, Iraq, shall work diligently to coordinate with the airline(s) on which the flight is purchased to pre-clear Mr. Subaihani for the flight, and to address any issues that may arise with the airline(s) regarding his flight(s).

4. Respondents, in coordination with appropriate government officials, shall work diligently to coordinate with the relevant third-country immigration and airport authorities to pre-clear Mr. Subaihani for transit through those countries during his return to the United States, and to address any issues that may arise regarding government or airport approval for his transit.

5. Respondents shall provide Mr. Subaihani with the necessary documentation for his entry into the United States upon arrival, shall alert the relevant authorities at the airport where he will enter the United States of his arrival and permission to enter the United States, shall allow his entry into the United States when he presents himself, and shall allow an attorney designated by Petitioners to meet him upon arrival and accompany him through immigration and customs processing.

6. Respondents shall place Mr. Subaihani on an order of supervision once he arrives in the United States.

7. Respondents shall use all best efforts to ensure Mr. Subaihani's return to the United States **on or before January 24, 2019**. Should events outside Respondents' control prevent Mr. Subaihani from returning to the United States on or before January 24, 2019, Respondents shall immediately communicate with Petitioners' counsel regarding those events so that any obstacles to his return can be addressed. Respondents shall take all necessary steps within their control to address those obstacles.

8. In the event Mr. Subaihani is not returned to the United States on or before January 24, 2019, the parties shall notify the Court of that fact **by January 25, 2019**, and shall set forth a proposed course of action (or if they disagree, the parties' respective proposals for a course of action) to accomplish Mr. Subaihani's return to the United States as quickly as possible.

SO ORDERED.

Dated: January 15, 2019         s/Mark A. Goldsmith
        Detroit, Michigan           MARK A. GOLDSMITH
                                    United States District Judge