UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

        Petitioners,             Case No. 17-cv-11910

vs.                                          HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

        Respondents.

_____/

## **SECOND ORDER RE PETITIONER HANI AL-BAZONI**

On December 21, 2018, the Court entered a stipulated order regarding individuals who had filed habeas cases but were not part of the Zadvydas subclass in this case. 12/21/2018 Order (Dkt. 497). The parties agreed to a process whereby individuals could dismiss their individual habeas cases and join this case to receive the benefits of the Court's order directing the Government to release Petitioners who have been detained over 180 days, subject to exceptions. 11/21/2018 Opinion (Dkt. 490). Hani Al-Bazoni voluntarily dismissed his habeas case in the District of Colorado and joined this case on January 4, 2019. 1/4/2019 Order (Dkt. 506). Shortly thereafter, the Government filed objections to releasing Petitioner Hani Al-Bazoni arguing that he should not be released because he is scheduled to be removed to Iraq during the week of January 14, 2019 and he poses a danger to the community (Dkt. 507). Petitioners did not object to Mr. Al-Bazoni's continued detention based on his pending removal, so long as he was removed as scheduled during the week of January 14, 2019 (Dkt. 509). However, Petitioners disputed that the Government provided any evidence that Mr. Al-Bazoni is a danger to the community and asked the Court to enter any order directing the Government to release Mr. Al-Bazoni within two days of his scheduled departure date if his removal was not successful. The Government filed a notice on

1

January 17, 2019 informing the Court that Mr. Al-Bazoni was not removed as scheduled (Dkt. 515).

Accordingly, the Court directs the parties to file a joint statement detailing the points upon which the parties agree and disagree with respect to Mr. Al-Bazoni's release. The joint statement must be filed **on or before January 24, 2019**.

SO ORDERED.

Dated: January 18, 2019         s/Mark A. Goldsmith
      Detroit, Michigan         MARK A. GOLDSMITH
                                      United States District Judge