UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

       Petitioners,

vs.

REBECCA ADDUCCI, et al.,

       Respondents.
_____/

Case No. 17-11910
Hon. Mark A. Goldsmith

## ORDER
### PARTIES' JOINT REQUEST TO ADJOURN TELEPHONE SCHEDULING CONFERENCE (Dkt. 677)

On March 3, 2021, the parties filed a joint memorandum (i) notifying the Court that the U.S. Department of Homeland Security intends to publish new enforcement guidelines by May 19, 2021 and (ii) requesting that the Court adjourn the telephone status conference set for today, March 4, 2021. The request is granted, and the telephone status conference is hereby adjourned. Within five days of publication of the new enforcement guidelines, the parties shall file a joint notice informing the Court of the publication, so that a new telephonic conference or other proceedings can be scheduled.

      SO ORDERED.

Dated: March 4, 2021
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge