UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA J. HAMAMA, et al.,

    Petitioners,                                                Case No. 17-cv-11910

v.                                                              HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

    Respondents.

_____/

**ORDER PRELIMINARILY APPROVING CLASS SETTLEMENT, DIRECTING NOTICE TO CLASS MEMBERS, AND SETTING A FAIRNESS HEARING**

1. The Parties in this class action case have entered into a proposed Settlement Agreement. See Proposed Class Settlement Agreement (Dkt. 717-2).

2. The Court has reviewed the proposed settlement in light of the factors set out in Federal Rule of Civil Procedure 23(e), and those set out in Int'l Union, United Auto., Aerospace, & Agr. Implement Workers of Am. v. Gen. Motors Corp., 497 F.3d 615, 631 (6th Cir. 2007).

3. The Court finds that the proposed Settlement Agreement appears to satisfy the above requirements, and falls within the range for possible approval. Accordingly, the Court preliminarily approves the proposed Settlement Agreement.

4. The Court now directs notice to the Class consistent with Section XI.C of the proposed Settlement Agreement.

5. Within one week from the date of this Order, the parties shall provide the Court with a joint proposed Class Notice, and if they cannot agree, their respective versions. The Class Notice shall include a website address linking to any further information that Class Counsel wish to provide.

6. Once the Class Notice has been approved by the Court, Petitioners will provide an Arabic translation of the approved class notice to Respondents.

7. Within three weeks of the Court's approval of the Class Notice:

    a. Immigration and Customs Enforcement (ICE) shall provide the English and Arabic versions of the Class Notice to all detained class members;

    b. ICE shall send the Class Notice as first-class mail to all non-detained class members at the address on file with ICE, except that the class notice need not be sent to class members who have been removed from or departed the United States;

    c. ICE will send the Class Notice by email to the last known attorney of record on file with ICE for each class member who has not been removed or departed the United States; and

    d. the ACLU of Michigan will post the Class Notice on its website.

8. The Court sets an in-person Fairness Hearing for July 31, 2024 at 2:00 PM in Room 815 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48266.

SO ORDERED.

Dated: June 4, 2024  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge