# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

    Petitioners,

v.

REBECCA ADDUCCI, Director, Detroit District
of Immigration and Customs Enforcement, et al.,

    Respondents.

Civil No. 17-11910
Hon. Mark A. Goldsmith
Mag.Judge David R. Grand

_____

## RESPONDENTS' MOTION FOR EXTENSION OF TIME

On January 21, 2026, Sanan Atou, a *Hamama* class member, filed a motion for release with this Court. ECF No. 747. The settlement agreement does not establish a briefing schedule for motions for release filed directly with this Court. To the extent that the Court intends to treat this and similar motions under LR 7.1(e)(1), Respondents respectfully request a brief extension of time, to February 6, 2026, to file a response. Respondents have a strong interest in continuing Mr. Atou's detention for reasons that will be set forth in that response.

Dated: February 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

ANTHONY NICASTRO
Acting Director

*/s/ William C. Silvis*
WILLIAM C. SILVIS
Assistant Director
District Court Section
PO Box 868 Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4667
Fax: (202) 305-7000
william.silvis@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing to be served via CM/ECF upon all counsel of record.

Dated: February 4, 2026

Respectfully submitted,

*/s/ William C. Silvis*
WILLIAM C. SILVIS

3