IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| USAMA JAMIL HAMAMA, et al., | Case No. 2:17-cv-11910 |
| Petitioners/Plaintiffs, | Hon. Mark A. Goldsmith |
| v. | Mag. David R. Grand |
| REBECCA ADDUCCI, et al., | Class Action |
| Respondents/Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Ewurama Appiagyei-Dankah (P88212) as an attorney for Petitioners/Plaintiffs in the above-captioned case.

>
> Respectfully submitted,
>
> /s/ Ewurama Appiagyei-Dankah
> Ewurama Appiagyei-Dankah (P88212)
> American Civil Liberties Union
> Fund of Michigan
> 1514 Wealthy Street SE, Ste. 260
> Grand Rapids, MI 49506
> (616) 301-0930
> eadankah@aclumich.org

Dated: February 5, 2026