UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA**, et al., | |
| Petitioners and Plaintiffs, | Case No. 2:17-cv-11910 |
| | Hon. Mark A. Goldsmith |
| v. | Mag. David R. Grand |
| **REBECCA ADDUCCI**, et al., | Class Action |
| Respondents and Defendants. | |

## STIPULATED ORDER REFERRING MOTION FOR RELIEF FILED BY SANAN ATOU TO SPECIAL MASTER

Undersigned counsel stipulate and agree that this Court enter and issue this Order referring the in pro per Motion for Release filed by Sanan Atou on January 21, 2026 (ECF No. 747) to the Special Master. Section VIII.D.2.vi of the Settlement Agreement (ECF No. 717-2) confers on the Special Master jurisdiction to "[d]etermine an issue under this Agreement that the parties, after a meet and confer under Section VIII.C., agree to refer to the Special Master for resolution."

Class counsel is not representing Mr. Atou in his Motion for Release. *See* Settlement Agreement, Section VIII.G (ECF No. 717-2) (allowing individual class members to appear in pro per before the Special Master or, with the Court's approval, before the Court). However, class counsel met with Mr. Atou on January 30, 2026 to discuss the Settlement Agreement and explained that he has two options

1

to seek release: he can file a Motion for Release with this Court, or he can file a Motion for Release with Special Master pursuant to Section VIII.D.2.vi of the Settlement Agreement. Mr. Atou requested that his motion be referred to the Special Master. Pursuant to the meet and confer requirement in Section VIII.C., the parties have met and conferred, and have agreed, with the consent of Mr. Atou, to refer Mr. Atou's in pro per motion to the Special Master for review.

It is therefore ORDERED that Mr. Atou's Motion for Release and to Appear In Pro Per shall be referred the Special Master.

**SO ORDERED.**

Dated: February 11, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

SO STIPULATED.

Date: February 6, 2026

/s/Miriam J. Aukerman
Miriam J. Aukerman (P63165)
American Civil Liberties Union Fund
   of Michigan
1514 Wealthy St., SE
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/William C. Silvis (with consent)
William C. Silvis
Assistant Director
United States Department of Justice
Office of Immigration Litigation
District Court Section
PO Box 868 Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4693
Fax: (202) 305-7000
William.Silvis@usdoj.gov