UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

,

                              Plaintiff(s),

v.                                                  Case No. 2:17−cv−11910−MAG−DRG
                                                          Hon. Mark A. Goldsmith

Thomas Homan, et al.,

                              Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  February 23, 2026 at 10:00 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/Joseph Heacox
                                                                 Case Manager

Dated:  February 11, 2026