AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| USAMA JAMIL HAMAMA, et al. *Plaintiff* v. REBECCA ADDUCCI, et al. *Defendant* | Case No. 17-11910 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondents.

Date: 02/24/2026

/s/ Camila Yori
*Attorney's signature*

Camila Yori (FL 1035432)
*Printed name and bar number*

United States Department of Justice
Civil Division, Office of Immigration Litigation
PO Box 878 Ben Franklin Station
Washington, DC 20044
*Address*

camila.yori2@usdoj.gov
*E-mail address*

(202) 880-0835
*Telephone number*

(202) 305-7000
*FAX number*