UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **USAMA JAMIL HAMAMA**, et al.,<br><br>    Petitioners and Plaintiffs,<br><br>v.<br><br>**REBECCA ADDUCCI**, et al.,<br><br>    Respondents and Defendants. | Case No. 2:17-cv-11910<br>Hon. Mark A. Goldsmith<br>Mag. David R. Grand<br><br>Class Action |

## STIPULATED ORDER HOLDING MOTION FOR RELIEF FILED BY ALI ALHUSSEIN IN ABEYANCE PENDING REVIEW BY THE SPECIAL MASTER

Undersigned counsel stipulate and agree that this Court enter and issue this Order holding the in pro per Motions for Release filed by Ali Alhussein on February 12, 2026 and February 13, 2026 (ECF Nos. 754 and 755) in abeyance pending review and decision by the Special Master on the Motion for Release filed before the Special Master on February 18, 2026. Section VIII.D.2.vi of the Settlement Agreement (ECF No. 717-2) confers on the Special Master jurisdiction to "[d]etermine an issue under this Agreement that the parties, after a meet and confer under Section VIII.C., agree to refer to the Special Master for resolution."

Class counsel is not representing Mr. Alhussein in his Motion for Release. *See* Settlement Agreement, Section VIII.G (ECF No. 717-2) (allowing individual

1

class members to appear in pro per before the Special Master or, with the Court's approval, before the Court). However, after Mr. Alhussein filed two Motions for Release before this Court, he also filed a Motion for Release before the Special Master, which the Special Master received on February 18, 2026. Class counsel has attempted to schedule a meeting with Mr. Alhussein to explain that his motion can be adjudicated by the Special Master pursuant to Section VIII.D.2.vi of the Settlement Agreement, but that meeting has not yet been approved by Immigration and Customs Enforcement (ICE). Pursuant to the meet and confer requirement in Section VIII.C., the parties have met and conferred, and have agreed that Mr. Alhussein's in pro per motion before this Court should be held in abeyance pending review and adjudication by the Special Master, which the parties hope will resolve this matter.

It is therefore ORDERED that Mr. Alhussein's Motion for Release and to Appear In Pro Per shall be held in abeyance pending review and adjudication by the Special Master of the motion filed before the Special Master.

**SO ORDERED.**

Dated: March 3, 2026         s/Mark A. Goldsmith
Detroit, Michigan        MARK A. GOLDSMITH
       United States District Judge

SO STIPULATED.

Date: February 26, 2026

| | |
|---|---|
| /s/*Miriam J. Aukerman* | /s/*William C. Silvis* (with consent) |
| Miriam J. Aukerman (P63165) | William C. Silvis |
| American Civil Liberties Union Fund | Assistant Director |
|   of Michigan | United States Department of Justice |
| 1514 Wealthy St., SE | Office of Immigration Litigation |
| Grand Rapids, MI 49506 | District Court Section |
| (616) 301-0930 | PO Box 868 Ben Franklin Station |
| maukerman@aclumich.org | Washington, DC 20044 |
| | Tel: (202) 307-4693 |
| | Fax: (202) 305-7000 |
| | William.Silvis@usdoj.gov |