UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

        Petitioners,

v.

REBECCA ADDUCCI, et al.,

        Respondents.
_____/

Case No. 17-cv-11910
Hon. Mark A. Goldsmith
Mag. Judge David R. Grand

## ORDER OF THE SPECIAL MASTER

Pending before the Special Master is a pro se motion for release from immigration detention by ▆▆▆▆▆, a *Hamama* Class Member. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ On February 20, 2026, the motion was conditionally ordered to be held in abeyance. Order of the Special Master (Feb. 20, 2026) (Dkts. 757, 758).

On March 9, 2026, counsel for the government informed the Special Master that according to ICE, Mr. ▆▆▆'s removal to Iraq was effectuated on the date previously scheduled for removal in February 2026. Accordingly, the motion for release from detention is dismissed as moot.


Date: March 12, 2026

/s/Anil Kalhan
ANIL KALHAN
Special Master

1

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served and filed, as required under the terms of the Settlement Agreement (Dkt. 717-2) and Second Amended Stipulated Order Appointing Special Master (Dkt. 737) in *Hamama v. Adducci*, No. 17-cv-11910 (E.D. Mich.), on March 12, 2026.

                /s/Anil Kalhan
                Special Master