# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

    Petitioners and Plaintiffs,

v.

REBECCA ADDUCCI, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910

Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.25(b)(2), Christina Parascandola hereby moves to withdraw as attorney for Respondents and Defendants in the above-captioned case. Ms. Parascandola is leaving the Civil Division of the U.S. Department of Justice for another component of the Department and will no longer be able to represent Respondents and Defendants. Respondents and Defendants will continue to be represented by other counsel in this matter.

Dated: April 28, 2026

Respectfully submitted,

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878 Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Counsel for Respondents and
Defendants*

2