UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


,

                        Plaintiff(s),

v.                                          Case No. 2:17–cv–11910–MAG–DRG
                                            Hon. Mark A. Goldsmith

Thomas Homan, et al.,

                        Defendant(s),

_____

### NOTICE OF REMOTE MOTION HEARING

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

        Motion – #775
        Sealed Motion – #776


    • MOTION HEARING:  May 11, 2026 at 02:00 PM

    The public may access the audio proceedings with the following connection information.

    **PHONE NUMBER:** +1 (646) 828–7666
    **MEETING ID:**     165 802 7749


    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                    By: s/Joseph Heacox_____
                                        Case Manager


Dated:  May 4, 2026