# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

    Petitioners and Plaintiffs,

v.

REBECCA ADDUCCI, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910

Hon. Mark A. Goldsmith
Mag.  David R. Grand

Class Action

## <u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>

Christina Parascandola has filed a motion to withdraw as counsel for Respondents and Defendants in the above-captioned case. Respondents and Defendants will continue to be represented by other counsel in this matter. The motion is hereby granted.

**SO ORDERED.**

Dated: May 4, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge