# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

      Petitioners and Plaintiffs,

v.

REBECCA ADDUCCI, et al.,

      Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag.  David R. Grand

Class Action

## NOTICE OF WITHDRAWAL OF ATTORNEY
## ERIKA L. GIROUX

Please take notice that Erika L. Giroux, an attorney of record for Petitioners/Plaintiffs, will be leaving Miller, Canfield, Paddock and Stone, P.L.C., effective May 8, 2026. Please withdraw her appearance as an attorney of record and discontinue service of all notices and papers to Erika L. Giroux regarding this case. Petitioners/Plaintiffs continue to be represented in this case by Kimberly L. Scott and Wendolyn W. Richards of Miller, Canfield, Paddock and Stone, P.L.C., and Miriam J. Aukerman, Bonsitu A. Kitaba, Ramis J. Wadood, and Ewurama Appiagyei-Dankah of the American Civil Liberties Union of Michigan.

Respectfully submitted,

By:   */s/Erika L. Giroux*

        Erika L. Giroux (P81998)
        150 W. Jefferson, Ste. 2500
        Detroit, MI 48226
        (313) 963-6420
        giroux@millercanfield.com

Dated: May 8, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Erika L. Giroux*

50819455.1/066667.00598