# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

      Petitioners and Plaintiffs,

v.

REBECCA ADDUCCI, et al.,

      Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag.  David R. Grand

Class Action

## ORDER OF WITHDRAWAL OF ATTORNEY
### ERIKA L. GIROUX

Erika L. Giroux requests leave to withdraw as counsel of record for Petitioners/Plaintiffs. Attorneys Kimberly L. Scott and Wendolyn W. Richards, also of Miller, Canfield, Paddock and Stone, P.L.C., and Miriam J. Aukerman, Bonsitu A. Kitaba, Ramis J. Wadood, and Ewurama Appiagyei-Dankah of the American Civil Liberties Union of Michigan, have entered Appearances in this case and will continue as counsel of record for Petitioners/Plaintiffs.

The Court, therefore, will grant leave for attorney Erika L. Giroux to withdraw.

IT IS HEREBY ORDERED that Erika L. Giroux's appearance as counsel of record for Petitioners/Plaintiffs is withdrawn. Attorney Erika L. Giroux is discharged from any further responsibility to the Court in this case.

**SO ORDERED.**

Dated: May 12, 2026                              s/Mark A. Goldsmith
Detroit, Michigan                                MARK A. GOLDSMITH
                                                 United States District Judge