## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

    Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

    Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## STIPULATED ORDER EXTENDING TIME TO SUBMIT JOINT STATEMENT

Undersigned counsel stipulate and agree that this Court enter and issue this Order extending the time to submit a joint statement on alleged violations of the Settlement Agreement (ECF No. 717-2) and any other outstanding issues. Pursuant to the meet and confer requirement in Section VIII.C., the parties have met and conferred, and have agreed to extend the time period until June 8, 2026.

It is therefore **ORDERED** that the parties deadline to file a joint statement is extended to **June 8, 2026**.

    **SO ORDERED.**

Dated: May 29, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1

SO STIPULATED.

Date: May 26, 2026

*s/Ewurama Appiagyei-Dankah* (with consent)
Ewurama Appiagyei-Dankah (P88212)
Miriam Aukerman (P63165)
American Civil Liberties Union Fund
  of Michigan
1514 Wealthy St. SE, Ste. 260
Grand Rapids, MI 49506
(616) 301-0930

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Acting Director

WILLIAM C. SILVIS
CARA E. ALSTERBERG
Assistant Directors

*/s/ Camila Yori*
CAMILA YORI
 Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878. Ben Franklin Station
Washington, DC 20044
Tel: (202) 880-0385
camila.yori2@usdoj.gov