# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**USAMA JAMIL HAMAMA**, et al.,

  Petitioners and Plaintiffs,

v.

**REBECCA ADDUCCI**, et al.,

  Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## STIPULATED ORDER GRANTING PARTIES LEAVE TO SUBMIT SEPARATE STATEMENTS AND PROPOSED ORDERS

Undersigned counsel stipulate and agree that this Court grant the parties leave to revise the briefing schedule for the parties' statements regarding alleged violations of the Settlement Agreement (ECF No. 717-2) and any other outstanding issues. Pursuant to the meet and confer requirement in Section VIII.C., the parties have met and conferred, and have agreed as follows:

1. Petitioners shall file an initial statement and Proposed Order solely on behalf of Petitioners on June 8, 2026.

2. Respondents shall have leave to file their response and counterproposal by June 22, 2026.

3. Petitioners shall have leave to file a reply by July 1, 2026.

4.     The parties request that the Court set a status conference or hearing promptly after briefing concludes.

It is therefore **ORDERED** that the parties are granted leave to submit separate statements and proposed orders. The briefing schedule is revised in accordance with the foregoing.

It is further **ORDERED** that this matter is set for a Zoom status conference on July 8, 2026, at 4:30 p.m. Connection information will be forwarded to participating counsel by email in advance of the conference.

    **SO ORDERED.**

Dated: June 10, 2026                        s/Mark A. Goldsmith
Detroit, Michigan                          MARK A. GOLDSMITH
                                         United States District Judge

    SO STIPULATED.

Date: June 8, 2026

_s/Ewurama Appiagyei-Dankah_ (with consent)     BRETT A. SHUMATE
Ewurama Appiagyei-Dankah (P88212)          Assistant Attorney General
Miriam Aukerman (P63165)                 Civil Division
American Civil Liberties Union Fund
  of Michigan                             ANTHONY P. NICASTRO
1514 Wealthy St. SE, Ste. 260            Acting Director
Grand Rapids, MI 49506
(616) 301-0930                          WILLIAM C. SILVIS
                                         CARA E. ALSTERBERG
Bonsitu Kitaba-Gaviglio (P78822)         Assistant Directors
American Civil Liberties Union
  Fund of Michigan                       _/s/ Camila Yori_

2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6800
bkitaba@aclumich.org


Kimberly L. Scott (P69706)
Cooperating Attorney, ACLU
  Fund of Michigan
Miller, Canfield, Paddock, & Stone,
PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
scott@millercanfield.com


*Counsel for Petitioners*

CAMILA YORI
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878. Ben Franklin Station
Washington, DC 20044
Tel: (202) 880-0385
camila.yori2@usdoj.gov

*Counsel for Respondents*

3