UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

,

                              Plaintiff(s),

v.                                          Case No. 2:17–cv–11910–MAG–DRG
                                            Hon. Mark A. Goldsmith

Thomas Homan, et al.,

                              Defendant(s),

_____

## NOTICE OF REMOTE MOTION HEARING

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

          Motion – #775
          Sealed Motion – #776

    • MOTION HEARING:  August 5, 2026 at 04:00 PM

The public may access the audio proceedings with the following connection information.

    **PHONE NUMBER:**  +1 (646) 828–7666
    **MEETING ID:**        165 570 1753

    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                              By: s/Joseph Heacox
                                  Case Manager

Dated:   July 31, 2026