**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

USAMA JAMIL HAMAMA, et al.,

Petitioners/Plaintiffs,

Case No. 2:17-cv-11910

v.

Hon. Mark A. Goldsmith
Mag. J. David R. Grand

REBECCA ADDUCCI, et al.,

Respondents/Defendants.
________________________________/

## MOTION TO WITHDRAW AS ATTORNEY

Ewurama Appiagyei-Dankah hereby moves to withdraw as attorney for Petitioners/Plaintiffs in the above-captioned case. Ms. Appiagyei-Dankah is leaving her position at the American Civil Liberties Union Fund of Michigan and will no longer be able to represent Petitioners/Plaintiffs. Petitioners/Plaintiffs will continue to be represented by other counsel in this matter.

Respectfully submitted,

/s/Ewurama Appiagyei-Dankah
Ewurama Appiagyei-Dankah (P88212)
American Civil Liberties Union
Fund of Michigan
1514 Wealthy Street SE, Ste. 260
Grand Rapids, MI 49506
(616) 301-0930

eadankah@aclumich.org

Dated: August 20, 2026