**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

USAMA JAMIL HAMAMA, et al.,

Petitioners/Plaintiffs,

Case No. 2:17-cv-11910

v.

Hon. Mark A. Goldsmith
Mag. J. David R. Grand

REBECCA ADDUCCI, et al.,

Respondents/Defendants.
________________________________/

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

Ewurama Appiagyei-Dankah has filed a motion to withdraw as attorney for Petitioners/Plaintiffs in the above-captioned case. Petitioners/Plaintiffs will continue to be represented by other counsel in this matter. The motion is hereby granted.

SO ORDERED.

Dated: September 3, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge