UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

Petitioners,

v.

Case No. 17-cv-11910
HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

Respondents.
__________________________________/

**ORDER REGARDING MOTIONS (Dkts. 747, 754, 755)**

Before the Court are certain motions filed by class members (Dkts. 747, 754, 755).[1] Both motions were referred to the Special Master for review (Dkts. 752, 763). The Special Master filed orders located at Dkts. 765 and 767 addressing the motions. Therefore, the motion found at 747 is dismissed as moot and the motion found at 755 is granted.

**SO ORDERED.**

Dated: September 3, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

[1] Dkts. 754 and 755 are the same except for the last page in Dkt. 755. The Court will refer only to Dkt. 755.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 3, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager