IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

Petitioners and Plaintiffs,

v.

REBECCA ADDUCCI, et al.,

Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

/

## NOTICE OF APPEARANCE

Please enter the appearance of Nara Gonczigsuren Orantes (P85778) as an attorney for Petitioners and Plaintiffs in the above-captioned case.

Respectfully submitted,

/s/Nara Gonczigsuren Orantes
Nara Gonczigsuren Orantes (P85778)
American Civil Liberties Union
Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 556-1724
gonczinj@aclumich.org

Dated: September 23, 2026