UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

Petitioners,

v.

REBECCA ADDUCCI, et al.,

Respondents.

_______________________________________/

Case No. 17-cv-11910
Hon. Mark A. Goldsmith
Mag. Judge David R. Grand

**ORDER OF THE SPECIAL MASTER**

Pending before the Special Master is a motion filed by [redacted], a *Hamama* Class Member, seeking release from immigration detention under the terms of the Settlement Agreement (Dkt. 717-2).[1] Mot. for Release (Sep. 24, 2026). On October 5, 2026, ICE filed an opposition to release, in which it argued that there was a significant likelihood of removal in the reasonably foreseeable future because (1) the Iraqi Embassy had already issued a Travel Document for Mr. [redacted] on [redacted] and (2) ICE had scheduled a removal itinerary for Mr. [redacted] during the month of October 2025. Opp'n to Release at 2; Declaration of Deportation Officer Gabriel Carter, Oct. 5, 2026 ("Carter Decl."), at ¶¶ 15–16; Iraqi Travel Document, [redacted] (attached as Ex. A to Carter Decl.); Travel Itinerary (attached as Ex. B. to Carter Decl.).

On October 13, 2026, counsel for ICE represented to the Special Master that Mr. [redacted]'s removal to Iraq had been effectuated. Accordingly, based on that representation, the motion for release from detention is dismissed as moot.

Date: October 19, 2026

/s/Anil Kalhan
ANIL KALHAN
Special Master

[1] This Order incorporates and uses terms and definitions set forth in the Settlement Agreement.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served and filed, as required under the terms of the Settlement Agreement (Dkt. 717-2) and Second Amended Stipulated Order Appointing Special Master (Dkt. 737) in *Hamama v. Adducci*, No. 17-cv-11910 (E.D. Mich.), on October 19, 2026.

/s/Anil Kalhan
Special Master