UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAMA JAMIL HAMAMA, et al.,

Petitioners,

v.

Case No. 17-cv-11910
HON. MARK A. GOLDSMITH

REBECCA ADDUCCI, et al.,

Respondents.
_______________________________/

**ORDER SCHEDULING ZOOM HEARING TO ADDRESS THE PROPOSED ORDER ON SETTLEMENT COMPLIANCE**

PLEASE TAKE NOTICE that a remote hearing to address the proposed order on settlement compliance has been scheduled before District Judge Mark A. Goldsmith as follows:

- ZOOM HEARING: October 28, 2026, at 10:00 a.m.

The public may access the audio proceedings with the following connection information:

***PHONE NUMBER:*** +1 (646) 828-7666
***MEETING ID:*** 165 305 1721

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.

Dated: October 21, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 21, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager