# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Parties' Updated Proposed Order |
| Exhibit 2 | Declaration of Kathryn Haroney |
| Exhibit 3 | Example 7-Day Notice |