# Exhibit 3

Example 7-Day Notice

U.S. Immigration and Customs Enforcement
Washington Field Office
14797 Murdock Street
Chantilly, VA 20151

07/10/2026

[redacted]
[redacted] Detention Facility
[redacted]

Alien Number: [redacted]

**SEVEN-DAY NOTICE**

You have been identified as a Class Member in *Hamama v. Adducci*, No. 17-11910 (E.D. Mich. filed June 15, 2017). On August 2, 2024, the case was settled, and the Settlement Agreement provisions apply to you.

In accordance with the Settlement Agreement, Section II E.1 and Section VII. A.2, U. S Immigration and Customs Enforcement (ICE) shall notify you, Class Counsel and the Class Member's Individual Counsel with an EOIR -28 on file **within seven (7) business days** if ICE has taken Enforcement Action. This letter has been issued to provide said notice.

a. Name: [redacted]
b. A#: [redacted]
c. Priority status of the Class Member: Category 1
d. Enforcement step taken: Taken into ICE custody on [redacted], at approximately 5:00 p.m.
e. Basis for enforcement: ICE secured travel documents for Alien's removal to Iraq pursuant to an Executable Final Order of Removal dated [redacted].
f. Start-date of the detention: [redacted]
g. End-date of the detention if released within the initial seven (7) business days: Not applicable.
h. Reason for the detention's end (including removal): ICE will attempt to remove to Iraq which will end the Alien's time in ICE detention.

SDDO Violeta Englerth, Washington Field Office
Name and Title of Authorizing Official (Print)

Violeta Englerth Violeta Englerth SDDO

Signature of Authorizing Official