IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**USAMA JAMIL HAMAMA, et al.,**

Petitioners and Petitioners,

v.

**REBECCA ADDUCCI, et al.,**

Respondents and Defendants.

Case No. 2:17-cv-11910
Hon. Mark A. Goldsmith
Mag. David R. Grand

Class Action

## RESPONDENTS' NOTICE OF FILING PARTIES' UPDATED MERGED PROPOSED ORDER

The Court held a hearing on the proposed order on settlement compliance (ECF No. 799) on October 28, 2026. At the hearing, the Court directed the parties to file a final, updated merged proposed order.

The parties met and conferred on November 5, 2026, but were unable to come to an agreement on all areas of the attached proposed order. Therefore, the finalized and updated version of the proposed merged order is attached hereto with each parties' respective language within.

Respondents, with Petitioners' concurrence, hereby file the attached the merged proposed order.

Date: November 6, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney
General, Civil Division

ANTHONY P. NICASTRO
Director

AUGUST E. FLENTJE
Deputy Director

WILLIAM C. SILVIS
CARA E. ALSTERBERG
Assistant Directors

ANDREW C. ABRAMS
Trial Attorney

*/s/ Camila Yori*
CAMILA YORI
Trial Attorney
U.S. Dep't of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Tel: (202) 880-0385
camila.yori2@usdoj.gov

*Counsel for Defendants-Respondents*